| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Jeffrey L. Bornstein | SBN: 99358<br>Rosen, Bien, Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor  San Francisco, CA 94105 | | |
| TELEPHONE NO.: (415) 433-6830 | FAX NO. | E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): Plaintiff: | | |

**United States District Court**

STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

| PLAINTIFF/PETITIONER: Ashok Babu, et al. | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: County of Alameda, et al. | 5:18-CV-07677-NC |
| **PROOF OF SERVICE** | Ref. No. or File No.: 1378-1 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Summons in a Civil Action; Civil Complaint for Declaratory Relief and Injunctive Relief; Standing Order for All Judges of the Northern District of California; Civil Standing Order Magistrate Judge Nathanael M. Cousins; Settlement Conference Standing Order Magistrate Judge Nathanael M. Cousins; Standing Order Regarding Case Mangement in Civil Cases; Joint Case Management Statement & [Proposed] Order; Notice of Assignment of Case to a United States Magistrate Judge for Trial; ECF Registration Form**

PARTY SERVED: **County of Alameda, Gregory J. Ahern, Carol Burton c/o Defendant Counsel, Gregory B. Thomas, Esq.**
PERSON SERVED: **Isaac Behrman - Receptionist**
DATE & TIME OF DELIVERY: **1/7/2019  12:39 PM**
ADDRESS, CITY, AND STATE: **555 12th Street, 18th Floor  Oakland, CA 94607**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 100.00
 County: San Francisco
 Registration No.: 1210
 Specialized Legal Services, Inc.
 1112 Bryant St., Suite 200
 San Francisco, CA 94103
 (415) 357-0500
 Ref: 1378-1

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 08, 2019

Signature: *James E. MacDonald*
James E. MacDonald

**PROOF OF SERVICE**