1 | JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
2 | KARA J. JANSSEN – 274762
HUGO CABRERA – 309289
3 | ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
4 | San Francisco, California 94105-1738
Telephone:    (415) 433-6830
5 | Facsimile:    (415) 433-7104
Email:        jbornstein@rbgg.com
6 |             egalvan@rbgg.com
             kjanssen@rbgg.com
7 |             HCabrera@rbgg.com

8 | Attorneys for Plaintiffs

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11 |

12 | ASHOK BABU, ROBERT BELL,
IBRAHIM KEEGAN-HORNSBY,
13 | DEMAREA JOHNSON,  BRANDON
JONES, STEPHANIE NAVARRO,
14 | ROBERTO SERRANO, and
ALEXANDER WASHINGTON on behalf
15 | of themselves and all others similarly
situated,
16 |
             Plaintiffs,
17 |
         v.
18 |
COUNTY OF ALAMEDA; GREGORY J.
19 | AHERN in his official capacity as Sheriff
of the Alameda County Sheriff's Office;
20 | CAROL BURTON in her official capacity
as Interim Director of the Alameda County
21 | Behavioral Health Care Services Agency;
and DOES 1 to 20, inclusive,
22 |
             Defendants.
23 |

Case No. 5:18-CV-07677

**PLAINTIFFS' STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Judge:   Hon. Nathanael Cousins

24

25

26

27

28

[3344750.1]

PLAINTIFFS' STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

1    Pursuant to Civil Local Rule 6-1(a), Plaintiffs, by and through their counsel of

2  record, have agreed to extend Defendants' deadline to respond to the Complaint to

3  February 15, 2019.  This extension will not alter the date of any event or any deadline

4  already fixed by Court order.

5

6  DATED:  January 28, 2019          Respectfully submitted,

7                                    ROSEN BIEN GALVAN & GRUNFELD LLP

8
                                     By:  */s/ Kara J. Janssen*
9                                         Kara J. Janssen

10                                   Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3344750.1]