JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: jbornstein@rbgg.com
egalvan@rbgg.com
kjanssen@rbgg.com

Attorneys for Plaintiffs

GREGORY B. THOMAS – 239870
TEMITAYO O. PETERS – 309913
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Telephone: (510) 273-8780
Facsimile: (510) 839-9104
Email: gthomas@bwslaw.com
tpeters@bwslaw.com

PAUL B. MELLO – 179755
SAMANTHA D. WOLFF – 240280
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
Email: pmello@hansonbridgett.com
swolff@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNESBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; CAROL BURTON in her official capacity as Interim Director of the Alameda County Behavioral Health Care Services Agency; and DOES 1 to 20, inclusive,,

Defendants.

Case No. 5:18-CV-07677

**JOINT STIPULATION OF FACTS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Judge: Hon. Nathanael Cousins
Date: January 22, 2020
Time: 1:00 pm
Ctrm.: 5, 4th Floor

Trial Date: September 21, 2020

It is hereby stipulated, by and between the respective parties.

1. Santa Rita is located in Dublin, California and houses all County inmates in all classification levels as well as federal inmates pursuant to a contract with the U.S. Marshal's Office. Santa Rita's capacity is approximately 4,000 inmates. The average number of inmates housed at Santa Rita as of November 4, 2019 is 2,477. For fiscal year 2018, the average daily population was approximately 2,068, of which 1,843 were men and 226 were women. Over 29,000 individuals are booked into Santa Rita every year.

2. The Administrative Separation units house approximately 10% of all inmates at Santa Rita, 273 inmates as of November 4, 2019. This figure does not include the number of inmates housed in other Special Management Units, including the Behavioral Health Units, which can house up to 225 inmates.

3. At the time the Complaint was filed, the County operated two jail facilities: Santa Rita and the Glenn Dyer Jail in Oakland, California ("Glenn Dyer"). The Alameda County Sheriff's Office closed Glenn Dyer in June 2019 and does not have any plans to reopen the jail. All Glenn Dyer inmates were moved to Santa Rita and all of the County's inmates will be housed at Santa Rita in the future.

4. Santa Rita offers inmates a variety of programs, services, and activities including: (1) sanitary needs and hygiene; (2) food service; (3) recreation, including yard, dayroom, telephones, and recreational reading; (4) necessary health care, including medical and mental health care; (5) religious services; (6) rehabilitative, educational, and work programs; and (7) visitation, including meetings with attorneys. Certain programming, such as jobs working with laundry and food services, are only offered to minimum custody inmates and are not available to inmates housed in the maximum security units.

5. Inmates and staff at Santa Rita are subject to centralized and standard policies and practices regarding intake procedures, housing assignments, tracking processes, grievance procedures, programming, classification, and the provision and/or denial of mental health services, psychiatric care, and disability-related accommodations.

6. Defendants County and Ahern are responsible for employing, training and supervising Custody staff who work in Santa Rita. Custody staff are subject to centralized accountability and disciplinary processes and receive standardized training according to a curriculum developed or approved by the County on policies relevant to their respective disciplines that are applicable throughout Santa Rita. Custody staff, which includes Sheriff's Technicians, Deputies, Sergeants, Lieutenants, and Captains are subject to a central chain of command and report to the Sheriff.

7. In order to operate and manage Santa Rita, Defendants County and Ahern employ centralized policies for custody staff including policies that govern intake procedures, tracking processes, grievance procedures, programming, classification, out-of-cell time, availability of outdoor recreation, disciplinary actions, access to mental health and medical services, disability-related accommodations and housing assignments including placement in Administrative Separation Units, Special Management Units, Behavioral Health Units, the Outpatient Housing Unit, Special Purpose Cells, and Safety Cells, among other things. All custodial policies are approved by the Sheriff or his direct reports.

8. Santa Rita offers detainees and inmates a variety of mental health related programs, services, and activities including medication management, one-on-one clinical appointments, and suicide prevention programs.

9. In order to provide mental health services, Defendants employ centralized policies for ACBH staff including system-wide policies that govern intake and assessment, tracking, mental health care requests, case management, treatment planning, admission and discharge, suicide prevention, mental health crisis care, medication management and monitoring, use of restraints and seclusion, and maintenance of records.

10. Defendants County and Tribble are responsible for the policies, procedures and practices by which ACBH employs, trains and supervises its staff who work in Santa Rita. Mental health staff, including clinicians, administrative staff, and psychiatrists are subject to a central chain of command and report to the Director of ACBH. Mental health

staff are further subject to centralized accountability and disciplinary processes and receive standardized training according to a curriculum developed or approved by the County on policies relevant to the provision of mental health care that are applicable throughout Santa Rita. On average, approximately 25-27% of inmates at Santa Rita are receiving mental health services.

Pursuant to Local Rule 5-1(i)(3) concurrence in the filing of this document has been obtained from each of the signatories below.

Respectfully submitted,

DATED: December 6, 2019

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Kara J. Janssen*
Kara J. Janssen

Attorneys for Plaintiffs

DATED: December 6, 2019

BURKE, WILLAMS & SORENSEN LLP

By: */s/ Gregory B. Thomas*
Gregory B. Thomas
Temitayo O. Peters

DATED: December 6, 2019

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*
Paul B. Mello
Samantha D. Wolff

Attorneys for Defendants