JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       jbornstein@rbgg.com
             egalvan@rbgg.com
             kjanssen@rbgg.com

Attorneys for Plaintiffs

GREGORY B. THOMAS – 239870
TEMITAYO O. PETERS – 309913
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA  94612-3501
Telephone:   (510) 273-8780
Facsimile:   (510) 839-9104
Email:       gthomas@bwslaw.com
             tpeters@bwslaw.com

PAUL B. MELLO – 179755
SAMANTHA D. WOLFF – 240280
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366
Email:       pmello@hansonbridgett.com
             swolff@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNESBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; CAROL BURTON in her official capacity as Interim Director of the Alameda County Behavioral Health Care Services Agency; and DOES 1 to 20, inclusive,,<br><br>                Defendants. | Case No. 5:18-CV-07677<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION<br><br>Judge:  Hon. Nathanael Cousins<br>Date:   January 22, 2020<br>Time:   1:00 pm<br>Ctrm.:  5, 4th Floor<br><br>Trial Date: September 21, 2020 |

**[PROPOSED] ORDER**

The Court vacates the hearing set for ~~On~~ January 22, 2020 at 1:00 p.m., as the Court took under submission the Parties' Joint Motion for Class Certification under Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure. Having reviewed the submitted papers IT IS HEREBY ORDERED as follows:

1. The numerosity, commonality, typicality, and adequacy requirements of Rule 23(a) are satisfied.

2. The requirements of Rule 23(b) are satisfied.

3. This action is hereby certified as a class action, with an Inmate Class and Disability Subclass defined below, as to all claims and defenses at issue in the Complaint pursuant to Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure.

4. The Inmate Class is defined as: All adults who are now, or in the future will be, incarcerated in the Alameda County Jail.

5. The Disability Subclass is defined as: All qualified individuals with a psychiatric disability, as that term is defined in 42 U.S.C. § 12102, 29 U.S.C. § 705(9)(B), and California Government Code § 12926(j) and (m), and who are now, or will be in the future, incarcerated in the Alameda County Jail.

6. Plaintiffs Babu, Bell, Keegan-Hornesby, Johnson, Jones, Navarro, Serrano, and Washington will serve as representatives of the Inmate Class

7. Plaintiffs Babu, Bell, Keegan-Hornesby, Johnson, Jones, Navarro, and Washington will serve as representatives of the Disability Subclass

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

8. Rosen Bien Galvan & Grunfeld LLP is appointed as class counsel to represent the interests of the Inmate Class and Disability Subclass.

IT IS SO ORDERED.

DATED: ___January 21, 2020____

Nathanael M. C...
United ...



[3472538.1]
[PROPOSED] ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION