UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK BABU, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GREGORY J. AHERN, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-07677-NC<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

The parties attended a case management conference on February 26, 2020. After considering the joint case management statement submitted by the parties, IT IS HEREBY ORDERED THAT the following modified deadlines are set:

1. DISPOSITIVE MOTIONS FILED: **June 22, 2020.**

2. NON-EXPERT DISCOVERY: **May 26, 2020.**

3. EXPERT WITNESSES:

    o Initial disclosure of expert testimony and reports under Federal Rule of Civil Procedure 26(a)(2): **June 12, 2020.**

    o All discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4): **July 13, 2020.**

4. FURTHER CASE MANAGEMENT CONFERENCE: **April 22, 2020, at 10:00 a.m.** The parties may appear telephonically. The parties must file a joint case management statement by **April 20, 2020.** See Civil L.R. 16-10(d).

The trial date and pretrial deadlines remain unchanged.  All hearings, conferences, and the trial will take place in Courtroom 5, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated:  February 26, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge