# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK BABU, and others, | Case No. 18-cv-007677 NC |
| Plaintiffs, | **AGENDA FOR HEARING ON SANTA RITA JAIL COVID-19 RESPONSE** |
| v. | |
| SHERIFF GREGORY AHERN, and others, | March 30, 2020, 9:00 a.m. telephonic |
| Defendants. | |

The parties should be prepared to address these topics at the telephonic hearing on March 30:

1. An update on the status of the SRJ COVID-19 response. How many class members have symptoms? Have been tested? Have a test response? Are in quarantine? How many test kits available? Were hand washing stations installed? Screening intake procedures. Population at SRJ. Population of Disability Subclass at SRJ.

2. Current SRJ segregation plan for symptomatic and asymptomatic class members.

3. Communications with counsel and visitors. Status of tablets? Cleaning procedures for tablets. Phones? Video? Discuss plaintiffs' request for free access while on lockdown.

4. SRJ staff and supplies. Sufficient resources? PPE for all? Ventilators?

5. N.D. Cal. Santa Rita Task Force. Update from the Court.

6. Document discovery requested by Plaintiffs from Wellpath/County.

7. Is a further reduction in the SRJ Class Member population necessitated by the COVID-19 pandemic? Explain impact on public health and safety.

8. Review Plaintiffs' proposed order ECF 81-1.

9. Next steps.


IT IS SO ORDERED.

Date: March 29, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge