Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273-8780 Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; KARYN TRIBBLE in her official capacity as Director of the Alameda County Behavioral Health Care Services Agency

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA/SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; KARYN TRIBBLE in her official capacity as Director of the Alameda County Behavioral Health Care Services Agency; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:18-cv-07677<br><br>**NOTICE RE POINTS OF CONTACT FOR MEDICAL RECORDS AND CUSTODY CONCERNS FOR CRIMINAL DEFENSE LAWYERS DURING PANDEMIC** |

Defendants County of Alameda, Gregory J. Ahern, and Karyn Tribble ("Defendants") submit the following notice regarding points of contact regarding medical records and custody concerns for criminal defense lawyers with clients in Santa Rita Jail as a result of the suspension of contact visitation during the current COVID-19 pandemic in response to the Court's Order at ECF 105.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4828-0845-9194 v1                     - 1 -                     POINTS OF CONTACT FOR MED RECS & CUSTODY CONCERNS FOR CRIMINAL DEFENSE LAWYERS DURING PANDEMIC

## NOTICE

**Medical Records**

Non-party Wellpath provides comprehensive medical services for inmates at Santa Rita Jail. The Health Insurance Portability and Accountability Act of 1996 (HIPAA) regulations prohibit the release of patient medical information without a signed authorization from the patient or evidence of an exception identified in the regulations.

In order to obtain a copy of a patient's medical record from the Santa Rita Jail, criminal defense attorneys with clients in Santa Rita Jail may submit a request via fax [925-551-6746] or email [Alamedacountymedicalrecordsroi@wellpath.us] to Santa Rita Jail's medical department.

The quickest way to obtain a copy of a patient's medical record is to include with your request a signed Wellpath release of records form (attached as **Exhibit A**) or documentation supporting the release of records absent a signed patient authorization (*e.g.*, a judicial order, grand jury subpoena, etc.). California Health & Safety Code section 123110 specifically provides that any patient or patient's representative is entitled to copies of all or any portion of his or her records that he or she has a right to inspect, upon written request, and the records must be provided within 15 days of the receipt of the request. Wellpath will do its best to respond to your request in a timely manner. Patient care is a priority, especially during this unprecedented pandemic, and we greatly appreciate your patience and cooperation during this time.

For medical records requests related to the COVID-19 pandemic, Wellpath will approach patients to obtain the appropriate signatures no later than 48 hours after receiving the request, and sooner if possible. If the patient agrees to the sign the ROI, Wellpath will send a copy of the medical records to the requestor within 48 hours of obtaining the signature. If the patient agrees to the sign the ROI and the patient's representative has already submitted a request for records, Wellpath will process the medical records request without the need for a further request for records.

If there is something urgent or the above process is not working, please contact:

1. Natalyn Bergman, RN,
   Assistant Health Services Administrator

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4828-0845-9194 v1 — - 2 - — POINTS OF CONTACT FOR MED RECS & CUSTODY CONCERNS FOR CRIMINAL DEFENSE LAWYERS DURING PANDEMIC

Natalyn.Bergman@Wellpath.us

2. Rachel Eckhardt

Paralegal, Wellpath Legal

rachel.eckhardt@wellpath.us

**Custody Issues**

Criminal Defense attorneys who have questions with regard to pandemic-specific custody policies, practice and procedures are directed to the comprehensive COVID-19 information on the Alameda County Sheriff's Department Website:

https://www.alamedacountysheriff.org/admin_covid19.php

If after review of the comprehensive information posted on the aforementioned website, criminal defense attorneys with clients at Santa Rita have case-specific questions and concerns, please submit a detailed written request to counsel of record for defendants in this case: Temitayo Peters, Esq. at tpeters@bwslaw.com. Counsel for defendants will make every effort to respond within 48 hours of receiving the request.

Dated: April 20, 2020                    BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Gregory B. Thomas*
Gregory B. Thomas
Temitayo O. Peters
Attorneys for Defendants
County Of Alameda; Gregory J. Ahern in his official capacity as Sheriff of the Alameda County Sheriff s Office; CAROL BURTON in her official capacity as Interim Director of the Alameda County Behavioral Health Care Services Agency

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4828-0845-9194 v1                    - 3 -                    POINTS OF CONTACT FOR MED RECS & CUSTODY CONCERNS FOR CRIMINAL DEFENSE LAWYERS DURING PANDEMIC