# Exhibit A

| wellpath To hope and healing. | California Release of Information | | Patient Name (Last, First, MI): |
|---|---|---|---|
| Date of Birth: | Status: ☐ Adult ☐ Juvenile | Patient ID No: | Date |

| I Authorize / Autorizo: | To Release Information To / A divulgar Información a: |
|---|---|
| Name of organization or individual / Nombre | Name of organization or individual / Nombre |
| Address / Dirección | Address / Dirección |

1. This authorization includes records relating to the following (please check) / La presente autorización comprende los registros relacionados con lo que se detalla a continuación (por favor, marque la opción correcta):

   ☐ All remaining records / Otros registros restantes     ☐ Specify / Especificar _____
   ☐ Mental health treatment / Tratamiento de salud mental
   ☐ Chemical dependency treatment / Tratamiento de drogadicción o alcoholismo
   ☐ HIV or AIDS related tests and treatment / Tratamiento o pruebas de SIDA o VIH

2. Purpose for disclosure (this line must be completed) / Propósito de la divulgación (se debe completar este renglón): _____

3. Indicate dates of interest / Indique las fechas importantes. _____
   If no date-range is provided, release will cover the previous year only / Si no se indica el periodo de divulgación, la misma tendrá lugar sólo por el término del año anterior.

4. I understand that I may revoke this authorization at any time by providing written notice, except to the extent that release of information has already occurred in reliance upon it.

5. I understand that under Federal Law (42 CFR Part 2) records relating to treatment for chemical dependency cannot be released without my specific authorization as indicated under "1."

6. I understand that information used or disclosed pursuant to this authorization may be disclosed by the recipient and may no longer be protected by federal or state law.

7. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned upon whether I sign this Release of Information.

8. I agree to hold harmless all persons acting upon this authorization in good faith.

9. It is my intention that a photocopy will be as valid as this original.

10. Information disclosed pursuant to this authorization could be re-disclosed by the recipient and may no longer be protected by federal confidentiality law (HIPAA). California law prohibits recipients of these records from re-disclosure unless another authorization for such disclosure is obtained, or unless such disclosure is specifically permitted by law

11. **This authorization shall be valid for one year from the date of my signature.**

4. Comprendo que puedo revocar la presente autorización en cualquier momento siempre que notifique mi decisión por escrito, salvo que la divulgación de mi información se haya efectuado dependiendo de dicha autorización.

5. Comprendo que conforme a la Ley Federal (42CFR – Código de Normativa Federal – Parte 2) los registros relacionados con el tratamiento para el alcoholismo o drogadicción no pueden divulgarse sin mi previa autorización específica tal como indica el punto "1."

6. Entiendo que la información utilizada o revelada conforme a esta autorización puede ser divulgada por el destinatario y ya no estar protegida bajo ley federal o estatal

7. Comprendo que mi tratamiento, pago, o elegibilidad de beneficios no esta condicionados a mi firma que consentira el acceso de la información. pertinente.

8. Acepto eximir de responsabilidad a todas las personas que actúen con buena fe bajo la presente autorización.

9. Manifiesto que una fotocopia tendrá el mismo valor que su copia original.

10. La información divulgada de conformidad con esta autorización podría ser divulgada nuevamente por el destinatario y ya no estará protegida por la ley federal de confidencialidad (HIPAA). La ley de California prohíbe que los destinatarios de estos registros vuelvan a divulgarse, a menos que se obtenga otra autorización para dicha divulgación o que la divulgación esté específicamente permitida por la ley.

11. **La presente autorización tendrá validez por el plazo de un año a partir de la fecha de mi firma.**

| Patient or authorized signature / Firma del paciente o persona autorizada | Date / Fecha |
|---|---|
| If other than patient signature, relationship to patient / Si no es la firma del paciente, indicar relación con el paciente | Date / Fecha |
| Witness signature / Firma del testigo | Date / Fecha |