# Exhibit A



# Alameda County Sheriff's Office Santa Rita Jail Targeted Staffing Analysis Final Report

**Submitted to**:
Ernest Galvan
Jeffrey Bornstein
Kara Janssen
Attorneys at Law
Rosen, Bien, Galvan & Grunfeld, LLP

Gregory B. Thomas
Temitayo 0. Peters
Attorneys at Law
Burke, Williams, & Sorenson, LLP

Paul Mello
Samantha Wolff
Attorneys at Law
Hanson Bridgett, LLP

**Produced by**:
Mike Brady
Director
Sabot Consulting

April 19, 2020



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

# Table of Contents

**Introduction** ......................................................................................................... **3**

**Executive Summary** ............................................................................................... **5**
    The Jail Setting ................................................................................................. 8
    Jail Staffing Considerations ............................................................................. 9

**The Santa Rita Jail Facility (SRJ)** .................................................................... **10**

**Project Organization** .......................................................................................... **12**

**Net Annual Work Hours (NAWH)** ...................................................................... **13**

**Findings** ................................................................................................................ **16**
    Finding #1 ........................................................................................................ 16
    Finding #2 ........................................................................................................ 17
    Finding #3 ........................................................................................................ 18
    Finding #4 ........................................................................................................ 18
    Finding # 5 ....................................................................................................... 18

**Conclusion** ........................................................................................................... **23**

**Exhibits** ................................................................................................................ **25**



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

## Introduction

On March 12, 2020, the parties in Babu v Ahern, et. al. agreed to retain Sabot Consulting as an independent joint expert to conduct a staffing analysis that would assist the parties in evaluating the minimum level of custody staffing in the Santa Rita Jail that is necessary for the jail to operate in a manner that is safe and appropriate for inmates and staff.

In order to complete this project, Sabot Consulting requested a full year of records regarding staff records, activity logs, hospital runs, post orders, duty statements, union agreements, vacation hours, compensatory hours, sick hours off, training hours off, personal hours off, military hours off, in order to calculate the Net Annual Hours of Work for each classification that is part of this staffing analysis. Sabot received and reviewed over two thousand pages (2,000) of information from that request.

As part of this project, Sabot Consulting spent two full days onsite meeting with the Santa Rita Jail Executive Staff, the Deputy Sheriffs' Association of Alameda County (DSA), and other staff that could assist Sabot in obtaining a deeper understanding of the Alameda County Santa Rita Jail Facility operations.

In addition, as questions or concerns arose, Sabot spoke with plaintiffs' counsel, defense counsel, and the Santa Rita Jail personnel who were assigned to assist Sabot in getting any documents/information needed to complete this project.

Sabot wants to thank the Alameda County Sheriff's Office (ACSO), Lt. Bonnell and Sgt. Costeiu for their tireless efforts to get Sabot the information needed in a timely fashion. Without their assistance, this project would have been far more difficult to complete in a timely fashion.

Sabot wants to make it very clear that this staffing analysis is NOT a comprehensive staffing analysis.

Because of the time constraints, recent closure of the Glenn Dyer Detention Facility, and the COVID19 pandemic, this staffing analysis is a targeted analysis of the critical positions and functions necessary to operate the jail safely and to provide the basic services required under the 8th and 14th Amendments of the United States Constitution. This is not to say that the remaining positions not covered by the analysis are not important, but rather that they should be part of a larger comprehensive staffing analysis as a result of several federal class action lawsuits and the closure of the Glenn Dyer Detention Facility.

Sabot strongly recommends that if and when the Babu case is settled and a remedial plan has been approved by the Court, the Alameda County Sheriff's Office conduct a comprehensive staffing analysis of both the Detentions and Corrections Division and the other ACSO Divisions in order to eliminate the staffing challenges that are identified in this report.



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

The National Institute of Corrections offers technical assistance for staffing analysis in their Jail Division, and there are some highly regarded and well-known private companies that do comprehensive staffing studies/analysis as well.

Much of what is written below and the approach to the staffing analysis comes from the National Institute of Corrections Jail Resource Library and is used here with permission.



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

## Executive Summary

The fundamental goal of every jail is to maintain a safe and secure environment for inmates, staff, and visitors. Effectively managing inmate and staff behavior is critical to achieving this goal. Without an adequate level of staff and supervision present in a jail twenty four hours a day, seven days a week, three hundred and sixty five days a year, staff and inmates are at an increased risk of: 1) inmate on inmate violence; 2) inmate on staff violence; 3) inmate and staff sexual predatory behavior; 4) introduction of drugs, weapons, cell phones, and other contraband; 5) increased completed suicides and suicide attempts; 6) increased avoidable medical deaths; 7) riots and other major disturbances; 7) vandalism; 8) staff turnover; 9) staff burnout; and 10) inability to provide basic programs and services that are mandated by the U.S. Constitution and other federal statutes and regulations.

Decisions handed down by the federal courts over the last 40 years have required jails to:

- Protect inmates from themselves, other inmates, staff, and other threats
- Maintain communications with inmates and regularly visit occupied areas
- Respond to inmate calls for assistance
- Classify and separate inmates
- Ensure the safety of staff and inmates at all times
- Make special provisions for processing and supervising female inmates
- Deliver all required inmate activities, services, and programs (medical, mental health, dental, structured out of cell time, exercise, family visits, legal visits, phone calls, ADA accommodations, etc.)
- Maintain a clean and safe environment for staff and inmates.

In order to comply with the mandates above, it is important that inmates are:

1) Assessed and classified properly (i.e., medical, mental health, dental, ADA, security needs)
2) Housed properly (e.g., based on severity of charges, criminal history, escape history, in custody disciplinary history, history of predatory behavior, gang affiliation, etc.)
3) Adequately supervised 24 hours a day in the living units and there are additional staff available for, at a minimum: 1) escorts and to and from programs; 2) escorts to and from healthcare appointments; 3) supervising out of cell time in the living unit; 4) supervising yard time, 5) transportation to and from court hearings, 6) supervising family and legal visits; 7) conducting hourly safety checks; 8) conducting fifteen-minute checks and/or direct continuous observation for suicide watch; 9) supervising inmate feeding; 10) supervising pill call; 11) conducting regular inmate and cell searches, 12) transportation for hospital runs; 13) supervising inmate workers, 14) meal relief for staff; 13) coverage for staff vacation,



> sick leave, training, injury, military service, bereavement leave; 14) emergency responses, 15) supervising laundry exchange, etc.

Safety and Security is not convenient or inexpensive. When a jail facility does not have adequate badge and non-badge staff to provide a safe and secure jail facility and to fulfill its constitutional, statutory, and regulatory functions, staff will cut corners and suspend basic security practices in order to complete as many of their post ordered duties as possible. These behaviors will result in inmates and staff being exposed to an unreasonable risk of harm, increased completed suicides, increased inmate on inmate violence/sexual assaults, increased inmate on staff assaults, unnecessary medical deaths, serious injury to staff or inmates by failing to follow proper safety protocols, increased grievances, introduction of drugs, cell phones, and weapons into the facility. These are just a few examples of bad outcomes that result from inadequate staffing.

As joint experts in Babu v Ahern, et. al., when Sabot Consulting conducted their pre-assessment tours and onsite analysis of the Santa Rita Jail Facility, it was obvious and very concerning that the custody operation (badge and non-badge) was severely understaffed and as a result clearly could not complete the core functions outlined in **Policy and Procedure Numbers 10.05 Housing Unit Deputy Post Order** and **10.12 Housing Control Post Order** (Attached hereto as Exhibit 1 and Exhibit 2). While this targeted staffing analysis only looks at the Custody side of the Santa Rita Jail Facility operations, it was equally as apparent that the Alameda County Behavioral Health staffing for the Santa Rita Jail is severely understaffed as well.

During the course of our responsibilities as joint experts in the Babu litigation, and conducting this targeted staffing analysis, Sabot discovered five (5) significant factors and unsafe practices that contribute to ongoing severe staffing shortages:

1) The current number of funded positions for Deputies, Sergeants, and Sheriff Technicians are wholly inadequate to operate a safe and secure jail facility. (See Exhibit 7 & 8)

2) There is no relief factor for the critical posted positions and as a result, when a Deputy, Sergeant, Lieutenant, or Sheriff Technician is not available because of vacation, sick leave, injury, military service, training, etc., there are not adequate sworn and unsworn staff to fill those vacancies/gaps in coverage.

3) Under the current staffing plan, there are no funded transportation and security positions for hospital runs for medical emergencies, and/or to offsite inpatient crisis beds at licensed LPS mental health facilities. Thus, badge staff who are in posted positions in the living units are redirected to make the emergency hospital runs. The average length of a hospital run is four hours (4) and the runs generally take two deputies per trip. This



    practice reduces the number of available badge staff in posted positions each shift by on average 16 positions. (See Exhibit 13)

4) The current practice is to use a funded Detention and Corrections position for time off for extended leave, light duty, etc. (4850s) for SRJ and all other ACSO Divisions. This has resulted in a reduction of sixty eight available badge positions (53 Deputies,11 Sergeants, 4 Lieutenants), two Sherriff Safety Aids (SSA), and nine Sheriff Technicians(S/Tech); eighteen badge, one SSA, three S/Tech are on limited duty; and twenty  badge, eight S/Tech are on loan to other ACSO Divisions. These numbers are a reflection of what occurs on a monthly basis at SRJ. (See Exhibit 7)

5) There are currently 42 SRJ badge vacancies. (See Exhibit 7)

In the absence of the current unsustainable mandatory overtime program SRJ has instituted to remedy these issues, it is Sabot's expert opinion that until these five factors are addressed and are systematically resolved over the next three years, staff and inmates at the Alameda County Sheriff's Office Detention and Correction Division, Santa Rita Jail Facility will be subject to an unreasonable risk of harm, and there is little to no chance that the Sheriff's Office will be able to deliver the additional programs and services that will be required as a result of the Babu v Ahern et. al. litigation.

In the alternative, if these 5 factors are aggressively and immediately addressed along with the behavioral health staffing shortages, it is Sabot's expert opinion that completed suicides will drop dramatically, inmate on inmate assaults will drop dramatically, inmate on staff assaults will drop dramatically, grievances will drop dramatically, and the Santa Rita Jail facility will be able to implement the Babu v Ahern litigation requirements within 3-5 years.

Therefore, Sabot recommends:

1) Over the next three years, add an additional Captain, an additional Lieutenant, and additional Deputies, Sergeants, and Sheriff's Technicians positions consistent with this staffing analysis. (See Exhibit 12)

2) Immediately incorporate relief factors for each classification of staff that is assigned to relieved posts or positions at the Santa Rita Jail Facility. (See Exhibit 10)

3) Immediately incorporate relief factors for each classification of staff that is assigned to relieved posts or positions in the other ACSO Divisions including contracts with other entities.

4) Immediately add/fund additional dedicated Deputy positions for emergency medical/mental health transportation runs. (See Exhibit 10)

5) End the practice of using Detention and Corrections positions for all other ACSO Division 4850s (By adding a relief factor to the other ACSO Division positions this will eliminate the need to use Detention and Corrections positions for the other Division 4850s.)



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

6) Approve as many academies as necessary and reasonable twice a year for the next three years.
7) Implement an Inmate Management Direct Supervision model over the next three years.

**The Jail Setting**

County Jail operations have many unique characteristics:

- Jails operate continuously, 24 hours per day, 365 days per year.
- Jails provide a wide spectrum of services, activities, and programs for inmates.
- Jails are high-risk settings where inmates are often dangerous to themselves and others.
- Jail populations can fluctuate widely throughout the year, and even on a day-to day basis. (On March 24 SRJ had 2653 inmates and on April 18, 2020 SRJ had 1811 inmates.)
- Many jail inmates spend only a few hours in jail or a few days especially in light of the new cash bail statutes, pretrial release programs, and other court actions.
- Admission and release procedures require much staff effort, but the peak periods of admission are often difficult to anticipate (special events, parole/probation sweeps, gang sweeps, homeless camp sweeps, demonstrations, DUI checkpoints, etc.).
- Extensive Documentation is required for all activities and procedures at the jail.
- Perimeter security and internal movement must be controlled at all times.
- Supervision needs vary for different classifications of inmates.
- Jails house pretrial detainees, civil commitments, and sentenced inmates and each group brings its own operational mandates and constitutional guarantees. Since the Realignment Act of 2011, California Jails house inmates whose sentences can be 10-20 years in length, and that presents significant additional operational challenges.
- Jail staff, administrators, and funding officials can be held liable for substandard/constitutional deficient jail operations and conditions.
- Transportation to and from outside medical appointments, inpatient hospitalizations are difficult to anticipate.
- Jails now are one of the largest and most challenging mental health treatment facilities in the country.



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

## Jail Staffing Considerations

Several unique operational characteristics of the jail setting must be considered:

- Backup must be provided for staff in all areas of the jail. When a staff member has to respond to problems, critical incidents, or contingencies, other staff must be readily available to provide support.
- Continuous inmate supervision should be provided in all jails. Supervision extends beyond just observing inmates at regular intervals. Effective supervision demands contact between jail staff and inmates. Jail staff must be able to "interact" and "act" with inmates.
- Even during low occupancy, a living unit should never be without at least one housing unit officer for an extended period of time.
- A constant minimum level of staffing is required to ensure prompt and safe evacuation of the facility during an emergency and to provide continuing inmate supervision.
- Electronic surveillance (audio monitors, closed-circuit television, cameras, motion detectors, sensors) has its place - not as a substitute for staff but as an enhancement to properly staffed locations.
- Relief must be properly provided for most staff posts and positions to allow employee meals, breaks, vacation, sick leave, military service, injury, bereavement leave, family leave, training.
- Staff must be properly trained for the duties to which they are assigned.
- Staff must be adequately supervised to ensure compliance with policies, procedures, post orders, duty statements, and best practices.
- Each jail is unique and cannot be easily compared to another jail, even if another jail is of similar size or population.
- Use of staff to inmate ratios is inappropriate.

Jail staffing levels are based on several internal and external factors:

- Internal factors include physical plant design (sightlines, number of control posts, perimeter security, number and size of housing units, and controlling movement in, out, and within the jail (community based organizations, volunteers, program staff, visitors), the need to escort inmates, operational philosophy (types of inmate supervision and levels of programs and services), classification of the inmates.
- External Factors include court decisions, state regulations, and standards of practice.



