PAUL B. MELLO – 179755
SAMANTHA D. WOLFF – 240280
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
Email:   pmello@hansonbridgett.com
         swolff@hansonbridgett.com

Gregory B. Thomas (SBN 239870)
Temitayo O. Peters (SBN 309913)
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273-8780  Fax: 510.839.9104
E-mail:  gthomas@bwslaw.com
         tpeters@bwslaw.com

Attorneys for Defendants
COUNTY OF ALAMEDA; GREGORY J. AHERN
in his official capacity as Sheriff of the Alameda
County Sheriff s Office; KARYN TRIBBLE in her
official capacity as Director of the Alameda County
Behavioral Health Care Services Agency;

JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
REKHA ARULANANTHAM - 317995
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:   jbornstein@rbgg.com
         egalvan@rbgg.com
         kjanssen@rbgg.com
         rarulanantham@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA/SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff s Office; KARYN TRIBBLE in her official capacity as Director of the Alameda County Behavioral Health Care Services Agency; and DOES 1 to 20, inclusive,<br><br>            Defendants. | Case No. 5:18-cv-07677<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING OF STATUS UPDATE**<br><br>Judge: Hon. Nathanael Cousins<br><br>Trial Date: January 25, 2021 |

Plaintiffs and Defendants, after meeting and conferring, submit this stipulation and proposed amended order to continue their deadline to file a joint status update from May 1, 2020 to May 6, 2020, as follows:

WHEREAS, on April 24, 2020, following a telephonic status hearing held that same day, this Court ordered the parties to further meet and confer and provide an update to the Court by May 1, 2020, regarding: (1) Defendants' discussions with the Alameda County Public Health Department on issues of testing, quarantine, and intake protocols; (2) an incident of potential exposure at East County Hall of Justice; and (3) an increase in the "orange" category of inmates at Santa Rita Jail (ECF 116);

WHEREAS, the parties met and conferred by phone on April 28, 2020 to discuss the issues of testing, quarantine, and intake protocols and anticipate that they will engage in further meet and confer discussion on these topics as more information becomes available;

WHEREAS, the parties do not expect to receive additional information regarding the viability of and procedures for increased testing until the end of this week or early next week, and will continue to meet and confer regarding quarantine procedures and intake protocols;

WHEREAS, in light of the above, the parties request that their deadline to file the joint status report be moved to Wednesday, May 6, 2020 to enable them to report on the most current information, most of which will likely not be available until early next week,

NOW THEREFORE, the parties, through their respective counsel of record, jointly stipulate, subject to this Court's approval, that the deadline to file their joint status update be continued from Friday, May 1, 2020 to Wednesday, May 6, 2020.

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: April 29, 2020                          BURKE, WILLIAMS & SORENSEN, LLP


By: */s/ Gregory Thomas*
　　Gregory B. Thomas
　　Temitayo O. Peters
　　Attorneys for Defendants

Dated: April 29, 2020                          HANSON BRIDGETT LLP


By: */s/ Samantha Wolff*
　　Paul B. Mello
　　Samantha D. Wolff
　　Attorneys for Defendants

Dated: April 29, 2020                          ROSEN BIEN GALVAN & GRUNFELD LLP


By: */s/ Ernest Galvan*
　　Ernest Galvan
　　Attorneys for Plaintiffs

**ECF ATTESTATION**

I, Samantha Wolff, am the ECF User whose ID and password are being used to file this document. I attest that concurrence in the filing of this document was obtained from all signatories.

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 The parties' joint case status update is continued from May 1, 2020 to May 6, 2020, to enable the parties to report on the most current information concerning the topics set forth in this Court's April 24, 2020 Summary Order Following April 24 Status Hearing Re: Santa Rita Jail COVID-19 Response (ECF 116).

7 DATED:_____

Honorable Nathanael M. Cousins
United States Magistrate Judge