**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ASHOK BABU, and others,

Plaintiffs,

v.

SHERIFF GREGORY AHERN, and others,

Defendants.

Case No. 18-cv-007677 NC

**ORDER CONTINUING STATUS HEARING TO JUNE 26; AND GRANTING LEAVE TO FILE**

The Court thanks all counsel for their continued communication, cooperation, and diligence as reflected in the joint status report filed June 3 at ECF 133. In light of the progress reported and the ongoing collaboration of counsel, the Court CONTINUES the June 5 status hearing to June 26 at 9:00 a.m. by phone. The parties must file a joint update by June 24.

Separately, the Court GRANTS the United States Attorney's Office motion for leave to file at ECF 132. The Court welcomes the Department of Justice's assistance in addressing the issues in this case. AUSA Jonathan Lee is invited to participate in the June 26 hearing. The parties are not required to respond to the ECF 132 letter, but are granted leave to do so in writing by June 24 and/or at the status hearing if they wish.

IT IS SO ORDERED.

Date: June 4, 2020

Nathanael M. Cousins
United States Magistrate Judge