LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett St.
San Francisco, CA 94110
Telephone: 415-285-8091
Facsimile:  415-285-8092
Email:  denniscunninghamlaw@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u><br>    **PLAINTIFFS,**<br><br>vs.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, et al<br><br>    **DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>**PLAINTIFFS' RESPONSE TO COURT'S SUA SPONTE REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP (DKT. 24)** |

PLAINTIFFS, the Male Prisoners incarcerated in Santa Rita Jail, hereby respond to the Court's sua sponte referral for purposes of determining relationship (Dkt. 24).

1. Plaintiffs' first amended complaint was filed on May 7, 2020 (Dkt. 10). Along with the First Amended Complaint, Plaintiffs filed an ex parte application for temporary restraining order accompanied by 19 declarations (Dkt. 12-Main, Dkt 12.1-12.20). Plaintiffs also filed an application to relate this case to the Mohrbacher v. Alameda County Sheriff's Office, No. 3:18-

1

**PLAINTIFFS' RESPONSE TO THE COURT'S SUA SPONTE REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP**
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No3:19-CV-07423 JSC

cv-00050-JD.  On May 15, 2020, Judge Donato declined to relate the two cases. (Dkt. 164, *Mohrbacher*, 18-00050, Dkt. 14, *Gonzalez*).

2.  In the interim, all defendants were personally served.  All parties have filed a consent to the magistrate judge.  (Dkt. 16, 17, 19, 22).

3. The week following service of process on defendant Well-Path, Peter Bertling, counsel for Well-Path, phoned counsel for plaintiffs, Yolanda Huang.  One of the matters discussed was the issue of whether the present case should be related to *Babu, et al. v. Ahern et al.* No. 18-7677.  Yolanda Huang stated that she had listened into a number of the court proceedings in April and May and that there had been affirmative statements by the Court and defense counsels that Babu's scope was mental health.  Therefore, plaintiffs did not consider sufficient nexus for the two cases to be related.  Plaintiffs' counsel did state that if defendants felt there was sufficient nexus, that plaintiffs would not oppose a defense motion to relate.  Neither the plaintiffs nor the defendants of *Babu, et al. v. Ahern et al.* have moved to relate the cases.

DATED: June 7, 2020     **LAW OFFICE OF YOLANDA HUANG**

   _/s/ Yolanda Huang_____
Yolanda Huang

**DENNIS CUNNINGHAM**

  _/s/ Dennis Cunningham_____
*Counsel for Plaintiffs*

**PLAINTIFFS' RESPONSE TO THE COURT'S SUA SPONTE REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP**
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No3:19-CV-07423 JSC