FILED

Aug 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN, SBN 172715
2  kfranklin@hansonbridgett.com
   GYMMEL M. TREMBLY, SBN 327236
3  gtrembly@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for
   ALAMEDA HEALTH SYSTEM
7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 | ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated, | Case No. 5:18-cv-07677-NC |
|---|---|
|   | |
|   Plaintiffs, | **ORDER DENYING DISABILITY RIGHTS CALIFORNIA'S REQUEST TO RELATE CASES** |
|   v. | |
| COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; KARYN TRIBBLE in her official capacity as Director of Alameda County Behavioral Health Department, | Hon. Nathanael Cousins |
|   Defendants. | |

Disability Rights California's Administrative Motion to Consider Whether Cases Should Be Related in *Babu, et al. v. County of Alameda, et al.*, Case No. 5:18-cv-07677-NC, to *Disability Rights California v. County of Alameda, et al.*, Case No. 3:20-cv-05256-JCS came before this Court. (Dkt. No. 185)

/ / /

/ / /

-1-

Case No. 5:18-cv-07677-NC

[PROPOSED] ORDER DENYING DISABILITY RIGHTS CALIFORNIA'S REQUEST TO RELATE CASES

1 | The Court finds that relating the cases is not appropriate.  Disability Rights California's
2 | Administrative Motion to Consider Whether Cases Should Be Related is denied.
3 | **IT IS SO ORDERED.**
4 | DATED:    August 27, 2020



_____
NATHANAEL M. COUSINS
United States Magistrate Judge