| | |
|---|---|
| PAUL B. MELLO – 179755<br>SAMANTHA D. WOLFF – 240280<br>HANSON BRIDGETT LLP<br>425 Market Street, 26th Floor<br>San Francisco, California  94105<br>Telephone:   (415) 777-3200<br>Facsimile:    (415) 541-9366<br>Email:         pmello@hansonbridgett.com<br>                    swolff@hansonbridgett.com<br><br>GREGORY B. THOMAS – 239870<br>TEMITAYO O. PETERS – 309913<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1901 Harrison Street, Suite 900<br>Oakland, California  94612-3501<br>Telephone:   (510) 273-8780<br>Facsimile:    (510) 839-9104<br>Email          gthomas@bwslaw.com<br>                    tpeters@bwslaw.com<br><br>Attorneys for Defendants | JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>KARA J. JANSSEN – 274762<br>REKHA ARULANANTHAM - 317995<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104<br>Email:         jbornstein@rbgg.com<br>                    egalvan@rbgg.com<br>                    kjanssen@rbgg.com<br>                    rarulanantham@rbgg.com<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNESBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; KARYN TRIBBLE in her official capacity as Director of the Alameda County Behavioral Health Care Services Agency; and DOES 1 to 20, inclusive,,<br><br>           Defendants. | Case No. 5:18-CV-07677<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES**<br><br>Judge:  Hon. Nathanael Cousins<br><br>Trial Date: January 25, 2021 |

On April 24, 2020, the parties stipulated to continue the trial date of September 21, 2020 to January 25, 2021.  Dkt No. 110.  This Court approved the parties' proposed order on April 24, 2020, and continued the trial to January 25, 2021 (Dkt. No. 114), as well as set the following deadlines:

- <u>Dispositive Motions Filed</u>: September 4, 2020

- <u>Non-Expert Discovery</u>: August 7, 2020

- <u>Expert Witnesses</u>:

  Initial disclosure of expert testimony and reports under Federal Rule of Civil Procedure 26(a)(2):  August 21, 2020

  All discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4): October 9, 2020

On July 23, 2020, the Court extended the pre-trial deadlines to accord with the January 25, 2020 trial date as follows:

- <u>Motions in limine</u>: the parties must file their motions in limine by December 16, 2020, with responses due by December 23, 2020, in accordance with this Court's Pretrial Preparation Order.

- <u>Joint trial readiness binder</u>: the documents and binder are due by December 16, 2020 at 12:00 p.m. at the San Jose Courthouse in accordance with this Court's Pretrial Preparation Order.

- <u>Exhibits:</u> exhibits must be provided to the Court by December 16, 2020 at 12:00 p.m. at the San Jose Courthouse in accordance with this Court's Pretrial Preparation Order.

- <u>Scheduling of jury selection</u>: all parties must notify the Court whether they wish to proceed with a jury or bench trial by December 16, 2020.  If the parties decide to proceed with a jury trial, the jury will be selected January 25, 2021.

- <u>Jury Instructions</u>: If applicable, the parties must submit jointly to the Court via email in Word format to ncpo@cand.uscourts.gov a set of jury instructions by December 16, 2020.

- <u>Summary of case statement</u>: By December 16, 2020, the parties must jointly submit an agreed-upon summary of the case, not to exceed one page.

- <u>Trial transcripts</u>: if a trial transcript is desired, it must be ordered by December 16, 2020.

- <u>Electronic Equipment</u>: if a party wishes to use electronic equipment or other large items, the party must file a request and proposed order with the Court by December 16, 2020.

Additionally, pursuant to paragraph 3 of General Order 56, discovery in this matter is currently stayed. While the parties continue to engage in productive settlement negotiations, neither party will be able to comply with the current or extended pre-trial deadlines unless the stay set by General Order 56 is lifted. As such, the parties have agreed to lift the stay of discovery as of January 8, 2021. Defendants agree to work with Plaintiffs and provide them with documents necessary for settlement negotiations prior to the lifting of the General Order 56 stay of discovery. The parties further agree that to the extent such documents, including policies, procedures, and named Plaintiff or class member files, would be otherwise admissible they shall not become inadmissible or protected from disclosure solely because they are introduced or used in the ongoing settlement negotiations. Should the parties ultimately need to litigate any aspect of this case either party may use such documents in that litigation, subject to the rules of the Court and the Federal Rules of Evidence.

