# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** January 15, 2021  **Time:** 9:02am -9:47am  **Judge:** NATHANAEL M. COUSINS

**Case No.:** 18-cv-07677 NC  **Case Name:** Ashok Babu, et al v. Gregory Ahearn, et al

**Attorneys for Plaintiffs:** Kara Janssen, Jeff Bornstein, Rekha Arulanantham
**Attorneys for Defendants:** Greg Thomas, Paul Mello, Samantha Wolf, Temitayo Peters
**Attorneys for WellPath:** Ben Rice

**Deputy Clerk:** Lili Harrell  **Court Reporter:** Lee-Anne Shortridge

## PROCEEDINGS

Status Hearing re Santa Rita County COVID-19 Response - held via AT&T Conference.

Case schedule remains as set.
Next case management conference set for 2/19/2021, at 9:00 a.m., by telephone, with joint update due 2/17.