UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK BABU, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREGORY J. AHERN, and others,<br><br>    Defendants. | Case No. 18-cv-07677-NC<br><br>**ORDER RE: PLAINTIFFS' COUNSEL'S IMPROPER EX PARTE COMMUNICATION** |

On July 13, 2021, Plaintiffs' counsel sent a letter to Chief Judge Richard Seeborg and federal partners about the Court's re-opening plans. The "Re:" line of the four-page letter states "Reopening of the Court for Incarcerated Persons" and identifies this case by name, case number, and file number. The letter was not initially served on defendants' counsel in this case, so it was an ex parte communication with the Court.

This action by counsel constituted an improper ex parte communication in violation of Civil Local Rule 7-10. *See* Civil L.R. 7-10 (allowing ex parte filings "only if a statute, Federal Rule, local rule or Standing Order authorizes the filing . . . in the circumstances and the party has complied with the applicable provisions allowing the party to approach the Court on an *ex parte* basis."). Plaintiffs' counsel did not seek the Court's permission and did not articulate a good reason for the ex parte communication. Further, the letter was not filed in ECF so there was no record of it for me, Defendants' counsel, class

members, or the public.  In mitigation, Plaintiffs' counsel did inform me and Defendants' counsel of the letter at our case management conference on July 14, 2021, and then provided a copy of the letter.  Chief Judge Seeborg's response was provided to counsel for all parties.  In the future, counsel must abide by the Civil Local Rules and follow the proper procedure for communication with the Court.

**IT IS SO ORDERED.**

Dated: July 15, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge