| | |
|---|---|
| HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>pmello@hansonbridgett.com<br>SAMANTHA D. WOLFF, SBN 240280<br>swolff@hansonbridgett.com<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone:    (415) 777-3200<br>Facsimile:     (415) 541-9366 | Gregory B. Thomas (SBN 239870)<br>E-mail: gthomas@bwslaw.com<br>Temitayo O. Peters (SBN 309913)<br>E-mail: tpeters@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1901 Harrison Street, Suite 900<br>Oakland, CA 94612-3501<br>Tel: 510.273.8780  Fax: 510.839.9104 |

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; KARYN TRIBBLE in her official capacity as Director of Alameda County Behavioral Health Department,<br><br>   Defendants. | Case No. 5:18-cv-07677-NC<br><br>**DECLARATION OF SAMANTHA D. WOLFF IN SUPPORT OF DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CONSENT DECREE**<br><br>Date:     September 22, 2021<br>Time:     1:00 P.M.<br>.<br>Judge:    Honorable Nathanael Cousins |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

I, Samantha D. Wolff, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, attorneys of record for Defendants County of Alameda, Sheriff Gregory Ahern, and Karyn Tribble ("Defendants"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Counsel for Plaintiffs and Defendants have been in communication with attorneys for the Civil Rights Division of the U.S. Department of Justice ("Department") following the Department's issuance of its April 22, 2021 Notice Regarding Investigation of Alameda County, John George Psychiatric Hospital, and Santa Rita Jail. Attorneys for the Department have been involved in good faith meet-and-confer discussions pertaining to the terms of the proposed Consent Decree with counsel for Plaintiffs and Defendants. The Department has reviewed the proposed Consent Decree closely and does not object to Plaintiffs' Motion. Attached as **Exhibit A** is a true and correct copy of a letter from U.S. Department of Justice Acting Special Counsel Maura Klugman to myself, dated August 18, 2021, in which Ms. Klugman indicates the Department's position with respect to the pending motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of August, 2021, at Lafayette, California.

*/s/ Samantha Wolff*
Samantha D. Wolff

17816741.1

-2- Case No. 5:18-cv-07677-NC
DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CONSENT DECREE