MALE PRISONERS OF HOUSING UNIT
~~21A~~ 4 D
SANTA RITA JAIL
5325 BRODER BLVD
DUBLIN, CA 94568

Attorneys for Plaintiffs

FILED
SEP 13 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br>Defendants. | No. 3:19-cv-07423 JSC<br><br>MEN OF SANTA RITA JAIL HOUSING UNIT 4'S REQUEST TO DELAY HEARING ON PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: September 22, 2021<br>Time: 1 p.m.<br><br>Hon. Nathanael Cousins, presiding<br>Action filed: January 4, 2018 |

We are men prisoners, both pretrial and post convicted, currently incarcerated in Santa Rita Jail in Housing Unit 4. D

We just learned that there has been a motion filed for preliminary approval of the consent decree.

We believe that we are members of the class and that we will be impacted by this consent decree.

None of us have received any information regarding the specifics of the settlement. We are concerned because none of the lawyers or experts in the Babu case has come to us to investigate. What we have viewed is that over the years, when someone wants to talk to a prisoner, the sheriff

1

deputies will come the day before, select who is going to talk, and tell that person what to say. Usually, that person is a pod worker, or someone like a pod worker, who always goes along with what the deputy says or wants.

When there's someone who is doing an inspection, the deputies will come and clean up the housing unit, or hide any problems before the inspection, so that everything looks right even though normally it isn't right.

We are concerned that because the Court has already set the hearing date for final approval, that the court's review is going to be cursory and a rubber stamp.

We are concerned because we know that Rosen Bien Galvin and Grunfeld (RBGG) is supposed to represent us, but has never talked to us.

We are concerned because we know that (RBGG) is supposed to represent us, but has never consulted with any of the community organizations that provide support for us, such as the Ella Baker Center and the National Lawyer's Guild, who actually are here regularly talking to us, taking our phone calls, and helping us.

We are concerned because this settlement gives RBGG a lot of attorneys fees, millions, and this gives them an incentive for a settlement, when many of the terms do not actually benefit us, or do not improve conditions, or may actually make life even more difficult.

We believe that there may be serious problems with this settlement agreement and that the attorneys for the plaintiff and defendant should be required to speak with community organizations and other people who support prisoners before the court weighs in on the appropriateness of this settlement agreement.

We have serious concerns about the jail being the one who provides mental health services. Right now, every day, the jail violates our HIPAA rights because a deputy stands there when we receive medical services or mental health services, and a deputy, who is not medically trained will intervene or interfere or tell the medical provider what to do. Often a deputy will say that a prisoner who is suffering is "faking it" and should be ignored.

Therefore, we request that:

1) We be provided complete copies of the motion and settlement agreement;

2

**MEN PRISONERS REQUEST TO CONTINUE THE HEARING FOR PRELIMINARY APPROVAL**
*Babu, et al, et al v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677

2) That the hearing for preliminary approval be continued at least 90 days after we are provided copies of the motion and settlement agreement so that we have time to review the settlement agreement and consult with our attorneys.

3) That prisoners and their representatives be provided the opportunity to be heard at the hearing for preliminary approval;

4) That we have the opportunity to seek legal representation to represent us in these matters; and,

5) That the hearing date for the final approval be vacated and that any hearing for final approval not be set for at least 180 days the a hearing for preliminary approval in which, we have an opportunity to be heard.

6) Other comments: OUR CANTEEN'S TO HIGH WE DONT GET THE RIGHT MEDICAL ATTITION. WE DONT GET VITAMENS WE NEED. THEY DONT GET THE RIGHT CLEANING SUPPLYS. WE DONT GET TO BUY CEREAL EXT (IN) CANTEEN

Dated: August 31, 2021

Respectfully submitted,

MEN PRISONERS OF HOUSING UNIT 4

**Michael Lockhart**

_____
Signature

TEAUNTE Bailey
Print Name

Teaunte Bailey
Signature

3

**MEN PRISONERS REQUEST TO CONTINUE THE HEARING FOR PRELIMINARY APPROVAL**
*Babu, et al, et al v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677

| | |
|---|---|
| DEMETRIUS KIM <br> Print Name | _____ <br> Signature |
| Jason Brown <br> Print Name | _____ <br> Signature |
| Isaiah Richard <br> Print Name | _____ <br> Signature |
| ERNESTO TORRES <br> Print Name | _____ <br> Signature |
| ANDRE GRIFFIN <br> Print Name | _____ <br> Signature |
| Tony Walker <br> Print Name | _____ <br> Signature |
| Daniel Lesley <br> Print Name | _____ <br> Signature |

**MEN PRISONERS REQUEST TO CONTINUE THE HEARING FOR PRELIMINARY APPROVAL**
*Babu, et al, et al v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677

| # | | |
|---|---|---|
| 1 | | |
| 2 | Edward Twine | [signature] |
| 3 | Print Name | Signature |
| 4 | | |
| 5 | | |
| 6 | Earl Anthony | [signature] |
| 7 | Print Name | Signature |
| 8 | | |
| 9 | | |
| 10 | IEREMIA, JEREMIAH | [signature] |
| 11 | Print Name | Signature |
| 12 | | |
| 13 | | |
| 14 | Christopher Moss | [signature] |
| 15 | Print Name | Signature |
| 16 | | |
| 17 | | |
| 18 | Luke Duschman | [signature] |
| 19 | Print Name | Signature |
| 20 | | |
| 21 | | |
| 22 | Marcel Ranvard Chan | [signature] |
| 23 | Print Name | Signature |
| 24 | | |
| 25 | | |
| 26 | Trevor Simpson | [signature] |
| 27 | Print Name | Signature |
| 28 | | |

5

**MEN PRISONERS REQUEST TO CONTINUE THE HEARING FOR PRELIMINARY APPROVAL**
*Babu, et al, et al v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677

| Print Name | Signature |
|---|---|
| GEORGE BANKS | /s/ George Banks |
| James Girtman | /s/ James Girtman |
| JUAN RODRIGUEZ | /s/ Juan Rodriguez |
| Robert Graham | /s/ R. Graham |
| Darryl Hickman Jr | /s/ Darryl Hickman, Jr |
| DANIEL LOUIS ARAIZA | /s/ Daniel Araiza |
| Alexander McGee | /s/ Alexander McGee |

6

**MEN PRISONERS REQUEST TO CONTINUE THE HEARING FOR PRELIMINARY APPROVAL**
*Babu, et al, et al v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677

- GTL prices on phone calls, Subscriptions etc. too expensive compared to other California facilities as well as out-of-state facilities.
- GTL free calls too short compared to other facilities
- Phones drop calls before time is up and take money for the call anyways
- All the food sold on canteen and fed to inmates from Jail is Soy, no healthier alternatives unless you are allergic to soy.
- Canteen prices way higher than other California facilities
- Deputies fail to give us our pod time on a regular basis, denying us our right to shower and exercise
- Deputies lock us up early when nothing has happened to give them a reason to.
- Deputies are quick to harm or manhandle an inmate but slow to help in any positive way