WOMEN PRISONERS OF HOUSING UNIT 21A
SANTA RITA JAIL
5325 BRODER BLVD
DUBLIN, CA 94568

Attorneys for Plaintiffs

FILED
SEP 13 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | No. 3:19-cv-07423 JSC<br><br>WOMEN OF SANTA RITA JAIL HOUSING UNIT 21'S REQUEST TO DELAY HEARING ON PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: September 22, 2021<br>Time: 1 p.m.<br><br>Hon. Nathanael Cousins, presiding<br>Action filed: January 4, 2018 |

We are women, both pretrial and post convicted, currently incarcerated in Santa Rita Jail in Housing Unit 21A.

We just learned that there has been a motion filed for preliminary approval of the consent decree.

We believe that we are members of the class that would be impacted by this consent decree. We are also plaintiffs in the pending class action matter, Mohrbacher v. ALAMEDA COUNTY SHERIFF'S OFFICE, et al., 3:18-cv-00050 JD, also pending in the Northern District.

None of us have received any information regarding the specifics of the settlement. We are concerned that any final consent decree will negatively impact women, and negatively impact our

1

pending litigation, the *Mohrbacher* case which was filed in January of 2018.

We believe that the settlement agreement infringe on issues we had raised in *Mohrbacher*.

We are concerned that because the Court has already set the hearing date for final approval, that the court's review is going to be cursory and a rubber stamp.

We are concerned because we know that Rosen Bien is supposed to represent us, but has never talked to us or solicited our input into any of the issues covered in the settlement agreement.

We are concerned because we know that Rosen Bien, Galvan and Grunfeld (RBGG) is supposed to represent us as class members in the Babu case, but no one from RBGG has ever consulted with any of the community organizations that provide support for us, such as the Ella Baker Center or the National Lawyers Guild, about the details of the settlement before the settlement was released.

We believe that there may be serious problems with this settlement agreement and that the attorneys for the plaintiff and defendant should be required to speak with community organizations and other people who support prisoners before the court weighs in on the appropriateness of this settlement agreement.

Therefore, we request that:

1) We be provided complete copies of the motion and settlement agreement;
2) That the hearing for preliminary approval be continued at least 90 days after we are provided copies of the motion and settlement agreement so that we have time to review the settlement agreement and consult with our attorneys.
3) That prisoners and their representatives be provided the opportunity to be heard at the hearing for preliminary approval; and,
4) That the hearing date for the final approval be vacated and that any hearing for final approval not be set for at least 180 days the a hearing for preliminary approval in which, we have an opportunity to be heard.
5) Other comments: _____

_____

2

**WOMEN PRISONERS OF HU 21 A'S REQUEST TO CONTINUE THE HEARING FOR PRELIMINARY APPROVAL**
*Babu, et al, et al v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677

Dated: August 31, 2021                     Respectfully submitted,

WOMEN PRISONERS OF HOUSING UNIT 21A

JACLYN MOHRBACHER
_____
                                           Signature

TIARA ARNOLD
_____            _____
Print Name                                 Signature

Angela Garcia
_____            _____
Print Name                                 Signature

April Morrow
_____            _____
Print Name                                 Signature

Van Buren
_____            _____
Print Name                                 Signature

_____            Frankie Porcher
Print Name                                 Signature

Adriana Falcon
_____            _____
Print Name                                 Signature

3

| | |
|---|---|
| LAURA RODGERS | _[signature]_ |
| Print Name | Signature |

| | |
|---|---|
| Taneasha Saucer | _[signature]_ |
| Print Name | Signature |

| | |
|---|---|
| Chanelle McDuffie | _[signature]_ |
| Print Name | Signature |

| | |
|---|---|
| Nicole V. Elmore | _[signature]_ |
| Print Name | Signature |

| | |
|---|---|
| Johney Davis | _[signature]_ |
| Print Name | Signature |

| | |
|---|---|
| LAUREN DAVIS | _[signature]_ |
| Print Name | Signature |

| | |
|---|---|
| Ranisha Monk | _[signature]_ |
| Print Name | Signature |

| | |
|---|---|
| NICOLE BRATTON | [signature] |
| Print Name | Signature |
| | |
| Print Name | Signature |
| | |
| Print Name | Signature |
| | |
| Print Name | Signature |
| | |
| Print Name | Signature |
| | |
| Print Name | Signature |
| | |
| Print Name | Signature |

5

WOMEN PRISONERS OF HU 21 A'S REQUEST TO CONTINUE THE HEARING FOR PRELIMINARY APPROVAL
Babu, et al, et al v. Alameda County Sheriff's Office United States District Court, Northern District of California, Case No. 5:18-cv-07677