1  JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
2  KARA J. JANSSEN – 274762
ROSEN BIEN GALVAN & GRUNFELD LLP
3  101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
4  Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
5  Email:       jbornstein@rbgg.com
             egalvan@rbgg.com
6             kjanssen@rbgg.com

7  Attorneys for Plaintiffs

8

9                 UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| 12  ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNESBY, 13  DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, 14  ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf 15  of themselves and all others similarly situated, 16            Plaintiffs, 17      v. 18  COUNTY OF ALAMEDA; GREGORY J. 19  AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; 20  KARYN TRIBBLE in her official capacity as Director of the Alameda County 21  Behavioral Health Care Services Agency; and DOES 1 to 20, inclusive,, 22            Defendants. 23 | Case No. 5:18-CV-07677 **PLAINTIFFS' RESPONSE TO RECENTLY FILED OBJECTIONS AND REVISED [PROPOSED] ORDER EXTENDING DEADLINES FOR OBJECTIONS AND FINAL APPROVAL** Date:    September 22, 2021 Time:    11:00 am Judge:   Hon. Nathanael Cousins |

24

25

26

27

28

[3797449.2]

1   Multiple, largely identical, objections were filed on September 13, 2021 and signed

2   by class members in Housing Units 4A, 4D, 4E, 4F, and 21A.  (Dkt. Nos. 270, 271, 272,

3   273, and 274).  In their objections, the class members request (1) complete copies of the

4   motion and settlement agreement; (2) a continuance of the hearing for preliminary

5   approval; (3) an opportunity to be heard at the hearing for preliminary approval; (4) the

6   opportunity to seek legal representation; and (5) that the hearing for final approval be

7   vacated and not be set for at least 180 days after the hearing on preliminary approval.

8   The Parties have put forth a notice plan in the pending motion for preliminary

9   approval that will provide class members with the Notice as approved by the Court, the

10   complete Consent Decree in both hard copy and on the electronic tablets that incarcerated

11   people have access to in the Jail, and will provide them with time to object and to seek

12   assistance from counsel if they desire.

13   Given the continued difficulties in accessing class members due to COVID-19 and

14   the complexity of the settlement, Plaintiffs agree that some additional time to review the

15   Consent Decree may be warranted and be able to speak with Counsel regarding any

16   questions or concerns as well as to file any objections.  Therefore, Plaintiffs submit the

17   attached revised Proposed Order Granting Preliminary Approval with a revised schedule

18   that extends the deadline for class member objections to **December 31, 2021** and

19   correspondingly extends the deadlines for filing of responses to objections and Plaintiffs'

20   motion for final approval to **January 12, 2022** with the hearing on final approval and

21   Plaintiffs' unopposed motion for attorneys' fees and costs moving to **January 19, 2022**.

22   Plaintiffs have also requested that Defendants assist Class Counsel with accessing class

23   members given the current contact visiting restrictions in place at the Jail due to COVID-

24   19.

25   / / /

26   / / /

27   / / /

28   / / /

1    Plaintiffs' have no objection to class members being heard at the hearing for final

2 approval and are willing to discuss how to best arrange that with the Court and Defendants

3 assuming that the Court will allow such testimony, either by video or telephone from the

4 Jail.

5

6 DATED:  September 21, 2021          Respectfully submitted,

7                                     ROSEN BIEN GALVAN & GRUNFELD LLP

8

9                                     By: */s/ Kara Janssen*

10                                         Kara J. Janssen

11                                     Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' RESPONSE TO RECENTLY FILED OBJECTIONS AND REVISED [PROPOSED] ORDER
EXTENDING DEADLINES FOR OBJECTIONS AND FINAL APPROVAL