*Babu v. County of Alameda*
U.S. District Court, Northern District of California, Case Number 18-cv-07677-NC

**FILED**
DEC 02 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: RONALD AGABAO (AXY813)

Address: 431 STARDUST WAY
ALAMEDA, CA 94501

I ABSOLUTELY AGREE, WITH THE MATTER 100%. IT'S BAD ENOUGH WE DON'T GET RECREATIONAL TIME ENOUGH. ESPECIALLY THOSE LIKE MYSELF WITH, BIPOLAR, PTSD, ANXIETY. CASES. I PRAY THIS LETTER HELPS THE CAUSE IN GODS WAY FOR US ALL. AMEN

Signature: _____

Objections or comments must be postmarked no later than December 31, 2021, and sent to:

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

[3817861.1]