Babu v. County of Alameda

Case # 5:18-cv-07677

My current address is Santa
Rita Jail. My home address is
775 Clementina Street
San Francisco CA 94103

FILED

DEC 02 2021

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

My name is Tyler John Charlton
Signature _____

I currently have a Grievance in
done to the fact.

I should be released Sometime
Mid December. please contact me
As soon as possible to let me know
about Class action lawsuit

# ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[ X ] ADA RELATED

[ ] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

NAME: Tyler J Charlton     PFN: BDF825     DATE: Oct 27     HU/FLOOR 23 B19

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* **DATE GRIEVANCE OCCURRED** 10/25/21

**Grievance Details:**

On Ot 25 was only let out for "Rad Time" For one half hour. Due to Title 15 it is deemed in humane treatment to get less than three hours a week. Thus going against Title 15 code - Using "Quarantine housing unit for 14 days as a "Recieving" unit goes agnst the basis for Quarantine Placement under Quarantine should be done Only of subject is positive or not yet tested for Covid 19.

Since Neither; I am Not positive and have been tested should be moved ASAP. Not Regimented on a calendar of 14 days, with less than deceent humane treatment.

**INMATE SIGNATURE:** Tyler Charlton

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.*

### ***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
### ***DO NOT WRITE BELOW THIS LINE***

**Received by Deputy:** C. Wong     **Badge#** 23808   **Date:** 10/27/2021

[ ] Resolved at Deputy Level

[ ] Cannot be resolved at Deputy Level

**Inmate Acceptance (*Signature*)** _____

**Grievance Tracking Number:** 21-4791

**PREA Tracking Number:** _____

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

ML-51 (rev 03/19)

Tyler John Charlton BDF825
5/3 25   Broder Blvd
Dublin CA, 94568

FILED

DEC 02 2021

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE