*Babu v. County of Alameda*
U.S. District Court, Northern District of California, Case Number 5:18-cv-07677

Name: Joseph Benton Gaskins

Address: AenJ 269 E8C 16 Low
5325 Broder Blvd, Dublin CA
94568-3309

I went to court on Sept 3 of 21 & was order to Coalinga State Hospital from the Judge sign the documents himself on the same day & the only reason, I've not been release to them is that the jail is hiding under Covid 19, with people that don't have it at all, contune on paper

Signature: [signature]

Objections or comments must be postmarked no later than December 31, 2021, and sent to:

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

FILED
DEC 02 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

[3817861.1]

Dear Sir,

My attorney: George Arroyo of Alameda County at 1401 Lakeside Drive in Oakland has been on my side since Feb 3, of 2021. We have been talking about hospital for mental health reasons and I'm looking a state hospital for there help because with the problem, I have should have address a long time ago.

I have inheirness some land properties from member of my from that are no longer with us at this time. That is 156,000 acres of land with minerals on it, gas.

They have a GTL services for the inmate(s) on tablets and most of the one's that need one like myself need one I'm already under the Armstrong law suite of Alameda County.

continue from 1st. 1 of 3
page

from Sacramento for Adults in Santa Rita County Jail* They treat COVID 19 like it will never end in this jail really bad* They wait for the government to tell them what to do not the people in Sacramento of State law*

There is nothing with the food it's the same thing from day in to day out*

Different matter:

I was do to be transfer to Coalinga State Hospital somewhere in between Sept 3 of 2021 to November 2, of 2021* I've been two times they have beds and that, I'm at the top of the list and because the jail are refusing to release use to them because of COVID 19* You can check with Booking, I've had my shots and is clear but I'm still at the jail and I want to move on it's

continue from pg. 2.    1 of 4

2 the jail that is holding
3 us here and that is (Against
4 us) my rights. The Grievance
5 Form is the only thing that
6 is what we can us to write
7 them up.
8    The Education is not allow
9 us to return to Education when
10 they could use the tablets
11 for ~~Edca~~ Educations Programs

13    Mailing Address:

15    Joseph Benton Gaskins
16    AMJ 269: E8C 26 Lower
17    5325 Broder Blvd: SRJ
18    Dublin, California.
19    94568

21 I want to go to my new
22 placement do not want to
23 stay here*

    [signature] Joseph

    AMJ 3269 / PO 7079