
Case 5:18-cv-07677-NC   Document 291   Filed 12/02/21   Page 1 of 2

*Babu v. County of Alameda*
U.S. District Court, Northern District of California, Case Number 5:18-cv-07677

Name: Nicholas Arunder BMZ 092

Address: Santa Rita Jail 5325 Broder Blvd. Dublin, CA 94568

**FILED**
DEC 02 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

- Since COVID-19 was in full effect, the jail is supposed to offer 2 laundry exchanges per week. I have been here since June 4th, 2021 and they have NEVER offered 2 laundry exchanges per week. On top of that, they do not always have all laundry available for exchange, such as underware & pants.

- The food they serve here is severly lacking nutrients & vitimins + minerals. There are almost NO veggitables and only either an apple or orange, very rarely oranges, very very rarely bananas for fruit. Breakfast is inedible so we really only get 2 meals a day.

- They also offer Peanut Butter WAAAAYY toooo much. For breakfast, 1-2 1oz P.B., lunch 1-3 1oz P.B. For 7 days of the week.

- There are inmates with Hypothyroidism because of this, probably a host of other illnesses as well.

- The jail also does NOT offer any nutrition facts on its food, nor a list of available diets. It is very difficult to be placed on a diet.

Signature: [signature] 11/23/21

Objections or comments must be postmarked no later than December 31, 2021, and sent to:

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

← More on back

I'd like to know info on other lawsuits from your firm or others please.

[3817861.1]

- We only get 1-2 hr yard time a week, on 1 day.
- They constantly give us AS LITTLE ~~pod time~~ pod time as possible
- The commesary is too expensive
- When 1 person has Covid like symptoms, but has been getting negative test results every 3 days, they prevent a whole pod of people from going to court or other visits
- Commesary has NO health food options, so it's basically impossible to eat properly here at Santa Rita Jail
- GTL claims their service does not guarentee in-cell ~~Stgtan~~ signal, but we are supposed to have access to phones from 7am-10pm daily, and most of that time we are locked in our cells. Our tablets constantly log out or drop calls.

---

They + Them = Santa Rita Jail + Staff + Services (GTL)
We + Us = Santa Rita Jail Inmates