*Babu v. County of Alameda*
U.S. District Court, Northern District of California, Case Number 5:18-cv-07677

Name: LAMONT Comeck BHN231

Address: 5325 Broder Blvd
Dublin CA 94568

FILED
DEC 06 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Hello Judge! I would like to send my best regards during these Holidays to your family & staff! I would also like too also send my love & blessing to you all during these times of covid.

I HAVE Respectfully enclosed two letters supporting Babu vs. County of Alameda. Thank you. Respectfully,

Signature: L.L. J.L.

Objections or comments must be postmarked no later than December 31, 2021, and sent to:

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

[3817861.1]

11.25.21

Hello Judye, my name is Lamont Dwayne Comack SR. I want too send my request respectfully. I am for BABU V. AHERN settlement! I have done 10 years 3 months and 4 days in the state of California, which I am no proud of, but should bee taken serious, when I say "Senta Rita county mental health is by far the worse"!

I would like to summit my 2021 Grievence forms too you in full. These complaints will give you some insight into what mental health inmates as myself, along with all inmates face on a regular. ~~occurrence bases~~

I don't want to take up too much of your time, but 1 buiding F pod..... It's the worst place in Senta Rita. I lived there ~~30~~ 23 days. L.L

HAPPY Holidays,
MY NAME IS
LAMONT LOMACK
AND I AM For
BABU V AHERN

PlEASE HEAR
THE CRIES of
I wish my F. pod

BHN231
LAMONT Lomack
(510) 301-4849

11-25-21

I was sent to 1 building F pod cell 13 on 11/01/2021, as form of punishment. This pod cries for this settlement to go through, people in that pod (1 building F pod) have no understanding of whats going on with these legal procedures. There living conditions are terrible, ~~in~~ and have become the norm for them. As a ~~clinic~~ mental health staff told me ~~at~~ it's inhumane!

Judge people in hell want ice water, and many want way more out of this settlement. But they are not smelling, being, sleeping seeing nor living in 1 building F pod. On a regular day it's like a 3rd world countries jail you would see on T.V. you would be deing ~~the~~ not only the county of Alameda, the state of California, but the United States a great deal of services. By allowing this settlement to begin change. Thank you

HAPPY Holidays,
MY NAME is
LAMONT COMTele
And I AM FOR
BABU V AHERN
please HEAR THE
CRIES OF I building Fpod

BHN 231
LAMONT Womack
(510) 301-4849

Return address (handwritten):
LAMONT LOMECK BHN231
5325 Broder Blvd
Dublin CA, 94568

RB
GG

ROSEN BIEN
GALVAN & GRUNFELD LLP
MICHAEL W. BIEN
Attorney at Law
P.O. Box 390
San Francisco, California 94104-0390

Postmark: OAKLAND CA 945 — 2 DEC 2021 PM 6

quadient
FIRST-CLASS MAIL
$000.53
ZIP 94105
043M31219796
US POSTAGE

TO: Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113-3008

95113-309599