12/8/21

Case # NO. 5:18-CV-07677-NC.

Plantiff) Mr. Eric L. Wayne #BAK513, a mental health inmate at the Santa Rita Jail facility located in Dublin, CA,

I am currently housed in 2-A5, known as a Ad-Seg unit. I arrived here on 12/5/21 from 7-C14, which is General Population housing unit. When I arrived to housing unit, I informed A.C.S.O Floor Deputies that I would like to talk to mental health staff, well today is 12/8/21 & I still haven't been seen by mental health staff, which is considered a serious violation against A.C.S.O. Are you aware of the two suicides that just took place here at Santa Rita Jail November of 2021? Rosen Bien, Galvin & Grunsfield lawsuit is not realy equipped to help us inmates out. it's about creating money for thier law firm & creating more money for A.C.S.O. A.C.S.O was just granted 400 plus million dollars in 2020 to create a mental health facility for people such as myself. Where is those funds at right now? You should ask them.

A.C.S.O / Santa Rita Jail has been corrupted for decades now, all of sudden they are concerned about mental health treatment-, thats BS & alot of us inmates dont buy that.

1. Before COV-19, us inmates recieved 56 hours of weekly recreation - now R.B.G.G want to cut that down to 28 hours a week. They are inflicting pain upon minds to sit in a cell for 20 plus hours a day.

2. A.C.S.O just closed down a facility downtown Oakland. What happend to those hundreds of Deputies? (Exactly)

3. Chief of A.C.S.O - Gregory Ahern allready labeled all incarcerated inmates at the Santa Rita jail facility as animals, liars, murders, rapist. & us inmates suppose to trust & work with A.C.S.O to create change. That will never work.

4. People of color is being targeted by a bias, discrimintorial injustice system in Alameda county - come look for yourself. Human trafficking black lives is going on right in your face.

5. Alameda county judges, district attorneys, Public Defenders all dont honor the Humphrey Law & other Laws as well. They look at human lives as money.

6. Mental Health here at Santa Rita Jail provides medication & less counseling to all inmates.

7. Overcharged canteen items - The taxes go to A.C.S.O pockets, compare Alameda county jail canteen list to San Francisco canteen list. Then you will understand my argument.

8. We eat the same meal for breakfast 6 days out of the week

9. The GTL network) overcharge us for phone calls & tablet use.

10. A.C.S.O is looking for you to grant R.B.G.G Lawfirm lawsuit, so they can continue to manipulate our community for funds to better thier living.

11. Black lives doesn't matter to A.C.S.O, mental health lives doesn't matter to A.C.S.O unfairness / injustice system is all that matter to A.C.S.O

My name is Mr. Eric L. Wayne - I'm a African American citizen. I been housed at Santa Rita jail for 34 months for one allege robbery & my bail is set at 2.5 million dollars. The allege witness has died from a drug overdose. I been crime free for over 20 years now, I been denied 4 O balance bail releases, we are still considered slaves in Alameda county & across the world.

I would like to appear at this scheduled hearing on Jan 19th, 2022 to object to R.B.G.G.'s lawsuit & to create other options going forward.

By video or in person.

Residents of Housing Unit 6 have the following concerns:

Deputies are putting prisoners at risk of catching the new variant of COVID-19. In Housing Unit 6, Deputies Caron and Celistin have both said they refuse to get the vaccine. Deputy Caron also fails to wear his mask frequently. When someone is brought into custody, they have to go through a two-week quarantine. But when staff come in, they just have to do a temperature check. Even though staff must get tested for COVID-19 every two weeks, compliance with mandatory testing is not 100%. The Captain and the Watch Commander can only do so much. Once they are out of sight, Deputies do what they want. Inmates should still be protected even if they choose not to get the vaccine.

Many people are incarcerated with very high bail but have not been granted a bail review under the *Humphrey* decision. We are confused, concerned, and want to know what's going on.

We demand:

1. **Real consequences for not wearing masks or not wearing them properly.** Not all staff wear masks, which puts us at risk for catching the new Delta variant.
2. **Improve mental health care and audit the jail's use of funds.**
    a. Respond in a timely manner to mental health requests: people are waiting weeks or months for a consultation.
    b. Not everyone wants to be on medication, but many people want counseling. Offer counseling independently of psychiatric medication.
    c. ACSO has been awarded funds several times in the past two years, including for mental health improvements. We have not seen any changes. Where are these funds going?
3. **Improve health care services.**
    a. **Respond in a timely manner to medical requests.** People are waiting weeks or months for a consultation.
    b. Often people are told that there is nothing that SRJ can do. This is not acceptable and people need care even if the issue is not imminently life-threatening.
4. **Adequate access to cleaning and COVID-19 supplies.**
    a. Daily cell cleaning: Daily cell cleaning doesn't always happen. They just start running programs without first offering cell cleaning.
    b. Masks: Right now, no masks are available in HU6 and people are reusing masks.
    c. Soap: Right now, there is no soap in HU6.
    d. Hand wipes: Deputies often don't hand out Purell wipes.
5. **Lower costs for services.**
    a. **Free phone calls every day.** SF Jails offer free phone calls every day. What makes us different? We want free phone calls every day, not just free calls on Sunday.
    b. **Lower the cost of canteen:** it is higher than both San Francisco and San Mateo.
6. **Create an independent, third party organization to review grievances and appeals.** The system is biased and every complaint is denied.
7. **ACSO Deputies must keep their body cameras on at all times.** Deputies turn their cameras on and off, particularly when they search cells. On Saturday, July 17, Housing Unit 6D was searched for contraband. Many people lost personal property, legal mail, and important legal documents that were thrown away by deputies. With body cameras off, there is no way to verify whether they actually found contraband, and no evidence to help us in appeals. We should have access to any exculpatory evidence related to disciplinary processes.
8. **We want more access to visiting with our loved ones.**
9. **Honor the *Humphrey* decision and schedule more bail reviews.**

MR. ERIC WAYNE #BAK513
2-A5 - SANTA RITA JAIL
5325 BRODER BLVD
DUBLIN, CA 94568

OAKLAND CA 945
9 DEC 2021 PM 3 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

Legal mail

95113-309599

SANTANA MOSS
5325 BRODER BLVD.
DUBLIN, CA 94568

12082/