ROBERT ARLINGTON DOLPH BGN# 96921
Babu v. County of Alameda 5:18-CV-07677

Case 5:18-cv-07677-NC   Document 298   Filed 12/23/21   Page 1 of 14
FILED
DEC 23 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Hello Ombudsman! Happy 2021 Thanksgiving

Some lawyers came here the other day - the Babu Lawyers - Rosen Bien Feld etc. And on the FAQ they handed out to us it said they are seeking an "Ombudsperson" only in Cali would it be so politically correct lol.

I am familiar with the Nordic concept of an Ombudsman - independant oversight w/ authority to enforce and make staffing, policy, services changes ect. as deemed necessary by judges and other good people. Firstly I want to say thank you. I have been at the Santa Rita Dublin Alameda County facility since April 9th 2018 and this place is a shitshow or clownshow depending on who happens to be running and working the shifts. I am currently in housing unit #9 (the Behavorial Health Unit) A Pod cell #13. Program time runs (or should run I guess I should say) from 7am till 11pm - that's 16 hours. There are 16 cells in this pod. When I was in max housing unit #2 things ran like they should. There were different groups and each group got 3 hours, a group consisted of at least 3 cells. ↓

Anyways I have some specific gripes I hope you can help with.
#1: Sometimes there are bugs in the clothes. This has happened to me a few times in Housing unit #9. When this happened last time I was denied ALL attention and treatment for 2 days after I pointed it out to the staff. The best way in my opinion to avoid this is to do a thourough physical check of every person upon arrival - especially in the hair and especially Black people cuz if it's in the hair it must be shaved to the closest setting with the clippers with no guard and they should be de-loused and given proper treatment Before being put into any housing units. They pick up some of these people from tent city and they got body lice, head lice, super lice and scabies.
#2: There are literally no mental health services offered in this pod; but my clinitian Bonny underserves me and Dr. Singh talks to me maybe once a month. When I was in C-pod there were two "Seeking Safety" classes per week and those were ok. Back in 2018 when I

-2-

was here in 2018 C-Pod there was one video group every Monday called "Breaking The Chains" which was OK but I thought they pushed the 12 steps a little too hard as I am a harm reduction guy. But you see here in the housing unit there are 3 areas (4 if you count the tables in the kitchen area) that would be 2 multi-purpose rooms plus the concrete basketball court "yard". Given that there are 16 hours per day and two multi-purpose rooms that's 32 hours available for classes or groups. And really they don't have to be run by paid "facilitators" because there are some very bright people here who could do just as good a job running & managing whatever group is being put on. The pod workers (at least some of them) are motivated, responsible people and perhaps would be interested in helping facilitate some of those groups. Personally I think 2 hours is a good amount of time to have a good discussion. Now I also realize they need to take people back and forth to CMF so when they come back they can put them on the yard til they're ready to take em' back to their cells.

Anywayz word is I'm guna be moving housing units anyway.

#3: The food. Where to begin with that... Firstly I heard that some of the stuff they give us comes in boxes and packages that say "Not fit for human consumption". Most nights we get beans black, pinto or white and they are in slop that they call "soy extender" - I'm willing to bet that stuff is not fit for human consumption and I'm not a gambling man. A few years ago for awhile we were getting actual cooked beans with no slop in them and those were good. It would be nice if they would go back to beans only - no slop. I am on a vegetarian diet. My ideal diet is a liquid frutopean diet; 1 liter of blended fresh fruit - no ice - 3 times per day. I don't find that to be unreasonable but I'm not holding my breath. The only argument they have against it is that I might ferment it and make wine and my response to that is they can watch me drink it every meal and check my cell for wine any time they want...

-3-

When I first got here there were 3 different breakfasts they would give on the regular diet: oatmeal slop that is maybe % oats - the rest is straight gruel; what the menu calls farina which is basically malt-o-meal, cream of wheat, what some call grits (that was my favorite); lastly some kind of meat slop that's salty and tastes ok but is not what a real dietician would consider nutritious. That was when I first got here. Now it's that % oat slop EVERY GODDAMNED MORNING. I haven't seen the malt-o-meal since around 2019 when the cops: Blk, Blk Broad Weathersby and Ignacius III gave me a special delivery to my cell - the pop workers did not touch it; and it had human feces blended into it. One of the deps said: "Guess who's on base today?" I said "Who?" He said: "Our President Donald Trump." I already know that P.O.S. has it out for me cuz he was talkin smack on the sly on twitter when I was out. After he got elected, I was goin around saying Hey, if I buy a flag from the store it is my property and I'll do what

