

December 15, 2021

**RECEIVED**
**DEC 21 2021**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

Re:   *Babu, et al., v. County of Alameda, et al.*
      N.D. Cal. No. 5:18-cv-07677 - NC

ATTN: Honorable Nathanael Cousins

CC:   Jeffrey L. Bornstein, Ernest Galvan, and Kara J. Janssen, Attorneys
          for Plaintiffs
      Gregory B. Thomas, Temitayo O. Peters, Paul B. Mello, and
          Samantha D. Wolff, Attorneys for Defendants
      Alameda County Counsel
      Members, Alameda County Board of Supervisors

**Who we are; why we care:**

This letter presents objections from the Alameda County faith community, as represented by the signatories, to aspects of the *Babu v. Alameda County* Consent Decree.

Through our pastoral duties and spiritual leadership, we bear witness to the damage done by the County's overuse of incarceration to compensate for a broken social safety net. Every year over 25,000 of our loved ones spend some amount of time in Santa Rita Jail. These people, their families and their communities deserve a settlement of the class action suit that reflects the interconnectedness of the jail with the rest of their and our lives.

Individuals vulnerable to mental health crises are too often trapped in the revolving door of jail detention, hospitalization, and limited or inadequate community care.  This is especially true among our brothers and sisters of color, and the resulting mental decline and despair negatively impact all our families, neighborhoods, congregations, and communities.  The moral shame stains our collective conscience.

The *Babu* Consent Decree requires steps intended to secure the safety and human rights of people confined in Santa Rita Jail with mental illness or substance use disorders.  It seeks to compel a degree of mental health care support while in jail and to encourage connection to community services during incarceration and upon release.  We applaud those requirements, while remaining acutely aware of the challenges of implementation.  However, the settlement fails Class Members by viewing them purely through the lens of their jail confinement.  A just settlement must reflect what is best for the Class whether in-custody or in-community, and for that it must not be indifferent to the likely impact of the settlement on community-based care.

**We object:** Experts confirm what logic and conscience dictate: People do not get well in jail.  Rather, their mental, emotional, and behavioral challenges only increase in a setting that is fundamentally about confinement and punishment.  Prospects for healing and wellness reside in an effective community-based infrastructure.  We object to the settlement because its costly in-custody remedies threaten to drain scarce County funds and resources away from needed community-based care.  Class Members will remain caught up in the cycle, with possibly longer jail stays. This unintended consequence will be devastating for Class Members and our communities.

> **Therefore we ask:  In recognition of the potential harm done to Class Members by funneling limited County resources into the jail, require an annual accounting of all resources committed to both in-custody and in-community components of the County's behavioral healthcare program.**

**We object:**  Under persistent and vocal prodding by mental health advocates and community groups, including our own, the Alameda County Board of Supervisors unanimously adopted a "Care First, Jails Last" resolution as official County policy in May, 2021.  "Care First, Jails Last" prioritizes prevention, rehabilitation, and health-focused programs with the goal of reducing the number of people with behavioral health conditions

detained at Santa Rita Jail.  The Consent Decree takes no account of this county policy to dramatically reduce jail occupancy.  Rather, it mandates a large and costly increase in jail-based treatment and custodial staff based on projected jail-occupancy levels even higher than current and recent levels.  Furthermore, the current version locks in those staffing increases – 259 sworn staff, 72 non-sworn Sheriff's staff, and 107 forensic mental health staff – untethered to future jail population levels.

> **Therefore we ask:  Mandate periodic reviews of staffing targets and financial commitments, make the closure of housing units an explicit goal, and adjust staffing targets downward in tandem with anticipated reductions in the number and length of jail stays.  Every dollar spent on jail staff is a dollar unavailable for implementing the "Care First, Jails Last" policy agenda.**

**We object:** The community expressed its collective will in the years-long public conversation that preceded and brought forth the "Care First, Jails Last" resolution.  Participants in that conversation included impacted community members, mental health advocates, CBO's, the County justice partners, and Alameda County Behavioral Health Care Services.  The policy and recommendations that issued from this process were exceptionally robust, with buy-in extending across the community.

In contrast, the *Babu* Consent Decree was negotiated with minimal community input.  The result is a set of goals at odds with the will of the County.

Plaintiffs' and defense attorneys and their chosen experts bring a particular perspective to this lawsuit.  It is time for members of the community, for system-impacted people and their families, care-givers, advocates, and faith leaders, to contribute insights into what so deeply affects our community's well-being.

> **Therefore we ask:  Bring transparency into the semi-annual compliance reviews.  Add community members to the oversight bodies and publish each report that is approved by Class Counsel, redacting only personal identifiers.**

We implore you not to approve a Decree that is so narrowly drawn that correction of Constitutional and ADA violations are achieved, if at all, by dooming our most vulnerable populations to unnecessary confinement.  Surely, the most compassionate and effective way to reduce suffering and

increase the welfare of our people is to provide care in a carceral setting only when that is absolutely required, and instead promote the growth and integration of behavioral health services in the community.

