**I OBJECT TO THE PROPOSED SETTLEMENT.**       5:18-cv-07677 NC

1. I object to the proposed Settlement because the Settlement does not provide significant or substantial enough benefits to me, or other prisoners.
2. I object to the proposed Settlement because the settlement itself contains unclear, or undefined or poorly defined measures on what mental health care for prisoners should be nor how it should be provided to the majority of prisoners.
3. I object to the proposed Settlement because it does not contain ways to help me be more mentally stable, and able to be successful and not return to the jail.
4. I object to the proposed Settlement because deputies are unable to and should not be assisting in providing mental health care.
5. I object to the proposed Settlement because the Settlement provides no consequences for the Jail or Sheriff, if they do not, or are unable to provide genuine mental health care.
6. I object to the proposed Settlement because the attorneys did not consult with me, and are not representing my interests.
7. I ask the Court to reject this Settlement Agreement. I ask that the Sheriff, County and the attorneys Rosen, Bien, Galvan and Grunfeld to meet with my attorneys, Law Office of Yolanda Huang, and the community organizations who join in these objections to review and improve the settlement agreement, so that the Settlement Agreement genuinely provides mental health services in Santa Rita Jail that benefits all prisoners.

**By signing below, and based on my responses above, I object to the settlement agreement.**

Dated: DECEMBER __, 2021            Signed: _Mr. R myers_

RESPECTFULLY SUBMITTED

Dated: December 31, 2021

_____
ATTORNEY FOR CLASS MEMBER