*Babu v. County of Alameda*
U.S. District Court, Northern District of California, Case Number 5:18-cv-07677

Name: Abraham Wilson

Address: 116 Solano Avenue
Bay Point, CA 94565

**FILED**
DEC 27 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Signature: /s/

Objections or comments must be postmarked no later than December 31, 2021, and sent to:

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

[3817861.1]

12/21/21
mailed
and
written
date

I didn't have time to rewrite rough draft. These are my thoughts.

John [signature]

The measures in the Consent Decree seem progressive when mutually agreed by in understanding the culture of the ACSO you can understand and see how these new improved measures will only pad the pockets of the ACSO and don't do much along the line of increasing oversight so that current efficient rules and regulations regarding the treatment of inmates for their well-being and behavioral correction will be foregone due to misrepresentation of factual occurrences by ACSO staff and affiliates. What's needed most are more cameras and mandates for documentation of treatment of inmates at simultaneous intervals so that deception is eliminated, and standards are keep and adhered to with regularity if not absolutely. I agree with the measures that need to be made but asurities are missing from

Written and mailed on 12.21.21

the agreement to ensure ACSO will not implement, and/or substitute their own policies when oversight has a blindspot. ACSO will seek loopholes in the agreed upon improvement measures to limit duty responsibilities and create ordinances or unwritten behavioral clause to go against between new measures for improvement with constant oversight for the sake of transparency. I've witness them do this with current rules and regulation. They are not on the same page as one solidified organization should be and policies are often makeshifted on the fly to suit the ffents of staff and they break the law in many ways in parrellel to treating human beings below standards of humanity. I've, again witnessed this on many many occasions and have suffered this treatment and more at the hands of the ACSO. Not just at Santa Rita but outside of this facility by their staff. These vilanous monsters for profit