1    ANN COULTER
     1650152nd Avenue,
2    San Leandro, CA 94578

3    In Pro Per

4

5

6

**FILED**

**DEC 29 2021**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

7            **UNITED STATES DISTRICT COURT**

8       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9              **SAN JOSE DIVISION**

10

11
     ASHOK BABU, ROBERT BELL,
12   IBRAHIM KEEGAN-HORNSBY,
     DEMAREA JOHNSON, BRANDON              No. 5:18-cv-07677 NC
13   JONES, STEPHANIE NAVARRO,
     ROBERTO SERRANO, and ALEXANDER       ANN COULTER'S OBJECTIONS TO THE
14   WASHINGTON on behalf of themselves and   PROPOSED CLASS ACTION
     all others similarly situated.        SETTLEMENT AND CONSENT DECREE
15

16              Plaintiffs,

17        vs.

18

19   ALAMEDA COUNTY SHERIFF'S OFFICE, et
     al.,
20              Defendants.

21

22

23

24

25

26

27

28

---

**OBJECTION TO PROPOSED SETTLEMENT AND CONSENT DECREE**
*Babu, et al, et al  v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677

## DECLARATION OF AMY COULTER

I, **AMY COULTER**, declare as follows:

1. I am over the age of 18 and I make this declaration voluntarily and based on my own knowledge. I am a resident of Alameda County.

2. I work with SAN FRANCISCO NATIONAL LAWYERS GUILD as a VOLUNTEER, which is presently working to document objections to the *Babu v. Alameda County Settlement* to present to the court. My duties include taking calls on the Santa Rita Jail Solidarity Hotline weekly for 2 hours, attend video-visits with inmates, and monthly online support meetings and/or trainings to process what is being shared with us and to learn the legalities of working in a penal system. As an NLG volunteer and hotline worker, I have direct contact by phone or video with inmates or loved ones of inmates to update them about the settlement and/or to document their objections to the settlement or to the conditions of the jail. I listen to people weekly who live in constant uncertainty without due process in an environment that is unhealthy and unnatural to a human or any other creature. The jail / penal system is producing more dangerous conditions through their overcrowding, medical negligence, and the rampant use of solitary confinement to silence people's demand for humane treatment!

3. I am the loving mother of someone incarcerated at Santa Rita Jail, JARED COULTER, PFN BEH609, and I am impacted by the settlement because of my concern over the care and conditions of my loved one inside of the jail and my constitutional right to familial association is being adversely impacted.

4. My loved one, JARED COULTER, PFN BEH609, has been incarcerated PRE-TRIAL in Santa Rita Jail since <u>FEBRUARY 6, 2020</u>.

5. My loved one, JARED COULTER, PFN BEH 609, has been involved in the Alameda County Behavioral Health and the AFBH systems since 2005, and he has cycled in/out of locked psychiatric and jail settings since first being force-medicated without fully informed consent about the withdrawal and dangerous effects of anti-psychotic medications or without any attempt to address his unresolved trauma that caused his initial extreme altered states. Since his first confinement at SRJ in 2004, he has spiraled further into a more chronic condition. H has also acquired a justified aversion to treatment, as he has experienced hospitalization or arrests from reacting negatively to lithium or from high doses of other anti-psychotic medication, i.e., Risperdal, etc. I have medical records to show negative outcomes of various prescribed treatments.

6. I write this declaration to object to the proposed settlement in *Babu v. County of Alameda*. If called to testify, I can and will testify as stated herein.

7. I first heard of the settlement in May 2021 from a group that works on building community services for people and decarcerating jails and prisons instead of increasing our false reliance on a militarized police force for "public safety"! I consider myself an

informed person, but this settlement does not seem to have been broadcasted on mainstream or any other highly viewed public media, so I question how much of an effort was made to inform people of the abuse that is occurring at Santa Rita Jail with OUR tax dollars that in my experience is making the public <u>much less safe and the criminal justice system much less credible</u>. My loved one has been in SRJ and Alameda County FBH off/on since 2005, and this is what I know to be true about the ACCJMH. Since learning of the Babu Settlement in spring 2021, I have spoken to many people who live in Alameda County that have not heard of the US DOJ lawsuit and Babu Settlement or the consent decree.

