LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorney for Class Member Oscar Joaquin Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated.<br><br>             Plaintiffs,<br>      vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br>             Defendants. | No. 5:18-cv-07677<br><br>**CLASS MEMBER OSCAR JOAQUIN GARCIA'S OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AND CONSENT DECREE** |

Class Member Oscar Joaquin Garcia (PFN #BLE496) is currently incarcerated as a prisoner in Santa Rita Jail, and submits his objection to the proposed class action settlement, as attached.

Dated: December 31, 2021        LAW OFFICE OF YOLANDA HUANG


                                 By____*/S/ Yolanda Huang*_____
                                            YOLANDA HUANG

1

I, Name: Oscar Joaquin Garcia                     PFN: BLEA96    , am
a prisoner in Santa Rita Jail.

1. As a prisoner in Santa Rita Jail, I have the right to share my views on whether I think the proposed *Babu v. Ahern* Settlement is a good idea.

## DEMOGRAPHIC DATA

**What is your gender?:** Male

**Do any of the below apply to you?**
- I am transgender.
- I am non-binary.
- I am intersex.
- **(No, none apply to me.)**
- Prefer not to answer.
- Not listed here. Please specify: _____

**What is your sexual orientation? Please select all that apply.**
- **(Heterosexual or Straight)**
- Gay
- Lesbian
- Bisexual
- Queer
- Pansexual
- Asexual
- Prefer not to answer.
- Not listed here. Please specify: _____

**What race and/or ethnicity do you identify with? Please select all that apply.**
- Black or African-American
- **(Hispanic or Latinx)**
- White
- Middle Eastern
- Asian or Pacific Islander
- Indigenous or Native American

## MENTAL HEALTH NEEDS

**Do you need mental health services?**
Yes  **(No)**  I'm not sure   Optional - Explain Your Answer: _____

**How is your mental health after being at Santa Rita?**
- **(Worse)** - Being in Rita makes my mental health worse.
- Better - Being in Rita makes my mental health better.
- The same - Being in Rita, my mental health is the same.

*The proposed settlement gives the sheriff money to hire 259 more deputies and 72 other sheriff staff.* **Will more sheriff deputies and sheriff staff make mental health services at Santa Rita Jail better?**
**(Yes)**                        No

*The proposed settlement gives Alameda County Forensic Behavioral Health money to hire 107 additional staff.* **Will more Alameda County Forensic Behavioral Health staff improve mental health services at Santa Rita Jail?**
**(Yes)**                        No

**Is mental health counseling effective when counselors talk to prisoners at their cell door?**
Yes    (No)

**Is mental health counseling effective when prisoners are in handcuffs or waist chains for face to face counseling in the jail?**
Yes    (No)

**Which of the below would improve prisoners' mental health?** (Check all that apply)
- More out-of-cell time ✓
- Outdoor access every day ✓
- More classes and programs ✓
- More activities for prisoners to do ✓
- See the same counselor
- Having a kind and patient counselor
- Having an understanding counselor ✓
- Having counselors who can relate to me ✓
- Receiving therapy at least once a week (individual or group)
- More visits with family and friends ✓

## COVID-19

**Did you have COVID-19 while in Santa Rita Jail?**
Yes    (No)

**If yes, were you placed in medical quarantine or isolation?**
Yes    (No)

**While in medical quarantine or isolation did the jail do anything to help you feel better?**
Yes    (No)

**Did medical isolation or quarantine feel like punishment?**
(Yes)    No

**Does isolation by itself - regardless of the reason - feel like punishment?**
(Yes)    No

## OUT-OF-CELL TIME (POD TIME)

**Right now, how many hours of out-of-cell time do you get per week?** ___4___

*The settlement agreement sets a standard of 4 hours a day of out-of-cell time for general population prisoners.* **Do you think 4 hours a day of out-of-cell for general population is:**
Enough    (Not enough)

**How much time out-of-cell (POD time) each day, should be given to general population prisoners?**    ___6-8 hours___

*The settlement agreement sets a standard of 3 hours a day out-of-cell time for prisoners in something like max-sep.* **Do you think 3 hours a day out-of-cell for prisoners in something like max-sep is:**
(Enough)    Not enough

**How much time out-of-cell (POD time) each day, should be given to prisoners in something like max-sep?**

*The settlement agreement sets a standard of 2 hours a day out-of-cell time for prisoners in the most restrictive housing.* **Do you think 2 hours a day out-of-cell for prisoners in the most restrictive housing is:**
   Enough            (Not enough)

**How much time out-of-cell (POD time) each day, should be given to prisoners in AD SEG?** 4 hours

## OUTDOOR TIME

**Right now, how many hours of outdoor time do you get per week?** 1 hour

*The settlement does not guarantee a minimum amount of outdoor time.*
**What is the minimum amount of time necessary for your mental health?**
   Every day.  Outdoor time every day is necessary for mental health.
   Every other day.  Outdoor time every other day is enough for mental health.
   A couple of times a week of outdoor time is enough for mental health.
   Once a week of outdoor time is enough for mental health.

## PROGRAMMING

*The settlement agreement sets a standard of 14 hours per week or 2 hours per day of programming for general population prisoners.* **Do you think 14 hours per week of programing for general population prisoners is:**
   Enough            (Not enough)

*The settlement agreement sets a standard of 11 hours per week of programming for prisoners of max sep.* **Do you think 11 hours per week of programing for prisoners of max sep is:**
   Enough            (Not enough)

*The settlement agreement says every hour of programming shall count as an hour of out-of-cell time (POD time); meaning if you have an hour of programming, the jail can give you one hour less of out of POD time.* **Do you think that programming time should reduce POD time?**
   Yes               (No)

## GUARD USE OF FORCE

**Have you ever been physically hurt by a Santa Rita Jail guard?**
   Yes               (No)

**Are you afraid that jail guards will hurt you?**
   (Yes)             No

**Do you think that guards at Santa Rita Jail use force:**
   Not enough;              Rarely                    (Often
   should use more          Appropriately             Too often)

**Do you think the jail guards' use-of-force that you have seen, is justified?**

NO It's never okay to use that much force.