LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorney for Damon Jones

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated.<br><br>   Plaintiffs,<br><br> vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br>   Defendants. | No. 5:18-cv-07677<br><br>CLASS MEMBER DAMON JONES' OBJECTIONS TO THE PROPOSED CLASS ACTION SETTLEMENT AND CONSENT DECREE |

1

## I OBJECT TO THE PROPOSED SETTLEMENT.

1. I object to the proposed Settlement because the Settlement does not provide significant or substantial enough benefits to me, or other prisoners.
2. I object to the proposed Settlement because the settlement itself contains unclear, or undefined or poorly defined measures on what mental health care for prisoners should be nor how it should be provided to the majority of prisoners.
3. I object to the proposed Settlement because it does not contain ways to help me be more mentally stable, and able to be successful and not return to the jail.
4. I object to the proposed Settlement because deputies are unable to and should not be assisting in providing mental health care.
5. I object to the proposed Settlement because the Settlement provides no consequences for the Jail or Sheriff, if they do not, or are unable to provide genuine mental health care.
6. I object to the proposed Settlement because the attorneys did not consult with me, and are not representing my interests.
7. I ask the Court to reject this Settlement Agreement. I ask that the Sheriff, County and the attorneys Rosen, Bien, Galvan and Grunfeld to meet with my attorneys, Law Office of Yolanda Huang, and the community organizations who join in these objections to review and improve the settlement agreement, so that the Settlement Agreement genuinely provides mental health services in Santa Rita Jail that benefits all prisoners.

By signing below, and based on my responses above, I object to the settlement agreement.

Dated: DECEMBER 19, 2021          Signed: _____

RESPECTFULLY SUBMITTED

Dated: December 31, 2021

_____
ATTORNEY FOR CLASS MEMBER