LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorney for Class Member David Martin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated.<br><br>         Plaintiffs,<br>    vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br>         Defendants. | No. 5:18-cv-07677<br><br>**CLASS MEMBER DAVID MARTIN'S OBJECTION TO THE PROPOSED CLASS ACTION SETTLEMENT AND CONSENT DECREE** |

By     */S/ Yolanda Huang*
         YOLANDA HUANG

1

**CLASS MEMBER DAVID MARTIN'S OBJECTION TO PROPOSED SETTLEMENT AND CONSENT DECREE**
*Babu, et al, et al v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677

I, Name: __DAVID MARTIN__    PFN: __BMU438__, am a prisoner in Santa Rita Jail.

As a prisoner in Santa Rita Jail, I have the right to share my views on whether I think the proposed *Babu v. Ahern* Settlement is a good idea.

## DEMOGRAPHIC DATA

**What is your gender?:** __MALE__

**Do any of the below apply to you?**
- I am transgender.
- I am non-binary.
- I am intersex.
- (No, none apply to me.) ✓
- Prefer not to answer.
- Not listed here. Please specify: ~~[scribbled out]~~

**What is your sexual orientation? Please select all that apply.**
- Heterosexual or (Straight) ✓
- Gay
- Lesbian
- Bisexual
- Queer
- Pansexual
- Asexual
- Prefer not to answer.
- Not listed here. Please specify: __I Love Women__

**What race and/or ethnicity do you identify with? Please select all that apply.**
- Black or African-American
- (Hispanic or Latinx) ✓
- White
- Middle Eastern
- Asian or Pacific Islander
- Indigenous or Native American

## MENTAL HEALTH NEEDS

**Do you need mental health services?**
- Yes
- No
- (I'm not sure) ✓
- Optional - Explain Your Answer: ____

**How is your mental health after being at Santa Rita?**
- (Worse) ✓ - Being in Rita makes my mental health worse.
- Better - Being in Rita makes my mental health better.
- The same - Being in Rita, my mental health is the same.

*The proposed settlement gives the sheriff money to hire 259 more deputies and 72 other sheriff staff.* **Will more sheriff deputies and sheriff staff make mental health services at Santa Rita Jail better?**
- Yes
- (No) ✓

*The proposed settlement gives Alameda County Forensic Behavioral Health money to hire 107 additional staff.* **Will more Alameda County Forensic Behavioral Health staff improve mental health services at Santa Rita Jail?**
- (Yes) ✓
- No

**Is mental health counseling effective when counselors talk to prisoners at their cell door?**
- Yes
- **(No)**

**Is mental health counseling effective when prisoners are in handcuffs or waist chains for face to face counseling in the jail?**
- Yes
- **(No)**

**Which of the below would improve prisoners' mental health?** (Check all that apply)
- **(More out-of-cell time)**
- **(Outdoor access every day)**
- **(More classes and programs)**
- **(More activities for prisoners to do)**
- See the same counselor
- Having a kind and patient counselor
- **(Having an understanding counselor)**
- **(Having counselors who can relate to me)**
- Receiving therapy at least once a week (individual or group)
- **(More visits with family and friends)**

## COVID-19

**Did you have COVID-19 while in Santa Rita Jail?**
- Yes
- **(No)** BUT The Test Result came back unreadable SO I was Placed on Quarantine around Inmates who Really had it. (Covid-19)

**If yes, were you placed in medical quarantine or isolation?**
- **(Yes)**
- No

**While in medical quarantine or isolation did the jail do anything to help you feel better?**
- Yes
- **(No)**

**Did medical isolation or quarantine feel like punishment?**
- **(Yes)**
- No

**Does isolation by itself - regardless of the reason - feel like punishment?**
- Yes
- **(No)**

## OUT-OF-CELL TIME (POD TIME)

**Right now, how many hours of out-of-cell time do you get per week?** ___28___

*The settlement agreement sets a standard of 4 hours a day of out-of-cell time for general population prisoners.* **Do you think 4 hours a day of out-of-cell for general population is:**
- Enough
- **(Not enough)**

**How much time out-of-cell (POD time) each day, should be given to general population prisoners?** 56 Per Week  8 hours a day

*The settlement agreement sets a standard of 3 hours a day out-of-cell time for prisoners in something like max-sep.* **Do you think 3 hours a day out-of-cell for prisoners in something like max-sep is:**
- Enough
- **(Not enough)**

**How much time out-of-cell (POD time) each day, should be given to prisoners in something like max-sep?** 8 hours

_____8 hours_____

*The settlement agreement sets a standard of 2 hours a day out-of-cell time for prisoners in the most restrictive housing.* **Do you think 2 hours a day out-of-cell for prisoners in the most restrictive housing is:**
- Enough
- **(Not enough)**

**How much time out-of-cell (POD time) each day, should be given to prisoners in AD SEG?** ___4-8___

## OUTDOOR TIME

**Right now, how many hours of outdoor time do you get per week?** ___1 hour___ ☹

*The settlement does not guarantee a minimum amount of outdoor time.*
**What is the minimum amount of time necessary for your mental health?**
- **(Every day. Outdoor time every day is necessary for mental health)**
- Every other day. Outdoor time every other day is enough for mental health.
- A couple of times a week of outdoor time is enough for mental health.
- Once a week of outdoor time is enough for mental health.

