LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorney for Objector
And Class Member David Vigil

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated.<br><br>            Plaintiffs,<br><br>    vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>            Defendants. | No. 5:18-cv-07677<br><br>CLASS MEMBERS AND OBJECTOR DAVID VIGIL REPORTS HUNGER STRIKE AND JAIL RETALIATION |

**HUNGER STRIKE**

Class member and Objector David Vigil (Dkt. 377), reports to the Court that approximately 28 inmates in Housing Unit 3 C and 3D are on a hunger strike in protest of the Alameda County Sheriff's recent act of increasing the commissary prices, right before Christmas.  David Vigil, and the other hunger strikers believe that the original motive for the price increase is to increase income to pay for the anticipated expenses associated with the Babu settlement.  This price increase is the second price increase during the covid-19 pandemic.  And this price increase is another reason why

1

**CLASS MEMBER & OBJECTOR'S REPORT TO THE COURT OF A HUNGER STRIKE & JAIL RETALIATION**
*Babu, et al, et al v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677

David Vigil, and many prisoners oppose the Babu settlement.  The costs of Babu settlement is being placed on the backs of prisoners' families.

The price increase was announced just before Christmas, when the Sheriff knows that many prisoners would be receiving Christmas presents from family, in the form of funds to purchase commissary, since the only way that prisoners can receive items is by purchasing items through the commissary.

As part of the profiteering policy of the Sheriff, inmates were prohibited from making any purchases the last week of December, and were forced to wait until the new price increases were in effect.  This price increase, is the second price increase during the covid-19 pandemic.  Some of the prices include:

> Ramen raised from $1.13 to $1.39
> Potato chips raised from $1.39 to $1.69
> Lotion raised from $3.00 to $4.50
> Chili beans raised from 4.00 to 5.00
> Coffee raised from $4.00 to $ 6.75

The price increase on ramen represents a 25% price hike.  Prisoners are price gouged by the Alameda County Sheriff at the rate of 400% more than the retail price for a single dried ramen package, which is $0.25 at grocery stores.   The price of the same ramen (Maruchan) from the commissary for the San Francisco County jail inmates is $.52.  See San Francisco Sheriff's website; https://www.sfsheriff.com/services/jail-services/send-mail-or-order-commissary-items-person-jail.

**RETALIATION**

Rather than considering the merits of the hunger strikers' statements, the jail has now implemented retaliation.  Meal times are considered part of out of cell time.  Starting yesterday, January 17, 2022, hunger strikers are now being locked in their cells, and prohibited from leaving their cells during meals.

Previously, hunger strikers were taking food trays, sitting at tables with their trays, and then returning the trays uneaten, as their non-verbal statement of protest.  Starting yesterday, the jail is now locking hunger strikers inside their cells, and not letting them engage in their protest.  Furthermore, hunger strikers are being punished by having their out of cell time reduced.

2

**CLASS MEMBER & OBJECTOR'S REPORT TO THE COURT OF A HUNGER STRIKE & JAIL RETALIATION**
*Babu, et al, et al v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677

This conduct by the Sheriff underscores the objections that the Sheriff operates a punitive, harsh and unconstitutional jail, where everything is implemented as a punishment, and there is no oversight or accountability.

LIST OF HUNGER STRIKERS

HU 3D

1. Eric Rivera
2. Jeremy Daniels
3. Jorge Jousso
4. Greg Young
5. Brian Wendt
6. Joel Torres
7. Tom Fritz
8. Jeremy Fuller
9. Zach Grubb
10. Robert Graham
11. Anthony Valdez
12. Odell Jones
13. Edwin

HU3C

1. James Mallett
2. Marvin Ward
3. Christopher Hunt
4. John Jones
5. David Vigil
6. James Richards
7. Isaiah Richards

8.  Gilberto Vernino
9.  Steverg
10. Jason Hathorn
11. Lamar Lomack
12. Matthew Gallard
13. Julio Garcia
14. Tommy Garcia
15. Darin Carroll

Respectfully submitted,

Dated: January 18, 2022          LAW OFFICE OF YOLANDA HUANG


By      /S/ Yolanda Huang
        YOLANDA HUANG
        Counsel for Class Members & Objectors