# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK BABU, and others,<br><br>      Plaintiffs,<br><br>      v.<br><br>SHERIFF GREGORY AHERN, and others,<br><br>      Defendants. | Case No. 18-cv-007677 NC<br><br>**ORDER ADDRESSING QUESTION ABOUT JAN. 27 HEARING** |

Counsel Ben Rice for Wellpath has asked the Court if he needs to participate in part two of the final settlement approval hearing scheduled for tomorrow, as he has a scheduling conflict. From the Court's perspective, he does not, as Wellpath is not a party and counsel for the County defendants should be able to provide any necessary information.

IT IS SO ORDERED.

Date: January 26, 2022

_____
Nathanael M. Cousins
United States Magistrate Judge