# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK BABU, and others,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SHERIFF GREGORY AHERN, and others,<br><br>　　　　　Defendants. | Case No. 18-cv-007677 NC<br><br>**ORDER ADDRESSING LOGISTICS FOR CLASS MEMBER PARTICIPATION IN JAN. 27 HEARING** |

The Court greatly appreciates efforts by counsel, jail staff, and objecting counsel to notify and plan for class member participation in the January 27, 11:00 a.m. zoom webinar hearing on final settlement approval. ECF 428, 429. The Court will do what it can to allow class members to observe the hearing over the Zoom platform and to allow class members to directly address the Court. The Court ADOPTS the suggestion from Captain Clippinger, ECF 428-3 Par. 9, that class members be called by housing unit and alphabetically within the housing unit. ACSO is asked to provide such a list to counsel for the parties and to courtroom deputy Lili Harrell.

For planning purposes, the hearing is not expected to go past 1:30 p.m.

IT IS SO ORDERED.

Date: January 26, 2022

_____
Nathanael M. Cousins
United States Magistrate Judge