Case 5:18-cv-07677-NC   Document 437   Filed 02/07

FILED

Feb 07 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHOK BABU, and others

Plaintiffs,

v.

GREGORY J. AHERN, and others,

Defendants.

Case No. 18-cv-07677-NC

**JUDGMENT**

In accordance with the Court's February 7, 2022, order finally approving the parties' Consent Decree, at ECF 436, judgment is entered in favor of Plaintiffs Ashok Babu, Robert Bell, Ibrahim Keegan-Hornesby, Demarea Johnosn, Brandon Jones, Stephanie Navarro, Roberto Serrano, and Alexander Washington and against Defendants Gregory J. Ahern, County of Alameda, and Carol Burton.

The Clerk is ordered to terminate Case No. 18-cv-07677-NC.

**IT IS SO ORDERED.**

Dated: February 7, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge