UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK BABU, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREGORY J. AHERN, and others,<br><br>    Defendants. | Case No. 18-cv-07677-NC<br><br>**ORDER EXTENDING TIME FOR OBJECTOR R. ROBERTSON TO FILE AN APPEAL**<br><br>Re: ECF 448 |

On March 9, 2022, Objector R. Robertson moved for an extension of time to file a notice of appeal in this case. ECF 448. On March 14, 2022, Defendants opposed Robertson's motion on the grounds that he did not sufficiently demonstrate good cause or excusable neglect. ECF 454. Pursuant to Federal Rule of Appellate Procedure 4(a)(5), the Court GRANTS Robertson's motion over Defendants' opposition. The Court finds that Robertson's motion was timely filed and satisfactorily demonstrates good cause. Accordingly, Robertson may file his notice of appeal by April 8, 2022.

**IT IS SO ORDERED.**

Dated: March 15, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge