**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASHOK BABU; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KEENAN G. WILKINS, AKA Nerrah Brown, <br><br> Objector-Appellant, <br><br> v. <br><br> GREGORY J. AHERN, Sheriff; et al., <br><br> Defendants-Appellees, <br><br> and <br><br> ANDRE GRIFFIN; et al., <br><br> Defendants. | No. 22-15275 <br><br> D.C. No. 5:18-cv-07677-NC <br> Northern District of California, <br> San Jose <br><br> ORDER |
| ASHOK BABU; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KEVIN LEE MCCULLOM, <br><br> Objector-Appellant, | No. 22-15353 <br><br> D.C. No. 5:18-cv-07677-NC |

Mediation

v.

GREGORY J. AHERN, Sheriff; et al.,

        Defendants-Appellees,

and

ANDRE GRIFFIN; et al.,

        Defendants.

ASHOK BABU; et al.,

        Plaintiffs-Appellees,

v.

TYLER ABBOTT; et al.,

        Objectors-Appellants,

v.

GREGORY J. AHERN, Sheriff; et al.,

        Defendants-Appellees,

and

ANDRE GRIFFIN; et al.,

        Defendants.

No. 22-15355

D.C. No. 5:18-cv-07677-NC

| | |
|---|---|
| ASHOK BABU; et al.,<br><br>      Plaintiffs-Appellees,<br><br>v.<br><br>AMERICAN FRIENDS SERVICE COMMITTEE; et al.,<br><br>      Objectors-Appellants,<br><br>v.<br><br>GREGORY J. AHERN, Sheriff; et al.,<br><br>      Defendants-Appellees,<br><br>and<br><br>ANDRE GRIFFIN; et al.,<br><br>      Defendants. | No.   22-15363<br><br>D.C. No. 5:18-cv-07677-NC |

The court has scheduled a dial-in telephone conference with all Objector-Appellants <u>only</u> on April 20, 2022, at 2:30 p.m. Pacific Time.

In addition, a follow up dial-in telephone conference with all parties, is scheduled on April 20, 2022, at 3:00 p.m. Pacific Time.

Each participant will receive an email with dial-in information. Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

The deadline for the appellants to designate and order transcript is extended to April 15, 2022.

The deadline for the court reporter to file the transcript is May 13, 2022.

The following briefing schedule shall govern these appeals: appellants shall file an opening brief on or before July 15, 2022; appellees shall file an answering brief on or before August 15, 2022; appellants may file an optional reply brief within twenty-one (21) days from the service date of the answering brief.

FOR THE COURT:

By: Kyungah Suk
Circuit Mediator