

FILED
APR 14 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **5:18-cv-07677 NC**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **12/21/2018**

Date of judgment or order you are appealing: **02/07/2022**

Docket entry number of judgment or order you are appealing: **ECF. 436**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☐ Yes  ☐ No  ☑ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Reginald Robertson - APM873/Classmember
IFP granted on: 9-03-2020 / Case No. 5:20-cv-02523 BLF,
Robertson v. Kaiser-Nevel, et al. (Dkt. #14).

Is this a cross-appeal? ☐ Yes  ☑ No

If yes, what is the first appeal case number? **N/A**

Was there a previous appeal in this case? ☐ Yes  ☑ No

If yes, what is the prior appeal case number? **N/A**

Your mailing address (if pro se):

**5325 Broder Boulevard**

City: **Dublin**   State: **CA**   Zip Code: **94568**

Prisoner Inmate or A Number (if applicable): **APM873**

Signature: *R. Robertson - in Pro Per*   Date: **Mar 21, 2022**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 12/01/2021

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Reginald Robertson – Class member

Name(s) of counsel (if any):

In Pro Per

Address: 5325 Broder Blvd. / Dublin, CA 94568-3309

Telephone number(s): (775)-335-7773 (mess.)

Email(s): R. Robertson c/o destination-freedom.govR.R. org

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ☑ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

COUNTY OF ALAMEDA; GREGORY J. AHERN; CAROL BURTON

Name(s) of counsel (if any):

Paul Bridges, Samanatha Wolff, Hanson Bridgett LLP

Address: 425 Market Street, 26th Floor, San Francisco, CA 94105

Telephone number(s): (415) 777-3200

Email(s): pmello@hansonbridgett.com, swolff@hansonbridgett.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                              *1*                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

R. Robertson - APM873/Classmember

Name(s) of counsel (if any):

In Pro Per

Address: 5325 Broder Blvd. / Dublin, CA 94568-3309

Telephone number(s): (775)-335-7773 (mess.)

Email(s): R.Robertson C/o destination-freedom.goo9.R.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ☑ No

## Appellees

Name(s) of party/parties:

COUNTY OF ALAMEDA; GREGORY J. AHERN; CAROL BURTON

Name(s) of counsel (if any):

GREGORY B. THOMAS, TEMITAYO O. PETERS
BURKE, WILLIAMS & SORENSEN, LLP

Address: 1901 Harrison Street, Suite 900 Oakland, California 94612-3501

Telephone number(s): (510) 273-8780

Email(s): gthomas@bwslaw.com, tpeters@bwslaw.com

Name(s) of party/parties:

Ashok Babu, Robert Bell, Ibrahim Keegan-Hornesby, Demarea Johnson Brandon Jones, Stephanie Navarro, Robert Serrano, Alexander Washington

Name(s) of counsel (if any):

JEFFREY L. BORNSTEIN, ERNEST GALVAN, Kara Janssen
ROSEN BIEN GALVAN & GRUNFELD LLP

Address: 101 Mission Street, Sixth Floor San Francisco, California 94105-1738

Telephone number(s): (415) 433-6830

Email(s): jbornstein@rbgg.com; egalvan@rbgg.com; kjanssen@rbgg.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                            2                                    New 12/01/2018

R. Robertson - APM873
5325 Broder Blvd.
Dublin, CA  94568-3309



Clerk of the Court
- N.D. Ct. of CA -
280 South 1st St.
San Jose, CA
95113

Resubmitted to SRJ Mailroom: 4-8-22 R.R.

RE: Case No. 5:18-CV-07677 NC

Confidential

LEGAL MAIL
C. SIWR #504

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568