JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
AMY XU – 330707
BRENDA MUÑOZ – 328813
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:        jbornstein@rbgg.com
                  egalvan@rbgg.com
                  kjanssen@rbgg.com
                  axu@rbgg.com
                  bmunoz@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNESBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; CAROL BURTON in her official capacity as Interim Director of the Alameda County Behavioral Health Care Services Agency; and DOES 1 to 20, inclusive,,<br><br>Defendants. | Case No. 5:18-CV-07677<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAYMENT OF FIRST QUARTER POST-JUDGMENT MONITORING FEES AND EXPENSES**<br><br>Judge:  Hon. Nathanael Cousins |

THE PARTIES, THROUGH COUNSEL, STIPULATE AS FOLLOWS:

The Consent Decree approved on February 7, 2022 (ECF No. 436) provides a process for billing of monitoring fees. Under this process, Plaintiffs are to provide Defendants with a written demand for monitoring fees after the expiration of each quarterly period after the Effective Date of the Consent Decree, which was February 7, 2022.

On June 7, 2022, Plaintiffs' counsel provided Defendants' counsel with a demand for monitoring fees and expenses for the period from February 7, 2022 through May 6, 2022. Upon review of the time and expense records submitted the parties agree that the monitoring fees and expenses sought are within the agreed-upon caps set forth in the Consent Decree (ECF No. 266-1 at 79), and are reasonable.

The parties agree to payment of $317,828.08 to resolve all claims for fees and expenses incurred during the first quarter of post-judgment monitoring, running from February 7, 2022 to May 6, 2022. The hours, rates and expenses are summarized below.

| Level | Person | Hours | Rate | Amount |
|---|---|---|---|---|
| Partner | Jeffrey L. Bornstein | 65.8 | $1,100.00 | $72,380.00 |
| Partner | Ernest Galvan | 16.6 | $950.00 | $15,770.00 |
| Senior Counsel | Kara J. Janssen | 147.8 | $700.00 | $103,460.00 |
| Associate | Brenda Munoz | 84.2 | $400.00 | $33,680.00 |
| Associate | Amy Xu | 64.4 | $575.00 | $37,030.00 |
| Paralegal | Adam Dean | 96.5 | $300.00 | $28,950.00 |
| Paralegal Clerk | Adam Dean | 51.8 | $260.00 | $13,468.00 |
| Senior Paralegal | F. Gail LaPurja | 12.5 | $375.00 | $4,687.50 |
| Senior Paralegal | Linda H. Woo | 16.1 | $400.00 | $6,440.00 |
| | **FEE TOTALS** | **555.7** | | **$315,865.50** |
| | **EXPENSES** | | | |
| | COPYING | | | $4.40 |
| | EXPERT FEES | | | $1,450.00 |
| | PACER | | | $18.40 |
| | POSTAGE | | | $89.27 |
| | TELEPHONE | | | $6.45 |
| | TRANSPORTATION | | | $394.06 |
| | **TOTAL EXPENSES** | | | **$1,962.58** |
| | **TOTAL FEES AND EXPENSES** | | | **$317,828.08** |

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $317,828.08 is due and collectable as of sixty (60) days from the date of entry of this Order.

DATED:  June 21, 2022        ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ernest Galvan*
Ernest Galvan

Attorneys for Plaintiffs

DATED:  June 21, 2022        BURKE, WILLAMS & SORENSEN LLP

By: */s/ Gregory B. Thomas*
Gregory B. Thomas
Temitayo O. Peters

DATED:  June 21, 2022        HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
Paul B. Mello
Samantha D. Wolff

Attorneys for Defendants

IT IS SO ORDERED.

DATED: _____, 2022

_____
Nathanael M. Cousins
United States Magistrate Judge

[3926151.4]

2                                    Case No. 5:18-CV-07677

STIPULATION AND [PROPOSED] ORDER REGARDING PAYMENT OF FIRST QUARTER POST-JUDGMENT MONITORING FEES AND EXPENSES