UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 6 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASHOK BABU; et al., | No. 22-15353 |
| Plaintiffs-Appellees, | D.C. No. 5:18-cv-07677-NC<br>Northern District of California,<br>San Jose |
| v. | |
| KEVIN LEE MCCULLOM, | ORDER |
| Objector-Appellant, | |
| v. | |
| GREGORY J. AHERN, Sheriff; et al., | |
| Defendants-Appellees, | |
| and | |
| ANDRE GRIFFIN; et al., | |
| Defendants. | |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 31) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

All pending motions are denied as moot.

LAB/MOATT

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lior A. Brinn
Deputy Clerk
Ninth Circuit Rule 27-7