UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ASHOK BABU; et al.,

    Plaintiffs-Appellees,

v.

AMERICAN FRIENDS SERVICE COMMITTEE; et al.,

    Objectors-Appellants,

v.

GREGORY J. AHERN, Sheriff; et al.,

    Defendants-Appellees,

and

ANDRE GRIFFIN; et al.,

    Defendants.

No.   22-15363

D.C. No. 5:18-cv-07677-NC
Northern District of California,
San Jose

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellees' motion to dismiss this appeal (Docket Entry No. 27) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits

LAB/MOATT

panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

Briefing remains suspended pending resolution of the motion to consolidate.