UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASHOK BABU; et al.,<br><br>  Plaintiffs-Appellees,<br><br>v.<br><br>REGINALD ROBERTSON,<br><br>  Objector-Appellant,<br><br>v.<br><br>GREGORY J. AHERN, Sheriff; et al.,<br><br>  Defendants-Appellees,<br><br>and<br><br>ANDRE GRIFFIN; et al.,<br><br>  Defendants. | No.   22-15579<br><br>D.C. No. 5:18-cv-07677-NC<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Attorney Kellie Walters' motion to withdraw as counsel (Docket Entry No. 11) is granted. The Clerk will update the docket to reflect appellant Reginald Robinson, Santa Rita County Jail, 5325 Broder Boulevard, Dublin, CA 94568, as proceeding pro se.

LAB/MOATT

Appellant's motion to proceed in forma pauperis (Docket Entry No. 3) is granted. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), however, appellant eventually must pay the full amount of the filing and docketing fees for this appeal.

Accordingly, within 21 days after the date of this order, appellant must complete and file with this court the enclosed prisoner authorization form, which directs the prison officials at appellant's institution to assess, collect, and forward to the court the $505.00 filing and docketing fees for this appeal on a monthly basis whenever funds exist in appellant's trust fund account. These fees will continue to be collected regardless of the date or manner of disposition of this appeal. *See* 28 U.S.C. § 1915(b)(2), (e)(2).

If appellant fails to comply with this order, the Clerk will dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

The Clerk shall serve this order and a prisoner authorization form on appellant and a copy of this order on attorney Walters.

Briefing remains suspended pending resolution of the motion to consolidate.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Prisoner Authorization Form

**9th Cir. Case Number:** _____

I, _____, am the Appellant in the above case number.

I understand that I am required by statute to pay the full amount of the $505.00 docketing and filing fees for this appeal, regardless of my forma pauperis status, and regardless of the disposition of this appeal. I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on 20 percent of the average of deposits to or balance in my prison trust account, subject to the provisions set forth in 28 U.S.C. § 1915(b).

I understand that I am not responsible for payment when the funds in my trust account total less than $10.00, but that payments will resume when additional deposits are made or funds are otherwise available.

| | |
|---:|:---|
| **NAME** | _____ |
| **SIGNATURE** | _____ |
| **CASE NO.** | _____ |
| **PRISONER I.D. NO.** | _____ |
| **PRISON FACILITY** | _____ |
| **ADDRESS** | _____ |
| | _____ |
| **DATE** | _____ |

**Mail this form to the Court at:**
*Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939*