```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018876
Cashier ID: waltonb
Transaction Date: 08/03/2022
Payer Name: Keenan Wilkins
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Keenan Wilkins
 Case/Party: D-CAN-5-18-CV-007677-001
 Amount:       $505.00
------------------------------------
NON-SCANNABLE CHECK
 Remitter: Keenan Wilkins
 Check/Money Order Num: 28251305032
 Amt Tendered: $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

NC

Check non scannable due to reject
characters

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```