UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASHOK BABU; et al.,<br><br>      Plaintiffs-Appellees,<br><br>v.<br><br>AMERICAN FRIENDS SERVICE<br>COMMITTEE; et al.,<br><br>      Objectors-Appellants,<br><br>v.<br><br>GREGORY J. AHERN, Sheriff; et al.,<br><br>      Defendants-Appellees,<br><br>and<br><br>ANDRE GRIFFIN; et al.,<br><br>      Defendants. | No.   22-15363<br><br>D.C. No. 5:18-cv-07677-NC<br>Northern District of California,<br>San Jose<br><br>ORDER |

Appellant National Lawyers Guild motion (Docket Entry No. 38) for

voluntary dismissal of National Lawyers Guild only is granted. This appeal is

dismissed as to National Lawyers Guild only. *See* Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court as to

National Lawyers Guild only.

LAB/MOATT

This appeal will proceed as to the remaining parties.

The existing consolidated briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lior A. Brinn
Deputy Clerk
Ninth Circuit Rule 27-7

LAB/MOATT                                     2