UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

AUG 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ASHOK BABU; et al.,

        Plaintiffs - Appellees,

v.

KEVIN DAVIS,

        Objector - Appellant,

v.

GREGORY J. AHERN, Sheriff; et al.,

        Defendants - Appellees,

and

ANDRE GRIFFIN; et al.,

        Defendants.

No. 22-15886

D.C. No. 5:18-cv-07677-NC
U.S. District Court for Northern
California, San Jose

**ORDER**

A review of the docket demonstrates that appellant has failed to respond to the June 14, 2022 order of this court.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7