JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
AMY XU – 330707
BRENDA MUÑOZ – 328813
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:          jbornstein@rbgg.com
                    egalvan@rbgg.com
                    kjanssen@rbgg.com
                    axu@rbgg.com
                    bmunoz@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNESBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; CAROL BURTON in her official capacity as Interim Director of the Alameda County Behavioral Health Care Services Agency; and DOES 1 to 20, inclusive,,<br><br>          Defendants. | Case No. 5:18-CV-07677<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAYMENT OF SECOND QUARTER POST-JUDGMENT MONITORING FEES AND EXPENSES**<br><br>Judge:   Hon. Nathanael Cousins |

[4150852.1]

THE PARTIES, THROUGH COUNSEL, STIPULATE AS FOLLOWS:

The Consent Decree approved on February 7, 2022 (ECF No. 436) provides a process for billing and monitoring fees.  Under this process, Plaintiffs are to provide Defendants with a written demand for monitoring fees after the expiration of each quarterly period after the Effective Date of the Consent Decree, which was February 7, 2022.

On September 7, 2022, Plaintiffs' counsel provided Defendants' counsel with a demand for monitoring fees and expenses for the period from May 7, 2022 through August 6, 2022.  Upon review of the time and expense records submitted the parties agree that the monitoring fees and expenses sought are within the agreed-upon caps set forth in the Consent Decree (ECF No. 266-1 at 79), and are reasonable.  The hours,  rates and expenses are summarized below.

| LEVEL | Person | Hours | Rate | Amount |
|---|---|---|---|---|
| PARTNER | Jeffrey L. Bornstein | 67.1 | $1,100.00 | $73,810.00 |
| SENIOR COUNSEL | Kara J. Janssen | 157.7 | $700.00 | $110,320.00 |
| ASSOCIATE | Brenda Munoz | 179.3 | $400.00 | $71,700.00 |
| ASSOCIATE | Amy Xu | 38.6 | $575.00 | $22,166.25 |
| PARALEGAL | Adam Dean | 135.1 | $300.00 | $40,530.00 |
| SENIOR PARALEGAL | F. Gail LaPurja | 37.7 | $375.00 | $0.00 |
| SENIOR PARALEGAL | Linda H. Woo | 44.0 | $400.00 | $17,600.00 |
| LAW CLERK | Jenna Mowat | 41.1 | $350.00 | $14,385.00 |
| PARALEGAL CLERK | Zoe Cullison-Shimada | 28.6 | $260.00 | $7,436.00 |
| | **FEE TOTALS** | **729.2** | | **$357,947.25** |
| | **EXPENSES** | | | |
| | Copying | | | $37.20 |
| | Pacer | | | $17.90 |
| | Postage & Delivery | | | $630.88 |
| | Telephone | | | $6.35 |
| | Transportation | | | $405.49 |
| | **EXPENSES TOTAL** | | | **$1,097.82** |
| | **GRAND TOTAL** | | | **$359,045.07** |

/ / /

/ / /

1    The Consent Decree caps monitoring fees and costs for the first year at $550,000.
2  The first quarter monitoring fees and costs payment was $317,828.08.  The remaining
3  capped amount is therefore $232,171.92.  Compensation for plaintiffs' fees and expenses
4  is therefore limited to this amount.

5    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
6  $232,171.92 is due and collectable as of sixty (60) days from the date of entry of this
7  Order.

8

9  DATED:  September 8, 2022          ROSEN BIEN GALVAN & GRUNFELD LLP

10

11                                    By:  /s/ Ernest Galvan
12                                         Ernest Galvan

13                                    Attorneys for Plaintiffs

14

15  DATED:  September 8, 2022          BURKE, WILLAMS & SORENSEN LLP

16                                    By:  /s/ Gregory B. Thomas
17                                         Gregory B. Thomas
                                           Temitayo O. Peters
18

19

20  DATED:  September 8, 2022          HANSON BRIDGETT LLP

21                                    By:  /s/ Paul B. Mello
22                                         Paul B. Mello
                                           Samantha D. Wolff
23

24                                    Attorneys for Defendants

25

26

27

28

1

**[PROPOSED] ORDER**

2     IT IS SO ORDERED.

3

DATED: _____, 2022

4

5

6                                    _____
                                     Nathanael M. Cousins
7                                    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28