IN THE UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

FILED
SEP 19 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

| | |
|---|---|
| Babu vs. Alameda County Sheriff's Office et al... | Civil Action No. 5:18-cv-07677 |
| Re: Issues Regarding the implementation of the Consent Decree with a emphasis on a recent use of Force incident @ Santa Rita Jail. | Declaration of Keith H. Washington AKA Malik PFN# UME239 Santa Rita Jail Class Member |

---

I Keith H. Washington here-by declare that I am currently housed at the Santa Rita Jail located in Dublin, California. I have been housed at this location since March 21st, 2022. I wish to relay my account of what I perceived as an excessive use of force on an elderly prisoner with physical disabilities and mental Health issues.

1.

No. 5:18-cv-07677     Washington's Declaration

Upon arrival at Santa Rita Jail I was housed on 2 East F-pod and after about one week I was moved to 2 East E-pod. There I met a white male prisoner by the name of David Misch aka '<u>Dave</u>'.

Dave is approximately 63 years old and has been incarcerated over 30 years. Dave has been housed at Santa Rita Jail over 4 (Four) years.

I learned this information directly from Dave as we were housed in close proximity to one another. Dave was housed in Cell E-5 and I was housed in Cell E-3 on 2-East at Santa Rita Jail. (Restricted Housing Unit)

Things seemed to change on E-pod after I returned from a stay at Valley Care Hospital (on June 1st, 2022).

-2-

No. 5:18-cv-07677         Washington's Declaration

It is relevant that I mention that I was taken to the hospital on account of a Suicide Attempt. I have been suffering with Chronic Depression and Post Traumatic Stress Disorder for well over a year.

Mr. Misch aka 'Dave' has been a positive influence on me during my stay at the Jail and that is why I was so upset when 'Dave' was the victim of an <u>excessive use of Force</u> by Sheriff Deputies (Lopez & Duran).

The incident took place on Wednesday, June 15th, 2022 in the morning at approximately 7:45am to 8:15am.

At first I could literally hear 'Dave' yelling "I can't breathe! Your hurting me! Your going to break my shoulder!" <u>end of quote</u>

-3-

No. 5:18-cv-07677     Washington's Declaration

At this point, I was at my front door. I was now listening intently as well as looking out my cell window so I could observe what was happening and who was involved.

I could not see into Dave's cell but I could definitely hear scuffling and then Dave yelled "Malik call Yolanda! Call Yolanda Huang!"

Yolanda Huang is a local attorney who has been aiding Dave in preparation for a Civil Action regarding Kosher and Halal meals at Santa Rita Jail. Dave has written numerous grievances in regard to the inadequate meals served at Santa Rita Jail with a special focus on the Kosher and Halal Diet.

-4-

No. 5:18-cv-07677        Washingtons Declaration

Over the course of approximately 3 months I have watched the level of <u>retaliation</u> and <u>aggression</u> aimed at Dave ratchet up progressively.

Let me be clear that I've observed Sheriff Deputies at Santa Rita Jail treat David Misch in a overtly 'nasty' manner because he chooses to exercise his Civil and Constitutional Rights inorder to <u>Access the Courts.</u>

Sheriff Deputies Duran and Lopez seemed to be angered because Dave refused to give them a few empty pint sized milk cartons he had in his possession.

The Deputies used this as their reasoning to assault him.

-5-

No. 5:18-cv-07677  Washington's Declaration

After the use of force Dave was hand-cuffed and placed in a wheel chair. Later on in the day Dave showed me dark bruises on his upper arm and he complained of pain in his back, neck and shoulder area.

Dave has had a traumatic *shoulder injury and the scar is very pronounced. *(Previous to this incident)

Please note that I called Attorney Yolanda Huang as requested by Dave. I also called the Law firm of Rosen, Bien, Galvan & Grunfeld LLP to report the incident. Excessive use of force aimed at elderly, disabled, and mentally ill prisoners at any jail should not be tolerated.

-6-

No. 5:18-cv-07677   Washington's Declaration

I left a voicemail message for Class Counsel Kara Janssen. I also left a message for Para-legal Adam Dean regarding Dave Misch. I suggested to Dave that he should contact Attorney Kara Janssen. What was ironic is that Rosen, Bien, Galvan & Grunfeld LLP just recently interviewed Dave during a Monitoring Tour they conducted at Santa Rita Jail between June 8th and June 10th, 2022.

It makes one wonder was the overtly aggressive behavior of the Deputies influenced by Dave's participation in an interview with Class Counsel?

*One Key issue that I would like to raise is whether or not the Sheriff Deputies activated their <u>body cameras</u> as is Policy. — <u>During the Use of Force?</u>

-7-

No. 5:18-cv-07677 Washington's Declaration

On June 15th, 2022 after the incident Dave and I were moved to another Pod. The "reasoning" was that a decision had been made to house members of MS-13 on 2-East E-pod.

When I returned from the hospital on June 1st, 2022. Classification had moved approximately 11 (eleven) members of MS-13 on 2-East E-pod.

Dave and I were moved to 2-West, C-pod. There is a culture as well as a pattern of practice where-by Sheriff Deputies retaliate against prisoners that file grievances or attempt to Access the Courts, Under Penalty of Perjury I here-by declare that the foregoing is True and Correct executed on this day June 16th, 2022 at Santa Rita Jail

X Keith H. Washington
Keith H. Washington
PFN#AME239
Dublin, California

-8-