YOLANDA HUANG,
PO BOX 5475
Berkeley, CA 9470

Clerk of the Co
United States D
Northern Distric
280 South 1st S
San Jose, CA 9

**Re:** Babu v. County

1000




U.S. POSTAGE PAID
FCM LG ENV
BERKELEY, CA
94705
SEP 15, 22
AMOUNT

$1.68
R2305E124547

-39

ESQ.

5

urt
District Court –
ct of California
Street
95113-3008

of Alameda. No. 5:18-cv-07677



Case 5:18-cv-07677-NC   Document 483-1   Filed 09/19/22   Page 3 of 4

