IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 2 3 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

| | |
|---|---|
| Babu Vs. Alameda County Sheriffs Office, et al.. | Civil Action no. 5:18-CV-07677 |
| RE: Issues Regarding the Implementation of the Consent Decree RE: Lack of Mental Health Service AND Lack of Treatment | Declaration of Robert Arlington Dolph PFN# BLV-927 Santa Rita Jail Class Member |

I, ROBERT ARLINGTON DOLPH PFN#BLV-927, Declare:
Everything I state here is from my own personal experience. I am an inmate at the Santa Rita Jail since April 7th 2018. I have a mental health diagnosis and am housed by the jail in housing unit 9, which is the mental health unit.
I am locked in my cell an average of 20 hours per day, which is too much.
I only get to come out of my cell 4 hours a day. When I come out of my cell up to 18 other inmates are also out of their cells.
I am in one group per week called "Seeking Safety" for 1-2 hours. There are two facilitators for a 4 person group. I feel each facilitator could host their own group so more people can benifit.

WE ARE NOT SEEING MUCH BENIFIT FROM Babu. We NEED MORE Classes. We NEED MORE ThingS TO Do. I WiSH I HAD ARt SUPPlies TO TO ARt. I have ASked For crayons But have NOT Been ABle TO GEt ANY.

We SHOULD have the Option TO CALL A Live PSYCH PeRSON ON OUR TABLetS. We CAN NOT PUt A MEDICAL TReQUESt In DIRECtlY TO ESYCH.

THE FOOD IS WAY OVERCOOKED AND OVER EROCESSED AND It TASeS terrible. Most OF the time I GEt InSUFFiciant PoRtions So TO ADD InSUlt TO InJURY I AM For CED TO EAt TERRible FOOD AND AM Still HUNGTY All the time. AS A RESUlt I tend TO HAVE No eneRGY. BeinG HUNGTY InCreases MY AnxietY. It Makes It HARD TO EVEN READ BEcAUSE I AM FOCUSED ON When the Next MEAL IS. The FOOD IS All empTY CARBS AND StARch. tHERE HAS Been two DiFFERAnt OCCASIONS When MY FOOD tASteD LiKe It HAD FECES In It. When I COMPlAiNED the GUARDS ACteD like It WAS A Mental HEAlth ISSUE AND DiD Not WANT TO InVeStiGate It.

I ONly See SOMEONE FROM MENtAl HEAlth MAYBE ONCE A MONth AND TtHEN It IS FOR A VERY SHORt InteRACtiON.

THE GUARDS CONDUCt IS CONDECENDING AND NEGLECtFUL AND Makes MY Mental

-3-

HEAlth Condition worse Because the Guards clearly communicate to me that what I see, what I feel, And what I percieve has no value and no validity. Guards Also regularly lie to me. It is very hard to file a Grievance to report what is going on Because it's hard to get blank Grievances, it's a fight to get them. The Deputy tells us he will resolve it and make promises like we will get yard time or pod time and then Deputy does not follow thru.

I have read the Latest report by RBGG on the Jail tablet. While the report says: E. Carolina Montoya claims that "having clinical staff return to the Jail Full-time", I have not seen many clinical staff and obviously they are providing no mental health care. While Montoya's report says that HUG — which is the housing unit I am in is a "Therapeutic Housing Unit" It is in reality no different from any other Jail cell I've been in. While Montoya's report says there is some fancy name for the training the custody staff is recieving "Advanced Crisis Intervention team training" I find that the custody staff is dismissive and condecending of issues that I, as a mentally ill person try to raise. I'm sure Montoya spent very little time inside my housing unit, and the Deputies were on "Best Behavior" for her. There has been

-4-

No Significant Improvement Inside
Santa Rita. I spend most of my day locked
In my cell with nothing to do.
I, Robert Arlington Dolph, make this
Declaration under Penalty of Perjury,
under the Laws of the State of California,
Signed September 19, 2022 in Dublin,
California _____