FILED
SEP 26 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Babu vs Alameda County Sherriff's office, et al. | Civil Action no. 5:18-cv-07677 |
| Re Issues Regarding the implementating of the consent Decree and the failure of the Decree to Benefit General population Class Member Inmates | Declaration of Matthew Pierce PFN# BHI-608 Santa Rita Jail |

I matthew Pierce here-by declare that I am currently housed at the Santa Rita Jail located in Dublin, California. I have been housed at this location since october, 10th, 2018. I am a general population inmate. Since I have been in Santa Rita Jail- for the Past 4 years my mental health has gotten worse. I have a Learning Disability I receive no help with my Learning Disability I have trouble reading I sometimes have trouble understanding verbal communication

(1)

I need help with writing and I have gotten help writing this declaration I have been sexually harassed repeatedly Guards strip me down naked and asked me to bend over at the waist, touch my toes pull my butt cheeks apart and cough, while the guard stares at my nakedness. Then they demand that I Lift my testicles and they stare and smile at me The smiles is especially upsetting I feel less than human It is demoralizing The deputies have never found anything on me and I am regularly forced to do this even when I never leave the Jail custody. I was sexually assaulted as a child and these almost daily strip searches cause me to fall into depression - deep depression and despair

I have filed grievances and complaints but the Jail and the attorneys RBGG. Ignore my complaints I can't sleep I have asked for mental counseling

(2)

Instead of the Jail helping me the Jail Just want to give me pills pills do not help me as a result, I now am stressed out and Jumpy all the time because I am distressed and when I write grievance's deputie's target me by writing me up for "Disciplin" for something that they dont write anyone else up for, for example the deputies will write me up for "pruno" when the pruno is not in my possession is not on me ond is not in the area of my bunk it's not mine's yet I have been written up once I was written up for pruno and I wasn't even at Santa Rita Jail I was out at a court hearing This retoliation and This make's me fearful nervous and more anxious The guards have so much power I have none and there is no one who I can turn to except the courts because the guards know they have power- they verbally bully me every day Deputies put me down and talk about grievances I write they do things that's is against the rules- and

③

then Say "write a grievance"
Lately I am not receiving a dinner or a Lunch tray. they Say tell a deputy I do tell a deputy and nothing Still happen about my food tray what do happen is that I go hungry. The Babu order has not done anything for general population Now the guards Just laugh when I bring up the Babu order and Sneer and Say write a grievance

for instance - deputie's dont wear face mask. I asked the guard to wear his mask and he Said I dont have to wear a mask and that he vaccinated and that I write a grievance on it. no one is enforcing the Babu order nothing has improved for general population inmate's this declaration I make under Penalty of perjury, in Dublin, California.

September 20, 2022     Matthew Pierce

④