Matthew Pierce, PFN BHI-608
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

OAKLAND CA 945
22 SEP 2022 PM 6 L

Clerk of the Court
United States District Court - Northern District of California
280 South 1st Street
San Jose, CA 95113-3008

**LEGAL MAIL CONFIDENTIAL:**
**Re:** Babu v. County of Alameda, No. 5:18-cv-07677

9511330599

