Name: ROOSEVELT HOGG; PFN: ALS-935
Prisoner in Santa Rita Jail
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

In Pro Per



FILED
OCT 05 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated. <br><br>Plaintiffs, <br><br>vs. <br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al., <br><br>Defendants. | No. 5:18-cv-07677 NC <br><br>DECLARATION OF ROOSEVELT HOGG IN SUPPORT OF PLAINTIFF'S REPLY RE County DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION <br><br>DATE: OCTOBER 6, 2022 <br>Time: 10 AM <br>Courtroom: 11, 19TH FLOOR <br>Hon. JAMES DONATO, Presiding <br>ACTION FILED: January 4, 2018 |

I, ROOSEVELT HOOT, am a class member, and I hereby declare:

1. I want the Court to know about the terrible conditions in housing unit 9, where I am currently housed and where many of the mentally ill are also housed.

2. There is one inmate who is very ill and every day, 2 to 3 times a day he stuffs food, and other items into his toilet and flushes the toilet until water, and urine and other horrible nasty things come out and floods the entire housing unit. The jail. Has to place towels in front of my cell to keep this foul water from coming in. And this happens 2 to 3 times a day. This many needs help. Keeping him locked up in this jail is not helping him and makes it very hard on others.

3. There are inmates who can barely talk. One fellow walks around and puts his hands into the garbage can and fishes things out and then tries to eat it. He doesn't wash. He is dirty and he stays dirty. It is awful, and the guards don't do anything. The guards don't care. Keeping him and other inmates like him locked up in this jail is not helping him and makes it very hard on others. He needs medical help.

4. The Babu settlement is not helping.

I make this declaration under penalty of perjury under the laws of the State of California, executed on SEPTEMBER 29th, 2022 in Dublin, California.

*Roosevelt Hogg*
ROOSEVELT HOOG

2

ROOSEVELT HOOG'S DECLARATION RE TERRIBLE CONDITIONS IN HU9
*Babu, et al, et al v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677