Roosevelt Hogg PFN ALS-935
Santa Rita Jail
5325 Broder Blvd
Dublin CA 94568
Deputy J. Clifton 26085
OAKLAND CA 945
3 OCT 2022 PM 5 L
FOREVER USA
Barn Swallow
Clerk of the Court
US DISTRICT COURT –
SAN JOSE BRANCH
280 South 1st Street, Room 2112
San Jose, CA 95113
LEGAL MAIL - CONFIDENTIAL
95113-300837



FSC
MIX
Envelope
FSC® C137131
SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568
Confidential
LEGAL
MAIL
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2016