In The United States District Court
For The
Northern District of California

Babu, et al., v.
County of Alameda, et al.

Civil Action No.
5:18-cv-07677-NC

Re: Violation of Babu
Consent Decree and
Violation of HIPPA.
@ Santa Rita Jail.

Declaration of
David E Misch

I David E Misch hereby declare that I have been housed at the Santa Rita Jail in Dublin, California for over 4 years and 4 months.

On this day of July 25th, 2022 I did so witness between the hours of 1030 hrs & 1115 hrs A fellow inmate be taken out for a mental health session/visit/check-in to the Chow Tables in Unit 2. IM Keith Washington was handcuffed and escorted by two deputies (Washington, #UME 239)

Once IM Washington was seated across from the mental health worker a third deputy also showed up. They had him surrounded, no further than 3 to 6 feet away at maximum.

-1-



This is a accurate but not to Scale Drawing of Area of Incident Involving 5 Deputies surrounding Kieth Washington during a mental Health Visit on 7-25-22

Executed under Penalty of Perjury

D. Mask

It so appeared to be a intimidation tactic, that even the 3 inmates out for Pod time stopped what they were doing. Asked me what was that about?, them surrounding him. As they were amazed it was being done and even allowed with the mental health workers knowledge and in plain sight.

This <u>behavior</u> is the standard operating procedure used by deputies to limit what you can talk to mental health about. Especially If you bring up denied request to deputies for mental health care. Their is a complete loss of trust and any kind of therapotic element and purpose of visit.

This was a clear violation of the "Babu" settlement, and shows that zero progress is being made for those of us who need mental health care, safe and uninhibited by intimidation tactics of S.R.J deputies.

Under Penalty of Perjury I declare that the foregoing is true and correct, executed on July 25th, 2022 in Dublin, California.

*David E Misch*

David E Misch, #AMU-732
Santa Rita Jail, 2C-6
5325 Broder Blvd
Dublin, Ca. 94568-3309

-2-