David Misch, PFN AMU732
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

OAKLAND CA 945

7 OCT 2022  PM 5  L

Clerk of the Court
United States District Court - Northern District of California
280 South 1st Street
San Jose, CA 95113-3008

**LEGAL MAIL CONFIDENTIAL:**
**Re:** Babu v. County of Alameda, No. 5:18-cv-07677

95113-309599

