IN THE UNITED STATES DISTRICT COURT
FOR The
NORTHERN DISTRICT OF CALIFORNIA

Babu v County of Alameda et al.

Civil Action No. 5:18-CV-07677-NC

Re: Mental Health, Effected By Food at Santa Rita Jail, Religious Meals Kosher/Halal

Declaration Of David E Misch

FILED OCT 14 2022 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA SAN JOSE OFFICE

I David E Misch here-by declare that I have been housed at the Santa Rita Jail in Dublin, California since March 5th of 2018, approximately 4 years and 6 months.

I was serving a term in CDCR at CHCF in Stockton California. I was in the mental health care program under the care of a team of case workers, doctors, mental health class instructors and psychologists.

My Religious dietary needs and meals were provided with no prejudical or restrictive or unequal treatment. CDCR restricts no inmate from any diet available in CDCR. Only medical diets/dietary needs require any further approvals for access. Fair and equal treatment to all inmates is the goal of these rules. Listed in the title 15 of CDCR.

A inmate may have access/apply for any diet available at the facility, Kosher, Vegitarian, Halal, or Religious Meal Alternative, etc. You must agree to stay on diet requested for a period of 1 year. To be removed from your dietary choice, you must submit a request in writting, and will not then be allowed back on your diet of choice. Medical Reasons excluded.

-(1)-

Having been givin fair and equal treatment in CDCR concerning my sincerly held dietary beliefs and practices for year upon year. Arriving at Santa Rita Jail was a shock, the Road blocks placed to keep my from me Receiving a Religious diet were extraordinary, frustrating and degrading. Have been a practitioner of my faith for over two and a half decades. Choosing the food-laws of Yahweh early on in my spiritual journey has become, is a integral part of my religious practices, of my very core beliefs in the sanctity of all life.

Upon arrival at Santa Rita Jail, after close to 27+ years in CDCR I was immediatly denied access to the Only diet that would come close to meeting my Religious beliefs and practices. Which was a diet of Kosher/Halal, sayin I must be Veted by the Chapel first. Even though I was on a Religious diet in CDCR. All documented in my CDCR file for Years, documentation of over a decades of openly practicing my faith and these sincerly held beliefs. I've never waivered, never choosen another diet. Even when transferred to CHCF from Folsom State Prison I did not eat for over 3 weeks until my *diet was approved - (Religious*).

To be yanked out of CDCR, facing new charges, put on suicide watch/ I.O.L, Intensive observation Log. No Sheet, No Undercloths, No Property and to top it off No food I could eat with out degrading myself and my beliefs. So, In total despair I choose to Honger Strike until I received a Religious based diet. This took I believe 24 to 27 days, from March 5th 2018 until early April 2018. The intervention of a Nurse and fellow practioner of my faith is what finally got me approved. The physical suffering I endured, the total lack of empathy, or understanding of those who choose a Religious dietary path to match their practices, was depressing to the extreme.

-(2)-

I was pushed to the point of, ok am I willing to die for my faith, for my beliefs. The answer was yes, and while I took strength in that, I couldn't fanthom that I had to make such a choice. That a person of any faith not be allowed to put in their bodies what the tenants of their sincerly held beliefs call for. I was so despondent, malnorished and depressed I was quickly reverting back into severe mental health issues, That I had been working to overcome at CHCF's menta health program.

As I revert back to, "You want to make it bad for Me", I'll show you bad for me. As If then I was in charge of something I had no control over. The Isolation of ADSEG, the total degradation of I.O.L and loss of food that met my basic needs, and faith almost pushed me to suicide at that time, Again to show them attitude/illness.

Once I received my religious diet, kosher/Halal in April 2018, I slowly recovered. Just starting to eat again is a very painful process. In fact can be very dangerous to the chemical balances in your body, can potentially causing seizures, death. I was also taken off I.O.L at the time, as the mental health said I was self-harming and wouldn't take my off suicide watch/I.O.L until I ate. Another tool used to sobvert my religious Protest and Hunger Strike. Using that threat of further I.O.L to get me to eat, had me so angry, (I.O.L)-because I wouldn't eat!, People have no idea what its like, 1 set of outer-cloths, and 1- Cargo type Blanket. Your Cold, Cloths start smelling, can't have a wash cloth or towel or sheets. You stick to the plastic covered mattress if you try to sleep without being in the cloths you ware for 24 hrs a day, for weeks. You feel so dehumanized, how can they do this to Me, like a constant echo. Can't shave so you grow even crubby looking in the mirror. That was the Threat I got unless I ate, I Chose my faith even then.

(3)

All through the rest of 2018 the Kosher/Halal diet was complete and providing for my Religious health and nutritional needs.

Being able to practice my Religion again, to its fullest helped me stabilize my mental health, and spiritual well being.

At the begining of 2019, Feb I started to experience issues with the Kosher/Halal diet. Shortages or outright omission of the portions I'd been receiving, spoiled Lettuce in salads, stale bread in lunches and overcooked foods to the point of being uneatable, or so watered down it was more soup than anything.

I decided to find out why this was happening to Religious Meals - comming to us unsealed, the sanctity violated and open to cross contamination.

The meals got to the point ware I was left hungry after every meal, slowly by body and mind started to suffer.

As I went from my weight of 25+ yrs of 220-225 lbs - documented in CDCR Medical file. Down to 180 lbs, which I had not weighed since 1977.

As the year passed I became more and more depressed over my food. What will I be missing next, even before meal would show up.

You come to dread meal time, will I be able to even eat, get it down?.

