OAKLAND CA 946
WED 12 OCT 2022 PM

DAVID MISCH, AMU732
5325 BRODER BLVD
DUBLIN, CA 94568

CLERK OF THE COURT
Robert F. Peckham Federal Building
  & United States Courthouse
280 South 1st Street, Room 2112
San Jose, CA 95113