IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 14 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Babu, et al.
v.
County of Alameda

Re: The toll on my Mental & Emotional health as it relates to sub-par meals and inadequate nutrition @ Santa Rita Jail.

× Civil Action No.
× 5:18-CV-07677-NC
×
× Declaration of
× Keith H. Washington
×   AKA Malik
×        (Abdul Malik)

---

I Keith H. Washington hereby declare that I am currently housed at the Santa Rita County Jail. I have been housed at this jail since March 21st, 2022.

I am 54 years old and have been housed in numerous prisons and jails throughout the United States. I have been a sincere practicioner of Islam for over 20 years. I do not claim perfection in my daily practice but I try to follow the tenets of my religion the best I can.

-1-

Declaration cont... 5:18-cv-07677

When I arrived at this jail which is located in Dublin, California I was suffering from chronic depression. I had been fellowshipping with thoughts of suicide for many months.

As I said, I arrived here on March 21st, 2022 and Ramadan (our Holy Month) was quickly approaching. I wrote a request to the Muslim Chaplain here at the Jail and I requested to be placed on the Ramadan Fasting list and the Kosher-Halal diet. (as is required by my faith)

In early to mid April 2022 I was visited by the Muslim chaplain, his name is Mustapha. What was remarkable was that Mustapha is the Imam of the Mosque that I attended on Mission Street when I was in Free Society. (San Francisco, CA)

-2-

Declaration cont... 5:18-cv-07677-NC

Chaplain Mustapha knelt down by my cuff port and we spoke face to face. He gave me some Dates (Fruit) so I could break my fast in the evening and he told me that he would place me on the Kosher/Halal diet list as well as the Ramadan Fasting list. This declaration by Chaplain Mustapha proved to be a lie!!

I was ignored and forgotten about during Ramadan and it took me approximately 4 months to be placed on the Kosher/Halal list!

Ramadan in 2022 was horrible for me and I became more depressed as numerous illogical barriers were placed in my path to obtain my Religious diet.

3.

Declaration cont... 5:18-cv-07677-NC

After Ramadan I was forced to eat non-Halal food. I made numerous phone calls to the Chaplain department and discovered that the Chaplaincy had little to no influence over the jails food provider - ARAMARK.

I became despondent and sunk into deeper depression.

On May 24th, 2022 I attempted to take my life (suicide). I attribute this suicide attempt to untreated chronic depression and my inability to connect meaningfully with my spiritual belief.

Consuming a Halal meals is one of the only ways that a Muslim can outwardly practice their faith. <u>Here</u> Prayer is a practice but it is a private form of worship.

After 4 months of grievances and phone calls to chaplains I finally was placed on Kosher/Halal Diet (7/19) 2022

-4-

Declaration cont... 5-18-CV-07677-NC

The quality of the Kosher/Halal diet which is served at Santa Rita Jail is one of if not the worst I have ever consumed.

Through the years I worked as a Cook in prison and preparing Halal meals was one of my tasks that I took pride in performing.

What worsens the situation here at Santa Rita Jail is that <u>ARAMARK</u> the food provider, consistently deprives Religious Adherents of specified portions, items and amounts that we should be receiving in our Religious meals i.e.. Kosher/Halal.

The deprivation of food exacerbates my pre-existing mental health condition. The loss of much needed nutrition and calories frustrates me and it takes a serious toll on my overall psychological and physiological health.

-5-

Declaration cont... 5:18-cv-07677-NC

During my stay here at Santa Rita Jail I have continued to utilize the Grievance System in order to solve my issues in regard to the Kosher/Halal Diet. - <u>to no avail</u>.

On top of the constant deprivation of Food, I've witnessed ARAMARK consistently violating the sanctity of my religious meal via acts of blatant Cross Contamination.

The collusion which exists between ARAMARK, the Grievance Department and the Alameda County Sheriff Office is overly apparent. Shielding one another from legal liability has become their Standard Operating Procedure. The violation of the Public's Trust is depressing.

*I declare under penalty of perjury that the foregoing is true & correct executed on September 20, 2022 at Dublin, California. x Keith H. Washington
Keith H. Washington, pro se
Santa Rita Jail

-6-