Your name: Robertson, R. APM873
Address: 5325 Broder Blvd,
Dublin, CA 94568-3309
Phone Number: (775)-335-7773 (mess.)
Objector/Appellant, R. Robertson,  Pro Per

FILED
NOV 02 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ASHOK BABU, et. al.,

    Plaintiff(s),

vs.

GREGORY AHERN, et. al.,

    Defendant(s).

Case Number: 18-CV-07677 NC

DECLARATION OF APPELLANT, R. ROBERTSON IN SUPPORT OF APPEAL OF CONSENT DECREE, DKT. #266-1

Friday, October 28th, 2022

I, R. Robertson, declare as follows:

1. I am a classmember for the above-captioned action and belong to the sub-class of inmates with mental-health diagnoses.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

DECLARATION OF APPELLANT, R. ROBERTSON IN SUPPORT OF APPEAL OF CONSENT DECREE, DKT. #266-1

CASE NO. 18-CV-07677 NC ; PAGE 1 OF 5

3. I make this declaration to document a perceived pattern of harrassment by Alameda County Sheriff's Office (here-in, "ACSO") - Deputy, Marco Negrete.

4. I also make this declaration as evidence of continued bad acts of Defendants, County of Alameda and ACSO-Sheriff, Ahern's subordinates, staffing Santa Rita Jail/Dublin, CA.

5. Prior to the Consent Decree's approval by the Court, on 12-30-21 I was: forcibly removed from my assigned cell, seperated from personal property, access to courts was interfered with, while no due process protections were afforded.

6. ACSO-Dep. Negrete was an active participant of this incident, which has been ~~documenta~~ documented in Inmate Grievance and Response - #22-0470 (see: as attached to this declaration).

7. After implementation of the Consent Decree - Dkt. #266-1, on 2-18-22, Negrete allowed an inmate to assault my person - while he stood by idly.

8. While I was defending myself from the inmate's attack, without any verbal warning. Negrete then tasered me - twice - and while I was the victim.

9. After I was down - prone - Negrete next kicked me in my right-foot with sufficient force to break bone. Subsequently, charging me with "battery" for defending myself, during the incident.

10. The inmate assault, excessive use of force incident of 2-18-22 has been documented as may be located - Dkt. #457, with supporting documentary evidence attached.

11. Over the next period of March, 2022 thru May, 2022, there were minor incidental deprivations, initiated by Negrete... (continued, page 3)

DECLARATION OF __APPELLANT, R. ROBERTSON__ IN SUPPORT OF
__APPEAL OF CONSENT DECREE, DKT. #266-1__
CASE NO. 18-CV-07677 NC ; PAGE 2 OF 5

...which I occassionally reported to jailstaff.

12. However, on 6-13-22 Negrete arrived at my assigned cell with three-additionally-deputies implying that I had disrespected "his technicians". There was an ~~inference~~ threat of physical assault by Negrete.

13. After the three-additional-deputies departed, I remained locked in my cell for our tier's scheduled recreation-time. A punishment imposed by Negrete, in violation of my right to due process.

14. I reported this incident to jailstaff, afterwhich the Grievance Unit of Santa Rita Jail found Negrete had-in fact-violated my constitutional-right to due process (see: Inmate Grievance Response-Tracking #22-3170, as attached to this declaration).

15. In an attempt to protect myself, on 7-26-22, I filed a request for a Temporary Restraining Order (here-in, "TRO"), against Negrete in CA Superior Ct. - Robertson v. Negrete, Case No. 22-cv-014958, Hayward Hall of Justice. Which was denied, pending a hearing.

16. The TRO hearing was scheduled for 8-17-22 and I was unable to appear, due to jailstaff failure to transport me to court or allow a remote appearance. Negrete-on information-appeared pro se.

17. Subsequentially, I was advised the TRO was dismissed by the Hon. Bentrish Satarzadeh, for ...                    (continued, page 4)

DECLARATION OF __APPELLANT, R. ROBERTSON__ IN SUPPORT OF
__APPEAL OF CONSENT DECREE, DKT. #266-1__
CASE NO. __18-cv-07677__ ; PAGE __3__ OF __5__

... "improper service of process". On information and belief,
the minutes from the TRO hearing provide - Negrete and an attorney from Alameda County Counsel's Office, present on the date/time secheduled.

18. Based on the preceding facts, there is a reasonable likely-hood Negrete's constitutional violations, harrassment, excessive use of force, and assaults on me-are capable of repitition.

19. I personally observed a deputy assault an inmate belonging to the subclass of inmates with mental-health diagnoses on 10-22-22.

20. I observed, prior to the deputy placing a wrist-lock on this inmate, executing a "body-slam"/take-down manuever. That the inmate was simply eating a sandwhich, walking around, and posed no threat of harm.

21. In my understanding, he appeared detached-mentally-from the moment, as it was happening and may have sufferred a mental-health episode. He appeared focused on eating and walking, only.

22. Since this incident, I learned an account was provided to jailstaff, in the form of an Inmate Grievance, Tracking #22-5546. I do not have access to these records.

