R. Robe

5325 Broder Blvd.

Dublin, CA 94568-3309

RE: Case No. 18-CV-07677NC

Confidential

-LEGAL MAIL-



Office of the Clerk
-N.D. Ct. of CA-
280 South 1st Street
San Jose, California
95113

Confidential

SANTA RITA JA
5325 BRODER BLVD
DUBLIN,  CA   94568

INSPECTED BY

-LEGAL MAIL-

A. DOC #2646

Confidential