TIARA ARNOLD; PFN: BIA·839
Prisoner in Santa Rita Jail
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

In Pro Per

FILED
NOV 25 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated.

   Plaintiffs,

vs.

ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,

   Defendants.

No. 5:18-cv-07677 NC

DECLARATION OF TIARA ARNOLD RE BABU CONSENT DECREE

1

CLASS MEMBER DECLARATION RE BABU CONSENT DECREE
*Babu, et al, et al v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 5:18-cv-07677

I, TIARA ARNOLD, declare

I am currently incarcerated in Santa Rita Jail. I am a general population inmate housed in Housing Unit 21.

Recently, I had a mental health crisis, and was suffering. I called the crisis Hotline (#89) and the operator called the jail to make a report because I was not comfortable speaking with the one female deputy who was assigned to the Housing Unit that shift.

Appoximately two hours passed before a female sergeant came to speak with me at my cell.

I did speak with the ~~sarg~~ sergeant. Sergeant Carasu then informed me that there was nothing they could do for me, except place me on intensive observation inside of the solitary confinement cell. She explained that they would take all ~~off~~ my underwear, and take my sox, I would not be allowed to have any of my property, and i would basically be locked up.

I was desperate and I was despondent, so I said ok.

Then mental health came to speak with me. It was very brief and it seemed like she was speaking from a script. She asked me, "Are you thinking of killing yourself. Are you thinking of hurting yourself. Will you promise me not to kill yourself...." And that was it. There's no counseling, she didn't ask me what was going on. She didn't ask me how I was feeling.

And then I was taken into solitary confinement, and told to remove my socks and underwear. It was humiliating. And cold.

Then I was in a dirty cell, alone. No books, no tablet, nothing to do. All alone. It made everything worse. And although the guards were suppose to look in on me every so often, that is all they did, take a look. Nobody talked to me. Nobody interacted with me. Nobody asked me how I was doing, or tried to make me feel better. This went on for days. I then began to be concerned with my status on suicide watch so attracted the attention of Deputy Flores. Hours later I was changed classifications. I had to change my uniform to Green stripes but I was still on intensive observation.

Finally, someone from mental health was allowed to see me at the request of Sergeant Lema, and all they offered was pharmaceutical medication, no therapy, no counseling. I need ways to cope, not to be medicated and sleep 24 hrs a day. I attempted to speak with Deputy Flores by stating I was not suicidal and did not want to hurt myself and she then went on to recommend placing me in a BHI uniform and I remained on suicide watch.

I asked my civil lawyer to contact Rosen, Bien, Galvan and Grunfeld, who are class counsels and they never contacted me.

My objections to the Babu settlement stated that the Babu settlement does not provide benefits to those of us in general population, and this experience confirms it.

I, Tiara Arnold, make this declaration under penalty of perjury under the laws of the state of California, executed on November 17, 2023, in Dublin, California.

TIARA ARNOLD
BIA·889.