TIARA ARNOLD          PFN BIA·839

Santa Rita Jail
5325 Broder Blvd.
Dublin CA 94568

OAKLAND CA  945

21 NOV 2022  PM 5  L

FOREVER
USA

Barn Swallow

Clerk of the Court
US DISTRICT COURT —
SAN JOSE BRANCH
280 South 1st Street, Room 2112
San Jose, CA 95113

LEGAL MAIL - CONFIDENTIAL

95113-300837

G. HERRERA #2612

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2016