IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHOK BABU et al.    )   CASE NO.
    Plaintiffs       )   18-cv-07677-NC
                     )
V.                   )   Declaration of
                     )   Keith H. Washington
GREGORY J. AHERN et al. ) Re: Constitutional
    Defendants       )   Violations and Abuse
_____)   Persist @ Santa Rita
                         Jail

I Keith H. Washington hereby declare that I am currently housed at Santa Rita Jail located in Dublin, California.
I have been housed at Santa Rita Jail since March 21st, 2022.
It is relevant that I mention that I have been an active Class Member during the implementation phase of the Consent Decree.
I have witnessed, observed and been a victim of Constitutional Violations and Abuse at this Jail.

-1-

Washington's Declaration    18-cv-07677-NC

## A.
### Assaults and Excessive Use of Force by Sheriff Deputies at Santa Rita Jail.

This Court is already aware that on June 15th, 2022 I witnessed Sheriff Deputies Duran Badge #2610 and Deputy Lopez Badge #2616, enter the cell of prisoner David Misch PFN# AMU732 and these public servants proceeded to assault and beat Mr. Misch without provocation.

After I reported the assault to Class Counsel (Rosen, Bien, Galvan, & Grunfeld LLP) a request was made in order to retrieve all video, audio and written reports regarding the incident.

Upon preliminary review of the incident Class Counsel Found the use of force was un-necessary. But where does that leave Mr. Misch after his Constitutional Rights were trampled on?

-2-

Washington's Declaration cont... 18-CV-07677-NC

## A. cont...

Next allow me to fast forward to mid-october 2022- prisoner Tariq Coffey was brutally beaten by three Sheriff Deputies that entered his cell on A-Pod of the Restrictive Housing Unit. A-pod-2West to be exact.

Deputies Clinton Badge #2608, Deputy Esparza Badge #2651, and Deputy Gregorie (Badge number unknown) entered Mr. Coffey's cell in-order to conduct a welfare check because Mr. Coffey was having a medical issue.

The welfare check soon turned into a violent beat down which left Mr. Coffey with abrasions, contusions and lacerations to his face and neck. Those are just the injuries that I could visually see once Tariq was removed by Medical in a wheelchair and with a neck-brace on his neck. The Deputies definitely beat him without remorse.

-3-

Washington's Declaration cont. 18-cv-07677-WC

## A. cont.

This court should know that I am a former Editor of a local Bay Area Newspaper that reported zealously about issues such as this. For years I worked as a free-lance journalist.

Interviewing prisoners and staff comes naturally and I am passionate about protecting the Civil and Human Rights of all human beings.

Once again I ask the Court - What relief shall Mr. Coffey receive after he has been injured?

And let me be clear, I interviewed a prisoner who was actually on A-pod when Mr. Coffey was assaulted and the prisoner who had first hand knowledge said: "Deputy Gregorie went wild on Tariq - jumping up and down on his body." Deputy Gregorie is a very large formidable man with a military background. Sadism is rampant among the Rank and File @ ACSO

- 4 -

Washington's Declaration cont.. 18-cv-07677-NC

### A. cont...

I also reported this incident to the Class Counsel.

I mentioned Deputy Gregorie's "Military Background" for a reason. I also am a U.S. Veteran and Law Enforcement Officers as well as military personell are taught a theory referred to as "The Continuum of Force."

The theory professes that "law enforcement" officers have numerous tools at their disposal to deal with threats. It starts with things as simple as one's authority and the words they use. It transitions through things like pepper spray (Chemical Agents), batons, or tasers and goes all the way to use of lethal force. In other words, the remedy employed must be proportional to the threat.

However, at Santa Rita Jail I have witnessed a pattern of behavior where-by Deputies employ a disproportionately violent response when interacting with prisoners in their care and custody.

-5-

Washington's Declaration cont.- 18-cv-07677-NC

<u>A.</u> cont.

A case in point revealed itself on November 15th, 2022- On this day at approximately 12 o-clock noon a large group of Deputies who had donned tactical riot gear descended upon building 2-EAST-D-Pod of the Restrictive Housing unit here @ Santa Rita Jail. (I Live next Door)

The use of force incident took place between 12 noon and 1 p.m. The targets of this show of force were 3 (inmates) housed on D-Pod. The twelve to fifteen Deputies donned in tactical riot gear dubbed themselves "An Extraction Team". Along with tactical riot gear, they had A.) Rubber Bullet Gun B.) A Block Gun and C.) High Powered Toxic Pepper Spray Aerosol Gun (Chemical Agents).

The 3 (three) prisoners were sprayed with Chemical Agents then moved to the outside Rec Yard on 2 Building to "Decontaminate".

-6-

Washington's Declaration cont... 18-CV-07677-NC

### A. cont

There are no showers on the outside yard on 2 Building so I am unsure how well the prisoners were able to Decontaminate themselves after being sprayed with this highly volatile and toxic pepper spray chemical.

