KEITH WASHINGTON
UME 239
5325 BRODER BLVD
DUBLIN, CA 94568

CLERK OF THE COURT
US DISTRICT COURT
SAN JOSE
280 SOUTH 1ST STREET
ROOM 2112
SAN JOSE, CA 95113



OAKLAND CA 946
TUE 22 NOV 2022 PM