Tre'von Collins; PFN: BLH-544
Prisoner in Santa Rita Jail
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

In Pro Per



FILED

NOV 28 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated.

    Plaintiffs,

vs.

ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,

Defendants.

No. 5:18-cv-07677 NC

Tre'von Collins 'S APPLICATION TO THE COURT FOR HELP – PLEASE ORDER DEFENDANTS TO KEEP ME IN THE MENTAL HEALTH HOUSING UNIT AND NOT MOVE ME INTO GENERAL POPULATION

I, Tre'von Collins, PFN BLH-544, am an inmate incarcerated in SANTA RITA JAIL. I am an inmate with a mental illness diagnosis. I am a class member of the Babu class action litigation. I am currently housed in Housing Unit 9, which is for those with a mental illness diagnosis. I have been housed here since: 11-21-2020.

Now Alameda County Mental Health Services says it wants to move me into general population. I do NOT want to go into general population. I do not want to go into general population because: I, Trevon Malik Collins, have a mental illness. I here voices, have anxiety, PTSD, depression and other mental illness i been diagnosed since a child. I cannot be around alot of people. I need to stay in Hu9. ACBH want to move me to general population that would trigger my suicidal thoughts. I need to stay in BHI environment Hu9.

Moving me into general population will cause me to be injured:

I ask the Court to intervene and assist me, by ordering the jail and Alameda County Behavioral Health NOT to move me into general population but to keep me where I am housed now, in Housing Unit 9.

I make this application under penalty of perjury under the laws of the State of California.

Date: 11-21-22 , 2022

Trevon Malik Collins