Trevon Collins PFN BLH-544
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

OAKLAND CA 945
22 NOV 2022 PM 4 L

Clerk of the Court
US DISTRICT COURT –
SAN JOSE BRANCH –
280 South 1st Street, Room 2112
San Jose, CA 95113

95113-300837

LEGAL MAIL – CONFIDENTIAL

