David Misch #AMU732
Prisoner in Santa Rita Jail
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

David Misch, In Pro Per

**FILED**

NOV 2 8 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br>Defendants. | No. 5:18-cv-07677 NC<br><br>MOTION REQUESTING AN EVIDENTIARY HEARING REGARDING JUNE 15, 2022 USE OF FORCE AGAINST CLASS MEMBER, DAVID E. MISCH, PFN #AMU732 |

COMES NOW, David E. Misch, pro se, in the above-styled cause with his Motion Requesting An Evidentiary Hearing Regarding a June 15, 2022 use of force incident where Plaintiff Misch was a victim.

///

///

///

1

I.

BACKGROUND

The issue of excessive use of force used by Alameda County Sheriff Deputies against prisoners held at Santa Rita Jail ("SRJ") was most certainly covered by this Honorable Court when it issued the Order for a Consent Decree.

This Court has jurisdiction over this specific situation.

Plaintiff Misch has been housed at SRJ for over 4-1/2 years. During that time, he has been legally active engaging in protected conduct. Along with filing grievances in order to address deprivations present in this Kosher/Halal diet, Plaintiff Misch also participated as an Objector during the hearing for this current CONSENT DECREE.

Plaintiff Misch has been in direct contact with the CLASS COUNSEL and has shared his experience regarding pod time, mental health treatment, as well as use of forces at SRJ – in retaliation for accessing the courts.

On June 15, 2022 at approximately 7:45 a.m., Plaintiff Misch was attacked and assaulted by two Sheriff deputies on the Restrictive Housing Unit (2-East-E#5) at SRJ.

This incident was described in a declaration by Class Member Keith H. Washington aka Malik Washington, PFN #UME239 – the declaration was originally sent to CLASS COUNSEL by Plaintiff Washington. However, CLASS COUNSEL never filed it with this Honorable Court.

Nevertheless, CLASS COUNSEL did acquire video, audio, and written reports regarding the use of force incident. See EXHIBIT "A" (letter from Rosen, Bien, Galvan & Grunfeld, LLP, dated August 18, 2022). CLASS COUNSEL determined that the violent actions of Deputy Duran, Badge #2610, and Deputy Lopez, Badge #2614, were un-necessary.

Plaintiff Misch assets clearly for the record that the actions of Sheriff's Deputies Duran and Lopez were malicious and sadistic. Furthermore, this use of force incident violated the Consent Decree.

CLASS COUNSEL has no way to provide relief for Plaintiff Misch, but this Honorable Court can most certainly decide whether there is enough evidence for a civil rights claim against the Defendants. Harm was done.

1

## PRAYER FOR RELIEF

2

WHEREFORE, Plaintiff Misch prays that this Honorable Court ORDER the following:

3

4

1.      ORDER an evidentiary hearing regarding the use of force incident that took place on

5

June 15, 2022, at the Court's earliest convenience;

6

2.      ORDER CLASS COUNSEL to provide all videos, incident reports, photographs, and

7

all relevant documents from the incident (June 15, 2022) to OBJECTOR'S counsel, Yolanda Huang;

8

9

3.      ORDER a Declaratory Judgment against the Defendants for violation of Plaintiff

10

Misch's civil and constitutional rights;

11

4.      ORDER nominal, punitive, as well as compensatory damages against Defendants for

12

violation of Plaintiff Misch's rights; and

13

14

5.      ORDER a temporary restraining order against Alameda County Sheriff's Office to

15

protect Plaintiff Misch from further harm.

16

Plaintiff Misch prays that this Court will grant his request and that the Court will honor its

17

own statement:

18

"the Court seeks to ensure that the conditions in that jail are constitutional."

19

Document #436, page 7 of 11, filed February 7, 2022 (5:18-cv-07677-NC)

20

21

Furthermore, the Plaintiff reminds the Court that "Class Members are not barred from suing

22

for individual damages. See, Hiser v. Franklin, 94 F.3d 1287, 1291 (9th Cir. 1996). The Consent

23

Decree does not preclude future litigation based on future conduct or for injunctive relief on subjects

24

not covered by the Consent Decree." Document #436, pg. 6 of 11.

25

I, David E. Misch, am currently an inmate in Santa Rita Jail. I make this motion under

26

27

penalty of perjury. Because I am incarcerated, I am unable to type this up personally. I hand wrote

28

1    this Motion and sent it to my advocate, Gale Sanders, President of Destination Freedom, and have

2    authorized her to type it up.  I have asked her to sign and file this with the court.

3        I, David E. Misch, declare under penalty of perjury that this statement is true and correct,

4    affirmed this 21st day of November 2022.

6    Executed on November 21, 2022.    Signature _____

7                                    Gale Sanders, on behalf of David E. Misch

**MOTION REQUESTING AN EVIDENTIARY HEARING REGARDING JUNE 15, 2022 USE OF FORCE
AGAINST CLASS MEMBER, DAVID E. MISCH, PFN #AMU732**

EXHIBIT "A"

Exhibit A                    5:18-cv-07677



**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**

P.O. Box 390
San Francisco, California 94104-0390
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

Adam Dean

August 18, 2022

CONFIDENTIAL – LEGAL MAIL

David Misch, AMU732
Santa Rita County Jail
5325 Broder Boulevard
Dublin, CA  94568-3309

Re:   *Babu, et al., v. County of Alameda, et al.; 5:18-cv-07677*
      Our File No. 1378-03

Dear Mr. Misch:

This is in response to several conversations you have had with our office since June 2022, and your letter dated July 11, 2022 that we received on July 21, 2022.  We sincerely apologize for our delayed written response.

On June 16, 2022, you called to report that you were involved in a use-of-force incident on June 15, 2022, and that you sustained injuries to your ribs, shoulders, and back.  On June 16, 2022,. we requested any videos, incident reports, photographs, or other relevant documents from the incident.  These videos and documents were produced to us on July 22, 2022.

Upon review of the incident, we agree  that staff unnecessarily used force.  We have informed  the attorneys for the Jail and the use-of-force expert Terri McDonald of our preliminary analysis of the incident.  Along with other use-of-force incidents brought to our attention, we will complete a detailed analysis to be used to update use-of-force policies at the Jail and provide input into  deputy training, both of which are required by the Consent Decree.

You also report that this use-of-force incident, and other actions by custody staff, are retaliation for your participation in the Consent Decree approval hearing in February 2022 and your participation in the *Gonzalez* matter.  We are very concerned to hear this.

As you know, you previously notified us that you lost your double meal privilege in retaliation for speaking during the Consent Decree approval hearing.  We asked

[4139765.2]

**CONFIDENTIAL – LEGAL MAIL**
David Misch, AMU732
August 18, 2022
Page 2


Defendants to investigate this matter and we were told that there was no evidence that
you possessed a double meal accommodation nor that the accommodation was medically
recommended.  Please know that conditions regarding medical care and food quality are
not covered by the *Babu* lawsuit.

Please let us know if you believe you have additional evidence of retaliation we
are not aware, and keep us informed of any retaliatory actions you experience.

Take care.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

*/s/ Adam Dean*

By:  Adam Dean
Paralegal

BM:ad
Enclosures: SASE, writing paper

[4139765.2]