Joe Vonniewafer; PFN: BLV-794
Prisoner in Santa Rita Jail
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

In Pro Per

FILED
NOV 28 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | No. 5:18-cv-07677 NC<br><br>Joe Vonnie Wafer 'S APPLICATION TO THE COURT FOR HELP – PLEASE ORDER DEFENDANTS TO KEEP ME IN THE MENTAL HEALTH HOUSING UNIT AND NOT MOVE ME INTO GENERAL POPULATION |

I, Joe Vonnie Wafer, PFN BLV-794, am an inmate incarcerated in SANTA RITA JAIL. I am an inmate with a mental illness diagnosis. I am a class member of the Babu class action litigation. I am currently housed in Housing Unit 9, which is for those with a mental illness diagnosis. I have been housed here since: December, 2020

Now Alameda County Mental Health Services says it wants to move me into general population. I do NOT want to go into general population. I do not want to go into general population because: I hear voices. I have depression.

I can't be around a lot of people. It makes me anxious and suicidal.

Being in mainline, you need to read and write. I can't read or write. I would have a very hard time in the mainline.

Moving me into general population will cause me to be injured:

Before HU9 - I was in ad seg from 2018 to 2020. Someone has helped me write this. I never even finished 5th grade.

I ask the Court to intervene and assist me, by ordering the jail and Alameda County Behavioral Health NOT to move me into general population but to keep me where I am housed now, in Housing Unit 9.

I make this application under penalty of perjury under the laws of the State of California.

Date: Nov. 18/2022 , 2022

JoeVonnie Wafer