Joe Vannie Wofer PFN _____
Santa Rita Jail
5325 Broder Blvd.
Dublin CA 94568

OAKLAND CA 945
22 NOV 2022 PM 4

FOREVER
USA
Barn Swallow

Clerk of the Court
US DISTRICT COURT –
SAN JOSE BRANCH
280 South 1st Street, Room 2112
San Jose, CA 95113

**LEGAL MAIL - CONFIDENTIAL**

95113-300637


