1  Gregory B. Thomas (SBN 239870)
   E-mail:  gthomas@bwslaw.com
2  Temitayo O. Peters (SBN 309913)
   E-mail: tpeters@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
4  Oakland, CA  94612-3520
   Tel:  510.273-8780 Fax:  510.839.9104
5
   Attorneys for Defendants
6  COUNTY OF ALAMEDA; GREGORY J. AHERN
   in his official capacity as Sheriff of the Alameda
7  County Sheriff s Office; KARYN TRIBBLE in her
   official capacity as Director of the Alameda County
8  Behavioral Health Care Services Agency;

9                  UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA/SAN JOSE DIVISION

11

12  ASHOK BABU, ROBERT BELL,          Case No.  5:18-cv-07677
    IBRAHIM KEEGAN-HORNSBY,
13  DEMAREA JOHNSON, BRANDON          **NOTICE OF CHANGE IN COUNSEL
    JONES, STEPHANIE NAVARRO,         ADDRESS**
14  ROBERTO SERRANO, and ALEXANDER
    WASHINGTON on behalf of themselves
15  and all others similarly situated,

16            Plaintiffs,
    v.
17
    COUNTY OF ALAMEDA; GREGORY J.
18  AHERN in his official capacity as Sheriff of
    the Alameda County Sheriff s Office;
19  KARYN TRIBBLE in her official capacity
    as Director of the Alameda County
20  Behavioral Health Care Services Agency;
    and DOES 1 to 20, inclusive,
21
22            Defendants.

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4876-9342-1377 v1                    - 1 -                    NOTICE OF CHANGE IN COUNSEL
                                                                           ADDRESS

1     **PLEASE TAKE NOTICE** of the following change of address for Defendant's counsel,

2    Gregory B. Thomas and Temitayo O. Peters, which is effective November 30, 2022:

3         Gregory B. Thomas (SBN 239870)
        E-mail:  gthomas@bwslaw.com

4         Temitayo O. Peters (SBN 309913)
        E-mail: tpeters@bwslaw.com

5         BURKE, WILLIAMS & SORENSEN, LLP
        1999 Harrison Street, Suite 1650

6         Oakland, CA  94612-3520
        Tel:  510.273.8780     Fax:  510.839.9104

7

8         Note that phone number, fax number and email addresses remain the same.

9

10    Dated: November 30, 2022             BURKE, WILLIAMS & SORENSEN, LLP

11

12                       By:    */s/ Gregory B. Thomas*

13                          Gregory B. Thomas
                         Temitayo O. Peters

14                          Attorneys for Defendants
                         County Of Alameda; Gregory J. Ahern in

15                          his official capacity as Sheriff of the
                         Alameda County Sheriff s Office; KARYN

16                          TRIBBLE in her official capacity as
                         Director of the Alameda County

17                          Behavioral Health Care Services Agency

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

NOTICE OF CHANGE IN COUNSEL
ADDRESS