IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHOK BABU et al...
    Plaintiff

V

Alameda County
Sheriff's Office et al...
    Defendants

_____

* Attached Pod Time Graphs
Exhibits: A, B, C & D

Civil Action No
5:18-CV-07677-NC
Declaration of
David E. Misch
Re: Wasted Pod Time Hours
Continue, Mistreatment/Ex-
ploitation of Mentally Ill,
Cleanliness and Retaliation
for Accessing Courts Concerning
Unit 1, and B-Pod at
Santa Rita Jail.

FILED
FEB 24 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

I David E. Misch here-by declare that I am currently housed at the Santa Rita Jail. located in Dublin, California. I have been housed at this jail for nearly 5 (five) years. I am currently housed in Unit 1 C-Pod as of 2/10/23. I was housed in B-Pod since January 13th 2023 until Febuary 10th, 2023. B-Pod at that time containg- Mentally Ill Civil Commitment Holds, P.C suicide Risks on I.O.L (Intensive Observation Log), Inmates in foll suicide smocks- Green, Mental Health Suicide Risks and Green and White Suicide Risks on I.O.L

I Quickly noticed these PEOPLE who are suffering From multiple forms of mental illness at this jail still have no true advocates to inform them of the Babu Consent Decree. Insure Out of Cell time, access to clean clothes, bedding. Cleaning Supplies and Bathroom/Cell Access. Equipment /Recreational Items for Yard, Basket Ball, Handball, Soccer ball.

(1)

CV# 5.18-cv-07677-NC    David Misch

cont...

# A.
## BACKGROUND

As stated I arrived on/Into Unit 1, (B-Pod) on Friday, January 13th, 2023, From Unit 2, (C-Pod). Within just days I realized, In all my years at Santa Rita Jail, I'd only seen this type of Abuse and Bullying and general disregard for the human condition when I had previously been housed in Unit 1 a year or so ago. The general "Culture" of the Unit was we do what we want by Deputies.

I have sent Multiple Declarations and Pod Logs in my Objections to the Consent Decree With my observations and records of how badly Inmates were treated in Unit 1 and its "Culture" of a independent Unit with its Own Rules of what Inmates have coming.

It has been a year since the Consent Decree was approved in the Hope, belief and in order to actualy HELP those with Mental Illness including myself, but to especially HELP the most vulnerable Mentally ILL Prisoners who are Regularly degraded, dehumanized and ignored, left to sit in filthy cloths or cells with weeks of trash. Until its time for a (Pre-annouced) Inspection or R.B, G & G visit, only then does it matter and a Dog & Pony show goes on. 1 Day of Clean up, cell moves for Cleaning, leaves the left alone to do as they Please for another 90 Days. Namely Neglect.

(2)

## A.
## BACKGROUND Cont...

These actions by Unit 1 of Mass Moves and Cleaning (1) Day prior to their Most Recent Visit/Walk through were confirmed by R, B, G & G.

I Have enclosed (4) Recent *Pod Time Graphs* / Records which Reflect to My Best ability to Record and document the GROSS amount of Pod time available that is wasted to the very detriment of those who could and should be Out of Their Cells, for Recreation, Showers, Contact Attorneys & family. With No tablets, their only Access to the Courts and family were POD PHONES. Most Hadn't even been provided their PIN# to make calls or shown how to, Order "Maintenance kits" to keep themselves clean, have envelopes to write family. Without a PIN# you can't access commissary to order these simple human needs like toothpaste & brush. The Mental Health Workers never check to see if IMs in there charge have this basic information nor show how to use it.

If You Refer to the *Pod Time Graphs* you will clearly see a pattern of the Deputies Regularly Stop running Pod-Time at 1200 to 1330 hrs and Not Start Running Pod-Time in (B-Pod) until 2000 hrs (8pm) or later.

You will also the difference between (A-Shift- - Sun → Wed)and (B-Shift - Wed → Sat) due to different Personalities of Deputies and What They Veiw as What We Have Coming.

(3)

Cont...

A.

## BACKGROUND. Continued

My Records Can't show the inmates that do Refuse at 0600 (6am) for Pod Time. Though I Do know, state and witnessed that they never offer them another opportunity later, even though Unused Hours are available after all cells in Pod Rotation Have their time Out.

*To be Noted*

Most all Mental Health inmates who are prescribed psychotropic medications have a very hard time waking up early, as most cause extreme Drowsiness as a side effect of many of these medications prescribed by AFBH-Psych Dr.s. Zero-consideration is taken into account, you come out when your turn comes or loose out.

