David Misch, AM.U-732
Santa Rita Jail, 1C-1
5325 Broder Blvd
Dublin, CA.
94568-3309



Confidential
Legal Mail

Babu, 5:18-CV-07677-NC

U.S. District Court House
Attn: Clerk of The Court
280 South 1st Street, Room 2112
San Jose, CA.
95113



Confidential Legal Mail

Babu, 5:18-CV-07677-NC

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568