ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
AMY XU – 330707
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:     (415) 433-6830
Facsimile:     (415) 433-7104
Email:          egalvan@rbgg.com
                kjanssen@rbgg.com
                axu@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNESBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>COUNTY OF ALAMEDA; YESENIA SANCHEZ in his official capacity as Sheriff of the Alameda County Sheriff's Office; CAROL BURTON in her official capacity as Interim Director of the Alameda County Behavioral Health Care Services Agency; and DOES 1 to 20, inclusive,,<br><br>          Defendants. | Case No. 5:18-CV-07677<br><br>**NOTICE OF CHANGE IN COUNSEL AND REQUEST TO REMOVE NAMES FROM ELECTRONIC SERVICE LIST**<br><br>Judge:   Hon. Nathanael Cousins |

Case No. 5:18-CV-07677

1    Pursuant to Civil Local Rule 5-1(c)(2)(C), notice is hereby given that the below-

2 listed attorneys, previously associated with Rosen Bien Galvan & Grunfeld LLP

3 ("RBGG"), no longer work on this case.  We request that they be removed from the

4 electronic service list in this case.

5        • Jeffrey L. Bornstein

6        • Brenda Muñoz

7    RBGG attorneys listed on the above caption page remain as counsel for Plaintiffs.

8

9 DATED:  February 28, 2023        Respectfully submitted,

10                                 ROSEN BIEN GALVAN & GRUNFELD LLP

11

12                                 By:  /s/ Kara J. Janssen
                                        Kara J. Janssen
13

14                                 Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE IN COUNSEL AND REQUEST TO REMOVE NAMES
FROM ELECTRONIC SERVICE LIST