IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 06 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

ASHOK BABU et al...
Plaintiffs

V

Alameda County
Sheriffs Office et al...

5:18-cv-07677-NC

David Misch's Motion/Notice Challenging Designation of Protected Material.

COMES NOW David E. Misch with this his Motion/Notice Challenging the Designation of Protected Material.

### CHALLENGE

This challenge to confidentiality is being made in accordance with paragraph 6.2 Meet and Confer of the Stipulated Protective Order.

Document 30. Case: 5:18-cv-07677-NC

As the Challenging Party- David E. Misch seeks immediate production of the following items:

-1-

Challenge... 5:18-CV-07677-NC

## (A.)
### Specific Items

David E. Misch requests Defendant Counsel and all other involved parties produce:

1.) **All** Video, Audio, Photos, Medical Reports, Incident Reports and e-mails related to Excessive and un-necessary Use of Force Incident which took Place at the Santa Rita Jail on June 15th, 2022
Incident/Police Report #22-009524
Grievance Filed #22-3243

**Note:** Reference Grievance #22-2458 which confirms at the time of this incident plaintiff/Class Member Misch "Must be in Restraints _prior_ to the Deputies opening a Step 1 inmate's door."

-2-

Challenge cont.- 5:18-CV-07677-NC

## (A.)
### Specific Items cont...

2.) All Video, Audio, Photos, Medical reports, Incident Reports and e-mails related to incident where Defendants left plaintiff Misch in ISO cell with no lights and chains for an extended period of time. This did cause the plaintiff to suffer from a Mental Episode which caused self harm and injuries related to Restraints.

Incident Report # 23-002091 [Date of Incident 2-10-2023]

E-Grievance # 230717752

<u>Photos</u> taken by Deputy Bixby with <u>Camera</u> and Deputy Clinton took photos of plaintiff's injuries with <u>cell phone</u>.
(Deputy Bixby Badge #1811  Deputy Clinton Badge #2608)

\* Reference - Prior Incident on 10/3/2022 plaintiff left in Dark ISO cell with Chains for 3 Hours! Grievance #22-5093
                                                    AFFIRMED

-3-

Challenge cont... 5:18-CV-07677-NC

(B.)

## Reason For Request and Notice

Defendants continue to discriminate against individuals like plaintiff Misch who have been diagnosed with Psychiatric Disabilities.

Defendants violated Plaintiff Misch's rights during a Use of Force and then sought to hide behind the Stipulated Protective Order.

Defendants have violated Plaintiff Misch's rights under the Americans with Disabilities Act (ADA) Section 504 of the Rehabilitation Act and the California Government Code Section 11135.

Plaintiff Misch seeks production of aforementioned items so that he may seek relief and redress of these Constitutional & Civil Rights Violations.

-4-

Challenge cont.... 5:18-CV-07677-NC

(C.)

## PRAYER FOR RELIEF

WHEREFORE Plaintiff David E. Misch PRAYS this Court set Forth an ORDER:

1.) Giving Defendant's Counsel and all Parties including OBJECTOR'S Counsel NOTICE that a Challenge to Designation of Confidential/Protected Material has been issued.

2.) Instruct all Counsel and parties that Yolanda Huang esq.. is the lawyer of record for Plaintiff David E. Misch and Plaintiff wishes Attorney Huang be present during all conferences related to this matter.

I declare under penalty of perjury that the foregoing is true and correct executed on March 1st, 2023 at Dublin, California.

x *David E Misch*
David E. Misch
PFN: AMU732
Santa Rita Jail

-5-