David Misch, AMU-732
SR.J, IC-I
5325 Broder Blvd
Dublin, CA. 94568-3309

Confidential
Legal Mail

Babu 5:18-cv-07677-NC

OAKLAND CA 945
3 MAR 2023 PM 6 L
Barn Swallow

U.S District CourtHouse
Attn: Clerk of the Court
280 South 1st Street, Room 2112
San Jose, CA. 95113



SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568

BOSF #2669

Confidential
Legal Mail

Babu, 5:18-CV-07677-NC

Mailed 3/2/23