IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MAR 16 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

ASHOK BABU et al...
Plaintiff

v

Alameda County
Sheriffs Office et al....

Defendants

Civil Action No.
5:18-cv-07677-NC

Declaration of
Keith H. Washington
(MALIK)
Re: Deaths and
Retaliation at the
Santa Rita Jail!

- - - - - - - - - - - - - - -

I Keith H. Washington aka Malik do here-by declare that I am a prisoner held at the Santa Rita Jail located in Dublin, California. I am currently housed within the Restrictive Housing Unit- specifically I am housed in Housing Unit 1 (E-Pod). I have been housed here at the Santa Rita Jail since March 21st 2022. I will now begin my declaration which exposes the current conditions inside SRJ.

-1-

# A.

## FACTS

Within a span of approximately 6 weeks there have been 4 deaths at the Santa Rita Jail.

• Stephen Lofton was found unresponsive in his cell at Santa Rita Jail on January 17th, 2023.

• Charles Johnson experienced a "medical emergency" at Santa Rita Jail on 2-4-2023 (February 4th, 2023.)

• Elizabeth Laurel a 38 year old woman was found unresponsive in her cell at the Santa Rita Jail on February 13th, 2023.

• Candice "Cody" Van Buren was found unresponsive in a cell at the Santa Rita Jail on February 28th, 2023.

(ALL 4 Human Beings are DEAD!)

-2-

Deaths & Retaliation cont... 5:18-cv-07677-NC

# A.
## FACTS cont....

These deaths should serve as a wake-up call to this Honorable Court and to the Alameda Team which was assembled by the U.S. Department of Justice-Civil Rights Division in order to ascertain whether or not the Federal Government should intervene under the auspices of C.R.I.P.A. also known as the Civil Rights of Institutionalized Persons Act.

In respect to the implementation of the Babu Consent Decree, the Alameda County Sheriff's Office's noncompliance has been persistent and recurring.

I have little to no confidence in the "So called" Expert Monitors. Our well being and lives mean absolutely nothing to them.

-3-

A.

## FACTS cont...

Class Counsel at Rosen, Bien, Galvan & Grunfeld LLP are aware that there have been a spike in deaths at the Santa Rita Jail.

Class Counsel is also <u>well aware</u> that the Alameda County Sheriffs Office has orchestrated a collusive and coordinated Campaign of Harassment and Retaliation aimed directly at myself and fellow prisoner David E. Misch.

The following statement details the <u>most recent</u> instance of reactionary/retaliatory behavior exhibited by employees of the Alameda County Sheriffs Office who work at the Santa Rita Jail. Please be advised that we (Misch & I) <u>are being targeted because of our First Amendment Free Speech Activity.</u>

-4-

B.

## More Retaliatory Conduct

I am currently housed on Housing Unit 1 (E-pod). E-pod is newly renovated and a stark difference from the "Shit Pod" I was moved to in retaliation for writing grievances and reporting Consent Decree Violations to Class Counsel.

Although the Defendants have vehemently and staunchly denied retaliating against Mr. Misch and myself we were moved recently on February 24th, 2023 from Housing Unit 1 (C-pod) which was labeled a "Shit Pod" to the freshly painted and renovated E-pod. Nevertheless, Sheriff Deputies have continued to target Misch and I.

-5.-

## B.

## Retaliation cont....

On March 4th, 2023 at approximately 7:30a.m. on Housing Unit 1, E-pod Alameda County Sheriff Deputy Krol Badge#2582 initiated and led what I perceived to be a Hostile and Antagonistic SHOW OF FORCE AND INTIMIDATION aimed directly at myself and my Pod Partner David E. Misch PFN#AMU732. There appeared to be a Special Focus on Mr. Misch as if they were attempting to solicit a violent or volatile response.

