3-21-2023

To: Clerk of Court

From: Keith H. Washington PFN#UME239
Santa Rita Jail Broder Blvd.
Dublin, CA 94568

FILED
MAR 28 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Dear Clerk, please File this under the Babu case:

#5:18-cv-07677-NC

Included are Exhibits B-2, B-3, B-4 and B-5 thru B-10. Thank you!

Keith H. Wg
"Malik"