IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHOK BABU et al   )  Civil Action No.
   Plaintiffs      )  5:18-cv-07677-NC
                   )
V.                 )  Declaration of
                   )  Keith H. Washington
Alameda County Sheriffs ) (Malik) PFN#UME239
Office et al...    )  Re: Exhibits
   Defendants     )   B-5 thru B-10
                   )  Attn: U.S. District
                          Judge Nathaniel Cousins

FILED MAR 28 2023 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA SAN JOSE OFFICE

Comes Now Keith H. Washington (Malik) with this his Supplemental <u>Exhibits B-5 thru B-10</u>. These Exhibits coincide with Declaration Re: More Retaliation and Plea For Federal Monitors and Judicial Intervention @ Santa Rita Jail.

I declare under penalty of perjury that the foregoing is true and correct, executed on Tuesday, March 21st, 2023 in Dublin, CA

x Keith H. Washington
Keith H. Washington
PFN#UME239

-1-

Exhibit B-5

Inmate Copy
237

## Grievance #237702542

**Profile Photo:**
Profile Photo

**Inmate Info**

Name: KEITH WASHINGTON (1968-07-19)
Booking #: UME239
Submitted Date: 03/18/23 18:50
Submitted from Location/Room: S02B07/2 West
Current Location/Room: S02B07/2 West
Facility: Santa Rita Jail Alameda, CA

**Audit Photo:**
Audit Photo

**Form Info**

Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**

Status: CLOSED by Sgt. J Larosa
Facility Deadline: 04/02/23 23:59
Grievance Level: 1
Inmate can reply: No

**Details:**

On going Retaliation and Harassment by Deputy Krol Badge#2582 with Collusion from Deputy Clinton Badge#2608 HIGHLIGHTING ADA !

**Details:**

**Date Grievance Occurred:**
*Include month, day, and year.*
March 17, 2023 THERE WILL BE ADDENDUMS TO THIS GRIEVANCE WHICH IS RELATED TO VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT.

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
On March 17, 2023 at approximately 8:25a.m. on Housing Unit 1 (E-Pod) Deputy Krol Badge#2582 stood in the door-way of the entrance of E-Pod and looked directly at me and said: "I'm giving you a warning Washington you better not have more than 6 books or magazines in your cell or I will be writing you up." End of quote This frustrated me and I began to feel a heightened level of anxiety because just the day before, Deputy Krol had written me up for having 3 towels and more than 6 books in my cell. I felt as if he was Singling Me out and now attempting to taunt me. I asked Deputy Krol to clarify to me whether or not my Bible and Quran would be counted in the 6 books and magazines. He said: "Yes, they are books and get no Specialized Treatment." Then at around 8:35a.m. Deputy Krol places a copy of the Alameda County SHERIFF'S Office Inmate Rules Booklet on the Slot of the E-Pod entrance. I took the booklet back to my cell E-4 and then proceeded to clear out any extra books. At approximately 8:40a.m. I placed excess books on a table in the Pod and I pointed to the Surveillance camera in the top corner of the Pod so that there would be digital evidence of me complying with the rules and acknowledgement of Deputy Krol's threat to write me up if he should find more than 6 books in my cell. At this point I had had ENOUGH of Deputy Krol's immature and Discriminatory application of the Rules. In the follows addendum I will develop the evidence for my accusations.

**Did you speak to a housing unit staff member?:**
Name of Staff Member
Alissa from AFBH

**Is this ADA related:**
Yes

**Is this PREA related?:**
No

By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:
No

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/20/23 11:51 | Sgt. J Larosa | Staff Response | Your grievance has been assigned Tracking #23-0866 and is now under investigation. You will receive a response after a thorough investigation has been conducted. Additionally, a paper copy of this grievance submission will be delivered to you. |
| 03/20/23 11:51 | Sgt. J Larosa | Changed Status | From 'Open' to 'Closed' |
| 03/18/23 18:50 | KEITH WASHINGTON | Submitted New | On going Retaliation and Harassment by Deputy Krol Badge#2582 with Collusion from Deputy Clinton Badge#2608 HIGHLIGHTING ADA ! |

Exhibit B-6

5:18-cv-07677-NC

Inmate Copy

2 B 7

## Grievance #237705832

**Profile Photo:**
Profile Photo

**Inmate Info**

Name: KEITH WASHINGTON (1968-07-19)
Booking #: UME239
Submitted Date: 03/18/23 19:12
Submitted from Location/Room: S02B07/2 West
Current Location/Room: S02B07/2 West
Facility: Santa Rita Jail Alameda, CA

**Audit Photo:**
Audit Photo

**Form Info**

Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**

Status: CLOSED by Sgt. J Larosa
Facility Deadline: 04/02/23 23:59
Grievance Level: 1
Inmate can reply: No