## The Santa Rita Jail Facility (SRJ)

In 1983, construction of the Santa Rita Jail Facility began. On September 1, 1989, the new Santa Rita jail facility was opened, and inmates were transferred from the old jail facility known as Greystone. The BSCC rated capacity for SRJ is 3,489 and consists of eighteen (18) housing units. It is considered a mega jail and ranks as one of the largest facilities in California.

As of March 24, 2020, there were 2,217 inmates housed at the SRJ. One year ago, in March 2019, the SRJ population was 2,381. Prior to the Proposition 47, the SRJ population hovered around 3,300. There are approximately 473 Federal Inmates housed at the SRJ by contract. On March 24, 2020 there were 1951 unsentenced inmates housed in the SRJ. Approximately 15 different agencies book arrestees in the SRJ including CDCR Parole and the Alameda County Probation Department (See Santa Rita Jail Statistics attached as Exhibit 3). Between January 2019 and December 31, 2019 there were 34,116 inmates booked into the SRJ and 35,921 inmates were released. (See SRJ Bookings and Releases attached hereto as Exhibit 4)

Of the 18 housing units in the SRJ, fourteen (14) are occupied, and four (4) housing units are offline for ADA modifications. Housing Unit 23 is expected to open later this month, but the timing for the other 3 to reopen is currently unknown.

- Housing Units 1-4, 6-9, 21 and 24E are all designed with six pods, two person cells. However, Housing Units 1,2,8 and 24 (East side: E and F pods) are used as single occupancy cells for Administrative Separation classifications. Of the listed Housing Units, the East Side of Housing Unit 24 is the only female Administrative Separation Unit.
- Housing Units 3, 4 ,6 and 7 are used as two-person cells for Maximum Security Classifications. These are all male units.
- Housing Unit 9 are two person cells used for Behavioral Health Inmates (Minimum -Maximum) This is an all-male unit.
- Housing Unit 21E is used as male housing Maximum Separation (Pods D, E, F) and 21W are used for female housing (A and C pods are Medium/Maximum, and B Pod is special overflow.
- Housing Units 24 (West side Pods A, B, and C), 31, 32, 33, 34, and 35 are dormitory style.
- Outpatient Housing Unit (OPHU) has 24 single cells. These cells are used for all classification levels because there is only one on one contact with staff.

  (See attached Classification Chart attached hereto as Exhibit 5)

SRJ Housing Control (Elevated Control Booths) is located within the housing unit itself. Each housing unit is divided in half thereby creating a visual observation of



all inmates, inmate living areas and areas where staff interact with inmates. Sick call rooms are accessible from the back hallway in each housing unit.

SRJ Housing Control, Visiting Control, and the majority of the other Control Points are staffed by Sheriff's Technicians.

SRJ offers a number of programs in a variety of locations within the jail. Many of the programs require the inmates to be escorted to the program location, and there are Deputies that are assigned as security in those areas. (See Program list and location attached hereto as Exhibit 6).

Currently, according to the Biweekly Staffing Report, the Santa Rita Jail Facility has 615 authorized/budgeted badge and non-badge positions. Four hundred and four are badge positions and 211 are non-badge positions. As of April 04, 2020, the Santa Rita Jail Facility was down a total of one hundred and fifty-five positions. One hundred twenty-six of which are badge and twenty-nine were non-badge. One hundred twenty-one of those down positions are Deputies including fifty vacancies, sixty-eight on extended leave, twenty on loan to other ACSO divisions. There are twenty-three Sheriff's Technician vacancies, one Supervising Clerk II, one Secretary II, and one Sheriff's Safety Aid. (See Biweekly Staffing Report attached hereto as Exhibit 7).

Also attached is a breakdown of the current budgeted positions for each SRJ Unit and the Housing Unit Classification that is the subject of this staffing analysis. (See attached Units, Classification, and Staffing chart, including Non-Security and Auxiliary Units, attached hereto as Exhibit 8). To be clear, exhibit 8 displays the number of positions that are budgeted for each team, not how many staff actually are available to work in these units.



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

## Project Organization

Sabot Consulting was already very familiar with the Santa Rita Jail Operation because of our prior work as ADA Joint Experts in the Babu v. Ahern case. As a result of this staffing analysis project, Sabot spent an additional two full days onsite at the Santa Rita Jail Facility meeting with key personnel to gather input, explain the project needs, set the project goals and expectations, and begin the collection of key information. Sabot also toured the housing units, ITR, Laundry, the Kitchen, the Education Compound, Classification, and Transportation. Sabot also observed the operations and spoke with staff and inmates in each of those units.

Shortly after the onsite kickoff meeting, Sabot was assigned two Badge Staff members, Sgt. Costeiu and Lt. Bonnell, who are intimately familiar with the SRJ operations to be Sabot's point of contact for any additional information that Sabot needed to complete this project. Plaintiffs' Counsel, and Defense Counsel were also available to answer any questions or concerns that Sabot had throughout this project.

Sabot also reviewed selected policies and procedures, post orders, labor agreements, and duty statements to fully understand the expectations of the staff that are the subject of this analysis.

Sabot developed a solid understanding of the profile of the offender population and how this influences staffing requirements. This included admissions and releases and snapshots of what types of inmates are housed in the SRJ.

Sabot was provided all the pertinent information necessary to develop an understanding of how many hours are required to staff the various SRJ facility posts and what the amount of time that staff in each job classification is available to work (Net Annual Work Hours = NAWH). NAWH is used to ensure that adequate badge and non-badge custody staff is available to safely manage the facility in a safe and secure manner consistent with constitutional mandates and any federal/state statutes/regulations.



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

## Net Annual Work Hours (NAWH)

A jail operates 24 hours a day, 365 days a year. In order to operate a jail that is safe and secure for staff and inmates alike, in some areas, the jail requires full time employees on duty 24 hours a day. These positions are called post or posted positions that require another trained staff member of equal classification to fill the post if someone is absent. Many of the safety and security issues and problems that the Santa Rita Jail faces are because of their inability to cover posted positions due to an unrealistically low/inaccurate assumption of the number of positions needed to safely man the posts, and because there is no shift relief factor or NAWH calculation included in the approved budgeted staffing plan which compounds the problem. These critical mistakes can be corrected by re-evaluating the minimum number of positions needed to safety cover the positions listed in Exhibit 8 and by incorporating a Shift Relief Factor or using the alternate and more accurate NAWH formula.

Historically, many Sheriff's offices have utilized a shift relief factor (SRF) to determine the number of personnel needed to staff posts that require relief in the absence of the assigned staff member. SRF (which is calculated by dividing the number of days a post needs to be covered by the calculated number of days that staff in that classification is available to work in a given year) represents the number of full time equivalent staff required to fill a post that is staffed continuously. SRF is typically presented as a number such as 1.6, which means that 1.6 full time equivalent staff are required to fill that post for eight hours, 365 days a year (or 4.8 full time equivalent staff for a three-shift post). This is a helpful figure for using as a shorthand way to express and estimate staffing needs.

Net Annual Work Hours (NAWH), an alternate process for calculating and documenting staffs' availability to work, is based on a model supported by the National Institute of Corrections Jail Center.

NAWH represents the number of hours staff is actually available to work at their assigned post, based in the contracted number of hours per year (e.g. 40 hours per work week x 52.14 weeks per year = 2086 hours) minus the average number of hours the average staff person in a specific job classification is away from his/her primary post assignment per year. An accurate NAWH for each job classification in a given facility requires information on all possible time-off and differential assignment categories.

Different classifications of employees will have different NAWH because of the amount of vacation time, sick leave, military leave, or training that is allotted and used.



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

Example:

Employee works 40 hours per week
(40 hours x 52.14 weeks)          =                              2086 hours

Total hours an employee is unavailable to work assigned post
                                  =                              430 hours

Total hours an employee is available to work within a given year
(2086 hours – 430 hours)          =                              1,656 hours

Divide the number of annual work hours needed to cover the post by the Net
Annual Hours of Work and the result will be the number of positions needed to
cover the post
(2086 ÷ 1656)                     =                              1.259 hours

If it is a 24 hour/7 day a week/365 day a year posted position the formula would
be:

> Hours needed to cover the Post 24 x 7 x 365 x 52.14 = 8760 (rounded up)
> and a single person assigned to the post is available 1,6866.66. Divide the
> total hours needed by the total hours available and you get the number of
> positions needed to cover that single post (8760 ÷ 1686 = 5.2). So, 5.2
> FTE staff will be needed to provide coverage for that post.

Some auxiliary posts can be left vacant temporarily during an employee's
absence. Other posts must be staffed at all times during a single shift, more than
one shift, or certain days of the week. To determine how many people are
needed to fill to fill each post it is necessary to calculate how many hours each
year the employee is actually available to work (NAWH) The total number of
hours of coverage needed annually for each job assignment is then divided by
the NAWH for employees in that classification to determine the number of
required full time equivalent staff that are needed to provide the necessary
coverage.  For example, if a post is covered on a 24 hour/7day a week basis, or
8,760 hours per year, and a single person assigned to the post is available 1,752
hours a year (NAWH), five FTE staff will be needed to provide the necessary
coverage (8,760 ÷ 1752 = 5.0).

Sabot took the following steps in developing the NAWH for each post/position in
Exhibit 8:

- Interviewed key staff to determine what posts/positions were critical to
  keeping staff and inmates safe and to delivering programs and services to
  inmates at the SRJ.
- Reviewed the electronic employee time sheet summaries of critical
  post/positions for one year (07/01/18 to 06/30/2010) to calculate the
  average NAWH for employees who were in the critical posts/positions



identified in the attached Exhibit 8. This was the only full year of data that was available for this staffing analysis.

- Reviewed Union Agreements and MOUs for the positions that are the subject of this staffing agreement.
- Identified the leave categories to use in the NAWH calculation.
- Used an average number of staff to determine the average NAWH by classification
- Analyzed the data and summarized it.
- The job classifications that were used as a basis for providing coverage for all post assignments that are the subject of this staffing analysis and for which NAWH has been calculated are as follows: Watch Commander (Lieutenant), Sergeants, Deputies, and Sheriff Technicians. (Annual hours needed to fill the positions and the NAWH for these positions are attached hereto as Exhibit 9)

Because circumstances have changed with the closing of the Glenn Dyer Detention Facility, Sabot only used the number of annual hours needed to calculate posts/positions at the Santa Rita Jail, but did use the NAWH calculations from 07/01/2018 to 06/30/2019 because this was the only current ANNUAL data available at the time of this targeted staffing analysis. (See Exhibit 9 attached hereto) It is Sabot's opinion that it would be unlikely that data from SRJ would materially change the conclusions to this staffing analysis but recommends using a full year of data from Santa Rita only for any future comprehensive staffing analysis. A full year of data will not be available until 06/30/2020 and it will likely be impacted and skewed dramatically by the current and temporary COVID-19 pandemic.



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

## Findings

Uniformly, all of the joint experts in Babu v Ahern, et. al. found that the Santa Rita Jail Facility is understaffed in the areas of Custody Operations and Behavioral Health. While Behavioral Health is not part of this targeted staffing study, assuming the staffing deficiency in Behavioral Health is addressed and more individual therapy/group therapy occurs, there will be an increased demand for custody positions needed for escorts and security. This increased demand is not totally factored into the Proposed Staffing Plan, but it is safe to say that structured and unstructured program time will occur from 0800-2300 hours, 7 days a week, 365 days a year in the absence of an emergency lockdown or other unanticipated events. (See Proposed Staffing Plan attached hereto as Exhibit 12)

### Finding #1

The current number of budgeted custody badge and non-badge staff is inadequate to safely operate the Santa Rita Jail Facility. Although the SRJ facility has been using mandatory overtime to mitigate the staffing deficiencies, mandatory overtime at the current level is not sustainable over the long haul. It is important to recognize that you cannot staff a jail based on the current jail population. There would be wild swings in hiring and layoffs because in a given year the population can go up and down significantly just like we are experiencing in the Covid19 pandemic. In one month, the SRJ population dropped by 842 inmates. Once the Covid19 pandemic is over, the population is expected to rise again to 2600-3000 inmates. The Sheriff must staff each living unit the same based on its security level whether there are 150 inmates in that housing unit or 50. The only time it is appropriate to not staff a living unit is if it is permanently closed. Ironically, because of the social distancing demands to prevent the spread of the deadly virus, the SRJ facility has every living unit open even though the population has dropped dramatically (See Current Budgeted Staff that is the subject of this staffing analysis attached hereto as Exhibit 11):

- The number of posted badge positions assigned to each housing unit on teams A, B, C, and D are inadequate and insufficient to fulfill the duties outlined in Post Orders 10.05. (See Exhibit 1)
- There are insufficient budgeted badge staff available for meal relief, emergency hospital runs, vacation, sick leave, training, etc., and as a result, oftentimes living units are locked down with no badge staff present to supervise the inmate population for extended periods of time. At other times, there is only one Deputy available to cover 6 living units in the medium/max housing units, and a single Deputy to cover 150 inmates on each side of a minimum-security housing unit. As a result, staff oftentimes are forced to cut corners, and the safety and security of the institution suffers. If left uncorrected, this creates an unreasonable risk of harm to the inmates and staff alike. The constant presence of badge staff on the decks of the living units engaging with inmates, performing safety checks,



supervising feeding, laundry exchange, pill call, conducting cell searches, supervising out of cell time, monitoring mental health encounters, and problem solving  is a critical component of keeping staff, inmates, and the public safe.

- There are an inadequate number of Sheriff Technicians in the Housing Control Points. There is a single Sheriff's Technician assigned to each Housing Unit Control Point and he or she is mandated to comply with Housing Control Post Order 10.12. This is a critical post and not having sufficient staff in each Housing Control Point creates an unreasonable risk of harm to staff and inmates and jeopardizes the safety and security of the SRJ facility. (See Exhibit 2)

### *Recommendation #1*

- For Budget year, Budget year +1, and Budget year +2 authorize the hiring of a total of 259 badge staff and 72 non-badge staff in the following classifications over a three-year period:
  1. 225 Deputies
  2. 32 Sergeants
  3. 72 Sheriff's Technicians
  4. 1 Lieutenant
  5. 1 Captain

Sabot believes that this is the minimum level of staffing required to safely operate the Santa Rita Jail Facility safely and to consistently deliver the programs and services to the inmates housed therein.