IT IS HEREBY STIPULATED, subject to this Court's confirming order, that the trial date shall be continued to **August 30, 2021** with a Pretrial Conference on **August 18, 2021** and the remaining deadlines set as follows:

1. GENERAL ORDER 56'S STAY OF DISCOVERY LIFTED: **January 8, 2021**

2. CLOSURE OF NON-EXPERT DISCOVERY AND MOTIONS TO COMPEL FILED: **April 2, 2021**

3. DISCLOSURE OF EXPERT TESTIMONY AND REPORTS UNDER FRCP 26(a)(2): **April 30, 2021**

4. COMPLETION OF EXPERT DISCOVERY UNDER FRCP 26(b)(4): **June 4, 2021**

5. DISPOSITIVE MOTIONS FILED: **June 18, 2021**

6. MOTIONS IN LIMINE: the parties must file their motions in limine by **August 4, 2021**, with responses due by **August 11, 2021**, in accordance with this Court's Pretrial Preparation Order.

7. JOINT TRIAL READINESS BINDER: the documents and binder are due by **August 4, 2021** at 12:00 p.m. at the San Jose Courthouse in accordance with this Court's Pretrial Preparation Order.

8. EXHIBITS: exhibits must be provided to the Court by **August 4, 2021** at 12:00 p.m. at the San Jose Courthouse in accordance with this Court's Pretrial Preparation Order.

9. **SCHEDULING OF JURY SELECTIONS:** all parties must notify the Court whether they wish to proceed with a jury or bench trial by **August 4, 2021**. If the parties decide to proceed with a jury trial, the jury will be selected **August 30, 2021**.

10. **JURY INSTRUCTIONS:** If applicable, the parties must submit jointly to the Court via email in Word format to ncpo@cand.uscourts.gov a set of jury instructions by **August 4, 2021**.

11. **SUMMARY OF CASE STATEMENT:** By **August 4, 2021**, the parties must jointly submit an agreed-upon summary of the case, not to exceed one page.

12. **TRIAL TRANSCRIPT:** if a trial transcript is desired, it must be ordered by **August 4, 2021**.

13. **ELECTRONIC EQUIPMENT:** if a party wishes to use electronic equipment or other large items, the party must file a request and proposed order with the Court by **August 4, 2021**.

IT IS SO STIPULATED.

DATED: October 2, 2020   Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Kara Janssen
    Kara Janssen

Attorneys for Plaintiffs

DATED: October 2, 2020   BURKE, WILLIAMS & SORENSEN LLP

By: /s/ Gregory Thomas
    Gregory B. Thomas
    Temitayo O. Peters

DATED: October 2, 2020   HANSON BRIDGETT LLP

By: /s/ Samantha Wolff
    Paul B. Mello
    Samantha D. Wolff

Attorneys for Defendants

# ORDER

IT IS HEREBY ORDERED that the trial date shall be continued to **August 30, 2021** with a Pretrial Conference on **August 18, 2021** and the remaining deadlines set as follows:

1. GENERAL ORDER 56'S STAY OF DISCOVERY LIFTED: **January 8, 2021**

2. CLOSURE OF NON-EXPERT DISCOVERY AND MOTIONS TO COMPEL FILED: **April 2, 2021**

3. DISCLOSURE OF EXPERT TESTIMONY AND REPORTS UNDER FRCP 26(a)(2): **April 30, 2021**

4. COMPLETION OF EXPERT DISCOVERY UNDER FRCP 26(b)(4): **June 4, 2021**

5. DISPOSITIVE MOTIONS FILED: **June 18, 2021**

6. MOTIONS IN LIMINE: the parties must file their motions in limine by **August 4, 2021**, with responses due by **August 11, 2021**, in accordance with this Court's Pretrial Preparation Order.

7. JOINT TRIAL READINESS BINDER: the documents and binder are due by **August 4, 2021** at 12:00 p.m. at the San Jose Courthouse in accordance with this Court's Pretrial Preparation Order.

8. EXHIBITS: exhibits must be provided to the Court by **August 4, 2021** at 12:00 p.m. at the San Jose Courthouse in accordance with this Court's Pretrial Preparation Order.

9. SCHEDULING OF JURY SELECTIONS: all parties must notify the Court whether they wish to proceed with a jury or bench trial by **August 4, 2021**. If the parties decide to proceed with a jury trial, the jury will be selected **August 30, 2021**.

10. JURY INSTRUCTIONS: If applicable, the parties must submit jointly to the Court via email in Word format to ncpo@cand.uscourts.gov a set of jury instructions by **August 4, 2021**.

11. SUMMARY OF CASE STATEMENT: By **August 4, 2021**, the parties must jointly submit an agreed-upon summary of the case, not to exceed one page.

12. TRIAL TRANSCRIPT: if a trial transcript is desired, it must be ordered by **August 4, 2021**.

/ / /

/ / /

/ / /

/ / /

/ / /

13. ELECTRONIC EQUIPMENT: if a party wishes to use electronic equipment or other large items, the party must file a request and proposed order with the Court by **August 4, 2021**.

IT IS SO ORDERED.

DATED:  October 2, 2020



Honorable Nathanael M. Cousins
United States Magistrate Judge