ever I please with it – INCLUDING Burn it! That nite I go to a buddies house to smoke sum weed and the news lady on T.V. says "President Trump put out a tweet today that says "IF YOU get caught burning an American flag you should have your citizenship revoked!" Look at the @twitter feed I bet it's still there. Anyway that was indicitive that I am on his radar. Call me crazy cuz by American standards I am, but I think that fat ⬛ bastard shit in my breakfast 4 real.

And here I sit more evolved spiritually, mentally and physically than most humans – I am broadcasting thoughts. Telepathy is real and I'm the proof. Just the other day an old acquaintance of mine from 18 years ago was in a cell on the lower tier (I'm upper tier) and was saying out loud in a voice I could hear (prolly to the earphone speaker on the wall) the words I was reading in my book as I was reading them. For many years now I have been experiancing thought broadcasting & thought receiving and

-NAMES-
-C.C.-
Deacon

-4-

IT IS VERY STRESSFUL AND MORE THAN A LITTLE UNSETTLING. CONSIDER HOW MAD IT WOULD DRIVE YOU IF YOUR INNERMOST THOUGHTS AND FEELINGS WERE NOT PRIVATE TO GODS BUT BROADCAST AT GODS KNOW WHAT RANGE — GODS KNOWS WHO. ONE OR TEN THOUSAND MILES MAKES NO DIFFERENCE. SO I'VE BEEN TELLING PEOPLE FOR YEARS "I CAN'T BE TRUSTED — MY THOUGHTS ARE UNDER SURVEILANCE" AND IT IS GODS-DAMNED TRUE. GO TO YOUTUBE AND LOOK UP "Remote Neural Monitoring" — that's exactly what it is. I didn't know or hear about that till I got here — well I started hearing about it 3-6 months ago. It's called "GANG STALKING" AND IT'S very REAL. The REAL videos on there will say something like "I AM FRIENDS AND FAMILY OF LAW ENFORCEMENT CALL OR EMAIL ME AT THE CONTACT INFO PROVIDED IF YOU HAVE ANY QUESTIONS." IT IS CALLED "VOICE TO SKULL" or "V2K" or "WEAPON OF GOD". BASICALLY WHAT THEY DO IS TARGET A PERSON, MAKE THEM HEAR VOICES IN THEIR HEAD OR TAMPER WITH THEIR EMOTIONAL STATE WITH DIRECT ENERGY WEAPONS AND THEN THEY COMMIT A CRIME THAT THEY ESSENTIALLY CAUSED TO HAPPEN SO THEY CAN KEEP THESE CELLS FILLED AND RUIN PEOPLES LIVES.

READ ABOUT DIRECT ENERGY WEAPONS ON WIKIPEDIA AND YOU WILL PROLLY UNDERSTAND IT BETTER. AND IT'S BEEN GOING ON FOR A VERY LONG TIME AND IT IS DOWNRIGHT EVIL. UNCLE SAM HIMSELF IS BEHIND IT - ALL THESE ALPHABET SOUP M.F.'S MOSTLY THE F.B.I. I HEAR. UNDER THE LAW IT IS CONSIDERED RAPE (FORCEFUL PENETRATION OF THE SKULL) AND TREASON. THERE ARE PLACES CALLED "FUSION CENTERS" (LOOK THAT UP ON WIKIPEDIA) THEY ARE FACILITIES WHERE THEY CAN DISPLAY WHAT YOUR EYES ARE SEEING, WHAT YOUR INNER MONOLOG IS SAYING, INCLUDING WHAT YOU ARE HEARING AT THE TIME, AND FEELING. THEN THEY DO THINGS LIKE PLACE BETS ON WHAT THEY CAN CAUSE TO HAPPEN IN THAT PARTICULAR PERSONS LIFE AND WHAT THE OUTCOME WILL BE. DOWNRIGHT CRUEL, MALICIOUS, UNJUST AND EVIL AND WICKED. - THAT'S PRETTY MUCH HOW I GOT HERE.