Sincerely,

*H. James Hopkins*

The Reverend Doctor H. James Hopkins
Board Co-chair
Faith In Action East Bay
8400 Enterprise Way
Oakland, CA 94621

## Signatories in Support of this Letter

Rev. Talitha Amadea Aho, Associate Pastor, Montclair Presbyterian Church, Oakland, and Co-Moderator, Presbytery of San Francisco

Rev. Donna Allen, Oakland

Rabbi Allan Berkowitz, Faith In Action East Bay

Sr. Mary Amora Binnom, Marist Missionary Sisters, Catholic Religious Sisters of Oakland

Rev. Dr. Dorsey O. Blake, Faculty Associate, Pacific School of Religion, Berkeley

Meg Bowerman, parishioner, St. Columba Catholic Church, Oakland; Volunteer Coordinator, JustFaith East Bay

Ronnie Boyd, Faith and Justice Organizer / UU Seminarian, East Bay Housing Organizations, Oakland

Rev. Dr. Rosalynn Brookins, Senior Pastor, Parks Chapel AME, Oakland

Rev. Dr. Maria Cristina Vlassidis Burgoa, Starr King Unitarian Universalist Church, Hayward

Congregation Beth El, Berkeley, Tikkun Olam Leadership Team, Co-Chairs Becki Cohn-Vargas and Kelle Fong

Rabbi David J. Cooper, Kehilla Community Synagogue, Piedmont

Amy Coulter, Family Member / Mental Health Advocate & Minister of P.E.A.C.E., The People's Eclectic and Aware Church of Enlightenment, San Leandro

Rev. Dr. George C.L. Cummings, Pastor, Imani Community Church, Oakland; Executive Director, Faith In Action East Bay

Hazzan Shulamit Wise Fairman, Kehilla Community Synagogue, Piedmont

Reverend Mary P. Foran, Spiritual Director, Affiliated Community Minister, First Unitarian Church of Oakland

Kathryn Gilje, First Congregational Church of Oakland

Eloise Gilland, Chair, Peace & Justice Steering Committee, Montclair Presbyterian Church, Oakland

Rev. H. James Hopkins, Lakeshore Avenue Baptist Church, Oakland

Rev. Derron Jenkins, Allen Temple Baptist Church, Oakland

Rev. Sandhya Jha, Without Fear Consulting, Oakland

Mohammed Khan, President, American Muslim Association; Gading Jame Mosque, Hayward

Betsy King, Chair, Community Connection Committee, Montclair Presbyterian Church, Oakland

Rev. Kurt A. Kuhwald, Faith Alliance for a Moral Economy, Economic Justice 4 Black Oakland, Thrive East Bay

Robert Lane, Member of Oakland City Church, resident of Pleasanton

Susanne Lea, Clerk of Session, Montclair Presbyterian Church, Oakland

Rev. Deborah Lee, Executive Director, Interfaith Movement for Human Integrity, Oakland

The Rev. Andrew D. Lobban, Rector, St. Bartholomew's Episcopal Church, Livermore

Saabir Lockett, Director, Faith Alliance for a Moral Economy, Oakland

Marcia Lovelace and Dennis Fagaly, First Congregational Church of Oakland

Laura Magnani, Presiding Clerk, Pacific Yearly Meeting, Religious Society of Friends, Berkeley

Rabbi Harry A Manhoff, PHD, Berkeley

Rev Laurie Manning, Skyline United Church of Christ, Oakland

Rev. Marjorie W. Matthews, Pastor, Plymouth United Church of Christ, Oakland

Fr. Aidan McAleenan, Pastor, St. Columba Catholic Church, Oakland

Rev. Barbara F. Meyers, Mission Peak Unitarian Universalist Congregation, Fremont

Minister Cherri Murphy, Faith Rooted Organizer, EBASE, Oakland

Anne Nesbet, Clerk, Berkeley Monthly Meeting, Religious Society of Friends

Rev. Millie Phillips, Faith Alliance for a Moral Economy, Oakland

Rev. Matthew Prinz, First Presbyterian Church, Oakland

Deacon Timothy Roberto, Cathedral of Christ the Light, Oakland

Rev. David Robinson, Lakeshore Ave Baptist Church, Oakland

Margaret Roncalli, staff, St. Columba Catholic Church, Oakland

Sidi Munir Safi, Muslim Community Center - East Bay, Pleasanton

Rev. Dr. Christopher Schelin, Starr King School for the Ministry, Berkeley

Joyce Scotlan, staff, St. Columba Catholic Church, Oakland

Pastor Phyllis Scott, Senior Pastor of Tree of Life Ministries; President of the Pastors of Oakland Association

Moina Shaiq, Founder, Meet a Muslim conversations, Fremont

Helen Smiler, Co-chair, Sinai Social Action, Temple Sinai, Oakland

The Rev. Jeffrey S. Spencer, Sr. Pastor and Teacher, Niles Discovery Church, Fremont

Starr King Church Peace & Justice Action Team, Hayward

Rabbi Rebekah Stern, Congregation Beth El, Berkeley

Rev. Dr. Allison J. Tanner, Pastor of Public Witness, Lakeshore Ave. Baptist Church, Oakland.

Nancy Taylor, Chair, Justice & Witness, Skyline Community Church, Oakland

Nichola Torbett, Seminary of the Street, Oakland

Daniel Trebas, CEO of P.E.A.C.E., The People's Eclectic and Aware Church of Enlightenment, San Leandro

Pastor Michael Wallace, Mt. Zion Baptist Church, Oakland

Rev. Cheryl Denise Ward, Cheryl Ward Ministries, Oakland

Rev. Greg Ward, Mission Peak Unitarian Universalist Congregation, Fremont

Dr. Rande Webster, Steering Committee, Bay Area Poor People's Campaign, Oakland

David White, Oakland; member, Coordinating Committee, Poor People's Campaign

Eugene Williams, Partner-Pastor, Church Without Walls of Oakland

Servant Brian K. Woodson, Sr., Bay Area Christian Connection, Oakland; Faith In Action East Bay