8.  In my experience and observation, the adverse impact on public safety IS DUE TO the operation of the violent, inhumane, racist, unlawful (due to self-enforced, self-regulated code of conduct) criminal justice system operating in a highly-polarized and widening unequal social structure that uses financial and physical punishment to make people pay for their "illegal" actions! I did not hear about the settlement from anyone else or from the law firm RBGG about the Babu v. County of Alameda case regarding mental health care in Santa Rita Jail.  And my loved one is a member of the Class and Sub-Class.  This is misuse of tax dollars!

9.  The day I learned about the Babu v. County of Alameda settlement, and upon reading a copy of the proposed consent decree, I was deeply concerned by the terms of the settlement that prioritizes funding for the Sheriff over the health and well-being of incarcerated people at SRJ. <u>Since I first heard of this lawsuit and now the settlement, I have not seen or heard of any mainstream news source publicizing about the scandalous US DOJ and Disability Rights CA lawsuit and settlement calling out the inhumane conditions at our local jail.  I believe the jail conditions that this lawsuit identifies has been true for as long as my loved one has been entangled with SRJ and the probation dept of Alameda County due to his mental illness, which began in 2004.</u>

10. How did RBGG come to their conclusion that it is possible to provide mental health in a jail setting without actually speaking with the individuals in the jail and their loved ones? Those of us that are directly impacted by whatever actions are taken using tax dollars to cage and suppress people understand how it is producing real harm to people's health and to public safety!  **It is misuse of tax dollars to pay people to study the problem but not talk with the people that their policies will directly impact.**

11. The legal system is not taking responsibility for the harm they are perpetrating.  The psychiatrist makes the diagnosis and the system makes the sentence.  (<u>Nuremberg Code</u>) There is no consideration of how the jail's inhumane and extremely unnatural and unhealthy conditions contribute to neurological, emotional and physical dis-ease and distress!!  Science proves that by shifting your perception, you can immediately influence your stress response.  Fight-Flight-Faint stress responses lowers blood flow / oxygen to the brain which is shown to cause more distortion in brain waves.  One of the areas being affected by low oxygen is the functional area of the frontal lobe, aka the prefrontal cortex or prefrontal area. This area is associated with concentration, emotion and other higher brain functions; contributing to loss of insight and loss of emotional /bodily control.  The prison industrial complex is manufacturing extremely dangerous "SMI" people who do

not want the system's "treatment" because the treatment is often delivered punitively and under duress.

12. The jail setting promotes people decompensating at a very high cost to the individual and the community.  Since he was arrested on February 6, 2020, my loved one has been hospitalized at John George Psychiatric Pavilion (JGPP) at least four times (2/9 – 10/2020; 6/19/2020; 11/27 – 12/2/2020; 1/12/2021) that I know of and at Highland Hospital at least one time (1/12/2021) for hurting himself, and then he was transferred to JPGG to be "stabilized" again before being returned to SRJ on 1/13/2021. He was placed in "OPHUSFTY" unit (11/23/2020 & 1/11/2021), and 02SFTY Unit (4/15/2021); this may have occurred more as I do not check the inmate locator every day.  **Does "treatment" to RBGG mean it is "therapeutic" to use "restraint devices"(pg 12), use "Therapeutic Housing Unit(s)(THU)…controlled by a "Therapeutic" Housing Committee" (pg 13), and use of "non-punitive medical isolation" (pg 17 – oxymoron) to get people to accept being kept in a toxic, hostile inhumane cage?**  Who oversees the Restrictive Housing Compliance Committee and Classification process? There is a lack of accountability and transparency because the Sheriff will get to hire at least 5 highly paid sworn officer managerial positions to oversee the jail's compliance to the settlement, i.e., how inmates are being considered for or being processed into the THU, inmates classification status, etc.

13. My loved one has been declared incompetent to stand trial 3 times (2011, 2013, 2021). On December 9, 2021, my loved one was transferred from SRJ to Napa State Hospital for his 3rd Incompetent to Stand Trial. . Each time he has been found ICT, there was a prolonged wait to get him to treatment, and regardless of any benefit it may have had, when they returned him to SRJ the last 2 times from competency treatment, he quickly decompensated.  This was due to lack of continuity of care, coupled with institutionally-induced exacerbation of symptoms (i.e. bed bugs in 2013, allowed to go off/on medications, very poor food quality with low nutritional value and **very high sugar content, which is scientifically known to be very bad for neurological health,** lack of sunshine and fresh air, etc.) resulting in multiple transfers to the hospital where the forced drugging takes place.