## PROGRAMMING

*The settlement agreement sets a standard of 14 hours per week or 2 hours per day of programming for general population prisoners.* **Do you think 14 hours per week of programing for general population prisoners is:**
- Enough
- **(Not enough)**

*The settlement agreement sets a standard of 11 hours per week of programming for prisoners of max sep.* **Do you think 11 hours per week of programing for prisoners of max sep is:**
- Enough
- **(Not enough)**

*The settlement agreement says every hour of programming shall count as an hour of out-of-cell time (POD time); meaning if you have an hour of programming, the jail can give you one hour less of out of POD time.* **Do you think that programming time should reduce POD time?**
- Yes
- **(No)**

## GUARD USE OF FORCE

**Have you ever been physically hurt by a Santa Rita Jail guard?**
- Yes
- **(No)**

**Are you afraid that jail guards will hurt you?**
- **(Yes)**
- No

**Do you think that guards at Santa Rita Jail use force:**
- Not enough; should use more
- Rarely
- **(Appropriately)**
- **(Often)**
- Too often

**Do you think the jail guards' use-of-force that you have seen, is justified?**

- Usually justified
- Sometimes justified
- Rarely justified
- **(Never justified)**

**If guards are planning to use force, should mental health staff first be required to try and de-escalate before the use of force?**
- **(Yes)**
- No

**If guards are planning to use force, should mental health staff first be required to be present while the guards use force?**
- **(Yes)**
- No

## DISCIPLINE

**Have you ever been subject to discipline at Santa Rita Jail?**
- Yes
- **(No)**

**Do you think that the jail's disciplinary actions (write-ups) are:**
- Always justified
- Usually justified
- **(Sometimes justified)**
- Rarely justified
- Never justified

**Do you think the jail uses discipline (write-ups) in a consistent manner?**

- Very consistent; it is clear to me what the rules are and when they are broken
- Usually consistent
- **(It varies depending on the situation)**
- Deputies often pick and choose which rules to enforce
- There is no consistency

**Do you think mental health staff should be consulted before discipline is imposed to decide whether the prisoner's behavior results from a mental health issue?**
- **(Yes)**
- No

**Do you trust mental health staff to advocate for you when you face a discipline write-up?**
- **(Yes)**
- No

## RELATIONS WITH THE GUARDS
**When you interact with jail guards do you feel (check all that apply):**
- Relaxed
- Safe
- **(Calm)**
- Afraid
- Tense
- Unsafe
- **(Anxious)**
- Terrified

## FOR FEMALE PRISONERS

**Do you think female prisoners are treated unequally compared to male prisoners?**
- Yes
- No
- I'm not sure

**If yes, how do guards treat female prisoners compared to male prisoners?**
- Worse
- Better
- I'm not sure

**Do female prisoners have less opportunity to work than male prisoners?**
- Yes   • No   • I'm not sure

**Are there fewer classes or programs for female prisoners than male prisoners?**
- Yes   • No   • I'm not sure

**Do jail rules requiring women prisoners to always be fully dressed make it harder for you to exercise?**
- Yes   • No   • I'm not sure

**Comments/Examples:**

_____
_____
_____
_____

1. I have reviewed the proposed *Babu v. Ahern* Settlement.
2. I object to the *proposed* Settlement because the Settlement does not provide significant or substantial enough benefits to me, or other prisoners.
3. I object to the *proposed* Settlement because the settlement itself contains unclear, or undefined or poorly defined measures on what mental health care for prisoners should be nor how it should be provided to the majority of prisoners.
4. I object to the proposed Settlement because it does not contain ways to help me be more mentally stable, and able to be successful and not return to the jail.
5. I object to the proposed Settlement because deputies are unable to and should not be assisting in providing mental health care.
6. I object to the proposed Settlement because the Settlement provides no consequences for the Jail or Sheriff, if they do not, or are unable to provide genuine mental health care.
7. I object to the proposed Settlement because the attorneys did not consult with me, and are not representing my interests.

**By signing below, and based on my responses above, I object to the settlement agreement.**

Dated: 12/14/21        Signed: *[signature: Daniel Martin]*