So Angry at tymes when you see your meal you just dump it in the toilet, and go hungry over letting them force you to eat whatever they dane to provide you. The mental space of "F" it, you go to, just to Survive is bad. You act out, take it out on the deputies, get mad & pound or kick on the door for hours. All just to let the pressure value off, over how they treat our food. Its a basic human need and they do mockery of it

(4)

5:18-CV-07677-NC

Yet I tried to follow a contructive path, requested copy of the menu - "Religious Meals Menu", under the Right to know laws and Public Information Act. Wrote message requests to kitchen and started using the grievance proccess. All to no avail, the Santa Rita Jail would not supply any Info on our food. Sought out the medical dietitian for S.R.J and learned a company called Aramark was our food provider. He had brought a copy of the menu, I could read it, take notes, but he could not Give me a copy. Aramark had made him sign a non-disclosure act. Yet this was enough to get me started, and gave me hope again. Some one must be accountable somewhere for my Religious meals, Sanctity, Quality, and Quantaties.

I Quickly learned no S.R.J staff, deputies, chaplens, Iman or Rabi had access to Aramark's menu or power over Aramark's kitchen here.

If not for the help of many dedicated deputies I would have become a bag of bones. With little to no strength phsycally or mentally to fight, I became very lathargic at times due to lack of nutrition.

I'd get lazy, no energy to exercise, depression would set in. Would catch my slide and then become manic for weeks to gain back my health and sense of being, self Value.

Because the food got so bad, it say's to you every meal. (You are not Valued).

Since Then I've been on at least 6 more Hunger Strikes in Protest of my meals. 4 long term that have caused long term health issues. Mostly because I would get to the point of being starved - and would be my only way to take control. Its my choice now to go hungry, and watch as my body suffered as if it wasn't mine, only my will was mine and I could endure

- (5) -

After Years now I've realized they just don't care. The dollar rules, medical monitors you just to cover their back end. They won't step in and say, yes your meals are deficiant and lacking.

The Grievance proccess is so corrupted by the Facility receiving so much money, to not make sure we are fed, or force Aramark to meet its own contracted obligations.

You See if Aramark is not pushed to fullfill it's contracted requirments in food, leaving us constantly hungry, and angry.....

We by Commissary, and Santa Rita Jail receives 40% on every dollar spent. 40¢ on every dollar.

We know Santa Rita Jail, its staff and base commanders or Sheriff Ahrne will not step on that cash cows neck for our health & welfare they are charged with to protect.

I've exhausted myself, keeping food logs of every meal for years, filed 100+ grievances over my Religrous meals. Suffered retaliation, both overt and blatent over, accessing the courts. I feel beat down, discouraged and hopeless at times over my food.
It then effects the rest of my life, daily routine and spiritual & Religious practice. Just to tired & wore down.
Feel like I'm then letting all and everyone down, stop calling family and regress into isolation to cope. The pain of hunger is not just physical, and thats far harder to hide from or deny, we don't matter.

-(6)-

The violations that occur to our Religious meals, are meaningless. To paraphrase the Aramark Supervisor, I'm not Jewish what do I care, I'm not responsible for inmate concerns. To know "Ham" gets cut up on the same table for cops salads, is used to dump the kosher tuna onto to load/package for lunches turns our stomachs. Meals served in dirty "Unclean" Trays used for Non-kosher foods, exposed to pork rinds, clams & oysters.

It goes on and on, this battle of the uninformed and uncarring.

Yet I gain strength as I've not given up.

I fight the fear of, what will be wrong today, what will I be denied, how will my meal be violated. Will I get a deputy that helps, listens, or one who says, you don't like it don't eat it. Will I spend a hour writting a grievance, I know will be denied, just with hope that one day it'll matter in court.

Will I get food poisioning from the brown, wilted lettuce I eat, cause I'm so hungry & maybe its not bad. Only to spend the night on the floor puking or on the toilet. Can I ignore the food I find stuck to the tray from a previous meal and still eat. Should I save some for later.

As hungry as I am awaiting to eat, I can never look foreward to it, the ancxiety is a constant and stresses me out. Being ready to argue, fight for what little we are suppose to get.

You get viewed by deputies as trouble at meal time, avoid picking up grievances they have to proccess or (lose) for weeks. If they have to replace or reorder your meal, it can take up to 4 or 5 hrs to get to you. A clear tatic to discourage you.

-(7)-

To live in fear daily, the stress of knowing your going to get violated, in one form or another, by messing with your food is exhausting, to the point of numbness, such deep numbness.

You just sit there looking at it, like really?. No urge to open it, just numb more than hungry, You feel sad, more than not. It's so waring, crushing over time.

My light is my faith, that despite all this, to find my gratitude, to take another breath and still feel blessed, No matter how they try to make me feel or view my value, I matter, I will survive this debasement of basic human needs, the purpose filled proccess of using food to punish us. Treat them bad enough maybe they won't come back, not knowing what they sow they shall reap.

S.R.J has one of the highest assault on staff of any county jail because hungry men make angry men, desperate men, mentaly Ill Men. With the lack of any real mental health care after leaving CHCF 4½ years ago. The food here, the Religrous battles, the fights over quantities and quality and no relief found through grievances has indeed made my mental health worse, my physical health has gone down. I'm irritable and have more negative behaviors, and fear what the food situation may become and how I'll react, as there's nothing left to lose.

Under the Penalty or Perjury I declare that the foregoing is true and correct, executed on September 15th, 2022 at Dublin, California. x *David E Misch*

David E Misch, AMU-732
S.R.J. 2-C-6
5325 Broder Blvd
Dublin, CA.
94568-3309