23. Based on eye-witness observation, the culture of jailstaff routinely violating the rights of inmates and subclass with mental-health diagnoses has not been affected in any overt way.

24. Eight-months after its implementation, we are still being injured, the Consent Decree - in its present form - has no power to effect significant improvement/relief, to our subclass-or me, personally.

25. I have encountered ACSO deputies that provided, they weren't exactly sure what the Consent Decree was... (continued, page 5)

DECLARATION OF __APPELLANT, R. ROBERTSON__ IN SUPPORT OF __APPEAL OF CONSENT DECREE__

CASE NO. __18-CV-07677NC__ ; PAGE __4__ OF __5__

1. 26.iii. I do not believe it is possible to adhere to a document
2. that several jailstaff are unable to define-based on prior exper-
3. ience. Therefore, I object to Dkt #946-1 and provide this dec-
4. laration in support of appeal.
5. 
6. cc: Amer. Friends Service Committee
7.    Law Offices of Yolanda Huang, Esq.,
8.    Civil L.R., Rule 5-1(h)
9. 
10. Attachments: Inmate Grievance #99-0470 (part I & II)
11. 
12.    Inmate Grievance Response #99-0470
13.    Inmate Grievance Response #99-3170
14.    & Postage-paid Envelopes,
15. 
16. cc: Class Counsel for Plaintiffs
17.    Counsel for Defendants, Civil L.R., 5-1(h)
18. Appellant R. Robertson has attached a pre-paid
19. envelopes to cover cost of notifying Appellants;
20. Kevin Lee McCollum, Case No. 33-15353 and
21. Keenan G. Wilkins, Case No. 33-15375, 9th Cir., Ct. of App.,
22. San Francisco, CA.
23. I declare under penalty of perjury under the laws of the United States that the foregoing is
24. true and correct and that this declaration was executed on [date] Friday, October 28th, 2022.
25. Signature: R. Robertson - In pro per
26. 
27. Printed name: R. Robertson - APM8 73
28. Address: 5335 Broder Blvd./Dublin, CA 94568-3309

DECLARATION OF APPELLANT R. ROBERTSON       IN SUPPORT OF
APPEAL OF CONSENT DECREE, DKT #946-1
CASE NO. 18-CV-076 77NC

Part I, of II.

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[X] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

[X] ADA RELATED

NAME: R. Robertson   DEP S   PFN: Apm873   DATE: 1-21-22   HU/FLOOR #8E/C-6

Only one grievance issue per form ---- (Subject to refusal if failure to comply)   DATE GRIEVANCE OCCURRED 12-30-21 thru 1-4-22

**Grievance Details:**

On 12-30-21 at approximately 4:40pm and after multiple appearances at my assigned cell-stated above, Alameda County Sheriff's Office (here-in, "ACSO") - Sgt. Francis returned stating, "Someone from Behavioral Health, heard you threatening to harm your-self... on the tablet. You're being placed on I.O.L." I stated to Sgt. Francis and Dep. Negrete #2546 (who had arrived to assist), that this allegation was false. On this date, I placed three-calls. All were to my representative (Article 1, Sect. 3(a), CA Const.) and were primarily to obtain records from ACSO-Internal Affairs (1401 Lakeside Drive/Oakland, CA) - under the CA Public Records Act, CA Gov't C., 6253 et. seq. Sgt. Francis then stated, "You have no choice!" Based on his demeanor and tone, there was an implied threat. Following his instructions, I walked to the door way of cell 6, where Dep. Negrete took my eye-glasses, stating "You can't have these." Then both deputies placed me in Unit #8/F-2, where I remained for four-days. On 1-3-22 at approximately 8:30pm, two representatives from AFBH came and spoke with me. After I relayed Sgt. Francis' allegation - line 3, above - one of the representatives stated, "Behavioral Health is not in the business of eaves-dropping on inmate calls. We were informed you threatened to go on a hunger-strike."
The issue I am grieving is by threat, intimidation, and coercion and with reck-less disregard of my right to due process, I was placed in I.O.L. for four-days, based on false-unsubstantiated-allegations. (continue, part II...)

INMATE SIGNATURE: R. Robertson

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.*

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

Received by Deputy: S. OSMANI   Badge# 2532   Date: 01/21/2022

[ ] Resolved at Deputy Level   Inmate Acceptance (*Signature*) _____

[X] Cannot be resolved at Deputy Level   Grievance Tracking Number: 22-0470

PREA Tracking Number: _____

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

ML-51 (rev 03/19)

Part II, of II

# ALAMEDA COUNTY SHERIFF'S OFFICE
# INMATE GRIEVANCE FORM

[✓] Santa Rita Jail    [ ] Glenn E. Dyer Detention Facility

[X] ADA RELATED

NAME: R. Robertson    PFN: Apm 873    DATE: 1-21-22    HU/FLOOR: #8E/C-6

Only one grievance issue per form ---- (Subject to refusal if failure to comply) DATE GRIEVANCE OCCURRED 12-30-21 thru 1-4-22

**Grievance Details:**

In resolving this matter, it is requested the incident be investigated; false allegation(s) of my being suicidal, be expunged from my Santa Rita Jail records; that my HIPAA/Mental Health records be noted to reflect the circumstances of the false allegation.