Once again, I reported the incident to Rosen, Bien, Galvan & Grunfeld LLP.

Terri McDonald is the Use of Force expert who has been tasked with monitoring the jails compliance in regard to the implementation of the Babu Consent Decree.

I have lost confidence in the Expert Monitors ability to protect the lives or ensure the safety of any of the Class Members or Class Objectors here at the jail. I am being as objective, mature and professional as I can considering this horrible situation.

-7-

Washington Declaration cont.. 18-cv-07677-NC

## B.
## MORE DEATHS

The week of October 23rd, 2022 was an exceptionally sad and deadly week here at Santa Rita Jail.

On October 24th, 2022 prisoner Ali Muhammad died of what may have been natural causes from a historic cardio-vascular or heart ailment. He may have been another victim of deliberate indifference or medical neglect at the jail. Regardless, he is dead and his death must be thoroughly scrutinized simply because of the historic facts that clearly show Well-Path the medical provider and deputies from the Alameda County Sheriff Office don't always hold a prisoner's health, safety and welfare in high priority.

However, the next death I will discuss - clearly illuminates the desperate need for Judicial Intervention - NOW.

-8-

Washington's Declaration cont... 18-cv-07677-NC

B.

## More Deaths cont...

*On Friday - October 28th, 2022 Nelson Chia died of <u>suicide</u>* at the Santa Rita Jail.

Now Mr. Chia's death may have been overshadowed in the public's eye because of the heinous and sinister crime he was charged with.

However, for the sake of this Class Action I will do my best to be as objective as I can. I will say that Dentist Lili Xu was a beautiful and generous member of our community and her Life MATTERED.

*U.S.-D.O.J. visited this Facility Prior to Death!*

### FACTS

It was discovered that Nelson Chia was in ITR (Inmate Transfer Reception) for 16 hrs. That is 8hrs more than the Babu consent decree recommendation. I will list the other violations which contributed to his Suicide in ITR.

-9-

Washington's Declaration cont... 18-cv-07677-NC

B.
More Deaths cont...

On Going Problems inside Santa Rita Jail's ITR department.

1.) Prisoners being booked into the jail are often stuck inside isolation cells for 12-60 hrs! NO Blankets - No Mattress just Hard Concrete.

2.) No Check off list on cell door which would instruct staff how long prisoner(s) have been waiting for housing.
* No Indicators that would alert staff to "Special" Extenuating or Mitigating Factors which would increase risk of Self Harm.

3.) Rare Walk Throughs

4.) The holding cells in ITR are notoriously Cold & Filthy!
The Culmination of all these factors create Unconstitutional Conditions of Confinement.

-10-

Washington's Declaration cont.. 18-CV-07677-NC

## B.
### More Deaths cont.

I discussed the conditions and circumstances surrounding Mr. Chia's preventable suicide with Para-legal Adam Dean of Rosen, Bien, Galvan & Grunfeld LLP. - Via Phone

We continued our discussion at a Legal visit which took place on November 3rd, 2022.

What is extremely frustrating is we the Class Members and Objectors have watched both AFBH and the Alameda County Sheriff Office be allocated millions of dollars in order to ~~improve~~ increase staffing and improve quality of care for prisoners housed at Santa Rita Jail. Yet we continue to experience the grossly volatile conditions that thrust many into hopeless and helpless depressive mental states.

Washington's Declaration cont... 18-cv-07677-NC

C.
### Final Thought

I have been housed here since March 21st, 2022 and have not been afforded one opportunity to exchange my blanket for a fresh clean one.

Adam Dean of Rosen, Bien, Galvan & Grunfeld LLP said that this was "disgusting" and although the access to clean linen was not part of the Consent Decree he would mention it to Counsel for the Defendants.

My experience is not an isolated case.

Furthermore, the Kosher/Halal meals are so inadequate that I and fellow prisoner David Misch have filed for Preliminary Injunctions against Alameda County Sheriff Office, Aramark Corporation, and Sheriff (elect) Yessenia Sanchez.

See: 4:22-cv-06122-HSG and
4:22-cv-05278-HSG respectively.

-12-

Washington's Declaration cont... 18-cv-07677-NC

D.
## PRAYER FOR RELIEF

WHEREFORE Class Member Washington prays that this Honorable Court ORDER a fresh round of Evidentiary Hearings in order to access the on going unconstitutional conditions at Santa Rita Jail and to determine whether sanctions need to be levied against the Defendants immediately or the Consent Decree dissolved altogether.

I hereby declare under penalty of perjury that the foregoing is true and correct executed on November 17th, 2022 at Dublin, California.

X Keith H. Washington
Keith H. Washington
AKA Malik
PFN# UME239
Santa Rita Jail

-13-