If Pod-Time was run continously and all the Represented (Wasted Hours) were used there would be more realistic opportunities for the mentally ill and severely mentally Ill, for those suffering from severe Depression to get up and move around outside the confines of their cells. Contact family, not isolate after suicide attempts, socialize etc-

You will note on Pod Time Graphs that on average, there are 6 to 10 hours of Wasted Unused Pod Time each day in (B-Pod). This can and should be corroborated by reviewing the Digital Video Captured on Surveilance Cameras inside and Outside Observing (B-Pod) on these dated Pod-Time Graphs.

(4)

cont...

## A.
## BACKGROUND Continued

We need to Remember Tax payers have paid 4 Million dollars to Rosen, Bien, Galvin & Grunfeld LLP to ensure the implementation of the Decree are applied in practice, not just lip service.

This application of the Consent Decree in Practice concerning Out of Cell Time (Pod Time), housed in Unit 1 C (B-Pod) Singles (Walk Alones) and Group hours including Yand Time ARE NOT being complied with. Due to the "Old Culture" of "they get what We Give Them" not being forced to comply.

As a result of these Basic founding Babu Consent Decree has not being met, we, I have witnessed the following effects and problems on the mentaly ill, especrally in (B-Pod)

We Myself and Mr Keith Washington have seen the following effects take hold of those inmates that have been diagnosed as being Svicide Risks and or Mentally ILL.
A) Multiple Repeat Suicide Attempts in (B-Pod)
B.) Worsening Depression
C) Re-emergence and Aggravation of Mental Health issues, SUCH AS - Talking to themselves, Banging, Yelling, Excessive Sleeping From Depression, lack of Personal Hygiene and/or sanitation of living Space - (Piles or trash, food etc lived in.)

Due to the Unfullfilled AFBH and Deputy Possitions Not being filled these effects continue

(5)

A.
## BACKGROUND Continued

Due to these Unfilled Job Possitions in AFBH and Deputies the Hopes of the Babu Decree Go unfullfilled. Both are Overworked and the ones who truely care cant keep it Up. Or incounter the "Blue Wall" and Old Culture.

So those who cant or won't speak up out of fear for themselves get taken advantage of by this ingrained attitude to do what they think is enough. Unless their tryin to kill themselves we don't have time to do Mental Health Work, though many try to do there best with there limited skill set.

AFBH workers know not to intefer with Deputies ideas of Program (Pod-Time) nor check to see if their charges are Receiving the Required Babu Hrs.

Many times as the unused wasted hours Pass in (B-Pod) with no one out we would see all the other Pods Running Pod-Time for inmates. The Idea of letting someone else out say twice a day due to Refusals and unused hours are not even considered as a option. as in Unit 2 Ad-Seg that constantly uses those hrs, for Groups & Walk Alones to meet Babu Hrs.

We Hope now with the new Electronic scanning tool being used to track inmate movements. Out of Cell, Court, Any Movement to Yard, Medical etc. To Confirm Safety/Welfare Checks will Help Monitor (Pod-Time) and Clearly show for Once The True Ammount of Pod-Time being Ran, Unlike doctored Written Records

(6).

Cont...

A.

BACKGROUND Continued

This New Tool Should Give R.B. 6 & 6 and the Court and Consent Degree Objectors, a complete Picture and Show all our complaints are well founded and need real enforcement of Babu requirments.

Recently I observed two deputies, Sheriffs Gaston and Aaron attempt to force a Non/Binary Gender non-conforming inmate to submit to a strip search in their cell. The inmate refused and Deputies refused to Feed him his dinner unless they complied. My neighbor Keith "Malik" Washington admonished the deputies by informing them they could not with-hold Food from any prisoner as a form of punitive discipline.

The situation was eventually resolved by Deputy Koski, Budge # 2676 who took the Non-Binary inmate to a ISO-Cell (Private Area) in onder to conduct the strip search, offering a modicum of privacy and dignity.

(B-Pod) was a constant mess with trash dumped Randomly, as trash bags were not provided for the Pod as a suicide risk. Yet no trash can was offered and the Days trash, food trays, etc were left uncleared Constantly. Until Myself and Mr Washington took it upon ourselves to clean the Pod every day, from showers to tables, benches carpet etc as a example, and deputies got use to actually supplying cleaning supplies to all in (B-Pod).

(7)

Cont..

A.

### BACKGROUND Continued

Many Stopped Urinating in the showers once
My Grievance #23-0267 was granted concerning
Unlocks every hour to use bathroom. No One
told them they could & should have this and
were left no option - degraded. Urinating
ware you had to shower.