Approximately 7 (seven) Sheriff Deputies entered E-pod most choosing positions around Mr. Misch's cell door. We were supposed to be coming out for our Pod Time. I have never seen 7 Sheriff Deputies sent to let Mr. Misch and I out for our Pod Time. Per the Babu Consent Decree, Mr. Misch and I are classified as "Recreate Together Status - Step 2.

-6-

## B.

## Retaliation cont...

Deputy Krol insisted that Misch and I be handcuffed and then brought out of our cells. There was definitely a lot of tension in the air and I could sense the potential for violence emanating from __ALL__ Sheriff Deputies present.

At one point while Deputy Krol was inside Mr. Misch's cell searching for anything he could label 'contraband' a Deputy Miller who was relatively close to Mr. Misch looked at David and said: "What are you looking at!!?"

David stayed calm and responded: "I'm simply returning your gaze if you expect me to stare to the ground like a coward — your wrong."

Deputy Miller continued to "Mad Dog" David Misch.

B
## Retaliation cont----

This specific Day Shift Card at the jail which routinely works Wednesday thru Saturday (6a.m-6p.m) has been ratcheting up acts of blatant hostile retaliation tactics.

The previous day Friday, March 3rd, 2023 Mr. Misch and I were <u>denied</u> our daily Pod Time. When I asked Deputy Bixby Badge #1811 why we weren't offered Pod time on Friday, he angrily responded: "You got 5 hrs out of your cell Thursday, your not getting Pod Time today!" and he stalked away. The Court should note that there are only 4 (Four) inmates housed on E-Pod yet Deputy Krol and Bixby think up ways to deny us Pod Time.

- 8 -

Deaths & Retaliation cont··· 5:18-cv-07677-NC

# B.

## Retaliation cont····

It is noteworthy to mention that usually 1 (one) deputy unlocks Mr. Misch and my cell door when it is time for Pod Time. We Are Not handcuffed and they simply walk-away without any fanfare or hostile intimidation tactics.

These are the names of the Deputies involved in this rather unusual SHOW OF FORCE. Deputy Krol, Deputy Bixby, Deputy Miller, Deputy Stables, Deputy Duong, Deputy Huang and Deputy Shafer.

✱On March 4th, 2023 on Housing Unit 1, E-pod between 8:43a.m and 8:53a.m. I spoke at length with Sergeant Williams Badge#1505 at the time he was the acting Supervisor of Housing Unit 1. His Body Worn Camera was Activated during our conversation.

Death & Retaliation cont... 5:18-cv-07677-NC

## B.
### Retaliation cont...

I stated to Sergeant Williams:

"There is a collusive and coordinated effort by Deputies Clinton Badge #2608, Deputy Bixby Badge #1811 and Deputy Krol, Badge #2582 to retaliate against myself and Mr. Misch. The retaliation has manifested itself in the <u>denial</u> of promises and guarantees contained within the context of the Babu Consent Decree." end of quote.

Sergeant Williams was visibly shaken and taken aback by my concise, direct and bold statement. Nevertheless, he did say he would discuss this problem with the deputies in question. His talk did not do much help to deter the deputies behavior. That is why I am reporting this to The Court.

Death and Retaliation cont... 5:18-cv-07677-NC

B.

## Retaliation cont.....

The previous week, the Grievance Unit at Santa Rita Jail had supported Deputy Clinton's REFUSAL to offer Mr. Misch and I 3 hours of out of cell time during our Pod Time.

The Grievance Department erroneously relied on an Obsolete jail policy Known as Detention and Corrections Policy and Procedure 9.10. I have included this as an Exhibit A-8 so that it can be reviewed by both Plaintiff and Defense Counsel as well as Objectors Counsel.

The Grievance Unit used the Flawed and obsolete policy as a basis to promote and condone Deputy Clinton's Retaliatory Actions. See: Grievance #2334139392, #233455182 and #233447272.