**Details:**

Addendum to GRIEVANCE #237702542

**Details:**

**Date Grievance Occurred:**
*Include month, day, and year.*
March 17, 2023

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
This is an addendum to GRIEVANCE #237702542. Be advised that Surveillance Cameras can be reviewed as well as the Body Worn Cameras of Deputy Krol and Deputy Clinton between 8:25a.m. and 9:45a.m on Housing Unit 1 (E-Pod) on March 17, 2023. After experiencing frustration and anger in regard to Deputy Krol singling me out I began to feel a Mental Health Crisis approaching. There were no Deputies inside the Pod Area of E-Pod with Mr. Misch and I. I told Mr. Misch I needed to see AFBH/PSYCH I then stated in a loud voice: "I want to speak to AFBH. I want to speak to AFBH." A few minutes later, Deputy Clinton told me he had called AFBH for me. No-one at that time said anything about writing me up for asking for help during a time of Mental Health Crisis. However, that is how Deputy Krol and Deputy Clinton operate. At approximately 9:25a.m. Deputy Clinton escorted AFBH STAFF MEMBER (Alissa) to my cell door (E-4). Alissa stated that she only had 5 minutes but would take time to counsel and help me. Deputy Clinton handcuffed me and escorted me to a table outside of the Pod where Alissa was sitting. I sat across from Alissa and Deputy Clinton sat close by. Alissa asked me what was going on, and I began to speak candidly about the on going collusion between Deputy Krol and Deputy Bixby Badge#1811 as they sought to retaliate against me and David Misch for engaging in "Protected Conduct" ie filing grievances, talking to our Lawyers and contacting the Federal Court. See next Addendum.

**Did you speak to a housing unit staff member?:**
Name of Staff Member
Alissa OF AFBH

**Is this ADA related:**
Yes

**Is this PREA related?:**
No

By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:
No

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/20/23 11:55 | Sgt. J Larosa | Staff Response | DUPLICATE - refer to #23-0866 |
| 03/20/23 11:55 | Sgt. J Larosa | Changed Status | From 'Open' to 'Closed' |
| 03/18/23 19:12 | KEITH WASHINGTON | Submitted New | Addendum to GRIEVANCE #237702542 |

Exhibit B7   5:18-CV-07677-NC

Inmate Copy

2B7

## Grievance #237708742

**Profile Photo:** Profile Photo

**Inmate Info**

Name: KEITH WASHINGTON (1968-07-19)
Booking #: UME239
Submitted Date: 03/18/23 19:35
Submitted from Location/Room: S02B07/2 West
Current Location/Room: S02B07/2 West
Facility: Santa Rita Jail Alameda, CA

**Audit Photo:** Audit Photo

**Form Info**

Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**

Status: CLOSED by Sgt. J Larosa
Facility Deadline: 04/02/23 23:59
Grievance Level: 1
Inmate can reply: No

**Details:**

Addendum to GRIEVANCE #237702542 and #237705832

**Details:**

**Date Grievance Occurred:**
*Include month, day, and year.*
March 17, 2023

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
This is an Addendum to GRIEVANCE # 237702542 and #237705832. I am continuing where I left off explaining the conversation I had with AFBH STAFF MEMBER ALISSA while Deputy Clinton listened to the alleged "Private and Confidential" Psychological Therapy Session.
I further explained to Alissa that I was getting frustrated and angry because I had been witnessing Deputy Krol and Deputy Bixby being prejudicial and Bias in their application of ACSO RULES, POLICIES AND PROCEDURES. There appeared to be one set of rules for me and Mr. Misch and another set of rules for other inmates who were similarly situated as Misch and I. THE ONLY DIFFERENCE BETWEEN US AND THEM WAS THAT THEY DID NOT UTILIZE THE GRIEVANCE PROGRAM OR ATTEMPT TO ACCESS THE COURTS OR INTERACT WITH CLASS COUNSEL FROM ROSEN, BIEN, GALVAN ABD GRUNFELD LLP OR HAVE VISITS WITH ATTORNEY YOLANDA HUANG WHO IS DESPISED BY THE ALAMEDA COUNTY SHERIFF DEPUTIES THAT WORK AT SANTA RITA JAIL.
Alissa asked me what I was doing for "Self Care"? I told her that I write and explained how writing was cathartic and therapeutic for me. Alissa could see by my body language and speech that I was agitated. She suggested that I shower and try to meditate in order to calm down Then she ended our Therapy Session and stated she would be back next week for our next scheduled appointment. Before she left, I asked Alissa to talk to her AFBH SUPERVISOR about what is happening on Housing Unit 1. I suggested they review the Grievances I have filed.