Had a staffing analysis been done previously that incorporated a relief factor as recommended by the **National Institute of Corrections**, the **ACA Performance Based Standards for Adult Local Detention Facilities, Fourth Edition**, and jails and corrections best practices, the additional badge and non-badge staff that would need to be hired would not appear to be such a dramatic increase. Moreover, while the proposed additional Auxiliary Compliance Unit is not mandatory, it exponentially increases the likelihood of successful implementation of the current and upcoming remedial plans, as well as significantly decreasing the likelihood of future class action and individual litigation. (See Exhibit 10)

### **Finding #2**

- There is no relief factor for critical posted badge and non-badge positions included in the current authorized/budgeted staffing plan. (See Exhibit 11) The actual number of hours needed to cover critical posted positions substantially exceeds the net annual hours of work that critical staff are available. (See Exhibit 9)

### *Recommendation #2*

- Conduct a comprehensive staffing analysis of the SRJ facility and the other ACSO Divisions that engages community stakeholders. Conduct an annual staffing analysis thereafter that includes a shift relief factor for



critical badge and non-badge posted positions at the SRJ facility as the jail improvements are rolled out.

## Finding #3

- There is inadequate supervision of badge staff and non-badge staff in the living units and in ITR to ensure compliance with post orders, policies and procedures, to monitor staff conduct, and to answer questions/resolve inmate grievances/complaints.

### Recommendation #3

- Hire additional Sergeants for the Housing Units and ITR as outlined in the Proposed Santa Rita Staffing Plan (See Exhibit 12) which are included in Recommendation #1.

## Finding #4

- There are no badge staff currently budgeted for emergency medical and mental health hospital runs and inpatient security. As a result, badge staff have to be redirected from the housing units and other facility locations to make these hospital runs. In a given day, SRJ may have to redirect 16 or more badge staff from other critical functions to perform these transports. This results in living unit programs being cut short and inmates being locked down. This often results in significant delays in the timely transport of inmates in crisis to John George and other hospital facilities. (See Exhibit 13)

### Recommendation #4

- Create a dedicated Healthcare escort/ emergency transportation/specially trained behavioral health Multi-Service Deputy Unit that can work inside the Behavioral Health Units directly with and assisting the SMI/DD/LD population in problem solving, prompting them for appointments, showers, cleaning their cells, escorting inmates to and from healthcare appointments, working as a member of the Behavioral Health Team, and transporting inmates in crisis to and from John George and other inpatient settings. This concept has worked incredibly well in other jails of similar size. Currently on average 16 deputies per shift are redirected from the living units to make these unscheduled emergency hospital runs.

## Finding # 5

- Because there is no relief factor for posted positions in either the Detention and Corrections or the other ACSO Division staffing plans (including contracted law enforcement services with other agencies), all 4850s (worker's compensation), extended leave, light duty positions, for both Detention and Correction and Law Enforcement are placed in Detention and Correction funded positions. As a result, the Detention and Correction Division budgeted positions available to staff SRJ are artificially down by 68 positions and less than ten percent of those 4850 extended leave positions are actually SRJ staff. In addition, there are another 20



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

badge positions on loan to the Law Enforcement side of the Sheriff's Office because the contract obligations to other agencies require positions to be filled within 48 hours. Coupled with the 42 vacant Detention and Corrections Division positions, SRJ is down 126 of its 404 authorized/budgeted positions which equals 31% of its total authorized/budgeted positions. Command staff at SRJ has instituted a robust mandatory overtime program to mitigate the insufficient staffing, but this overtime program is not sustainable over several years. SRJ has no hope of operating in a safe and secure manner with being down 31% of the budgeted/authorized positions. This is not a criticism of the Sheriff or his contracts because those contract public safety services being provided to other agencies are incredibly important, but it is a reality check that demands correction by examining this issue closely and correcting the unintended consequences of this practice. (See Exhibit 7)

### *Recommendation # 5*

Because there is no relief factor integrated into the staffing plans for Detentions and Corrections or Law Enforcement, the Sheriff has no choice except to use Detention and Correction positions for his Deputies on extended leave. In addition, without the appropriate relief factor being integrated into the staffing plans, there is no position authority to cover the unavailable deputies in critical posted positions. Sabot recommends establishing a relief factor for critical posted positions in all ACSO divisions including in the outside agency public safety contracts. In the long run, this would require a staffing analysis to be conducted for the other ACSO Divisions, but this study would provide an informed road map as to what is needed to create a long-term solution for this problem.

## Additional Recommendations

While these five findings and recommendations are designed to correct critical staffing issues that currently exist in the SRJ facility, there are several other recommended changes that will greatly assist the Alameda County Sheriff's Office Detention and Correction Division to reduce inmate self-harming behaviors, inmate on inmate violence, inmate on staff violence, grievances, etc. and to comply with the upcoming remedial plan requirements in Babu v Ahern, et. al.

### *Recommendation #6*

Sabot recommends that the SRJ facility move toward a direct supervision model in the general population units. The direct supervision of inmates mandates that a housing unit officer or officers are in direct contact with the inmate population during program hours. This allows a properly trained housing unit officer to develop a pro-social relationship with inmates where the officer is a role model for those pro-social behaviors and in turn expects inmates to exhibit those same positive behaviors. It empowers the



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

housing unit Deputy to manage the day to day operations in his or her housing unit as long as his or her actions are consistent with facility policies, procedures and post orders. It also teaches housing unit Deputy to develop problem solving skills that inevitably come up during the course of a program day. Direct supervision gives the inmates a knowledgeable and empathic resource to go to with their requests, concerns, problems, and suggestions. While the officer is the authority in the unit and does not share that authority with the inmate, the direct supervision model will have positive impact on the culture in the jail and will go a long way toward eliminating the us vs them culture that exists in many indirect supervision jails. Understanding the inmates under his or her direct supervision allows the officer to detect changes in moods and tension levels in an individual inmate or a group of inmates. An inmate may have just returned from court and have received an outcome that he or she was not expecting, he or she may have just gotten off the phone with his or her significant other and the inmate is upset or angry, or the inmate may have just lost a family member or friend. Direct Supervision allows the officer to intervene and calm the inmate down by just listening to the inmate and allowing them to be heard. Direct supervision also allows the housing unit Deputy to more readily detect when there is trouble brewing in the living unit.

In a direct supervision unit, it is important to keep the staff to inmate ratios manageable because if the officer does not feel safe, they will be fearful of taking the necessary action to control the living unit and to manage the inmate behaviors.

While the Sabot Proposed Staffing spreadsheet reflects the minimum staffing levels required to operate the Santa Rita Jail in a manner that is safe for staff and inmates and one that would enhance compliance with critical subject areas, it does not reflect the positions that would be required for a Direct Supervision Model.

### Recommendation #7

It is recommended that the SRJ facility establish an additional auxiliary Compliance Unit. This Unit would be composed of the following subject areas:

1. Americans with Disabilities
2. Grievance and Appeals
3. PREA
4. Policy and Procedure
5. Litigation Compliance/Internal Compliance Audits
6. Multi-Service Deputies
7. Criminal Investigations
8. Gang Unit (SRJ may want the Gang Unit assigned to the Classification Unit).



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

This Unit would be comprised of badge staff and non-badge staff, a Sergeant, a Lieutenant, and a Captain. This Unit would have to have a minimum assignment of 3-5 years.

This new Auxiliary Unit is reflected in Sabot's proposed Auxiliary Unit but does not reflect the change in the organization chart necessary to add some of the disciplines above. (See Exhibit 12 Recommended Additional Auxiliary Unit tab)

### Recommendation #8

It is recommended that the SRJ facility divert as many of the non-serious, non-violent seriously mentally ill and homeless population with mental health and substance abuse problems as possible from a jail setting to a community-based treatment setting. Currently it costs Alameda County over two hundred thousand dollars a year to house and treat the SMI population in a correctional setting vs a half of that amount in a community-based program. By diverting them to structured and supervised programs in the community including but not limited to 1) board and care facilities, 2) dual diagnosis residential treatment programs, 3) sober living programs linked to outpatient day reporting centers, and 4) supportive housing programs, the jail population of seriously mentally ill and dual diagnosed inmates would be substantially reduced without jeopardizing public safety. Jails simply are not the proper setting to deliver meaningful treatment for these serious health issues.

In order to accomplish this objective, Alameda County would have to develop a more robust community based treatment infrastructure that would allow arrestees in this population that do not represent a current threat to public safety to be diverted to sobering centers, peer run inpatient programs with clinicians on staff twenty four hours a day, seven days a week, three hundred and sixty five days a year. Sabot has studied and investigated this issue for the last several years and visited a very successful program such as this in New York City, New York. The non-profit program is called Community Access, and they contract with the City of New York to provide peer run respite centers and peer run supportive housing for the homeless population and those with mental health concerns that may otherwise end up in the jail or prison system. They also have a peer support training program for these populations that has been very successful in training individuals to be peer support/peer mentors for people with mental health/ substance abuse issues. The program is named "Howie the Harp", and this program has successfully placed many of its graduates into city, county and private sector jobs.

### Recommendation #9

Sabot Consulting is aware of the challenges law enforcement agencies have had over the last several years recruiting sufficient qualified candidates to fill their academies. Thus, it is recommended that the



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

Alameda County Sheriff develop a different position track for correctional officers who would work in the jails and remain in the jails unless they applied for the enforcement academy. The qualifications for a Correctional Officer position are not as rigorous as the qualifications for a full-time peace officer and, as a result, it may be easier to recruit and retain positions in the Santa Rita Jail Facility. An additional concern is the drain of institutional knowledge and experience in the Santa Rita Jail when badge staff at all levels are suddenly transferred out to the other divisions of the Sheriff's Office on short notice and replaced with badge staff at all levels who may have minimal or no recent experience in jail operations or familiarity with the Santa Rita Jail policies, procedures, post orders, and practices. While Sabot understands the need for the Sheriff to keep the positions in the other ACSO divsions filled for public safety reasons and to fulfill his contract obligations to other agencies and municipalities, the current practice negatively impacts the Santa Rita Jail operations. It hampers the Santa Rita Jail's ability to adequately staff critical posts that are necessary for an orderly operation of the jail and that are necessary to consistently deliver the programs and services to which inmates are constitutionally entitled. Sabot believes that adding a nationally recognized relief factor to all the other ACSO divisions staffing plans and conducting a comprehensive staffing analysis of those divisions would provide the necessary analysis and increase in staffing that would go a long way toward correcting the negative impact of inadequate staffing on the Santa Rita Jail operations. This is not a criticism of the Sheriff or the need for him to fully staff patrol and other critical law enforcement positions, but rather it is an attempt to find a workable remedy to rectify this unintentionally harmful practice.



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

## Conclusion

Using nationally recognized standards for conducting a staffing analysis, it is readily apparent that the Santa Rita Jail is significantly understaffed, and, as a result, without the current mandatory overtime program of significant proportions that clearly cannot be sustained over the long term, the staff and inmates at the Santa Rita Jail Facility will be subject to an unreasonable risk of harm.

It is imperative that the badge and non-badge staffing deficiencies in critical posted positions begin to be corrected immediately. It must also be recognized that hiring the necessary personnel to correct these deficiencies will take time and a yeoman's effort over the next three years. Sabot is aware that over the last several years it has been extremely difficult to attract qualified candidates to fill the law enforcement academies across the state, and as a result recommends that the Alameda County Sheriff's Office consider developing a Correctional Officer track in order to fill this void, and to retain institutional knowledge and experience in key positions at the Santa Rita Jail Facility.  From considerable experience in these matters, Sabot has witnessed county jails in California struggle to comply with court ordered remedial plans because of high staff turnover in the jails when jail personnel suddenly are moved out to patrol or other enforcement positions without adequate time to conduct knowledge transfer of jail operations to the new personnel. It takes the better part of a year to become fully knowledgeable of jail policies, procedures, post orders and jail practices, and as a result this period can cause significant setbacks and delays in complying with court ordered remedial plans.



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

## Signature

Submitted on behalf of Sabot Technologies, Inc. dba Sabot Consulting to the County of Alameda

Mike Brady
Director
Sabot Consulting

April 19, 2020

Date



ALAMEDA COUNTY SHERIFF'S OFFICE – SANTA RITA JAIL
TARGETED STAFFING ANALYSIS FINAL REPORT
APRIL 19, 2020

## Exhibits

# EXHIBIT 1

| **ALAMEDA COUNTY SHERIFF'S OFFICE**<br><br>**DETENTION AND CORRECTIONS**<br><br>**POLICY AND PROCEDURE** | **NUMBER:** 10.05 | **PAGES:** 1 of 9 |
|---|---|---|
| | **RELATED ORDERS:**<br>ACA 4-ALDF-2A-03, 2A-05, 2A-11, 2A-52, 2A-55<br>P&P 8.05, 8.24, , 8.37, 10.01, 11.03<br>MJS 1083 | |
| | **ISSUED DATE:** January 5, 1996 | |
| | **REVISION DATE:** *December 1, 2019* | |
| **CHAPTER:** Post Orders | **SUBJECT:** Housing Unit Deputy Post Order | |

I. **PURPOSE:** To describe the duties of housing unit deputies.

II. **POLICY:** Housing unit deputies are responsible for the care, custody, and control of inmates and the security and orderly operation of housing units. Housing unit deputy posts shall be located in or immediately adjacent to inmate living areas to permit staff to hear and respond promptly to emergency situations. Deputies assisting housing unit deputies shall be physically available, or within sight or sound of the housing unit deputy when he/she is entering a housing unit or cell. Except for meal relief or temporary assignment, deputies will not use housing control rooms as work stations. Deputies will maintain personal contact and interaction with staff and inmates, and are expected to carry out their assigned duties pursuant to this Post Order; and if they are unable to carry out their duties, they will immediately notify their supervisor.

III. **DEFINITIONS:**

    A. SPECIAL MANAGEMENT:  Inmates in non-mainline classifications.

    B. HOUSING UNIT CONTROL LOG (RED BOOK): A permanent record maintained in each housing unit for recording routine information, emergency situations, unusual incidents, and visitors.

IV. **PROCEDURE:**

    A. HOUSING UNIT DEPUTIES WILL:

        1. Have a working knowledge of, and comply with, all post orders, policies, procedures and directives.

        2. Be thoroughly familiar with all inmate rules and regulations.

        3. Ensure the security and safety of the housing unit. Ensure the housing unit is clean before inmates are allowed recreation.

4. Ensure that all security equipment, including keys, are kept secure and in operable condition.

   a. Deputies shall retrieve their housing unit keys from the Key-Tracer box in the alcove prior to beginning their shift.

   b. No housing unit security key shall be removed from the housing unit except in exigent circumstances, pursuant to Policy and Procedure (P&P) 8.05, "Santa Rita Jail - Key Control and Emergency Access."