ANYWAY I DIGRESS; BACK TO THE FOOD, ON ANY GIVEN DAY THE ONLY THING I EAT FOR BREAKFAST IS ONE EGG, FOR LUNCH ONE PIECE OF FRUIT AND A SANDWICH AND FOR DINNER GENERALLY SOME STEAMED VEGETABLES (MAYBE 1 CUP) SO I STAY HUNGRY, SOMETIMES I GET RICE. I'M THINKING ABOUT SWITCHING MY DIET TO A STRICT BUDDIST RELIGIOUS DIET WHICH SHOULD CONSIST OF MOSTLY

-5-

Rice for breakfast (along with an egg) vegetarian lunch and rice for dinner. I'm involved in a lawsuit about the food right now.

#4: A serious issue I've been having since I got here years ago is that the "technitain" - however you spell it - the people who are supposed to answer promptly when we push the button on the wall won't answer at all 6 times out of 10 when I push the button regardless of what cell I'm in. Not only is this reckless and irresponsible but dangerous when I'm in here with these dangerous people. Please please please make them respond loudly clearly and promptly. Sometimes they'll come on and it's so quiet I can't hear it.

#5: They call it "no touch torture". They control everything in here remotely and minutely from blasting us with cold air (when the temp is supposed to stay at 68°F) to the water pressure to which lights work and how many times we can flush the toilet. They tell people to bang on their doors and make hella noise just to generate negativity and bad vibes.

Also they are putting all the breakfasts and dinners in paper trays instead of plastic trays like they are supposed to. They claim it's because of COVID but that's B.S. cuz vaccinations are available and if they're not vaccinated they can be replaced with people that are. I'm sure they are using these paper trays to embezzle the states money and people are tearing them up and flushing them down the toilet, and that's causing flooding in some of the cells. I am a conservationist so things like that really bother me.

MERRY X-MAS 2021! So now I'm back in C-pod things are a lil better but we are still not given our 28 hrs per week. The P.O.S. night guys refuse to give us 2 hrs. Deputies a. Martin, Huang and Jackson use cell cleaning as an excuse not to run pod or they always make us lock down before 11pm. Literally nothing gets done out of cells from lunch (12-1), thru the afternoon till After dinner (4-5) so that would be the Perfect time to offer cell cleaning.

Someone got killed a few cells away from me over in A-pod. They popped the doors and watched it happen. By they I mean a. Martin, Huang and Jackson. There were bloody footprints outside the cell the

-6

Next morning when they came around asking questions. I said I dunno what happened, ask the cameras. But that's part of the deal they give these guys - a license to kill. So I suspect the hit got greenlighted by the cops for whatever reason there was - none of my bionigh..

- CLASSIFICATION - #1 LGBTQ+ classification should be primary consideration - above gang affiliation, they should definately be seperated from the rest of us (if they want to be - but ESPECIALLY IF they've got ANY type accusations. Send em to RESPDE with their own kind.

- RAZORS - We are supposed to get offered razors M, W, Sat but we go weeks without an offer. The ONLY one on thiz nite crew that's worth a fuk here now is Reves. But really we should get offered razors every nite but Friday @ 11pm.

o yea back to CLASSIFICATION - I hear they are going to do something specifiy w/ military guys.. why not just send em back to boot camp? They can mix just fine w/ the rest of us. GAYS should definately have their own place before military guys do.

↓

- I Also HAve An Issue with MSG Req. Not Coming Back. Everything From Religious to Dietary And The Kitchen, SGT. Dixon, I've Seen em Throw em' In The Garbage. The Problem Is Because they Bring CAdets here For training RAther Than A Classroom First.

-7-

Next Morning.
- RAZORS - They will not give us razors. We are supposed to get them Monday Wednesday & Saturday. We do not get them for weeks on end.
- My Paper Requests - All of them are not being responded to. Medical, Dietary, Grievance, Kitchen, Inmate Services - they won't respond. They throw them away. Please Help me.
My Name is Robert Arlington Dolph
My Address is - Dad - Bert Dolph
502 E. Reno St.
Apt. 7D
Knoxville, IA 50138

-Mom-
Arden y.
1835 240th St.
Jefferson, IA 50129

OMRA - Also they withhold and don't hand the mail out. This nite crew is garbage. The only one worth keeping is Teves. Thank you very much and good day. This should be postmarked 12/21/21