14. On the same day my loved one arrived at Napa State Hospital he called me, and that was the first time I had spoken to him since he was arrested on Feb. 6, 2020.  His first words after "hello" were "get me out of here".  I told him that he has to go through the competency program at the hospital and then go back to jail to attend court.  When I spoke to my son in the evening of Dec. 14, 2021, I asked, "What's going on? He said "What's going on? It's cruel and unusual punishment.  I am wasting my life."

15. I just found out the week of December 13, 2021, that inmates can make free 5-minute calls from SRJ.  My loved one never attempted to call me for free from the jail, but the first day he was at Napa State Hospital he called me.  Why did he not call me from SRJ? Is anyone communicating to him the rules to follow and the rights that he has?

16. In past confinements at SRJ, my loved one has complained of being maced and clubbed; he has been treated brutally by sworn officers while in jail and exhibits intense aversion

when I talk about having to call 911. On 10/31/13, he was transported from John George Hospital to St Rose Hospital due to head laceration from sheriff deputy altercation. This is only one of several occasions that I recall and documented.

17. After far too many jail visits than I care to remember, I was visiting with my son in the Administrative Segregation unit at Santa Rita Jail on December 19, 2013, which he had occupied for almost 10 months pending his 2nd Incompetent to Stand Trial (IST) and placement at a state hospital. I said to him, "They want to send you to Napa." He said "I don't want to go to Napa. They're going to do a frontal lobotomy on me." He began to get upset saying several times louder and louder, "You guys are hurting me. You're hurting me. You're hurting me…You're not doing anything to help me." He began to bang the phone headset on the Plexiglas. The visit lasted 5 minutes; and the trust between us and our relationship continued to decline from there to the point of where it is today. The "treatment" he has been receiving is so far removed from a healing environment, that I am convinced he is being deprived of an opportunity to heal and denied his civil liberties and due process to a timely release into a suitable community setting that considers his unique physiology and trauma that he continues to experience.

18. On page 10 of the Consent Decree it states, "the parties intend to and hereby do, resolve all claims raised in this action…" This means that the county wants to absolve the Sheriff and ACBH of any legal responsibility for the harm they have been perpetrating against inmates for as long as my family has been involved with this CJMH. And the county supervisors are going against their Care First Jails Last Resolution while rewarding the Sheriff for abusing and torturing inmates as they continue to waste tax dollars on a system that is producing the opposite effect of public safety and public health that they say they are so concerned about. Expanding the budget and power of the Sheriff's Department by increasing staffing and overhead to provide mental health "treatment" in the jail and using the threat of punishment as the incentive for inmates to not misbehave is the very crazy making "treatment" this system would continue to provide only at greater public cost!

19. One of my major concerns about this settlement is that the proposed changes to Santa Rita are extremely expensive. In terms of taxpayer dollars, the settlement will cost hundreds of millions. The settlement would fund more custody staff as well as physically retrofit the jail to put in a new yard and what they are calling "suicide resistant cells" (although what exactly constitutes a "suicide resistant cell" is not explained in the settlement). And, the settlement proposes the creation of a new housing category called the "therapeutic housing unit" (THU).

20. On page 24 of the Consent Decree it states, "Any Staff member may refer an individual to the THC for placement in a Therapeutic Housing Unit." This appears to me to be an open door for retaliation by staff against inmates who complain.

21. What my loved one really needs is to not be in a cage as much as he and the other inmates are. This is not good for anyone's mental health, especially if you are already struggling from previous or ongoing trauma. It would be very helpful to provide programs and services such as a therapist to talk with, prepare them to return to the

community ready for gainful employment! Instead of incarceration, a job program and opportunities for felons to be involved with positive work and community engagement is much better use of public funds and human resources.

22. Based on my understanding of the proposed settlement agreement, my loved one would still not get the type of mental health support he needs. How is it considered expanding MH treatment in the jail by hiring **"259 more deputies and 72 other ACSO staff?** In contrast, Alameda County Forensic Behavioral Health (AFBH), which will actually provide mental healthcare in the jail, only gets to hire **107 more staff. Why will the sheriff need more security than therapy staff?**

23. The proposed Settlement clearly identifies what is wrong with the conditions that violate people's human and disability rights, yet seeks to use the same type of punitive, labeling, retaliatory system to "treat" people who are showing signs of **"adaptive functioning deficits".** (Pg 35, 36). This false comparison of mental illness versus "adaptive functioning deficits" allows the Sheriff to evaluate if an inmate's bad behavior is due to their mental illness or their "deficit" to adapt and function in the unnatural and hostile conditions they are being confined in. This consent decree is nothing more than a license for the state to cage, torture and force drug people into a state of docile compliance.