Please Note: ① Prior to being placed on I.O.L., no evaluation was performed by AFBH; ② No procedural process was implemented by ACSO; ③ Rights under the Tom Bane Act were violated; ④ In violation of the ADA and without providing "reasonable accommodations", my eye-glasses were taken; ⑤ I was denied the benefit of the ACSO/SRJ book-cart; ⑥ my right of "access to courts" was interfered with for four-days; ⑦ As a pre-cursor to this incident, a permenant record of the allegation, "suicidal" has been placed in my HIPAA/Mental Health records. Two-(2)-County of Alameda, Government Claim-forms are requested with your response.

— I DO NOT WISH TO WAIVE MY HIPAA RIGHTS —

Thank-you for your time and attention.

INMATE SIGNATURE: R. Robertson

By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

Received by Deputy: S. Osmani    Badge# 2532    Date: 01/21/2022

[ ] Resolved at Deputy Level
[✓] Cannot be resolved at Deputy Level

Inmate Acceptance (Signature) _
Grievance Tracking Number: 22-0470
PREA Tracking Number: _____ 0470

The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.

Copies: White-Staff
Pink-Inmate

ML-51 (rev 03/19)

# INMATE GRIEVANCE RESPONSE

Inmate Copy

GRIEVANCE TRACKING NUMBER: 22-0470

INMATE: **ROBERTSON, REGINALD**  PFN: **APM873**  HOUSING UNIT LOCATION: **08-C-06**

GRIEVANCE IS   AFFIRMED: ___   DENIED: **X**   WITHDRAWN: ___   RESOLVED: ___   REFERRED: ___

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance received on **January 21, 2022**. In your grievance, you made the following claim:

- You were wrongfully placed on an Intense Observation Log (IOL), violating your rights.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

The Body Worn Camera (BWC) footage regarding this incident was reviewed. Your rights were not violated. At no point did the sergeant tell you Adult Forensics Behavioral Health (AFBH) heard you threaten to harm yourself on the tablet. You were told the sergeant's supervisor received a call from someone concerned about your wellbeing and when that information was relayed to AFBH, they initiated an IOL. The sergeant was also not threatening in any way as you claim in your grievance. The sergeant and deputy were both polite and patient as you asked multiple questions and complained the entire time.

A review of the process showed the correct procedures were followed regarding your placement on an IOL. Due to you not waving your HIPAA rights, the Grievance Unit is unable to contact AFBH to further investigate your claim.

Your grievance is **DENIED**.

---

*Your information is false, my due process rights were violated, no one from AFBH evaluated me until 1-3-22. Reasonable accomodations were not provided - while my glasses were taken.*

---

Investigating Deputy: **D. Kyes, Deputy**   Date: 02/16/22
Investigating Supervisor: **M. Carausu, Sergeant**   Date: 02/23/22
Inmate's Signature: _____
Do you wish to appeal this ruling?  Yes RiRi ✓   No ___   Refused to Answer ___   Date: 2-24-22
Appeal Officer: **LT. D. TAYLOR #1509**   Recommendation: DENIED   Date: 2/28/22
Reason for affirmation or denial: (If different from above)

Commanding Officer: **Lt. G. Mora #1642**   Recommendation: DENIED   Date: 03/02/22

ML52 (Rev.06/18)

# INMATE GRIEVANCE RESPONSE

**Inmate Copy**

GRIEVANCE TRACKING NUMBER: __22-3170__

INMATE: __ROBERTSON, REGINALD__    PFN: __APM873__    HOUSING UNIT LOCATION: __21-E-07__

GRIEVANCE IS    AFFIRMED: __X__    DENIED: ____    WITHDRAWN: ____    RESOLVED: ____    REFERRED: ____

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance received on **June 13, 2022**. In your grievance, you made the following claim:

- You were locked in your cell without due process.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

You were locked in your cell without due process.

A copy of this grievance was forwarded to the ADA Coordinator.

Your grievance is **AFFIRMED**.

**Note:** A copy of your grievance will be forwarded to the appropriate supervisors for review.

Investigating Deputy: __D. Kyes, Deputy__    Date: __09/13/22__
Investigating Supervisor: __M. Carausu, Sergeant__    Date: __091422__
Inmate's Signature: __R. Robertson__    Date: __9-16-22__
Do you wish to appeal this ruling?    Yes ____    (No) ✓    Refused to Answer ____
Reason for appeal: ____

Appeal Officer: ____    Recommendation: ____    Date: ____
Reason for affirmation or denial: (If different from above)
Commanding Officer: __Lt C Moore #1797C__    Recommendation: __AFFIRMED__    Date: __9-22-22__

ML52 (Rev.02/2022)