Grievance Over Yard Equipment Resulted in
finally getting Balls to give them more to do
and get out of cells.

Grievance filed on Equall access to Pod Chairs
to Use for Phone Calls instead of being on
Your knees. # 23-0198

These Grievances Raised some hackles
and resulted in a conversation with Srgt
Holland as to why I went that Route. I
explained I'd tried talking, - Asking
to deputies and been denied. So it
left me no option. Questioned Me about
Pod Time Graphs and what I did with
them, as he said they were very detailed.
Said I provide them to the court.
Didn't seem to pleased, and ended our
conversation, after agreeing to order
Yard equip and "Resolve" chair issue by
allowing Me to Check it out on my
Pod time and Return. As they
deemed it a suicide Risk ???.

This didn't go over well with deputies
as they were use to denying chairs and
Ultimatly lead to a Warning and threat
to Stop filing Grievances or You'll end
up in A "SHIT POD".

(8)

Cont...

A

## BACKGROUND Continued

This Was Conveyed by Deputy Clinton Badge #2608 on January 26th at approx 1149 → 1455 to myself and Inmate keith Washington. Refer Grievance #228674582 filed by Mr. Washington. Having had expierence with Deputy Clinton Previously I took the threat seriously. Once Falsly excusing me of Refusing court and confiscating my GTL Tabet as his form of Punishment. Grievance #22-3498# Was Affirmed as true. Another Incident ware he, Clinton forced Me to accept a Dinner Meal while on a Hunger Strike tryin to Cause a incident # 22-3497.

These are not the Only forms of Retaliation Ive Suffered for Babu and my declarations and Grievances. Left in a ISO cell in Waist Chain & cuffs in the Dark for 3 hrs # 22-5093. Affirmed. Unneccisary Use of Force incident, Report # 22-009524, Grievance # 22-3243. Also Reference Grievance # 22-2458 That at the Time I was a Class 1 Inmate and was suppose to be handcuffed Prior to Ever opening my door. These assaultive Deputies had been handcuffing me for months prior. The incident happened only days after meeting with RBG&G and critizing these Young Deputies abilities in Running the Unit & Pod Time.

Stuffed into Interview Rooms for hours with No access to water or triolet to await court transport. Grievance # 23-0266

Legal Mail Held, Grievance Responses Held for Days to weeks before delivary, or filing them.

(9)

A.
## BACKGROUND Continued

On 2/9/23 during our Pod Time, Mr Washington and Myself Requested the Use of a Chain to make Phone Calls. Requested from Deputy Bixby. Deputy Knol & Deputy Shaffer multiple times during Our 3 hrs of Pod Time. 1120 to 1420 hrs. After having access Everyday prior per Sgt's Hollands agreement, getting the Run Around by the B-Shift was frustrating to say the least. I finally caught Sgt Martinez and explained my simple Request, that the grievance had been Resolved/Affirmed with Sgt Holland. Even Provided the grievance # 23-0198. He said he would call the grievance unit and see about this. Asked How I knew what the Units response was, I informed him I had agreed to the Check out procedure and Signed the Grievance as satisfied and no need to Appeal. Was Awaiting final Copy after loged in Grievance Unit as is procedure.

I never heard back from Sgt Martinez that Whole Day.

The Next Day 2/10/23 I went to court. Upon Return, logged in Electronically and later taken under escort, logged back to Unit 1. At Approx 1215-1220 we arrived outside the I.S.O Cell in Unit 1 West. Door scanned and opened to a dark cell, with No light. I told them I shouldn't be placed in a I.S.O cell with No light. The Deputy Entered and tried to turn on Both Upper and lower lights. None would come on.

(10)

A.
## BACKGROUND continued

One Deputy walked off stating I'll let them
know your here and the lights don't work.
Upon his return they placed me in the
Dark I.S.O cell stating they know your here,
it'll only be a couple minutes, they know your
not suppose to be in here with no light,
and they left. with me still in waist chains
and cuffs. After 30 min I tried the intercom
button and got no response. I called out to
Deputies walking by. Dep Clinton who just kept
going out to his lunch Break, Deputy Bixby and
Even Srgt Martinez as he entered and walked
by. I started banging my cuffed wrists on
the door to get someones attention.
As NO safety Checks had been done
during that first HOUR, (check scanners).
Finally Dep Bixby Asked, "Whats all the banging
about Misch". I Yelled out You've all had me
in the Dark for an hour with No light!
In Chains! W.T.F. I am loosing it in here.
  He returned in minutes with another
Deputy, Deputy Shaffer I believe. Had me
step out, I thought ok Im Out and
will get stripped searched and taken to
my cell.
  But No, He now got the lights to
come on, informing me, Oh Construction
has been messing with the lights & stuff.
I said So You knew and still left me
here, just shrugged and said to step
back in. Not even bothering to at
least remove the chains & cuffs.