Death and Retaliation cont... 5:18-cv-07677-NC

## B.

## Retaliation cont...

Rosen, Bien, Galvan & Grunfeld LLP is now in possession of ALL Grievances Filed by me which explain in great detail Deputy Clinton's passive aggressive Retaliatory Actions.

Sergeant Williams made it crystal clear that not only was <u>Detention and Corrections Policy and Procedure 9.10 obsolete</u>, he said it did not even apply to me. Sergeant Williams bore witness that per the Babu Consent Decree I am classified as Recreate Together Status, Step 2. (see Grievance # 234917582

However, for some "<u>strange reason</u>" one year <u>AFTER</u> the initial imple-mentation of Babu the Grievance Unit has not received The Memo!

Death & Retaliation cont... 5:18-CV-07677-NC

C.

## PRAYER FOR RELIEF

WHEREFORE plaintiff/Class Member Keith H. Washington aka Malik PRAYS this Court Set Forth an ORDER:

1.) ORDER Defendants Alameda County Sheriffs Office to Cease and Desist all acts of Retaliation and Intimidation directed toward myself and David E. Misch.

2.) ORDER Plaintiff's Class Counsel Rosen, Bien, Galvan, & Grunfeld LLP to take a proactive stance in guarding their Client Keith H. Washington from the Unconstitutional Acts of a Few Rogue Sheriff Deputies at the Santa Rita Jail. (Stop ignoring the Obvious!)

I declare under penalty of perjury that the foregoing is true and correct executed on March 5th, 2023 at Dublin, California.                x Keith H. Washington
                                                        Keith H. Washington
                                                        PFN# UME239
                               -13-                     Santa Rita Jail

Exhibit A-9      5:18-cv-07677-NC

Inmate Copy

1E4

## Grievance #233861532

| Profile Photo:<br>Profile Photo | Inmate Info |
|---|---|
| | Name: KEITH WASHINGTON (1968-07-19)<br>Booking #: UME239<br>Submitted Date: 02/27/23 17:20<br>Submitted from Location/Room: S01E04/1 East<br>Current Location/Room: S01E04/1 East<br>Facility: Santa Rita Jail Alameda, CA |
| Audit Photo:<br>Audit Photo | |
| | **Form Info** |
| | Category: Others<br>Form: Inmate Grievance - Single Level |
| | **Grievance Info** |
| | Status: CLOSED by Sgt. J Larosa<br>Facility Deadline: 03/14/23 23:59<br>Grievance Level: 1<br>Inmate can reply: No |

**Details:**

Request Hard Copies of Grievances and I DO NOT AGREE WITH THE GRIEVANCE RESPONSE IN REGARD TO DEPUTY CLINTON'S BEHAVIOR.

**Details:**

**Date Grievance Occurred:**
*Include month, day, and year.*
February 27th, 2023

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
I am requesting Hard Copies of GRIEVANCE #233439392, #233455182 and #233447272. I DO NOT AGREE WITH THE GRIEVANCE UNIT'S RESPONSE TO THESE GRIEVANCES. However, I will present your response to Class Counsel at Rosen, Bien, Galvan and Grunfeld LLP and await their advisement. I do appreciate the Grievance Unit's prompt and detailed response. Quoting Detention and Corrections Policy and Procedure 9.10-- Maximum Separation Inmates was interesting to say the least. Allow me to enlighten you on something thought provoking. Sunday, February 26th, 2023 began a new Shift Card on Housing Unit 1. Sergeant Holland and the Deputies working along side him had no problem giving Misch and I our normally allotted 3 Hours for Pod. Ironically, on Monday, February 27th, 2023 Deputy Clinton appeared and was working this Shift Card. Once again the Deputies on THIS SHIFT CARD WHICH I BELIEVE IS (B-CARD) HAD NO PROBLEM WHATSOEVER ENSURING THAT MISCH AND I GOT OUR NORMAL ALLOTTED TIME. I state for the record that Deputy Clinton has gone out of his way to urge his colleagues on His Shift Card to DENY MISCH AND I ANYTHING THEY ARE ABLE. DEPUTY CLINTON WAS DISAPPOINTED THAT I WROTE HIM UP OVER HIS "Shit Pod" Veiled Threat which actually became a REALITY. IT IS IMPERATIVE THAT THE COMPLIANCE CAPTAIN AS WELL AS DEPUTY CLINTON'S BEHAVIOR IMMEDIATE SUPERVISORS CONTINUE TO MONITOR THIS SITUATION. DEPUTY CLINTON HAS AMAZING POTENTIAL BUT HE MUST CURB HIS PASSIVE AGGRESSIVE TENDENCIES. PLEASE SEND ME A HARD COPY