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
Alissa AFBH STAFF MEMBER

**Is this ADA related:**
Yes

**Is this PREA related?:**
No

By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:
No

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/20/23 11:59 | Sgt. J Larosa | Staff Response | DUPLICATE - refer to #23-0866 |
| 03/20/23 11:59 | Sgt. J Larosa | Changed Status | From 'Open' to 'Closed' |
| 03/18/23 19:35 | KEITH WASHINGTON | Submitted New | Addendum to GRIEVANCE #237702542 and #237705832 |

Exhibit D-8    5:18-CV-07677-NC

Inmate Copy

2 B7

## Grievance #237712842

**Profile Photo:**
Profile Photo

**Audit Photo:**
Audit Photo

**Inmate Info**

Name: KEITH WASHINGTON (1968-07-19)
Booking #: UME239
Submitted Date: 03/18/23 20:15
Submitted from Location/Room: S02B07/2 West
Current Location/Room: S02B07/2 West
Facility: Santa Rita Jail Alameda, CA

**Form Info**

Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**

Status: CLOSED by Sgt. J Larosa
Facility Deadline: 04/02/23 23:59
Grievance Level: 1
Inmate can reply: No

**Details:**

Addendum to GRIEVANCE #237702542, #237705832 and #237708742

**Details:**

**Date Grievance Occurred:**
*Include month, day, and year.*
March 17, 2023

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
This is an Addendum to GRIEVANCE #237702542, #237705832 and #237708742. As we ended the Therapy session I requested that Alissa and her Supervisors review the past 2 months of GRIEVANCES I have filed. These I assured her would reveal a PATTERN OF CONDUCT IN REGARD TO THE DEPUTIES IN QUESTION. Much later on, in the evening at approximately 10:55p.m. I was awaken by Deputy Cerbras. He stated that he had a Disciplinary Report to Serve Upon me. I could tell by his facial expressions and mannerisms that he was not very enthusiastic about giving me this Discipline Report. Once I read Report No. 23001090 I saw why Deputy Cerbras was visibly disgusted. This was another outward appearance of Deputy Krol's unprofessional Retaliatory and Vindictive behavior. When asked if I would like to give a statement I said into Deputy Cerbras' Body Worn Camera that: "This is a continuation of Deputy Krol Badge#2582 and Deputy Bixby's Campaign of Harassment and Retaliation aimed at David Misch and Myself" end of quote refer to Deputy Cerbras' Body Worn Camera between 2245p.m. and 2300p.m. It clearly appears that Deputy Clinton had a conversation with Deputy Krol regarding my "Confidential" Therapy Session with ALISSA OF AFBH.This in of itself is a clear violation the Americans with Disabilities Act but the Ethical and Integrity violation borders on Criminal Unconstitutional Conduct. Since when do people on the AFBH CASE LOAD people like myself, get PUNISHED WHEN THEY ASK FOR HELP DURING CRISIS?

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
Alissa A AFBH STAFF MEMBER.

**Is this ADA related:**
Yes

**Is this PREA related?:**
No

By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:
Yes

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/20/23 12:02 | Sgt. J Larosa | Staff Response | DUPLICATE - refer to #23-0866 |
| 03/20/23 12:02 | Sgt. J Larosa | Changed Status | From 'Open' to 'Closed' |
| 03/18/23 20:15 | KEITH WASHINGTON | Submitted New | Addendum to GRIEVANCE #237702542, #237705832 and #237708742 |

# Grievance #237714742

**Profile Photo:** Profile Photo

**Inmate Info**
Name: KEITH WASHINGTON (1968-07-19)
Booking #: UME239
Submitted Date: 03/18/23 20:40
Submitted from Location/Room: S02B07/2 West
Current Location/Room: S02B07/2 West
Facility: Santa Rita Jail Alameda, CA

**Audit Photo:** Audit Photo

**Form Info**
Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**
Status: CLOSED by Sgt. J Larosa
Facility Deadline: 04/02/23 23:59
Grievance Level: 1
Inmate can reply: No

**Details:**

Addendum to GRIEVANCE #237702542, #237705832, #237708742 and #237712742 NOW CITING THE VIOLATION OF BABU CONSENT DECREE.

**Details:**

**Date Grievance Occurred:**
*Include month, day, and year.*
March 17, 2023

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
This is an Addendum to GRIEVANCE #237702542, #237705832, #237708742 and #237712842. It is relevant within the context of the implementation of the Babu Consent Decree that I quote an excerpt from A document filed by Senior Class Counsel Attorney Kara J. Janssen in the Babu Case. Attorney Janssen stated: "Defendants(ACSO) continue to discriminate against individuals with psychiatric disabilities by denying them equal access to programs, services and/or activities including the rights and safety of persons with disabilities in the use of force situations and IN THE JAILS DISCIPLINARY PROCESSES, in Violation of the Americans with Disabilities ACT(ADA) section 504 of the Rehabilitation Act and California Government Code section 11135" end of quote. I state unequivocally for the record that with this disciplinary report #23001090(Excessive noise and yelling code 217) is clear and convincing evidence that Deputy Krol, Deputy Clinton and even their Supervisor Sergeant Martinez Badge#2050 engage in acts which not only seek to harass and retaliate but seek to enforce punitive measures against a human being that is struggling to recover from a traumatic Suicide Attempt which took place on May 24th, 2022. These actions and others like it embody the inhumane culture of institutionalized violence we see daily when law enforcement officers interact with those who suffer from mental illness and are in distress. THIS IS WHY WE SAID MORE FUNDS SHOULD GO TO COMMUNITY BASED PROGRAMS.