5. Ensure inmates are in their correct cell or dorm.

6. Ensure that only inmates permitted in that housing unit are present.

7. Ensure that all inmates being released comply with the following:

   a. Leave all library books, linen, and clothing, except the set they are wearing; and other county property in the housing unit.

   b. Take all personal property with them.

8. Ensure that security checks are completed during the shift, and the appropriate notation is made in the housing unit control log. Security checks are for the cleanliness and security inspection of each cell, dorm, and all cell/dorm windows.

9. Notify the shift supervisor if contraband is suspected in the housing unit.

10. Conduct inmate counts at designated times.

11. Monitor the television and dayroom area and regulate the general noise level in the housing unit.

12. Personally observe each general population inmate at least every hour and report any problems between the inmates to the shift supervisor and Classification.

13. Be attentive to duties at all times and follow all general and specific personnel guidelines.

14. Ensure that no personal reading material and/or recreational equipment are in the housing unit.

15. Ensure the deputy's office is off limits to all inmates.

16. Supervise housing unit workers and ensure that all trash is staged for pick up by 2300 hours.

Detention and Corrections
Policy and Procedure 10.05

17. Ensure all inmates follow inmate rules/regulations.

18. Ensure that adequate linen and clothing are available on exchange days and perform a linen and clothing exchange as scheduled.  Exchanges will be on a one-for-one basis.

19. Supervise issuing, consumption and clean up after meals.

20. Ensure that all inmates not eating during feeding time are locked down.

21. Oversee sick call, pill call and medical triage.

22. Ensure Commissary gets assistance when required.

23. Ensure that legal material is delivered to the inmate on the shift in which it is received. Distribute routine inmate mail by 2300 hours.

24. Make hourly security checks in the multipurpose rooms when inmate programs are being conducted.

25. Escort County library staff to cells for delivery and pick up of paperback books.  After inmate book carts have been restocked, check carts and books for contraband.

26. Ensure that all newly admitted inmates view the inmate orientation and AIDS videos, receive a new book bag, linen/clothing items; and sign the Automated Jail Information System card indicating they viewed the videos.

27. Provide inmates with sick slips, message request slips, grievance forms and commissary order forms when requested.

    a.  Provide inmates with disabilities the assistance needed in completing these forms.

    b.  Assist those inmates who may have difficulty reading or understanding their rights and protections under PREA or Title 15 by providing explanations to any questions they may have regarding these rights and protections.

    c.  A housing unit deputy shall minimally be able to explain and provide a knowledge and understanding of the Sheriff's Office Zero Tolerance policy and Inmate Rights as it relates to sexual abuse/harassment and retaliation

28. Ensure that all cell doors are closed unless an inmate is entering or exiting the cell. During pod/yard times, allow inmates to enter/exit their cells at least once each hour.

29. Ensure that inmates are not restricted from their general rights and privileges, more than necessary, to ensure the safety and security of the staff, other inmates, and/or the facility.

30. Ensure that inmates are offered a minimum of five hours of recreation over a seven day period.

31. Ensure that inmates are housed within the same classification.

32. Obtain input from Classification prior to hiring inmate housing unit workers.

33. Check the Inmate Services' monthly calendar, daily, for scheduled activities.

34. Rotate the pod feeding schedule (i.e. A-B-C one breakfast meal, B-C-A the next breakfast meal etc.).

35. Provide meal relief as directed.

36. Supervise visiting movement.

37. Respond to emergencies as appropriate.

38. Conduct daily activities per the master event schedule and yard schedule.

39. Ensure all work crews are staged and ready for work on time.

40. Ensure inmates are searched upon returning to the housing unit in compliance with Policy and Procedure 11.03, "Inmate Searches - Body Cavity, Strip, Visual and Pat."

41. During yard time allow inmates to enter/exit their housing unit at least once each hour.

42. At the beginning of each shift, inventory the cleaning tools assigned to the housing unit pursuant to Policy and Procedure 8.24, "Santa Rita Jail - Cleaning Tool Inventory, Inventory for Housing Units, Booking/ITR and the Kitchen." The inventory results will be checked against the previous shift's inventory for consistency and accuracy.

    a. Record the inventory count for each tool, and legibly print and write his/her name and initials in the appropriate fields at the bottom of the tool inventory log.

    b. An adequate supply of cleaning and hygiene items will be on hand at all times.

43. Ensure that two (2) pod doors are not open at the same time.

44. Ensure that a pod door and the sally are not open at the same time.

45. Maintain a permanent log (Red Book and Housing Unit Control Log) to record routine information, emergency situations, and unusual incidents, and disseminate appropriate information to inmates and staff.

B. SPECIAL MANAGEMENT HOUSING:   Deputies assigned to special management housing shall observe the inmates once every 30 minutes with no more than 30 minutes between checks on an irregular schedule.  Inmates who are violent or *who are classified as behavioral health* or who demonstrate unusual or bizarre behavior receive more frequent observation; suicidal inmates are under intensive observation pursuant to Policy and Procedure 8.12, "Inmate Observation and Direct Visual Supervision."  Staff assigned to Special Management Housing Units shall ensure the Housing Unit Control log and red book are maintained on a daily basis.  Other duties for specific units include:

1.  Ensure that inmates classified as administrative separation are:

   a.  Restrained in waist-chains and/or leg-irons when moved out of the housing unit
   b.  Restrained in at least handcuffs when moved within the housing unit
   c.  Moved with a minimum of two deputies
   d.  Fed in their cells and only one inmate is in a cell at all times
   e.  Housed separately
   f.  Moved separately
   g.  Given recreation separately
   h.  Only allowed to possess a razor or nail clippers on a check out/in basis

2.  Ensure that inmates classified as protective custody are moved and fed in a group of the same classification and receive mandated recreation time.

3.  Ensure that inmates housed in disciplinary separation are:

   a.  Allowed a minimum of five hours per week out of their cell to exercise, shower, and shave
   b.  Logged in on the pod time log when pod time is taken
   c.  Allowed one recreational reading book in their cell
   d.  Allowed personal hygiene items
   e.  Allowed correspondence privileges
   f.  Allowed subscription newspapers
   g.  Not allowed excessive personal property
   h.  Not allowed to visit

4.  Ensure that inmates classified as *behavioral health* are allowed to recreate in a group of the same classification when they are not a danger to others.

   a.  *Behavioral health* inmates shall be subject to direct, visual observations once every 30 minutes with no more than 30 minutes between checks pursuant to P&P 8.12, "Inmate Observation and Direct Visual Supervision."

   b.  Suicidal inmates shall be subject to direct, visual observations twice each successive one-half hour pursuant to P&P 8.12.

   c.  *Behavioral health* inmates are only allowed to possess a razor or nail clippers on a

check out/in basis.

C. PERSON SEARCHES:  Housing unit deputies are responsible for maintaining the security of the facility.  To that end, deputies may conduct random pat searches of inmates entering and leaving the housing unit in accordance with Policy and Procedure 11.03, "Inmate Searches - Body Cavity, Strip, Visual and Pat." The initial classification, custody status and search status of each inmate who is to be housed in the general inmate population shall be determined during the booking process by the Classification Unit.

D. Additionally, searches will be conducted as follows:

   1. Inmates returning from external appointments (Alameda County Medical Center, court, funerals, etc.), and work crews will be strip searched in accordance with P&P 11.03.

   2. Inmates returning from internal clinic appointments will be pat searched.

   3. Inmates leaving the housing unit or returning from any other internal appointments will be pat searched at the discretion of the deputy, and with supervisor approval.

   4. Any inmate may be strip searched based on circumstance(s) or information indicating such a need.  "Reasonable Suspicion" is based on specific and articulable facts that would cause a reasonable deputy to suspect that a person may be concealing contraband.  The facts may include current charges, criminal history, or any other factors that would lead a reasonable person to conclude that a strip search will result in discovering contraband.  The legal standard to be met is "Reasonable Suspicion," not probable cause.  Refer to P&P 11.03 for complete search procedures.

   5. No deputy will search an inmate of the opposite sex, except in extreme emergencies.

   6. Inmates will not be singled out for searches based on race, nationality, gender, or sexual orientation.

E. LOG BOOKS:  Deputies shall maintain housing unit control logs which are considered to be permanent logs.  Logs or log books are official records and are subject to the subpoena process.  Comments that are inappropriate or unprofessional are prohibited.  Housing unit control logs shall contain routine, emergency situation and unusual incident information.

   1. Information in housing unit control logs and Red Books include:

      a. Employees' name(s) and time on duty
      b. Searches
      c. Incidents or crimes requiring documentation
      d. Unusual occurrences that could pose a safety problem to staff or inmates.  This could include suspicious activity, feuds, gang graffiti, etc.
      e. Caution should be exercised when logging information regarding informants or classification information.

    f. Missing safety equipment

    g. Housing unit inspections

    h. Information beneficial to incoming shifts, e.g., laundry or meal shortages and action pending.

    i. Safety checks during lock downs, noting all inmates were visually observed. Observations shall take place:

       1) Once each hour with no more than one hour between checks for maximum, medium and minimum-security inmates.

       2) Once every 30 minutes with no more than 30 minutes between checks on an irregular schedule for special management inmates.

       3) More frequently for inmates who are violent, ***classified as behavioral health,*** or who demonstrate unusual or bizarre behavior. Suicidal inmates are to be under intensive observation.

       4) Deputies are instructed to notify a shift sergeant when they are detailed out of their housing unit leaving the housing unit empty of deputy presence. When leaving the house without a deputy, the deputy will place the Observation Logs in the Housing Control so the deputy assuming the responsibility for the observation logs will be able to access them without delay.

    j. Sign out at the end of the shift.

2. Inmate names, Personal File Numbers, housing locations, dates admitted, reasons for arrest, release dates, or any special needs shall be maintained in the ATIMS.

3. When a housing unit closes during the year, the deputy station log books shall remain in the unit. The deputies assigned to the unit will indicate the date and time closed.

4. During the week proceeding December 31st of each year, the midnight shift sergeant for each area will issue new log books to each deputy station and control point. Log books will be placed in the vacant housing unit(s) so they are available when the unit re-opens.

5. During the week following January 1st of each year, the dayshift sergeant for each area will collect all deputy station and control point log books from the preceding year.

    a. The dayshift sergeants will ensure all log books have been collected, including those from vacant housing units. They will box and deliver the log books to the Administrative Lieutenant.

    b. The Administrative Lieutenant will confirm all log books are accounted for and store them in the Litigation Office.

    c.  On January 2nd of each year, log books previously stored in the Litigation Office will be sent to the archives by the Litigation Sergeant.

## F. HOT FOOD TEMPERATURE TESTING PRIOR TO SERVING TO INMATES

1. Deputies shall obtain the stick thermometer from housing control.

2. Once the deputy believes the food in the re-therm ovens have reached the correct temperature, he/she shall remove one food tray from the oven last filled with food. There is no need to remove a tray from each oven.

3. Using the stick thermometer, the deputy shall take a temperature reading of the food tray to ensure the food has reached 165 degrees. If not, the food shall continue to be heated until it reaches 165 degrees.

4. The food in the tray used for temperature testing shall be discarded.

5. The deputy will clean the stick thermometer with Clorox and return it to housing control.

6. The deputy who tested the food temperature will give their name and the temperature of the food to the Sheriff's Technician who will then record both in the housing control red book.

7. If temperature auditing of the food is not done or if the food fails to reach 165 degrees after repeated attempts, the deputy shall notify his/her Watch Sergeant and prepare a memorandum to the Watch Commander detailing the circumstances and actions taken.

## G. STICK THERMOMETER CALIBRATION:

1. Every Sunday, B-team deputies shall calibrate the stick thermometer.

2. The deputy shall place the stick thermometer in a cup of ice water. After the stick thermometer has adjusted to the ice water, it will read 32 degrees. If the stick thermometer is not reading correctly, a nut at the base of the thermometer can be used to adjust the thermometer to 32 degrees. This calibrates the thermometer.

3. If the stick thermometer is inoperable, the deputy shall write a memorandum to the watch commander documenting the circumstances and requesting a new stick thermometer.

4. If the deputy does not perform the stick thermometer calibration, he/she shall prepare a memorandum to the watch commander documenting the reasons why the calibration was not done and the steps he/she has taken or will take to accomplish the necessary calibration of the respective stick thermometer.

     5. The deputy's name and the time the calibration was completed shall be recorded in the housing control red book.

H. LAUNDRY, SUPPLY, AND FOOD CARTS:  Deputies are responsible for ensuring all carts delivered to the housing unit are unloaded in a timely manner and all doors to the carts are immediately locked when emptied   All empty carts shall be staged for return as soon as possible.

EXHIBIT 2

| ALAMEDA COUNTY SHERIFF'S OFFICE<br><br>DETENTION AND CORRECTIONS<br><br>POLICY AND PROCEDURE | **NUMBER:** 10.12 | **PAGES:** 1 of 6 |
|---|---|---|
| | **RELATED ORDERS:**<br>ACA 4-ALDF-2A-01, 2A-11, 2A-45, 2A-55<br>PREA 115.15<br>P&P 8.05, 8.07, 9.02, 9.03, 10.01 | |
| | **ISSUED DATE:** October 19, 1994 | |
| | **REVISION DATE:** *March 1, 2020* | |
| **CHAPTER:** Post Orders | **SUBJECT:** Housing Control Post Order | |

I. **PURPOSE:** To describe the duties of the Housing Control Sheriff's Technician.

II. **POLICY:** Housing controls are essential for integrating various security and communication functions. All inmate living areas are linked to housing control with an audio intercom system that permits two-way communication. The intercom system is intended to supplement direct staff supervision (e.g., to advise staff of emergency needs), not as a substitute for staff supervision. Housing controls will be staffed twenty-four (24) hours a day, seven (7) days a week, to maintain security and safety in the housing unit. The staff assigned to a housing control will ensure that permanent logs are maintained and that pertinent information regarding the housing unit is documented.

III. **PROCEDURE:**

A. THE HOUSING CONTROL SHERIFF'S TECHNICIAN SHALL:

1. Have a working knowledge of, and comply with, all existing post orders, policies, procedures and directives.

2. Never unlock or open the housing control security door when inmates or other unauthorized persons are in the corridor/back hall area.