24. **Forced drugging only causes more fear and more violence!**

25. It sometimes seems that the court and AFBH staffs' main form of "treatment" is to offer "You either take my plea bargain and/or my pills or you are not getting out of jail." It seems counterproductive and a waste of tax dollars to incarcerate people without due process, in very unhealthy conditions when you can actually provide services and support in the community that can assist them. This includes peer workers and other multi-disciplinary compassionate practitioners.

26. Community services have been decimated. WHAT DOES CONSENT DECREE SAY ABOUT RE-ENTRY? At least half of the money listed in the settlement is better spent funding community services that provide housing, mental and physical health services, employment programs, etc. and more uplifting environments

27. I OBJECT to the proposed Settlement because the Settlement appears to do nothing or very little to address how SRJ is preventing me from seeing and communicating with my loved one. As a "party of interest" for joinder in the case before the court involving the settlement decree, I have a clearly established constitutional right that may be adversely effected by the resolution of the controversy for which is the subject matter of the case currently before the court. I am defending my rights under the First, Ninth and Fourteenth Amendments of the Constitution of the United States to familial association, which is accomplished in violations of the primary defendant's rights to due process and equal protection will result in violation of those same rights, which I and our children are entitled to.

28. I OBJECT to the proposed Settlement because the Settlement did not provide advanced notice by asking all Class Members currently incarcerated at SRJ if they want their loved ones to be notified of the *Babu v. County of Alameda settlement*.

29. I OBJECT to the proposed Settlement because it clearly identifies what is wrong with the past conditions that have violated people's human and disability rights, yet seeks to use the same type of punitive, labeling, retaliatory system to "treat" people who are showing signs of "adaptive functioning deficits". (Pg 35, 36). According to the Consent Decree, the Sheriff must monitor if an inmate's bad behavior is due to their mental illness or their "deficit" to adapt and function in the unnatural and hostile conditions they are being confined in.

30. I OBJECT to the proposed Settlement because of a conflict of interest that allows the Sheriff to "establish and implement a Compliance Unit consisting of at least one sergeant, two lieutenants, and one captain, to oversee the following subject areas: ADA, Grievance and Appeals, the Prison Rape Elimination Act, revisions to and implementation of updated policies and procedures, Litigation Compliance/Internal Compliance including COVID-19 related issues, and Multi-Service Deputies…" (pg 19) compliance to ADA revisions and implementation of grievances, appeals, prison rape, (pg 19). These are all highly paid positions that will be overseeing the actions of the jail in regards to the consent decree. RBGG is also benefitting from this relationship of keeping the classification and compliance units in place. **Where is the outside oversight to ensure that those benefitting from the settlement are actually complying with the requirements of the consent decree and that the requirements of the consent decree *actually* produce the intended results?**

31. I OBJECT to the proposed Settlement because the Settlement does not provide significant or substantial enough benefits to my loved one, or other prisoners.

32. I OBJECT to the proposed Settlement because the settlement contains unclear, or undefined or poorly defined measures on what mental health care for my loved one or other prisoners should be nor how it should be provided to the majority of prisoners.

33. I OBJECT to the proposed Settlement because it does not contain ways to help my loved one be more mentally stable, and able to be successful and not return to the jail.

34. I OBJECT to the proposed Settlement because deputies are unable and should not be assisting in providing mental health care to my loved ones or other prisoners.

35. I OBJECT to the proposed Settlement because the Settlement provides no consequences for the Jail or Sheriff, if they do not, or are unable to, provide genuine mental health care.

36. I OBJECT to the proposed Settlement because the attorneys did not consult with my loved one, myself or other loved ones, and are not representing their or my interests.

37. Instead, the County of Alameda needs to shift resources to community-based, community-led reentry services and care, prioritizing the voices of justice-impacted

people and their families. California must develop labor solutions that prioritize healthy and stable economies for any person impacted by prison closures.

I, Amy Coulter, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 21st of December 2021 in San Leandro, CA.

_____          12 - 21 - 2021
*Signature*                                                          *Date*

7