(11)

David Misch
cont...

A.
BACKGROUND continued

Another hour passed with no one coming to do Safety Checks still in Chains. Then afternoon Pill called showed up and I refused far to agitated after unnessicary hours in chains and Ignored I'd beaten my wrist raw/bloody against the walls in frustration, the pain keeps me from begging them to get me out of there. I'd rather that then give them the satisfaction of me begging for Humane Treatment.

A Couple Minutes later after Allmost 2 hrs, Deputy Bixby Returned. Oh by the Way Misch. I'LL be placing some trash bags in your Cell, when we strip you out go in and pack your stuff. Your being Moved to C-1, your Pod Partner Mr Washington is packing his stuff too, all with a big smile this was said.

The threat of being Moved to a "Shit Pod" was coming true. We'd <u>Overstepped</u> our bonderies and were messing with <u>their program</u>. Filing Grievances, talking to R, B, G & G. LLP Babu Monitors.

A Short while later I was finally taken out of Chains & Cuffs. Stripped and escorted back to trash bags thrown on the floor. Pack up, let us know when your ready. I Packed Up knowing this was the price we pay to do the right thing and Speak up against domineering Oppression.

(12)

David Misch

cont...

A.

## BACKGROUND continued

Deputies Clintons threat had come true the very day of the week he returned to work. We had Pissed of the wrong people and their "Culture" of complete control, over Unit Program, Not What is Right, but what they Deem is Right.

At Approx 1500 we were moved to C-Pod and Given an hour to clean our <u>filthy Cells</u>. Provided cleaning Materials. The Stench of Urine and fecal Matter Overpowering in the Pod and in our cells. Food, Hair, trash stuck to the floors walls, Toilet full of a old dump & covered in dry urine spots, Sink covered in Soap Scum & Hair, stuck tissue All Welcomed me to my new home. As we Mr Washington and myself started to clean we noticed the Deputies gathered Around the Srgts Office looking at us and laughing.
At Approx 1530 - 1600 I was approached by Srgt Martinez over the chain issue. He stated he had a "TALK" with Srgt Carausu of Grievance Unit and yes my grievance was "Resolved" not Affirmed, Apples - Oranges its still fruit, semantics but He used it to subvert and manipulate that slight difference. Stating You know each Unit has its <u>Own</u> way of doing things, I Choose to let my Deputies Decide on there own, despite what Srgt agreed to this is a different Shift, and thats just how it works. You Should know that by now as long as Youve been down.

(13)

CV #5:18-cv-07677

David Misch
Continued

## A.
## BACKGROUND continued

I Also did my Own investigation and deem
you have assaultive behavior. Despite How
I'm Classified I asked, Its how I see it, so
My deputies can deny you a chain on that alone.
Your ADA Claim didn't fly per Dep, kidwell,
medical chrono's for knee braces & documented
arthritas issues. So Your basically Sayñ I
have to follow all the Inmate Rules, Yet
You get to make it up as You see fit. To
Have me moved into A Classified (Assaultive-
Disiplinary Pod with known Assaults at S.R.J.
       I have Zero assaults at S.R.J or
30 yrs straight in C.D.C.R. I've never even
threatened a Correctional Officer or Deputy.
  Even when being Assaulted by Deputies
in previously mentioned Unnessisary Use of
Force and violation of not handcuffing me first
I never sought to do Harm as they
purposely Hurt Me to Force Compliance.
3 to 4 Deputies Piled on a 61 yr old Man.
   Classification. Placed Myself and Mr
Washington in (B-Pod) for Very Specific Reasons.
Also because we were NO Danger to
Civil Commits, PC's or Mental Health Inmates.
   Yet Srgt Martinez Overoad that
Classification on his own and or Manipolated
the fill in Deps in Classification as the
full Time Classification Deputies that placed
us here were Off, Big Surprise. When
the Cats away the mice will play. The
Chance for RETALIATION Was Available
So they took it.

(14)

A.

## BACKGROUND continued

So everything we had tried to set right in
(B-Pod) for ALL concerned within the Pod
had been Rendered "Mute" they headed
by Srgt Martinez so thought. Thow no
wrong can be rendered "Mute" IF it is
Likely to Return and Reoccure.