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
Not yet.

**Is this ADA related:**
Yes

**Is this PREA related?:**
No

**By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:**
No

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/28/23 06:49 | Sgt. J Larosa | Staff Response | Printed copies of your E-grievances and the responses were sent to you yesterday, you should receive them shortly. This E-grievance and response will also be sent to you. As stated in the response to your previous 3-part E-grievance, the E-Grievances and Responses were emailed to Sgt Martinez who is Deputy Clinton's immediate supervisor. Additionally, the same information was also sent to Sgt Holland who is assigned to the open team schedule. |
| 02/28/23 06:49 | Sgt. J Larosa | Changed Status | From 'Open' to 'Closed' |

Exhibit A-8

Case 5:18-cv-07677-NC - Document 508 - Filed 03/16/23 Page 15 of 17

Inmate Copy

WASHINGTON, KEITH
UME 239
1E4

Detention and Corrections
Policy and Procedure 9.10

Page 4 of 7

"Lieutenant/Watch Commander-Post Order" and 10.05, "Housing Unit Deputy- Post Order."

I. CELL ASSIGNMENTS: In order for two Maximum Separation inmates to occupy the same cell, each inmate shall make the request to cell together. Additionally, each inmate shall be required to sign a waiver stating they request and consent to occupy the same cell (Attachment 1, "Maximum Separation (Max-Sep) Compatibility Waiver). Final approval from the Classification Sergeant must be obtained prior to two inmates occupying the same cell or recreating with other inmates. The original waiver form will be maintained in the Classification Unit files.

J. SEARCHES:

1. Cells and inmates in the Maximum Separation Unit shall be searched for weapons and contraband.

2. Searches will be done in accordance with Policy and Procedure 8.19, "Facility Searches."

K. HOUSING: The same general rights and privileges which govern housing for general population inmates shall apply to inmates in Maximum Separation, and will not be restricted more than necessary to ensure the safety and security of staff, other inmates, and the facility.

1. Maximum Separation inmates will be fed all meals in their cells.

2. Maximum Separation inmates will be allowed out of their cells at least five hours per week to exercise. Up to six (6) inmates may be allowed to recreate together, either in a pod setting or during outdoor yard time. In order for Maximum Separation inmates to recreate together, each inmate must request and consent to do so by signing a waiver form. Final approval from the Classification Sergeant must be obtained prior to allowing inmates to recreate together.

3. Up to six (6) Maximum Separation inmates may recreate together at any given time. Inmates wishing to recreate together will have the following pod time hour guidelines.

   a. 1 inmate= 1 hour of pod time

   b. 2 inmates = Up to 1.5 hours pod time

   c. 3-4 inmates = Up to 2 hours of pod time

   d. 4-6 inmates = 2 hours or more at the discretion of the housing unit deputy.

4. Whenever Maximum Separation inmates are directed to return to their cells, the



OAKLAND CA 945

13 MAR 2023 PM 7

Keith H. Washington, PFN WME 239

Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

Clerk of the Court
United States District Court - Northern District of California
280 South 1st Street
San Jose, CA 95113-3008

**LEGAL MAIL CONFIDENTIAL:**
**Re:** Babu v. County of Alameda. No. 5:18-cv-07677

95113-309599