**Did you speak to a housing unit staff member?:**
Name of Staff Member
Alissa of AFBH

**Is this ADA related:**
Yes

**Is this PREA related?:**
No

By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:
Yes

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/20/23 12:05 | Sgt. J Larosa | Staff Response | DUPLICATE - refer to #23-0866 |
| 03/20/23 12:05 | Sgt. J Larosa | Changed Status | From 'Open' to 'Closed' |
| 03/18/23 20:40 | KEITH WASHINGTON | Submitted New | Addendum to GRIEVANCE #237702542, #237705832, #237708742 and #237712742 NOW CITING THE VIOLATION OF BABU CONSENT DECREE. |

Exhibit B-10  5:18-cv-07677-NC

Inmate Copy

237

## Grievance #237716692

**Profile Photo:**
Profile Photo

**Inmate Info**

Name: KEITH WASHINGTON (1968-07-19)
Booking #: UME239
Submitted Date: 03/18/23 21:07
Submitted from Location/Room: S02B07/2 West
Current Location/Room: S02B07/2 West
Facility: Santa Rita Jail Alameda, CA

**Audit Photo:**
Audit Photo

**Form Info**

Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**

Status: OPEN
Facility Deadline: 04/02/23 23:59 (13d)
Grievance Level: 1
Inmate can reply: No

**Details:**

Final Addendum to GRIEVANCE #237702542, #237705832, #237708742, #237712842 and #237712842 NOW I MUST EXPOSE THE DISCRIMINATION!!

**Details:**

**Date Grievance Occurred:**
*Include month, day, and year.*
March 17, 2023 PLEASE SHARE WITH INTERNAL AFFAIRS AND DA PAMELA PRICE AS WELL AS HER DEPUTY ADA KWIXUAN MALOOF.

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
This is my Final Addendum to GRIEVANCE #237702542, #237705832, #237708742, #237712842 and #237714742. This Final Addendum Illuminates and Exposes Deputy Krol's Unprofessional, Bias and Discriminatory application of ACSO RULES, POLICIES AND PROCEDURES.
On March 9th, 2023 on Housing Unit 1 (E-Pod) between 11:15a.m. and 11:25a.m. I did observe Deputy Krol Badge#2582 conduct a cell search of cell E-6. The Surveillance Camera and Body Worn Camera footage should be more than sufficient to confirm the following. Upon entering cell E-6 Deputy Krol's Body Worn Camera which I believe is serial number: X60A5147F captured at least 60 books which were stacked neatly on the floor of cell E-6. Deputy Krol confiscated 2 extra sheets during his Cell Search of E-6 and the Investigators will see him leaving the cell, SHEETS IN HAND. HOWEVER, ALTHOUGH DEPUTY KROL CLAIMS TO BE STRICTLY "By the Book" and denies any Retaliatory Behavior for some reason he refused to write a disciplinary report!!! David Misch brought this to my attention after Deputy Krol and 6 other Deputies targeted Misch and myself on March 4th, 2023. This GRIEVANCE UNIT refused to acknowledge our allegations of foul play on the part of deputy Krol but these actions which were captured on video show something else. What is extremely compelling is that the occupant of Cell E-6 Housing Unit 1, Fredachi Stone PFN#BBH296 PHONED MEGAN RICH OF ROSEN, BIEN, GALVAN AND GRUNFELD ON MARCH 16th, 2023 to Report Deputy Krol's RETALIATION!!!

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
I have written numerous grievances in order to expose this Campaign of Harassment and Retaliation. PLEASE INVESTIGATE

**Is this ADA related:**
Yes

**Is this PREA related?:**
No

**By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:**
Yes

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/20/23 12:14 | Sgt. J Larosa | Staff Response | DUPLICATE - refer to #23-0866 |
| 03/20/23 12:14 | Sgt. J Larosa | Changed Status | From 'Open' to 'Closed' |
| 03/18/23 21:07 | KEITH WASHINGTON | Submitted New | Final Addendum to GRIEVANCE #237702542, #237705832, #237708742, #237712842 and #237712842 NOW I MUST EXPOSE THE DISCRIMINATION!! |