3. Never allow inmates or other unauthorized persons into housing control.

4. Never leave housing control unless properly relieved by an authorized staff member.

5. At the beginning of each shift, conduct a check of all communication systems, surveillance systems, emergency signal systems, electronic security systems, safety equipment and security keys. Mark each system off, on the systems' check-off list maintained in housing control and immediately report any problems to the watch sergeant.

6. At the beginning of each shift, the sheriff's technician who is working in a housing unit comprised of inmates of the opposite sex shall make an announcement at the beginning of the shift, advising the inmates as such. After the announcement is made, the sheriff's technician will document the announcement in the housing control log book.

7. Deputies are instructed to notify their shift sergeants when they are detailed out of their housing units leaving the housing units empty of deputy presence. When leaving the house without a deputy, the deputy will place the Observation Logs in the Housing Control so the deputy

assuming the responsibility for the observation logs will be able to access them without delay.

8. Housing control sheriff's technicians shall notify a shift sergeant if there is no deputy in the housing unit to sign the General Observation Log. This notification shall take place at least ten minutes prior to when the next check is due. This will ensure the sergeant is able to detail a deputy to complete the observation logs.

9. At the end of each month, the systems' check-off list is to be routed to the watch sergeant to be reviewed, to correct discrepancies; and to forward the report to the Accreditation Unit.

10. Be thoroughly familiar with all electronic panels and emergency equipment. Monitor all communication, emergency systems and video surveillance equipment within housing control.

11. Visually observe the activities of the housing unit deputy.

12. Ensure that only one housing unit sally door is open at one time.

13. Ensure that no more than one pod door on a side is open at a time.

14. Ensure that a pod door and sally are not open at the same time.

15. Ensure that cell doors are not open unless an inmate is entering or exiting the cell.

16. Control entry and exit through the security doors into the backhouse and housing unit areas.

17. Control opening inmate cell doors as directed by the housing unit deputy.

18. Inform Control Point-1 of any unusual occurrence or emergency situation which the housing unit deputy is unable to communicate.

19. Keep supervisors informed of the status of any unusual occurrence.

20. Maintain the prescribed logs for housing control.

21. Make intercom announcements to the housing unit and/or individual cells as to:

    a. Wake up time
    b. Court appearances
    c. Count times
    d. Feeding times
    e. Recreation times
    f. Work assignment times
    g. Lock down
    h. Lights out
    i. Visiting
    j. Miscellaneous appointments (Medical, Inmate Services, etc.)
    k. Whenever staff of the opposite gender enters the housing unit. These announcements must be logged in the Redbook. This includes other deputies, medical and *behavioral* health

staff members.

22. Maintain communication with the housing unit deputy as to deliveries.

23. Input the inmate counts into the Advanced Technology Information Management System (ATIMS).

24. Enter into ATIMS, all information relative to unit activities and/or inmate movement to and from the housing unit.

25. Maintain the manual custody card filing system.

26. Initiate observation reports for repairs.

27. Receive and process inmate outgoing mail and message requests.

28. Ensure the post is clean at all times.

29. Maintain supplies for housing control and order when necessary.

30. Coordinate housing activities schedule with housing unit deputies and visiting activities with the housing unit deputy and visiting staff.

31. Visually monitor inmate activities in the housing units, multipurpose rooms, exercise yards, and visiting booths.

32. Mark cell door release buttons where an inmate is out to a scheduled appointment or a cell is vacant.  Depress the lock-out switch for these cells to override the group release switch, keeping the cells locked while vacant.  This is the only time the lock-out switch shall be activated.

    a.  All calls via intercom shall be answered.

    b.  Cells shall not be "locked-out" because the inmate continuously presses the intercom button.

    c.  If an inmate is continuously pressing the intercom button and there is no emergency, the housing deputy shall be requested to check on the inmate and address the issue immediately.

    d.  In the event the inmate continues to abuse the intercom button, a supervisor shall be notified for further action.

33. Not allow video, audio, recreational, games or entertainment equipment in housing control.

34. If the housing control technician is going to be unavailable for any length of time (during inmates door check, meals etc.) the deputy will be advised and radio communication will be maintained.

35. Perform other duties as assigned.

B. HOUSING CONTROL LOG BOOKS:

1. Sheriff's technicians shall maintain a housing control log book in each housing unit. Logs are official records subject to the subpoena process. There will be no inappropriate or unprofessional comments written in log books.

2. Information to be included in the log books are:

   a. Staff members, their locations and assignments.

   b. Any equipment issued.

   c. Times of occurrences, including when a staff member of the opposite sex enters the housing unit and the announcement made to the inmates advising them. The technician shall then log the occurrence in the log book using the PREA opposite gender stamp.

   d. Deputy entry into housing control and the reason, (e.g., meal relief).

   e. Inmate counts cleared with totals.

   f. Employees entering or exiting the unit.

   g. When any supervisor enters the housing unit. The technician shall then use the "Unannounced" stamp in the log book.

   h. Unusual occurrences that may impact the safety of staff or inmates.

   i. Start and completed time of mandatory housing functions: feeding, pill call, yard/pod times, chapel, recreation programs, mail, education programs, lights on/off, use of Single-Occupancy Cells and similar type events.

   j. Issues wherein a report will be submitted naming participant inmates and their Personal File Numbers (PFN). This could include property damage and related incidents.

   k. Equipment malfunctions and action taken.

   l. Emergency responses or other incident/issue that incoming shifts need to be aware of.

   m. Housing Control Sheriff's Technicians shall document in the log book whenever the PREA video is shown by use of the "PREA Video Shown" stamp. (Refer to Detention and Corrections (D&C) Policy and Procedure (P&P) 18.13 for current schedule.)

   n. Housing control technician sign-off at the completion of his or her shift.

   o. Sheriff's technicians in special management units shall log the name, PFN, housing

location (to and from), reason for placement into the unit, tentative release date from the assigned housing unit, and any special medical or psychiatric problems or needs of the inmates. Additionally, medical staff shall be notified immediately when an inmate is transferred to Administrative Separation or Protective Custody. This notification shall be documented in Attachment 1, "Special Management Medical Notifications."

p. ATIMS records shall be maintained and updated with pertinent information as changes occur during their assigned shift. ATIMS includes but is not limited to:

1) Custody summary
2) Classification detail
3) Release date
4) Movement history
5) Disciplinary detail
6) Housing location
7) Scheduled appointments

3. If a housing unit closes during the year, the housing control log book shall remain in the unit. The sheriff's technician assigned to the unit upon its closing will indicate the date and time of closing and new location(s).

4. During the week proceeding December 31st of each year, the midnight shift sergeant for each area will issue a new log book to each housing control and control point. A log book will be placed in the vacant housing unit(s) so that it is available when the unit reopens.

5. During the week following January 1st of each year, the dayshift sergeant for each area will collect all housing control and control point, log books from the preceding year.

a. The dayshift sergeants will ensure that all log books have been collected, including those from vacant housing units. They will box and deliver all log books to the administrative sergeant.

b. The administrative sergeant will confirm that all log books are accounted for and store them in the Litigation Office.

c. On January 2nd of each year, log books previously stored in the administrative office will be sent to the archives by the Litigation Sergeant.

C. STICK THERMOMETER FOR FOOD TEMPERATURE TESTING PRIOR TO SERVING TO INMATES

1. Sheriff's technicians assigned to housing control shall ensure there is a stick thermometer in housing control at the start of the shift. The stick thermometer shall be maintained in housing control.

2. If there is no stick thermometer located in housing control, the sheriff's technician shall immediately notify the housing unit deputy and the watch sergeant to report the stick thermometer is missing.

Detention and Corrections
Policy and Procedure 10.12

3. If the stick thermometer cannot be located, the sheriff's technician shall prepare a memorandum to the watch commander documenting the missing stick thermometer and requesting a replacement stick thermometer.

4. The sheriff's technician shall record the name of the deputy who tested the food temperature and the temperature of the food in the red book.

Attachments:

Attachment 1 – Special Management Medical Notifications

EXHIBIT 3

### ALAMEDA COUNTY SHERIFF'S OFFICE
### Santa Rita Jail Statistics
### March 24, 2020

| SRJ Inmate Population | Total | Contracts | Total |
|---|---|---|---|
| County Male | 1398 | **Federal Inmate Population** | |
| County CDC Male (2)(+F) | 29 | USM San Francisco | 401 |
| Local Prison Male (3 Nons) (3)(+F) | 35 | USM San Jose | 55 |
| PRCS Violation Male (4)(+F) | 146 | USM Oakland | 17 |
| Flash Incarceration Male | 0 | Probation Interview/OR    270/5 | 1654/81 |
| Federal Male | 462 | -247N | 81/4 |
| **Total Male** | 2070 | Total (6) | 473 |
| County Female | 125 | **Housed Out (Hospitals/Facilities)** | **Total** |
| County CDC Female (2)(+M) | 0 | Total Housed Out | 106 |
| Local Prison Female (3 Nons) (3)(+M) | 9 | Highland Hospital | 1 |
| PRCS Violation Female (4)(+M) | 2 | Other Hospital | 2 |
| Flash Incarceration Female | 0 | John George Psychiatric Hospital | 1 |
| Federal Female | 11 | Deputies at Hospitals (12) | 6 |
| **Total Female** | 147 | Inmates at Hospitals (12) | 4 |
| Total Realignment Inmates M/F | 221 | Santa Clara County Jail | 0 |
| **Combined Total SRJ Inmates (1)** | 2217 | | 120 |
| SWAP M/F | 347 | **Inmate Movement** | **Total** |
| **Combined Total SRJ and SWAP Inmates** | 2564 | County Parole | 0 |
| | | County Courts | 63 |
| | | Rene C Davidson Court | 0 |
| | | Federal Courts | 5 |
| **Unsentenced Inmates** | **Total** | Total Courts (7) | 68 |
| Unsentenced Inmates | 1951 | SRJ Transfers to State Prison | 0 |
| **Total Population** | 2564 | Pending State Prison Commitments (5) | 20 |
| **SRJ Booking Statistics** | | | |
| Over Counter Male | 34 | USM Intake | 0 |
| Over Counter Female | 8 | CDC Intake / Rollover | 0 |
| **Over Counter Total (8)** | 42 | Total Inmates Received | 0 |
| Felonies Received | 33 | GDJ to SRJ Transports (11) | 0 |
| Misdemeanors Received | 9 | **Releases** | **Total** |
| **Total Received** | 42 | SRJ Sentenced Releases | 0 |
| Cites ACSO | 3 | USM Releases | 1 |
| Cites Other Agencies | 3 | CDC Releases | 0 |
| **Total SRJ Cites** | 6 | **Total SRJ Releases** | 1 |

#### SRJ Intake Summary

| Agency | ORI | Total | Agency | ORI | Total |
|---|---|---|---|---|---|
| ACSO (10) | 00100 | 9 | Hayward | 00106 | 3 |
| BART | 00121 | 0 | Livermore | 00107 | 2 |
| Berkeley | 00103 | 3 | Newark | 00108 | 0 |
| California Highway Patrol | | 0 | Oakland (9) | 00109 | 13 |
| Dublin | 0010D | 4 | Pleasanton | 00111 | 0 |
| East Bay Regional | 00114 | 0 | San Leandro | 00112 | 2 |
| Emeryville | 00104 | 3 | Union City | 00113 | 1 |
| Fremont | 00105 | 2 | Other Agencies | | 0 |
| Turn Aways | | 0 | Grand Total | | 42 |
| **Court Remands** | | **0** | **ACSO Extraditions** | | **0** |

1- Total inmate count          2217
2- County CDC                   29          0
3- Local prison                 35          9

EXHIBIT 4

# BOOKINGS AND RELEASES

## Santa Rita

| Santa Rita | Males Booked | Females Booked | Total Booked | Males Released | Females Released | Total Released |
|---|---|---|---|---|---|---|
| **Actual 2019 Only** | | | | | | |
| ary 2019 | 1,709 | 591 | 2,300 | 2,103 | 607 | 2,710 |
| uary 2019 | 1,405 | 497 | 1,902 | 1,728 | 529 | 2,257 |
| ch 2019 | 1,725 | 560 | 2,285 | 2,127 | 547 | 2,674 |
| 2019 | 1,659 | 578 | 2,237 | 2,080 | 568 | 2,648 |
| 2019 | 2,038 | 614 | 2,652 | 2,352 | 635 | 2,987 |
| 2019 | 2,567 | 617 | 3,184 | 2,595 | 614 | 3,209 |
| 2019 | 2,770 | 653 | 3,423 | 2,777 | 626 | 3,403 |
| ist 2019 | 2,757 | 659 | 3,416 | 2,677 | 644 | 3,321 |
| ember 2019 | 2,533 | 593 | 3,126 | 2,508 | 607 | 3,115 |
| ber 2019 | 2,761 | 574 | 3,335 | 2,479 | 585 | 3,064 |
| mber 2019 | 2,501 | 568 | 3,069 | 2,749 | 552 | 3,301 |
| mber 2019 | 2,529 | 658 | 3,187 | 2,571 | 661 | 3,232 |
| ly Totals | 26,954 | 7,162 | 34,116 | 28,746 | 7,175 | 35,921 |
| **Actual 2020 Only** | | | | | | |
| January-2020 | | | | | | |
| ebruary-2020 | 2,586 | 611 | 3,197 | 2,557 | 609 | 3,166 |
| March-2020 | 1,885 | 454 | 2,339 | 1,866 | 471 | 2,337 |
| April-2020 | | | 0 | | | 0 |
| May-2020 | | | 0 | | | 0 |
| June-2020 | | | 0 | | | 0 |
| July-2020 | | | 0 | | | 0 |
| August-2020 | | | 0 | | | 0 |
| tember-2020 | | | 0 | | | 0 |
| ctober-2020 | | | 0 | | | 0 |
| ember-2020 | | | 0 | | | 0 |
| zember-2020 | | | 0 | | | 0 |
| / Totals | 4,471 | 1,065 | 5,536 | 4,423 | 1,080 | 5,503 |