With Us Removed they can go back to
treating the Mentally ILL as they see fit
again. The Repeat suicide Attempts will
start up again and I pray are saved.
To Them its one less Criminal drain on
The tax Payer.

With Me now After 5 yrs here at
S.R.J Never deemed a assaultive Inmate.
A Non-Classification Officer decides on
his Own to say I am so he can back
his deputies in denying me a simple Chair.
For Years Ive had access to Chairs
and Never used One as a Weapon.

This is A Clear Retalitory Move, in
fact Punishing Us both for Accessing the
Courts. Putting in Housing that we
were never Classified for prior to
Srgts Martinez interference and manipolation
to Place us in a "Shit Pod" and put us
in Danger with less privilages wed
clearly had. All as Pay Back, This is
How those of us with Mental Illness
Are treated dispite the Babu Consent
Decree to this Very day.

(15)

David Misch

Cont...

## A.
### BACKGROUND continued

While Out to complete our cleaning we then called R,B,G&G LLP to inform them of the Retaliation we had warned them about had come to be.

Also a letter has been Sent to R,B,G&G LLP with all the basic information in this Declaration.

Also Deputy Bixby and Deputy Clinton showed up 3 times to take Pictures of my mangled wrists for a "Police" Injury Incident Report. Once locked in at Approx 16/5 we continued to clean until 2200 (10pm) just to have a clean place to sleep and eat.

At 2130 a Lt showed up to talk to Mr Washington and Couldn't believe the smell of the Pod, Said She'd put a worker Order in immediatly to have carpet Cleaned.

We were allowed No Other Pod that day at all.

On 2/11/23 I filed a Grievance over being placed in the I.S.O cell in the Dark. Left in Chains & Cuffs for HRs, No Safety Checks dome - (per scanners). Electronic Tablet Grievance # 230717752, (Incident/Injury Report # 23-00209l)

I also filed a Electronic Tablet Grievance # 230722562 on the subversion and manipulation of the Grievance process concerning the allready "Resolved" Grievance Over Chairs. And to then Deem Me having Assaultive Behavior to Cover this blatant interference, In Accessing the Process and the Courts. Despite the Experts in Classification Sayn Otherwise, I'm No-Assaultive Risk.

(16)

CU # 5:18-cv-07677-NC

David Misch
Cont...

A.

BACKGROUND continued.

On 2/11/23 at Approx 2030 Hrs I was finally offered Pod-Time, and awaited the door to be opened, Was informed I'd half to coff Up. I said I haven't been a Class 1 inmate for allmost 2yrs having a need to Cuff-Up. "Oh its Just How I do it", fine cuffed Up and Requested A Grievance for this treatment.

Also Let Deputy A. Deol #4646 at that time my Pod Time Member, Mr. Washington needed to be let-out, as we'd been so for a Year. His Response was oh, we have to check as You two were moved yet "Classification" didn't update the List. (*Note. First Hint Classification Didn't make the Move*). Mr. Washington also contacted the control booth. But got a <u>Racist</u> Comment back, but you two are different "<u>Colors</u>".

Eventually the Regular Deputies Confirmed and let Mr. Washington oot to join me for Pod.

As We Requested Cleaning Supplies, Exchanged Dirty Clothing etc. I also Requested (2) Razors to Shave as Id not been able to Shave since Pod on 2/9/23. Once again Deputy A. Deol #4646 said Oh You have to cuff-up and ILL take you to I.S.O to shave. What? I've been Receiving Razors in (B-Pod) since Jan 13th. A I.O.P Pod with svicide risks. Receiving Razors in <u>Pod</u> for 4+ years. Oh <u>I</u> Do it this Way, Once Again. Ok Please Just Bring me another Grievance.

(17)

Cont...

A.

## BACKGROUND continued

Deputy A. Deol # 4646 Quickly returned with my Requested Grievances.

This Changing how I am being treated now was a clear Addition to the Overall Retaliation, completely different then How I was treated in full AD-SEG Housing. Even as a Class I we were allowed Razors. All of a Sudden? I move from (B-Pod) to (C-Pod) and I get treated Harsher?

I filed two More Greivances (2). One on being subjected to handcuffing to get Pod Time On One Persons Whims.
The Second on, Not being allowed access to Razors to shave as my Classification Allows - To be cuffed and Taken to a filthy Sink in the I.S.O cell with everyones hair all over it due to thats how he does it.
I presented these Grievances to deputy A. Deol # 4646 at approx 2230 hrs, said to Please Just get me log numbers and drop off my copy or original.