## Glenn E. Dyer

| Glenn E. Dyer | Males Booked | Females Booked | Total Booked | Males Released | Females Released | Total Released |
|---|---|---|---|---|---|---|
| **Actual 2019 Only** | | | | | | |
| January 2019 | 803 | 0 | 803 | 422 | 0 | 4.. |
| February 2019 | 729 | 0 | 729 | 376 | 0 | 3.. |
| March 2019 | 838 | 0 | 838 | 505 | 0 | 5.. |
| April 2019 | 894 | 0 | 894 | 476 | 0 | 4.. |
| May 2019 | 682 | 0 | 682 | 340 | 0 | 3.. |
| June 2019 | 0 | 0 | 0 | 0 | 0 | 0 |
| July 2019 | 0 | 0 | 0 | 0 | 0 | 0 |
| August 2019 | 0 | 0 | 0 | 0 | 0 | 0 |
| September 2019 | 0 | 0 | 0 | 0 | 0 | 0 |
| October 2019 | 0 | 0 | 0 | 0 | 0 | 0 |
| November 2019 | 0 | 0 | 0 | 0 | 0 | 0 |
| December 2019 | 0 | 0 | 0 | 0 | 0 | 0 |
| Yearly Totals | 3,946 | 0 | 3,946 | 2,119 | 0 | 2,11 |
| **Actual 2020 Only** | | | | | | |
| January-2020 | | | | | | |
| February-2020 | | | | | | |
| March-2020 | | | | | | |
| April-2020 | | | | | | |
| May-2020 | | | | | | |
| June-2020 | | | | | | |
| July-2020 | | | | | | |
| August-2020 | | | | | | |
| September-2020 | | | | | | |
| October-2020 | | | | | | |
| November-2020 | | | | | | |
| December-2020 | | | | | | |
| Yearly Totals | 0 | 0 | 0 | 0 | 0 | 2,11 |

EXHIBIT 5

**FILED UNDER SEAL**

EXHIBIT 6

| Housing Unit | PROGRAM as of 06/22/19 | Days | HOURS | LOCATION |
|---|---|---|---|---|
| All Units | | | | |
| 3 | 150-INDEPENDENT STUDY | | | |
| 3 | 218-SUBSTANCE ABUSE MAX HU 3 0800 | Mon-Tue-Wed-Thu-Fri | 13:00-14:45 | LOCATION VARIES |
| 3 | 217-ART THERAPY MAX HU 3 10:00 | Mon-Wed-Fri | 08:00-09:45 | 03 W MULTI PURPOSE |
| 3 | 206-JRT MAX HU 3 13:00 | Mon-Wed-Fri | 10:00-11:45 | 03 W MULTI PURPOSE |
| 3 | 219-C.T.E. ROOTS MAX HU 3 0800 | Mon-Wed-Fri | 13:00-14:45 | 03 W MULTI PURPOSE |
| 3 | 213-FINANCIAL LITERACY MAX HU 3 0800 | Tue-Thu | 08:00-09:45 | 03 W MULTI PURPOSE |
| 3 | 216-ASE MAX HU 3 13:00 | Tue-Thu | 10:00-11:45 | 03 W MULTI PURPOSE |
| 4 | 201-SUBSTANCE ABUSE MAX HU 4 08:00 | Tue-Thu | 13:00-14:45 | 03 W MULTI PURPOSE |
| 4 | 203-7 HABITS MAX HU 4 10:00 | Mon-Wed-Fri | 08:00-09:45 | 04 W MULTI PURPOSE |
| 4 | 207-FINANCIAL LITERACY MAX HU 4 13:00 | Mon-Wed-Fri | 10:00-11:45 | 04 W MULTI PURPOSE |
| 4 | 210-ART THERAPY MAX HU 4 08:00 | Mon-Wed-Fri | 13:00-14:45 | 04 W MULTI PURPOSE |
| 4 | 212-PARENTING MAX HU 4 10:00 | Tue-Thu | 08:00-09:45 | 04 W MULTI PURPOSE |
| 4 | 215-CTE ROOTS MAX HU 4 13:00 | Tue-Thu | 10:00-11:45 | 04 W MULTI PURPOSE |
| 7 | 200-CTE - ROOTS MAX HU 7 08:00 | Tue-Thu | 13:00-14:45 | 04 W MULTI PURPOSE |
| 7 | 204-ASE MAX HU 7 10:00 | Mon-Wed-Fri | 08:00-09:45 | 07 W MULTI PURPOSE |
| 7 | 205-INTRO TO CONSTRUCTION MAX HU 7 13:00 | Mon-Wed-Fri | 10:00-11:45 | 07 W MULTI PURPOSE |
| 7 | 208-ESL MAX HU 7 08:00 | Mon-Wed-Fri | 13:00-14:45 | 07 W MULTI PURPOSE |
| 7 | 211-SUBSTANCE ABUSE MAX HU 7 10:00 | Tue-Thu | 08:00-09:45 | 07 W MULTI PURPOSE |
| 7 | 214-ANGER MGMT MAX HU 7 13:00 | Tue-Thu | 10:00-11:45 | 07 W MULTI PURPOSE |
| 9 | 153-A.S.E. MEN. MED/MAX HU 9 08:00 | Tue-Thu | 13:00-14:45 | 07 W MULTI PURPOSE |
| 9 | 152-C.T.E. MEN. MED/MAX HU9 10:00 | Tue-Thu | 08:00-09:45 | 09 W MULTI PURPOSE |
| 9 | 151-SUBSTANCE ABUSE MEN. MED/MAX HU9 13:00 | Tue-Thu | 10:00-11:45 | 09 W MULTI PURPOSE |
| 21 | 098-A.S.E. MED / MAX FEM HU21 08:00 | Tue-Thu | 13:00-14:45 | 09 W MULTI PURPOSE |
| 21 | 101-PARENTING MED / MAX FEM STEC I 08:00 | Mon-Wed-Fri | 08:00-09:45 | 21 E MULTI PURPOSE |
| 21 | 033-SERVE SAFE MED / MAX FEM HU21 | Mon-Wed-Fri | 08:00-09:45 | STEC-I CLASS C |
| 21 | 100-BAKING MED / MAX FEM HU21 10:00 | Mon-Wed-Fri | 10:00-11:45 | 21 E MULTI PURPOSE |
| 21 | 035-HEALING TRAUMA MED/ MAX FEM H/U 21 13:00 | Mon-Wed-Fri | 10:00-11:45 | 25 F POD CLASS |
| 21 | 021-PARENTING SAT VISITS FEMALE 11:00 SRJTC | Mon-Wed-Fri | 13:00-14:45 | 21 E MULTI PURPOSE |
| 21 | 099-SUB ABUSE MED / MAX FEM HU21 08:00 | Sat | 11:00-12:45 | TRANSITION CENTER |
| 21 | 103-ART THERAPY MED / MAX FEM STEC I 08:00 | Tue-Thu | 08:00-09:45 | 21 E MULTI PURPOSE |
| 21 | 030-C.T.E. MED / MAX FEM HU21 10:00 | Tue-Thu | 08:00-09:45 | STEC-I CLASS C |
| 21 | 031-INTRO TO CONSTRUCTION MED / MAX FEM STEC I 10:00 | Tue-Thu | 10:00-11:45 | STEC-I CLASS D |

| | | | | |
|---|---|---|---|---|
| 21 | 032-HOSPITALITY MED / MAX FEM HU21 13:00 | Tue-Thu | 13:00-14:45 | 21 E MULTI PURPOSE |
| 24 | 007-HEALING TRAUMA MIN FEM STEC I 10:00 | Mon-Wed-Fri | 10:00-11:45 | STEC-I CLASS C |
| 24 | 006-ASE MIN FEM STEC I 13:00 | Mon-Wed-Fri | 13:00-14:45 | STEC-I CLASS C |
| 31 | 041-BAKING MIN MALE HU 25 08:00 | Mon-Wed-Fri | 08:00-09:45 | 25 F POD CLASS |
| 31 | 050-SERVE SAFE MIN MALE STEC I 08:00 | Mon-Wed-Fri | 08:00-09:45 | STEC-I CLASS E |
| 31 | 040-INTRO CONSTRUCTION MIN MALES STEC I 10:00 | Mon-Wed-Fri | 10:00-11:45 | STEC-I CLASS B |
| 31 | 053-ART THERAPY MIN MALE STEC I 10:00 | Mon-Wed-Fri | 10:00-11:45 | STEC-I CLASS E |
| 31 | 067-CTE MIN MALE STEC 1 10:00 | Mon-Wed-Fri | 10:00-11:45 | STEC CLASS B |
| 31 | 048-PARENTING MIN MALE STEC I 13:00 | Mon-Wed-Fri | 13:00-14:45 | STEC-I CLASS B |
| 31 | 068-ENTREPRENEURSHIP MIN MALES STEC 1 13:00 | Mon-Wed-Fri | 13:00-14:45 | STEC CLASS E |
| 31 | 148-PARENTING SAT. VISITS MIN MALE 08:00 TC | Sat | 09:00-10:45 | TRANSITION CENTER |
| 31 | 062-ANGER MGMT MIN MALE STEC I 08:00 | Tue-Thu | 08:00-09:45 | STEC-I CLASS B |
| 31 | 046-7 HABITS MIN MALES STEC 1 10:00 | Tue-Thu | 10:00-11:45 | STEC-I CLASS E |
| 31 | 065-ASE MIN MALE STEC I 10:00 | Tue-Thu | 10:00-11:45 | STEC-I CLASS B |
| 31 | 066-SUBSTANCE ABUSE MIN MALE STEC I 13:00 | Tue-Thu | 13:00-14:45 | STEC-I CLASS B |
| 32 | 112-PARENTING MED MALE 10:00 | Fri | 10:00-11:45 | 32 E MULTI PURPOSE |
| 32 | 106-FINANCIAL LITERACY MED MALE 13:00 | Mon-Wed-Fri | 13:00-14:45 | 32 E MULTI PURPOSE |
| 32 | 104-INTRO TO CONSTRUCTION MED MALE 08:00 | Tue-Thu | 08:00-09:45 | 32 E MULTI PURPOSE |
| 32 | 108-HEALING TRAUMA MED MALES 0800 | Tue-Thu | 08:00-09:45 | STEC-I CLASS E |
| 32 | 109-ANGER MGMT MED MALE HU32 10:00 | Tue-Thu | 10:00-11:45 | 32 E MULTI PURPOSE |
| 32 | 110-CTE MED MALE HU32 13:00 | Tue-Thu | 13:00-14:45 | 32 E MULTI PURPOSE |
| 32 | 107-ASE MED MALE HU32 10:00 | Wed | 10:00-11:45 | 32 E MULTI PURPOSE |
| 34 | 122-E.S.L. - BEGINNER P/C MALE STEC II 08:00 | Mon-Wed-Fri | 08:00-09:45 | STEC-II CLASS 1 |
| 34 | 128-INTRO TO CONSTRUCTION P/C MALE STEC II 08:00 | Mon-Wed-Fri | 08:00-09:45 | STEC-II CLASS 4 |
| 34 | 119-HEALING TRAUMA P/C MALE STEC II 10:00 | Mon-Wed-Fri | 10:00-11:45 | STEC-II CLASS 2 |
| 34 | 124-COMPUTERS P/C MALE STEC II 10:00 | Mon-Wed-Fri | 10:00-11:45 | STEC-II CLASS 3 |
| 34 | 129-E.S.L. -- ADVANCED P/C MALE STEC II 10:00 | Mon-Wed-Fri | 10:00-11:45 | STEC-II CLASS 1 |
| 34 | 111-CTE P/C MALE STEC II 13:00 | Mon-Wed-Fri | 13:00-14:45 | STEC-II CLASS 1 |
| 34 | 120-SUBSTANCE ABUSE P/C MALE STEC II 13:00 | Mon-Wed-Fri | 13:00-14:45 | STEC-II CLASS 2 |
| 34 | 114-JRT P/C MALE STEC II 08:00 | Tue-Thu | 08:00-09:45 | STEC-II CLASS 2 |
| 34 | 116-ANGER MANAGEMENT P/C MALE STEC II 08:00 | Tue-Thu | 08:00-09:45 | STEC-II CLASS 4 |
| 34 | 123-E.S.L. - A.S.E. P/C MALE STEC II 10:00 | Tue-Thu | 10:00-11:45 | STEC-II CLASS 4 |
| 34 | 127-ART THERAPY P/C MALE STEC II 10:00 | Tue-Thu | 10:00-11:45 | STEC-II CLASS 1 |
| 34 | 131-A.S.E. P/C MALE STEC II 10:00 | Tue-Thu | 10:00-11:45 | STEC-II CLASS 4 |

| 34 | 121-PARENTING P/C MALE STEC II 13:00 | Tue-Thu | 13:00-14:45  STEC-II CLASS 2 |
| 34 | 125-FINANCIAL LITERACY P/C MALE STEC II 13:00 | Tue-Thu | 13:00-14:45  STEC-II CLASS 4 |
| 34 | 126-ART THERAPY P/C MALE STEC II 13:00 | Tue-Thu | 13:00-14:45  STEC-II CLASS 1 |

EXHIBIT 7

**Santa Rita Jail Allocated Staffing**
**Dept. No. 290511**
**14 Housing Units**

#1119

**Biweekly Staffing Report**
**03/22/20 - 04/04/20**

| | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| | Positions Authorized | Positions Budgeted | Positions Budgeted On Site | On Loan to SRJ | Staff Physically On Site | On Extended Leave (900) | On Loan From SRJ (1000) | Total Position Count | SRJ Up+/Down- Positions | SRJ Funded Vacant Positions |
| **BADGE:** | | | | | | | | | | |
| Captain (Capt) | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| Lieutenant (Lt) | 11 | 11 | 11 | 3 | 14 | 4 | 0 | 18 | 3 | 4 |
| Sergeant (Sgt) | 33 | 33 | 24 | 1 | 25 | 11 | 2 | 38 | -8 | 4 |
| Deputy (Dep) | 359 | 359 | 238 | 0 | 238 | 53 | 18 | 309 | -121 | -50 |
| **TOTAL BADGE:** | 404 | 404 | 274 | 4 | 278 | 68 | 20 | 366 | -126 | -42 |
| **NON-BADGE:** | | | | | | | | | | |
| Account Clerk II (A/CII) | 8 | 8 | 6 | 0 | 6 | 0 | 0 | 6 | -2 | -2 |
| Acct Specialist (A/Spc) | 3 | 3 | 3 | 0 | 3 | 0 | 0 | 3 | 0 | 0 |
| Acct Technician (A/Tec) | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| Clerk II (C/II) | 3 | 3 | 3 | 0 | 3 | 0 | 0 | 3 | 0 | 0 |
| Keeper | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | -2 | -2 |
| Mail Clerk | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| Secretary II (Sec/II) | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| Sheriff's Safety Aide (SSA) | 8 | 8 | 7 | 0 | 7 | 2 | 0 | 9 | -1 | 1 |
| Sheriff's Tec (S/Tec) | 182 | 182 | 159 | 0 | 159 | 9 | 8 | 176 | -23 | -6 |
| Storekeeper | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| Supervising Clerk II (Spv/C) | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | -1 |
| **TOTAL NON-BADGE:** | 211 | 211 | 182 | 0 | 182 | 11 | 8 | 201 | -29 | -10 |

| TOTAL AUTHORIZED: | | TOTAL BUDGETED: | | TOTAL PHYSICAL ON SITE: | |
|---|---|---|---|---|---|
| BADGE: | 404 | BADGE: | 404 | BADGE: | 278 |
| NON-BADGE: | 211 | NON-BADGE: | 211 | NON-BADGE: | 182 |
| | 615 | | 615 | | 460 |

| TOTAL VACANT POSITIONS: | | TOTAL SRJ DOWN POSITIONS: | |
|---|---|---|---|
| BADGE: | -42 | BADGE: | -126 |
| NON-BADGE: | -10 | NON-BADGE: | -29 |
| | -52 | | -155 |