At Approx 0600 - 0615 Deputy A Deol told me he just didn't have time All Night to simply get log #s. He'd left them to the next Shift. The Very Group involved in the Retaliation. It is now 10:00 hrs and I've not received my log numbers or copy delaying the grievance process

(18)

Cont...

A.

## BACKGROUND continued

I hope to have these log numbers prior to submitting this truthfull Declaration.
(1) Unneeded Cuffing to Receive Pod - # 23 -0491
(2) Access to Razors. # 23 - 0490
If I do not have these #s, It will be due to the purposefull Delay of The Grievance Process as further Retaliation and ability to continue this _TARGETED_ treatments.

Dispite The Implimentation Of The Babu Consent Decree Each Unit is Ran as if its some kind of feudalistic kingdom of its own, Rules made up to fit the Rulers idea of Justice. Not Actual fair, Humane and Just treatment for All.
Without Direct on Site, daily Monitoring, with inforcement Powers to impliment those Decree, requirments. As I said in my first Declaration, You'll Get A _SHOW_ of "Good" faith with no Real Change in the "Culture" of established ways of How THEY do things. You the Court and RBG&G will Continue to see the lack of Real Compliance, while we continue to suffer.
Get Retaliated against in blatent ways as Ive shown or just inadvertant ways like not running Pod, or Yard access. Ignoring Requests & Questions. If You Stand against that & Fight as I have In Babu and Gonzales and My Own Suit in Federal Court over religious food here at S.R.J, by Aramark & ACSO Civil Case No: 4:22-cv-05278-HSG. You will Suffer.

(19)

A.
## BACKGROUND continued

I can't just stand by and Not Ask-Why?.
Why are you leaving a man in such filth, Why
won't you help him, them to get the help
they need, Why are they treated as less
than, with a mental illness.
Today after discussing all the retaliation and
whats going on with my Mother, she said maybe
its time to give in for your own sake.
Let them fight for themselves... I said You and
Dad didn't Raise me that way, and integrity
is one of the things they can't take.
So no Mom, for those who can't or won't
out of fear or lack of knowledge I've
got to continue, "Ok" Just so you can
handle the consequences.

This Is The Sad Fact, Their are
Still Consequences for Standing Up,
accessing the Grievance process with real
concerns and accessing the Courts,
Concerning the Babu Consent Decree.

May this Honorable Court Truely take
to Heart this is just One Mans experiences
This treatment, attitudes and "Culture" of
feudalistic Rule is happening every day
here, needing to be Rethed in under
One set of Rules and Guidlines they
Actually Have but ignore as they
Pick and Choose how to apply them,
Let Alone Babus Consent Decree,

CV# 5:18-CV-07677

David Misch
cont...

B.)
## PRAYER FOR RELIEF

WHEREFORE CLASS MEMBER AND OBJECTOR
<u>David E. Misch</u> pays this Honorable Court ORDER:

1.) Alameda County DA Pamela Price to have her
Public Accountability Unit take a Active Role in
the monitoring of, and the implementation of
The BABU Consent Decree.

2.) Alameda County DA Pamela Price to immediatly
provide Transparency and Accountability
concerning exactly what is being done or not
done inside Santa Rita Jail, and The Millions
of Dollars of TAX Payer Money for Implementing
the Babu Consent Decree to This Court!
Objectors Attorneys and to the Public in
A General Report of findings.

C.)
(B-Pod)          <u>Exhibits</u>, A, B, C, & D
A.) Pod Week  1/15/23 ———→ 1/21/23
B.) Pod Week  1/22/23 ———→ 1/28/23
C.) Pod Week  1/29/23 ——→ 2/4/23
D.) Pod Week  2/5/23 ———→ 2/9/23
   * Note. Moved to C-Pod 2/10/23

I declare under penalty of perjury that
the foregoing is true and correct, executed
on February 12th, 2023 at Dublin, CALIFORNIA.
                    X <u>David E Misch</u>
                    David E. Misch, AMV-732
                    S.R.J, 1-C-1
                    5325 Broden Blvd
                    Dublin, CA.
                               94568 - 3309

(21)

Record of out of cell/yard time for Unit $1 = B^0$ pod at S.R.J., Week of 1/15/23 → 1/31/23

Example of why we do/will not receive our 24 hrs min. out of cell per. Wk. Due to wasted hours.

Single cell - has ea. (Groups) 2 to 3 has ea. Yard 1-3 has. * Unused/wasted available has * Highlight in Yellow.