E + F = G
G - H - I = J
D - G = K
J - D - F = L

EXCEL ID: STATS

# EXHIBIT 8

**FILED UNDER SEAL**

EXHIBIT 9

| Time Code Description | Total | Average |
|---|---|---|
| Bereavement Leave | 56.00 | 4.31 |
| Comp Time B Taken | 39.40 | 3.03 |
| Comp Time B Tkn - FMLA | | 0.00 |
| Floating Holiday | 390.00 | 30.00 |
| Floating Holiday - FMLA | | 0.00 |
| Holiday | 496.00 | 38.15 |
| In-Lieu Taken (Expire) | 370.00 | 28.46 |
| In-lieu Taken (Non Expiring) | 40.00 | 3.08 |
| Leave without Pay | | 0.00 |
| Leave without Pay (WC) | | 0.00 |
| Leave Without Pay - Military | | 0.00 |
| Military Leave (Paid) | | 0.00 |
| Paid Leave - Used | 819.60 | 63.05 |
| Personal Leave | | 0.00 |
| Sick Leave - Family (Combined) | 147.00 | 11.31 |
| Sick Leave - Med Appt (Self) | 57.50 | 4.42 |
| Sick Leave -Self Illness/Disab | 331.00 | 25.46 |
| Vacation | 1,296.70 | 99.75 |
| Vacation Used - FMLA | | 0.00 |
| WC-Industrial Injury (Safety) | 2,192.50 | 168.65 |
| Training | | |
| Breaks | | |
| | 6,235.70 | 479.67 |
| Total Staff in Sample | 13.00 | |
| Total Hours / Year (52.14 X 40) 8's | 2,086.00 | |
| Average Total Hours Available | 1,606.33 | |
| Total Hours / Year (52.14 X 42) 12's | 2,189.88 | |
| Average Total Hours Available | 1,710.21 | |

| Time Code Description | Total | Average |
|---|---|---|
| Bereavement Leave | 144.00 | 4.65 |
| Comp Time B Taken | 961.40 | 31.01 |
| Comp Time B Tkn - FMLA | 0.00 | 0.00 |
| Floating Holiday | 787.00 | 25.39 |
| Floating Holiday - FMLA | 0.00 | 0.00 |
| Holiday | 1,096.00 | 35.35 |
| In-lieu Taken (Non Expiring) | 677.00 | 21.84 |
| Meet and Confer Leave | 25.00 | 0.81 |
| Leave without Pay | 0.00 | 0.00 |
| Leave without Pay (WC) | 0.00 | 0.00 |
| Leave Without Pay - Military | 0.00 | 0.00 |
| Military Leave (Paid) | 0.00 | 0.00 |
| Personal Leave | 0.00 | 0.00 |
| Sick Leave - Family (Combined) | 287.50 | 9.27 |
| Sick Leave - Med Appt (Self) | 208.80 | 6.74 |
| Sick Leave -Self Illness/Disab | 2,222.40 | 71.69 |
| Vacation | 4,864.30 | 156.91 |
| Vacation Used - FMLA | 0.00 | 0.00 |
| WC-Industrial Injury (Safety) | 2,068.70 | 66.73 |
| Training | | |
| Breaks | | |
| | 13,342.10 | 430.39 |
| Total Staff in Sample | 31.00 | |
| Total Hours / Year (52.14 X 40) 8's | 2,086.00 | |
| Average Total Hours Available | 1,655.61 | |
| Total Hours / Year (52.14 X 42) 12's | 2,189.88 | |
| Average Total Hours Available | 1,759.49 | |

| Time Code Description | Total | Average |
|---|---|---|
| Bereavement Leave | 1,170.00 | 3.89 |
| Comp Time B Taken | 9,520.05 | 31.63 |
| Comp Time B Tkn - FMLA | 925.10 | 3.07 |
| Comp Time Leave Taken | 18.70 | 0.06 |
| DSA In-Lieu Vacation-Used | 27.50 | 0.09 |
| Floating Holiday | 6,937.60 | 23.05 |
| Floating Holiday - FMLA | 192.00 | 0.64 |
| Holiday | 8,649.20 | 28.73 |
| Holiday - FMLA | 92.40 | 0.31 |
| In-lieu Taken (Non Expiring) | 3,624.50 | 12.04 |
| Inlieu Used NonExp - FMLA | 424.20 | 1.41 |
| Leave without Pay | 1,891.00 | 6.28 |
| Leave without Pay - FMLA | 710.20 | 2.36 |
| Leave without Pay Military | 3,761.80 | 12.50 |
| Leave without Pay - SDI | 58.70 | 0.20 |
| Leave Without Pay  (WC) | 7,639.90 | 25.38 |
| Military Leave (Paid) | 2,049.90 | 6.81 |
| Personal Leave | 864.70 | 2.87 |
| Sick Leave - Family (Combined) | 3,477.20 | 11.55 |
| Sick Leave - Med Appt (Self) | 1,822.40 | 6.05 |
| Sick Leave -Self Illness/Disab | 17,867.70 | 59.36 |
| Sick Leave Used - FMLA | 1,594.50 | 5.30 |
| Vacation | 35,191.35 | 116.91 |
| Vacation Buy - Taken (NoBen) | 16.00 | 0.05 |
| Vacation Used - FMLA | 1,258.80 | 4.18 |
| WC-Industrial Injury (Safety) | 41,683.90 | 138.48 |
| Training | | |
| Breaks | | |
| | 151,469.30 | 503.22 |
| Total Staff in Sample | 301.00 | |
| Total Hours / Year (52.14 X 40) 8's | 2,086.00 | |
| Average Total Hours Available | 1,582.78 | |
| otal Hours / Year (52.14 X 42) 12's | 2,189.88 | |
| Average Total Hours Available | 1,686.66 | |

| Time Code Description | Total | Average |
|---|---|---|
| Bereavement Leave | 810.50 | 4.24 |
| Comp Time B Taken | 9,547.85 | 49.99 |
| Comp Time B Tkn - FMLA | 202.30 | 1.06 |
| Floating Holiday | 6,563.20 | 34.36 |
| Floating Holiday - FMLA | 25.50 | 0.13 |
| Holiday | 4,358.90 | 22.82 |
| Holiday - FMLA | 35.10 | 0.18 |
| Jury or Subpoena Leave | 64.00 | 0.34 |
| In-lieu Taken (Non Expiring) | | 0.00 |
| Leave without Pay | 5,511.40 | 28.86 |
| Leave without Pay - FMLA | 2,189.70 | 11.46 |
| Leave without Pay - Military | 3,942.90 | 20.64 |
| Leave without Pay - SDI | 706.70 | 3.70 |
| Leave Without Pay (WC) | 409.50 | 2.14 |
| LWOP - Absence w/o Official Lv | 26.50 | 0.14 |
| Military Leave (Paid) | 240.00 | 1.26 |
| Personal Leave | 1,180.20 | 6.18 |
| Sick Leave - Family (Combined) | 1,938.10 | 10.15 |
| Sick Leave - Med Appt (Self) | 1,205.80 | 6.31 |
| Sick Leave -Self Illness/Disab | 13,156.40 | 68.88 |
| Sick Leave Used - FMLA | 1,269.30 | 6.65 |
| Vacation | 21,633.45 | 113.26 |
| Vacation Buy - Taken (No Ben) | 384.80 | 2.01 |
| Vacation Used - FMLA | 279.30 | 1.46 |
| WC - Industrial Injury (80%) | 0.00 | 0.00 |
| WC-Industrial Injury (Safety) | | 0.00 |
| WC - Medical Appointment | 220.20 | 1.15 |
| Training | | |
| Breaks | | |
| | 75,901.60 | 397.39 |
| Total Staff in Sample | 191.00 | |
| Total Hours / Year (52.14 X 40) 8's | 2,086.00 | |
| Average Total Hours Available | 1,688.61 | |
| Total Hours / Year (52.14 X 42) 12's | 2,189.88 | |
| Average Total Hours Available | 1,792.49 | |

EXHIBIT 10

**FILED UNDER SEAL**

EXHIBIT 11

**FILED UNDER SEAL**

EXHIBIT 12

# FILED UNDER SEAL

EXHIBIT 13

| 11/26/19 | B team | 12 | D team | 12 |
|---|---|---|---|---|
| 11/27/19 | A team | 11 | C team | 8 |
| 11/28/19 | A team | 9 | C team | 11 |
| 11/29/19 | A team | 11 | C team | 18 |
| 11/30/19 | A team | 24 | C team | 23 |
| 12/01/19 | B team | 22 | D team | 23 |
| 12/02/19 | B team | 25 | D team | 22 |
| 12/03/19 | B team | 20 | D team | 15 |
| 12/04/19 | B team | 16 | D team | 16 |
| 12/05/19 | A team | 13 | C team | 18 |
| 12/06/19 | A team | 14 | C team | 19 |
| 12/07/19 | A team | 22 | C team | 18 |
| 12/08/19 | B team | 21 | D team | 25 |
| 12/09/19 | B team | 25 | D team | 28 |
| 12/10/19 | B team | 20 | D team | 16 |
| 12/11/19 | A team | 15 | C team | 15 |

|  |  | 1922 |  | 1542 |
|---|---|---|---|---|

| Grand Total | 3464 |
|---|---|
| Average Hours per Trip | 4 |
| Number of Staff per Trip | 2 |
| Total Staff Hours | 27712 |
| NAWH 12 Hour Deputy | 1636.66 |
| # of Deputies | 16.93204453 |

are these hours or the number of hospital runs

| Date | Team | Count | Team2 | Count2 |
|---|---|---|---|---|
| 07/17/19 | D team | 15 | | |
| 07/18/19 | A team | 17 | | |
| 07/17/19 | D team | 15 | | |
| 07/18/19 | C team | 12 | | |
| 07/19/19 | A team | 17 | | |
| 07/20/19 | C team | 18 | | |
| 07/21/19 | C team | 18 | | |
| 07/22/19 | B team | 18 | | |
| 07/22/19 | D team | 15 | | |
| 07/23/19 | B team | 20 | | |
| 07/23/19 | D team | 17 | | |
| 07/24/19 | A team | 13 | | |
| 07/24/19 | C team | 10 | | |
| 07/25/19 | A team | 12 | | |
| 07/25/19 | C team | 11 | | |
| 07/26/19 | A team | 11 | | |
| 07/26/19 | C team | 11 | | |
| 07/27/19 | A team | 10 | | |
| 07/27/19 | C team | 9 | | |
| 07/28/19 | D team | 9 | | |
| 07/28/19 | D team | 6 | | |
| 07/29/19 | B team | 10 | | |
| 07/29/19 | D team | 11 | | |
| 07/30/19 | B team | 14 | | |
| 07/30/19 | D team | 11 | | |
| 07/31/19 | B team | 15 | | |
| 07/31/19 | D team | 9 | | |
| 08/01/19 | A team | 13 | C team | 9 |
| 08/02/19 | A team | 11 | C team | 10 |
| 08/03/19 | A team | | C team | 10 |
| 08/04/19 | B team | 12 | D team | 15 |
| 08/05/19 | B team | 9 | D team | 12 |
| 08/06/19 | B team | 10 | D team | 14 |
| 08/07/19 | A team | 8 | C team | 7 |
| 08/08/19 | A team | 8 | C team | 6 |
| 08/09/19 | A team | 11 | C team | 9 |
| 08/10/19 | A team | 7 | C team | 8 |
| 08/11/19 | B team | 6 | D team | 6 |
| 08/12/19 | B team | 7 | D team | 6 |
| 08/13/19 | B team | 7 | D team | 4 |
| 08/14/19 | B team | 8 | D team | 8 |
| 08/15/19 | A team | 7 | C team | |
| 08/16/19 | A team | 10 | C team | 9 |
| 08/17/19 | A team | 8 | C team | 8 |
| 08/18/19 | B team | 12 | D team | 11 |
| 08/19/19 | B team | 11 | D team | 9 |
| 08/20/19 | B team | 14 | D team | 11 |
| 08/21/19 | A team | 9 | C team | 9 |

| | | | | |
|---|---|---|---|---|
| 08/22/19 | A team | 9 | C team | 13 |
| 08/23/19 | A team | 11 | C team | 7 |
| 08/24/19 | A team | 8 | C team | 15 |
| 08/25/19 | B team | 10 | D team | 8 |
| 08/26/19 | B team | 11 | D team | 9 |
| 08/27/19 | B team | 12 | D team | 7 |
| 08/28/19 | B team | 9 | D team | 10 |
| 08/29/19 | A team | 9 | C team | 13 |
| 08/30/19 | A team | 8 | C team | 6 |
| 08/31/19 | A team | 6 | C team | 8 |
| 09/01/19 | B team | 10 | D team | 8 |
| 09/02/19 | B team | 9 | D team | 3 |
| 09/03/19 | B team | 6 | D team | 5 |
| 09/04/19 | A team | 4 | C team | 6 |
| 09/05/19 | A team | 4 | C team | 7 |
| 09/06/19 | A team | 6 | C team | 6 |
| 09/07/19 | A team | 5 | C team | 5 |
| 09/08/19 | B team | 6 | D team | 5 |
| 09/09/19 | B team | 9 | D team | 5 |
| 09/10/19 | B team | 5 | D team | 8 |
| 09/11/19 | B team | 10 | D team | 8 |
| 09/12/19 | A team | 5 | C team | 7 |
| 09/13/19 | A team | 5 | C team | 8 |
| 09/14/19 | A team | 7 | C team | 7 |
| 09/15/19 | B team | 9 | D team | 10 |
| 09/16/19 | B team | 11 | D team | 11 |
| 09/17/19 | B team | 12 | D team | 11 |
| 09/18/19 | B team | 7 | D team | 7 |
| 09/19/19 | A team | 9 | C team | 13 |
| 09/20/19 | A team | 15 | C team | 15 |
| 09/21/19 | A team | 17 | C team | 17 |
| 09/22/19 | B team | 17 | D team | 15 |
| 09/23/19 | B team | 18 | D team | 10 |
| 09/24/19 | B team | 12 | D team | 12 |
| 09/25/19 | B team | 10 | D team | 9 |
| 09/26/19 | A team | 10 | C team | 12 |
| 09/27/19 | A team | 10 | C team | 10 |
| 09/28/19 | A team | 10 | C team | 11 |
| 09/29/19 | B team | 15 | D team | 12 |
| 09/30/19 | B team | 11 | D team | 12 |
| 10/01/19 | B team | 15 | D team | 12 |
| 10/02/19 | A team | 9 | C team | 11 |
| 10/03/19 | A team | 9 | C team | 12 |
| 10/04/19 | A team | 9 | C team | 7 |
| 10/05/19 | A team | 6 | C team | 6 |
| 10/06/19 | B team | 6 | D team | 8 |
| 10/07/19 | B team | 10 | D team | 12 |
| 10/08/19 | B team | 10 | D team | 7 |