ST= Start time of pod times. ET= End Time of pod times. Fill in Min./Day. * Total up ea Days wasted J. Hours

0600/0700 Potential Short Time

Approx 15-16 Hrs available for "Out of Cell" activities, phones, showers, TV, Yard

Mon/Day/Yr  1/15/23
Mon/Day/Yr  1/31/23

0500 to 0600 Baksft

| Day | ST ET | | | | | | | No Pod Run | | | | Wasted Hours End Time | Number of Cells Ran Each Day, Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunday 1/15 | ST ET | NP | 0720 1040 | 0820 1130 | N.P.R | No Pod Run | Dinner | 1700 | No Pod Run | 2005 | 3300 | 7:05 W.H | (12) |
| Monday 1/16 | ST ET | N.P 130 | 0720 1040 | (3,8,9) 0835 1150 | (1,2,6,7,10,14) 1450 | N.P.R | | 1730 1830 | 2015 | (1,2,6,7,10,14) 2045 3300 | 5:15 W.H | (13) |
| Tuesday 1/17 | ST ET | N.P 120 | 0810 0910 | 4 5 | 5 1135 1235 | 4,5 1435 | 1:25 | 1700 1820 | N.P R 1945 | (3,8,9,11) 2045 3300 | 6:00 W.H | (13) |
| Monday 1/18 | ST ET | 13 | (4,5) 0910 1050 | (1,2,6,7,10,14) 1310 | No Pod Run 2:10 | Dinner | 1730 1830 N.P.R | 2110 2300 | 4,5 2340 | 8:30 W.H | (11) |
| Tuesday 1/19 | ST ET | NP 0635 | 3 5 1105 | No Pod Run 2:50 | | 11 | 4:10 N.P.R | 2110 2300 | (3,8,9,11) 2340 | 8:35 W.H | (10) |
| Friday 1/20 | ST ET | 30 0635 | (3,8,9,11) 0935 | (3,6,7,10) 1300 1320 | No Pod Run 3:00 | No Pod Run 4:15 | 2115 2800 2:50 | (3,8,9,11) 3300 | 3:00 | 8:10 W.H | (10) |
| Saturday 1/21 | ST ET | 35 0635 | (3,6,7,10) 0935 1020 | (3,8,9,11) 1320 | 2:40 | No Pod Run 3:30 | 1930 2230 | 4,5 3300 | | 7:00 W.H | (10) |

0600/0700 → 1600 → End Time 3300 Wasted Hours

(#4 Suicide Attempt) 2800

Total up each days unused/wasted hours. Then Weeks Total (Approx 50+ hrs) no out of group pod time e/yard.

Each hr could have been used for C. (Approx 50+ single pods or (Approx 50+ has) more of group pod time e/yard.

Cell (4 50+) Received 1.25 has 1 od + 1:50 Yard = 1:15 total
5 Mostly Washington   Short Bath = 4:05  4:45

| Yard List | DAY | ST ET | | | |
|---|---|---|---|---|---|
| | Mon Tue | 1200 1500 | 0915 1315 | 1400 1530 | Cell (4 50+ Received) |
| | Tue 6,7,10,11 | | 3,6,7 11,10 | 5 Yard | Short Bath |
| | Wed 6,7,10 | | | 4 5 | |

Exhibit A

CV # 5:18-CV-07677-NC

(Exhibit B)   CV#-5:18-cv-07677-NC

Record of out of cell/yard time for Unit 1 = B4
Example of why we do/will not receive our 14 = B4 Pod at S.R.J., Week of 1/22/23 → 1/28/23
Single cell - 1hr ea. (Groups) 2 to 3 hrs ea. Yard 1-3 hrs. * Unused/wasted available has * Highlight in Yellow.
ST = Start time of pod times. ET = End time of pod times. Fill in Mo./Day. Total up ea Days wasted + Hours.
← 0600/0700 Potential start time → 1600 End time.
Approx 15-16 Hrs available for "Out of Cell" activities, phones, showers, TV, Yard.

Total up each days unused/wasted hours. Then Weeks Total (Approx $8+hrs) no out of cell activities.
Each hr could have been used for (Approx $8+) single pods or (Approx 3:30 Yard = 17:10 hrs) more of group pod time/yard.