| 10/09/19 | B team | 10 | D team | 11 |
|----------|--------|----|--------|----|
| 10/10/19 | A team | 9  | C team | 12 |
| 10/11/19 | A team | 10 | C team | 14 |
| 10/12/19 | A team | 8  | C team | 8  |
| 10/13/19 | B team | 11 | D team | 12 |
| 10/14/19 | B team | 14 | D team | 13 |
| 10/15/19 | B team | 15 | D team | 14 |
| 10/16/19 | A team | 13 | C team | 15 |
| 10/17/19 | A team | 13 | C team | 12 |
| 10/18/19 | A team | 12 | C team | 9  |
| 10/19/19 | A team | 7  | C team | 8  |
| 10/20/19 | B team | 12 | D team | 9  |
| 10/21/19 | B team | 11 | D team | 10 |
| 10/22/19 | B team | 13 | D team | 15 |
| 10/23/19 | B team | 18 | D team | 12 |
| 10/24/19 | A team | 10 | C team | 12 |
| 10/25/19 | A team | 14 | C team | 9  |
| 10/26/19 | A team | 10 | C team | 16 |
| 10/27/19 | B team | 15 | D team | 15 |
| 10/28/19 | B team | 19 | D team | 18 |
| 10/29/19 | B team | 22 | D team | 24 |
| 10/30/19 | A team | 21 | C team | 19 |
| 10/31/19 | A team | 17 | C team | 16 |
| 11/01/19 | A team | 16 | C team | 9  |
| 11/02/19 | A team | 8  | C team | 12 |
| 11/03/19 | B team | 15 | D team | 10 |
| 11/04/19 | B team | 12 | D team | 13 |
| 11/05/19 | B team | 11 | D team | 11 |
| 11/06/19 | B team | 16 | D team | 15 |
| 11/07/19 | A team | 17 | C team | 19 |
| 11/08/19 | A team | 18 | C team | 15 |
| 11/09/19 | A team | 16 | C team | 16 |
| 11/10/19 | B team | 19 | D team | 16 |
| 11/11/19 | B team | 15 | D team | 16 |
| 11/12/19 | B team | 19 | D team | 17 |
| 11/13/19 | A team | 9  | C team | 8  |
| 11/14/19 | A team | 8  | C team | 10 |
| 11/15/19 | A team | 8  | C team | 7  |
| 11/16/19 | A team | 7  | C team | 7  |
| 11/17/19 | B team | 11 | D team | 8  |
| 11/18/19 | B team | 10 | D team | 9  |
| 11/19/19 | B team | 13 | D team | 17 |
| 11/20/19 | B team | 19 | D team | 16 |
| 11/21/19 | A team | 11 | C team | 13 |
| 11/22/19 | A team | 14 | C team | 16 |
| 11/23/19 | A team | 16 | C team | 20 |
| 11/24/19 | B team | 19 | D team | 13 |
| 11/25/19 | B team | 18 | D team | 12 |

| 07/17/19 | D team | 15 |  |
| 07/18/19 | A team | 17 |  |
| 07/17/19 | D team | 15 |  |
| 07/18/19 | C team | 12 |  |
| 07/19/19 | A team | 17 |  |
| 07/20/19 | C team | 18 |  |
| 07/21/19 | C team | 18 |  |
| 07/22/19 | B team | 18 |  |
| 07/22/19 | D team | 15 |  |
| 07/23/19 | B team | 20 |  |
| 07/23/19 | D team | 17 |  |
| 07/24/19 | A team | 13 |  |
| 07/24/19 | C team | 10 |  |
| 07/25/19 | A team | 12 |  |
| 07/25/19 | C team | 11 |  |
| 07/26/19 | A team | 11 |  |
| 07/26/19 | C team | 11 |  |
| 07/27/19 | A team | 10 |  |
| 07/27/19 | C team | 9 |  |
| 07/28/19 | D team | 9 |  |
| 07/28/19 | D team | 6 |  |
| 07/29/19 | B team | 10 |  |
| 07/29/19 | D team | 11 |  |
| 07/30/19 | B team | 14 |  |
| 07/30/19 | D team | 11 |  |
| 07/31/19 | B team | 15 |  |
| 07/31/19 | D team | 9 |  |

| 08/01/19 | A team | 13 | C team | 9 | |
|----------|--------|----|--------|----|--|
| 08/02/19 | A team | 11 | C team | 10 | |
| 08/03/19 | A team | | C team | 10 | |
| 08/04/19 | B team | 12 | D team | 15 | |
| 08/05/19 | B team | 9 | D team | 12 | |
| 08/06/19 | B team | 10 | D team | 14 | |
| 08/07/19 | A team | 8 | C team | 7 | |
| 08/08/19 | A team | 8 | C team | 6 | |
| 08/09/19 | A team | 11 | C team | 9 | |
| 08/10/19 | A team | 7 | C team | 8 | |
| 08/11/19 | B team | 6 | D team | 6 | |
| 08/12/19 | B team | 7 | D team | 6 | |
| 08/13/19 | B team | 7 | D team | 4 | |
| 08/14/19 | B team | 8 | D team | 8 | |
| 08/15/19 | A team | 7 | C team | | |
| 08/16/19 | A team | 10 | C team | 9 | |
| 08/17/19 | A team | 8 | C team | 8 | |
| 08/18/19 | B team | 12 | D team | 11 | |
| 08/19/19 | B team | 11 | D team | 9 | |
| 08/20/19 | B team | 14 | D team | 11 | |
| 08/21/19 | A team | 9 | C team | 9 | |
| 08/22/19 | A team | 9 | C team | 13 | |
| 08/23/19 | A team | 11 | C team | 7 | |
| 08/24/19 | A team | 8 | C team | 15 | |
| 08/25/19 | B team | 10 | D team | 8 | |
| 08/26/19 | B team | 11 | D team | 9 | |
| 08/27/19 | B team | 12 | D team | 7 | |
| 08/28/19 | B team | 9 | D team | 10 | |
| 08/29/19 | A team | 9 | C team | 13 | |
| 08/30/19 | A team | 8 | C team | 6 | |
| 08/31/19 | A team | 6 | C team | 8 | |

| | | | | |
|---|---|---|---|---|
| 09/01/19 | B team | 10 | D team | 8 |
| 09/02/19 | B team | 9 | D team | 3 |
| 09/03/19 | B team | 6 | D team | 5 |
| 09/04/19 | A team | 4 | C team | 6 |
| 09/05/19 | A team | 4 | C team | 7 |
| 09/06/19 | A team | 6 | C team | 6 |
| 09/07/19 | A team | 5 | C team | 5 |
| 09/08/19 | B team | 6 | D team | 5 |
| 09/09/19 | B team | 9 | D team | 5 |
| 09/10/19 | B team | 5 | D team | 8 |
| 09/11/19 | B team | 10 | D team | 8 |
| 09/12/19 | A team | 5 | C team | 7 |
| 09/13/19 | A team | 5 | C team | 8 |
| 09/14/19 | A team | 7 | C team | 7 |
| 09/15/19 | B team | 9 | D team | 10 |
| 09/16/19 | B team | 11 | D team | 11 |
| 09/17/19 | B team | 12 | D team | 11 |
| 09/18/19 | B team | 7 | D team | 7 |
| 09/19/19 | A team | 9 | C team | 13 |
| 09/20/19 | A team | 15 | C team | 15 |
| 09/21/19 | A team | 17 | C team | 17 |
| 09/22/19 | B team | 17 | D team | 15 |
| 09/23/19 | B team | 18 | D team | 10 |
| 09/24/19 | B team | 12 | D team | 12 |
| 09/25/19 | B team | 10 | D team | 9 |
| 09/26/19 | A team | 10 | C team | 12 |
| 09/27/19 | A team | 10 | C team | 10 |
| 09/28/19 | A team | 10 | C team | 11 |
| 09/29/19 | B team | 15 | D team | 12 |
| 09/30/19 | B team | 11 | D team | 12 |

| 10/01/19 | B team | 15 | D team | 12 |
|----------|--------|----|--------|----|
| 10/02/19 | A team | 9  | C team | 11 |
| 10/03/19 | A team | 9  | C team | 12 |
| 10/04/19 | A team | 9  | C team | 7  |
| 10/05/19 | A team | 6  | C team | 6  |
| 10/06/19 | B team | 6  | D team | 8  |
| 10/07/19 | B team | 10 | D team | 12 |
| 10/08/19 | B team | 10 | D team | 7  |
| 10/09/19 | B team | 10 | D team | 11 |
| 10/10/19 | A team | 9  | C team | 12 |
| 10/11/19 | A team | 10 | C team | 14 |
| 10/12/19 | A team | 8  | C team | 8  |
| 10/13/19 | B team | 11 | D team | 12 |
| 10/14/19 | B team | 14 | D team | 13 |
| 10/15/19 | B team | 15 | D team | 14 |
| 10/16/19 | A team | 13 | C team | 15 |
| 10/17/19 | A team | 13 | C team | 12 |
| 10/18/19 | A team | 12 | C team | 9  |
| 10/19/19 | A team | 7  | C team | 8  |
| 10/20/19 | B team | 12 | D team | 9  |
| 10/21/19 | B team | 11 | D team | 10 |
| 10/22/19 | B team | 13 | D team | 15 |
| 10/23/19 | B team | 18 | D team | 12 |
| 10/24/19 | A team | 10 | C team | 12 |
| 10/25/19 | A team | 14 | C team | 9  |
| 10/26/19 | A team | 10 | C team | 16 |
| 10/27/19 | B team | 15 | D team | 15 |
| 10/28/19 | B team | 19 | D team | 18 |
| 10/29/19 | B team | 22 | D team | 24 |
| 10/30/19 | A team | 21 | C team | 19 |
| 10/31/19 | A team | 17 | C team | 16 |

| 11/01/19 | A team | 16 | C team | 9 |
|---|---|---|---|---|
| 11/02/19 | A team | 8 | C team | 12 |
| 11/03/19 | B team | 15 | D team | 10 |
| 11/04/19 | B team | 12 | D team | 13 |
| 11/05/19 | B team | 11 | D team | 11 |
| 11/06/19 | B team | 16 | D team | 15 |
| 11/07/19 | A team | 17 | C team | 19 |
| 11/08/19 | A team | 18 | C team | 15 |
| 11/09/19 | A team | 16 | C team | 16 |
| 11/10/19 | B team | 19 | D team | 16 |
| 11/11/19 | B team | 15 | D team | 16 |
| 11/12/19 | B team | 19 | D team | 17 |
| 11/13/19 | A team | 9 | C team | 8 |
| 11/14/19 | A team | 8 | C team | 10 |
| 11/15/19 | A team | 8 | C team | 7 |
| 11/16/19 | A team | 7 | C team | 7 |
| 11/17/19 | B team | 11 | D team | 8 |
| 11/18/19 | B team | 10 | D team | 9 |
| 11/19/19 | B team | 13 | D team | 17 |
| 11/20/19 | B team | 19 | D team | 16 |
| 11/21/19 | A team | 11 | C team | 13 |
| 11/22/19 | A team | 14 | C team | 16 |
| 11/23/19 | A team | 16 | C team | 20 |
| 11/24/19 | B team | 19 | D team | 13 |
| 11/25/19 | B team | 18 | D team | 12 |
| 11/26/19 | B team | 12 | D team | 12 |
| 11/27/19 | A team | 11 | C team | 8 |
| 11/28/19 | A team | 9 | C team | 11 |
| 11/29/19 | A team | 11 | C team | 18 |
| 11/30/19 | A team | 24 | C team | 23 |

| | | | | |
|---|---|---|---|---|
| 12/01/19 | B team | 22 | D team | 23 |
| 12/02/19 | B team | 25 | D team | 22 |
| 12/03/19 | B team | 20 | D team | 15 |
| 12/04/19 | B team | 16 | D team | 16 |
| 12/05/19 | A team | 13 | C team | 18 |
| 12/06/19 | A team | 14 | C team | 19 |
| 12/07/19 | A team | 22 | C team | 18 |
| 12/08/19 | B team | 21 | D team | 25 |
| 12/09/19 | B team | 25 | D team | 28 |
| 12/10/19 | B team | 20 | D team | 16 |
| 12/11/19 | A team | 15 | C team | 15 |
| 12/12/19 | A team | | C team | |
| 12/13/19 | A team | | C team | |
| 12/14/19 | A team | | C team | |
| 12/15/19 | B team | | D team | |
| 12/16/19 | B team | | D team | |
| 12/17/19 | B team | | D team | |
| 12/18/19 | B team | | D team | |
| 12/19/19 | A team | | C team | |
| 12/20/19 | A team | | C team | |
| 12/21/19 | A team | | C team | |
| 12/22/19 | B team | | D team | |
| 12/23/19 | B team | | D team | |
| 12/24/19 | B team | | D team | |
| 12/25/19 | A team | | C team | |
| 12/26/19 | A team | | C team | |
| 12/27/19 | A team | | C team | |
| 12/28/19 | A team | | C team | |
| 12/29/19 | B team | | D team | |
| 12/30/19 | B team | | D team | |
| 12/31/19 | B team | | D team | |