Received $8+ $8+
15:40 hrs Pod + 3:30 Yard = 17:10 Total
*SHORT Babe HRS 14:50**

Mitch Washington
Cell#4
85

Page (23)

| | ST ET | Sunday 1/22 | Monday 1/23 | Tuesday 1/24 | Wednesday 1/25 | Thursday 1/26 | Friday 1/27 | Saturday 1/28 | |
|---|---|---|---|---|---|---|---|---|---|
| Breakfast | 0500 to 0600 | | | | | | | | |
| | | 0700 | 0710 | 0640 | 0710 | 40 | 0600 | | |
| | | 0500 | | 0740 0830 | 0800 | | 6:13 6:15 6:15 | 0700 | |
| | | 2,6,7,10 | 8,10,9 | 4,5 | 9 | 2 | 1,3 | | |
| | | 2:00 | 1:10 | 0915 0925 0930 | 0710 | 1:00 | 7:00 8:00 | | |
| | | | | 1,3 | 9 | 1:10 | | 1:45 | |
| | | | | | | 40 | | | |
| | | 3,8,9,11 | | 9? 1:35 | 50 | N? | 1:30 1045 | 4,5 | |
| | | | | | | | 3:00 | | |
| | | 3:00 | 2,6,7,10,11 | 6,8,10,13 | 6,7,10,8,13 | 6,7,10,14 | 1:35 3:00 | 2:15 | |
| Dinner | | | 4:00 | 2:10 | 2:00 | 1:45 | 3:15 | | |
| | | 1700 | 3:15 | 3:00 | 3:40 | 9 | 9 | 2:00 | |
| | | 2015 | 4,5 | 1,2,3 | 2040 | 1,3 | 6,7,8,10,12 | 4,5 | |
| | | 4,5 | 3300 | 3300 | 3300 | 3300 | | | |
| End Time/ Wasted Hours Daily Total | | 4:35 | 6:10 | 6:25 | MI.H 6:25 | WI.H 6:30 | WI.H 8:55 | 6:25 | |
| Number of Cells Ran Each Day Daily Total | | (10) | (11) | (11) | (1) | (11) | (10) | (10) | |

Exhibit B

Cv # 5:18 - Cv - 07677 - NC

(Exhibit G)   Case 5:18-cv-07677-NC

Record of out of cell/yard time for Unit 1 = B4 Pod at S.R.J. Week of 1/29/23 = 2/04/23

Example of why we do/will not receive our 14/24 Hrs min. out of cell per day.

Single cell = 1 hr ea. (Groups) 2 to 3 hrs ea. Yard 1=3 hrs. * Unused/wasted available hrs. Due to wasted hours, Highlight in Yellow.

Approx 15-16 Hrs available for "Out of Cell" activities, phones, showers, TV, Yard.

0600/0700 Potential start time. E.T. = End Time of pod times. Fill in Mon/Day. * Total up ea Days Wasted Hours.

ST = Start time of pod times.

| | | | | | | | | | | Number of Cells Ran Each Day | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Left-side notes (bottom):**

Total up each days unused/wasted hours, Then Weeks Total (Approx 58+ hrs) no our out of cell activities.

Each hr could have been used for (Approx 58) single pods or (Approx 58 hrs) more of group pod time/yard.

Cells (4,5) 20:40 hrs Pod + 12 hrs Yard = 22:40 hrs total

Misc/Washington

* Short Baby Hrs / 1:20

Yard List — DAY/Cell
ST 0900 | ET 1410 | Mon
ST 0830 | ET 1030 | Tues
ST 0830 | ET 1205 | Wed
ST 1405 | Fri

Exhibit C

CV # 5:18-CV-07677-NC

Record of out of cell time for Unit 1 = B Pod at S.R.J. Week of 2/5/23 to 2/11/23

Example of why we do/will not receive our 24 hrs min, out of cell per/wk. Due to wasted hours.

Single cell = 1 hr ea. (Groups) 2 to 3 hrs ea. Yard 1-3 hrs. * Unused/wasted available hrs. Highlight in Yellow.

ST = Start time of pod times. ET = End Time of pod times. Fill in Mon/Day. Total up ea Days wasted hours.

0600 to 0600 Breakfast

0600/0700 Potential Start Time   Approx 15-16 hrs available for "Out of Cell" activities, phones, showers, TV, Yard

Court until 1220. Return to Unit 1. West Iso cell until 1915. Then End EB Pod Record for keeping and submitting these Records to Court for RBG etc.

Total up each days unused/wasted hours, Then Week's Total (Approx 41) single pods or (Approx 41) mix/Washingtons Received 22.30 hrs Total This week

Each hr could have been used for (Approx 41+ hrs) no out of cell activities.

Total Time 2030 + (17) to → 2300

| Yard List | DAY | ET | CELL |
|---|---|---|---|

Page (25)

Exhibit D

CV # 5:18-CV-07677-NC