IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHOK BABU et al...
      Plaintiff

            V.

Alameda County SheriFFs
OFFice et al....
            DeFendants

- - - - - - - - - - - - - - -

*Attached Exhibits:
B-2, B-3 and B-4

Civil Action No
5:18-CV-07677
Declaration oF
Keith H. Washington
(MaliK) PFN# UME239
Re: More Retaliation
and Plea For Federal
Monitors and Judicial
Intervention @ Santa
Rita Jail.

I Keith H. Washington aka 'MaliK' do
here-by declare that I am currently
housed at the Santa Rita Jail located
in Dublin, CaliFornia. I have been hous-
ed at the Santa Rita Jail since
March 21st, 2022, I am presently
housed on Housing Unit 2 (B-pod) in
Administrative Separation. Class Counsel
From Rosen, Bien, Galvan & GrunFeld LLP has
just submitted a letter to DeFense Counsel
Hanson Bridgett LLP instructing them to
stop their Clients (ACSU) From engaging
in Retaliatory Acts Against Me. (3-16-2023)

-1-

Declaration cont... 5:18-cv-07677-NC

## A.
## BACKGROUND

This is a continued description of the on-going acts of retaliation aimed at myself and my Pod/Recreation partner David Misch PFN#AMU732.

It is relevant to mention that until recently, myself and Mr. Misch had been mis-housed and mis-classified as Restrictive Housing inmates.

We are now classified as Administrative Separation Inmates. On the morning of Saturday, March 18th, 2023 at approximately 11a.m I and Mr. Misch were moved From Housing Unit 1 (E-Pod) to Housing Unit 2, (B-Pod).

Something relevant took place on Friday, March 17th, 2023. An Alameda County Sheriff Deputy who has asked to remain anonymous - gave me a WARNING.

- 2 -

Declaration cont.... 5.18-cv-07677-NC

## A. cont.

He stated that: "The Classification Department was conspiring with certain members of security to set you and Misch up to be assaulted."

He said the Assault would take place on Housing Unit 2!

I immediately called the law firm of Rosen, Bien, Galvan and Grunfeld LLP and spoke to para-legal Adam Dean. Note: This call took place around 2:10 p.m. Friday a full day before Misch and I were moved.

I asked Adam to convey this alleged threat to the TEAM but asked him to not contact Defense Counsel because I wanted to wait and see what happened.

Our current location Housing Unit 2 (B-pod) "Appears" to be a safe and clean Unit with only one exception.

-3-

Declaration cont... 5:18-CV-07677-NC

A. cont...

Next door in C-pod (Housing Unit 2) is where Misch and I were previously housed in January 2023. We both were moved to Housing Unit 1 (B-pod) on Friday, January 13th, 2023 when the Classification Department received a credible threat from gang members on C-pod (Housing Unit 2) naming Mr. Misch as a target who would be assaulted.

Both Mr. Misch and I were actually informed of this threat by Deputy Ashley Krause of the Classification Department @ Santa Rita Jail.

For Classification to move both Mr. Misch and I back to Housing Unit 2 on a Saturday - seems strange to say the least. THIS SITUATION MUST BE CLOSELY MONITORED!!

-4-

## B.
## More Retaliation

On March 4th, 2023 on Housing Unit #1, E-pod (Restrictive Housing) @ the Santa Rita Jail I spoke at length with a Sergeant Williams Badge #1505 about acts of retaliation perpetrated by his subordinates.

The conversation took place at a table on Housing Unit 1, E-pod between 8:43a.m and 8:53a.m. At the time, Sergeant Williams had activated his Body Worn Camera. I stated:
"There is a collusive and co-ordinated effort by Deputies Clinton Badge #2608, Deputy Krol Badge #2582 and Deputy Bixby Badge #1811 to retaliate against myself and Mr. Misch." I continued:
"The retaliation has manifested itself in the denial of promises and guarantees contained within the context of the Babu Consent Decree." end of quote

Declaration cont... ............... NC

## B. cont...

This conversation with Sergeant Williams took place immediately after an unusual Show of Force and Intimidation which was orchestrated by Deputy Krol Badge # 2582. I described in great detail this incident in my previous declaration that I have submitted to this Court.

Since that incident which took place on March 4th, 2023 Deputy Krol, and his Fellow Deputies Clinton and Bixby have focused their retaliatory energies on me — and David Misch PFN# AMY732.

Deputy Krol's behavior has manifested itself in the Discriminatory & Bias application of Alameda County County Sheriff Office Policies and Procedures.

*There seems to be one rule or set of rules for Misch and I and another set of rules for other inmates who are 'Similarly Situated' to Mr. Misch and myself. Allow me to explain and show my Evidence!

-6-

Declaration cont...

## B. cont...

On March 9th, 2023 Deputy Krol did conduct a <u>cell search</u> on Housing Unit 1 E-pod (Cell # 6). I was previously housed in Cell #4 and Mr. Misch was housed in Cell #5 on E-pod - Housing Unit <u>1</u>.

The time span of Deputy Krol's search of Cell #6 was between 11:15a.m - 11:25a.m. His Body Worn Camera was activated and the jail has State of the Art- Panasonic Network Surveilance Cameras mounted in numerous Strategic locations.

It is common Knowledge among Deputies that <u>ALL</u> prisoners housed in Restrictive Housing and Administrative Separation retain more than 6 books and magazines inside their cells. Cell #6 is no different than the rest of us, he has over 60 Books and magazines in his cell. But I'd like the Court to pay very close Attention <u>NOW</u> - Please.

-7.-

Declaration cont...

## B. cont. ~

AFter Deputy Krol Finished his search oF Cell # 6 on E-pod, Housing Unit 1, he exited the Cell with 2 (Two) extra blankets/sheets that he conFiscated. Remember the Date was March 9th, 2023 Time: 11:15a.m - 11:25a.m. Deputy Krol's Body Worn Camera Serial number is: # X60A5147F.

Deputy Krol Did Not write Cell # 6 a Disciplinary Report For. Extra bedding or . Extra books (No More than 6 books and magazines)

* Now allow me to Fast Forward to Thursday, March 16th, 2023 - E-pod Housing Unit 1 at approximately 11:15a.m. Once again Deputy Krol Badge # 2608, conducted a cell search but this time he searched my cell # 4 and Misch's cell # 5. During the search Misch and I were outside on the Rec Yard.

Declaration cont...

## B. cont...

When Misch and I returned from outside Recreation on March 16th, 2023 we did discover that Deputy Krol had written both of us a Disciplinary Report For having 1.) Extra bedding and 2.) More than 6 books or magazines!!

*Specifically in my case Deputy Krol said he saw 3 brown towels and he found more than 6 books/magazines.

Please see Exhibit B-2 which is Disciplinary Report # 23001081.

The question presents itself- IF Cell #6 is housed on the same pod as mr. Misch and myself and by all intents and purposes is 'Similarly Situated' then→ Why is Deputy Krol "Cherry Picking" or choosing which inmates he will hold to the Strict letter of the law and others like Cell #6 he gives a 'pass' to?

Declaration---cont.                    5:18-cv-07677-NC

B. cont. ---

I state clearly to this Honorable Court
that the only discernible diFFerence between
myselF, Mr. Misch and Cell#6 on E-pod
Housing Unit 1 Is this!*
*Mr. Misch and I passionately engage
in "Protected Conduct" ie. File grievances,
submit Declarations to the Court and
we interact with our respective lawyers
consistently regarding Violations oF the
Babu Consent Decree at the Santa Rita
Jail.*
This is the only diFFerence!
What is even more compelling is the
FACT that Fredachi Stone PFN#BBH295
the occupant oF Cell#6 on E-pod who
was given a "pass" by Deputy Krol,
did in Fact contact para-legal Megan
Rich oF Rosen, Bien, Galvan & GrunFeld
LLP on March 16th, 2023!!

-10-

Declaration cont.. 5:18-cv-07677 NC

## B. cont..

Fredachi Stone PFN# BBH295 told me
directly that he informed Megan Rich
of Rosen, Bien, Galvan & Grunfeld LLP
that Deputy Krol, Deputy Bixby were
co-ordinating Acts of Harassment and
Retaliation against myself and David
Misch.

The Court should know and Under-
stand that these acts of Retaliation
against Class Members housed at
Santa Rita Jail are pervasive and
persistent. Especially among those
prisoners who engage in Protected
Conduct. *I have previously pleaded
with this Honorable Court to take
Action Against the Defendants in order
to Cease this Reactionary Campaign
of Harassment and Retaliation.
Thus Far, this Court has ignored my
pleas For Intervention.

-11-

## B. cont. -

On March 17th, 2023 Deputy Krol Badge #2582 did write <u>another</u> Disciplinary Report against me for "Excessive Noise, and Yelling".

See <u>Exhibit B-3</u> Disciplinary Report #23001090. Deputy Krol Stated that:

"Washington yelled he wanted to speak with AFBH twice. This is Washington's second disciplinary incident in the past two days" <u>end of quote</u>

So this is an example of what happens to prisoners like myself who are on the Adult Forensic Behavioral Health Psychiatric Case Load when we do experience a Mental Health Crisis and plead for Help! Deputies like Krol utilize the disciplinary process in order to punish us and dissuade us from Asking for Help!

-12-

Declaration cont...                    5:18-cv-07677-NC

## B. cont...

IF I did not submit this declaration
to the Court the Public at Large would
have No Idea how the Alameda County
Sheriffs Office seeks to Abuse, mis-
treat and exploit those who suffer
From Mental Illness.

I have been diagnosed with Chronic
Depression and Post Traumatic Stress
Disorder (PTSD). On May 24th, 2022
last year I attempted Suicide.
The First year after an attempt is
always the most Fragile but this
FACT seems to be lost on Deputy
Krol. * Although he heard me yell out
that I wanted to speak to AFBH
he Did NOT Contact AFBH!
Deputy Clinton Badse #2608 did in
Fact contact AFBH For me. *

-13-

Declaration cont...                    5:18-cv-07677-NC

### B. cont. ...

This incident took place on March 17th, 2023 between 8:30a.m - 9:25 a.m on Housing Unit 1, E-pod at the Santa Rita Jail.

 AFBH Staff member Alissa did arrive to provide Therapy, Counseling and Care at 9:25a.m. March 17th, 2023 For that I'm thankful.

It is relevant that I submit to the Court Exhibit B-4 which is a grievance I Filed #236336772 regarding the problem with Continuity of Care at the Santa Rita Jail. I humbly request that this Honorable Court review this Grievance.

 Lastly, I share a quote from Class Counsel lawyer Kara J. Janssen of Rosen, Bien, Galvan and GrunFeld LLP.

-14-

Declaration                    5:18-cv-07677-NC

## B. cont...

This quote which is an excerpt from an
earlier filing by Attorney Janssen in the
Babu Case does illuminate the serious
problems with relying on Police and
Law Enforcement to provide Care for
the Mentally Ill and/or disabled.

Attorney Janssen said:

" Defendants (ACSO) continue to discriminate
against individuals with psychiatric
disabilities by denying them equal access
to programs, services and/or activities
including the rights and safety of
persons with disabilities in the use
of force situations and in the jails
disciplinary processes, in Violation of
the American with Disabilities Act (ADA),
Section 504 of the Rehabilitation Act
and California Government Code Section
11135." end of quote

At the time, Defendants in this Case
Denied Attorney Janssen's allegations.

-15-

## B. cont...

It is extremely important for this
Court and the Public at large to know
that these acts of Retaliation <u>are not</u>
isolated incidents.

These are part of an un-official policy
and pattern of practice embraced, con-
doned and sanctioned from/by every
member of the Santa Rita Jail Admini-
stration and Hierarchy.

From Sergeant Dagneau of <u>Classification</u>,
Sergeant Carausn of the Grievance Unit
and even Supervisors such as Sergeant
Martinez Badge #2050 who actually did
review and sign off on Deputy Krol's
Disciplinary Reports knowing good
and well of Krol's Foul intentions.
*But remember it is Sheriff Yesenia
Sanchez who instituted these Flawed
policies and <u>culture</u> inside this Jail.

Declaration cmt.                    5:18-cv-07677-NC

## C.

## PRAYER FOR RELIEF

WHEREFORE Class Member Keith H. Washington PRAYS this Honorable Court ORDER the Following:

1.) A Public Evidentiary Hearing where Class Members such as myself and Mr. Misch Can testify in regard to the on-going acts of Retaliation and Harassment we have been Subjected to by employees of the Alameda County Sheriff's Office during this First Year of Implementation of the Babu Consent Decree and Settlement.

2.) Order Immediate Sanctions against Defense Counsel and their Defendants for what is clearly a blatant disregard for this Consent Decree and the Violation of my U.S. Constitutional Rights.

-17-

Declaration cont... Silva et al C-U D-U 917 - NC

## C.
### PRAYER FOR RELIEF cont...

3.) ORDER Federal Monitors from the U.S. Department of Justice - Civil Rights Division be assigned to both male and Female Units at Santa Rita Jail that house <u>all</u> prisoners Classified For Restrictive Housing and Administrative Separation Status. With a Special Focus on those prisoners diagnosed with Mental Illness and in the Care of personell attached to Adult Forensic Behavioral Health of Alameda County.

Class Member Washington Prays that the Court hears his plea.

I declare under penalty of perjury that the Foregoing is true and correct, executed on March 19th, 2023 at the Santa Rita Jail - Dublin, California.

x Keith H. Washington
Keith H. Washington
PFN# UME239

-18-

# ALAMEDA COUNTY SHERIFF'S OFFICE
## DISCIPLINARY REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 03/16/2023 | Name: Washington, Keith | | | PFN: UME239 | Report No: 23001081 | |
| DOB: 07/19/1968 | Housing Location: H/U 1 E pod cell 4 | | Race: B | | Page: 1 of 1 | |

Date/Time of Occurrence: 03/16/2023 / 1115 hrs.    Location of Occurrence: H/U E pod cell 4

Sentence Status: Un-sentenced ■   Sentenced ☐      Gross Date: _____   Release Date: _____
Criminal charges pending from incident? No ■   Yes ☐   Report No: _____   Co-defendant (PFN): _____

| Violation: | 221 | Extra bedding | | 340 | No more than 6 books/magazines |
|---|---|---|---|---|---|
| | No. | Offense | | No. | Offense |
| Violation: | | | | | |
| | No. | Offense | | No. | Offense |

On Thursday, March 16, 2023, I was assigned to Housing Unit (HU) 1. I searched inmate Washington's cell E-4. I found more than 6 books/magazines. I saw three brown towels in his cell. I confiscated the contraband.

The search was documented on my body-worn camera; Serial Number: X60A5147F.

Inmate Washington violated Inmate Rules and Regulations 221 and 340 which are a Category II and III violations.

221. Extra bedding
340. No more than 6 books/magazines

| | | | | |
|---|---|---|---|---|
| Reporting Deputy: | C. Krol #2582   al #2582 | Date: 03/16/2023 | Time: 1115 |
| Reviewed by Sergeant: | Sgt. L. Martinez # 2050  @ | Date: 3-16-23 | Time: 1205 hrs. |
| Interviewed by Deputy: | | Date: | Time: |
| Recommendation: | | Hearing Requested: No ☐ | Yes ☐ |
| Interview Reviewed by Sergeant: | | Date: | |
| Hearing Conducted by Deputy: | | Date: | |

FINDING:   Affirmed ☐   Denied ☐   Recommendation: _____

Watch Commander: _____   Recommendation: _____

### Office Use

Disposition: _____
Commanding Officer: _____   Date: _____
DISCIPLINARY SEPARATION:   Date In: _____   Date Out: _____
Violation Codes: _____   Location: _____

Policy & Procedure 16.01
Attachment 1 PD96 (Rev 12/20)      Records Office / Inmate Notified:      Date:

Sgt. L Martinez # 2050

## ALAMEDA COUNTY SHERIFF'S OFFICE
## DISCIPLINARY REPORT

| Date: 03/17/2023 | Name: Washington, Keith | | PFN: UME239 | Report No: 23001090 |
|---|---|---|---|---|

| DOB: 07/19/1968 | Housing Location: H/U 1 E pod cell 4 | Race: B | Page: 1 of 1 |
|---|---|---|---|

| Date/Time of Occurrence: 03/17/2023  1 0630 hrs. | Location of Occurrence: H/U E pod cell 4 |
|---|---|

Sentence Status:   Un-sentenced ■   Sentenced ☐      Gross Date: _____   Release Date: _____
Criminal charges pending from incident? No ■  Yes ☐   Report No: _____   Co-defendant (PFN): _____

| Violation: 217 | Excessive noise, yelling is prohibited | | | |
|---|---|---|---|---|
| | No. | Offense | No. | Offense |
| Violation: | | | | |
| | No. | Offense | No. | Offense |

On Friday, March 17, 2023, I was assigned to Housing Unit (HU) 1. I heard inmate Washington yell from the day room of E-pod. Washington yelled he wanted to speak with AFBH twice. This is Washington's second disciplinary incident in the past two days. Several HU-1 deputies witnessed the violation.

Inmate Washington violated Inmate Rules and Regulations 217which is a Category II violation.

217. Excessive noise and yelling is prohibited.

| Reporting Deputy: | C. Krol #2582  UC# 2582 | Date: 03/17/2023 | Time: 08:30 |
|---|---|---|---|
| Reviewed by Sergeant: | Sgt. L. Martinez # 2050 @ | Date: 3-17-23 | Time: 1054 |
| Interviewed by Deputy: | _____ | Date: _____ | Time: _____ |
| Recommendation: | _____ | Hearing Requested: No ☐  Yes ☐ | |
| Interview Reviewed by Sergeant: | _____ | Date: _____ | |
| Hearing Conducted by Deputy: | _____ | Date: _____ | |

FINDING:   Affirmed ☐    Denied ☐    Recommendation: _____
Watch Commander: _____   Recommendation: _____

### Office Use

Disposition: _____
Commanding Officer: _____   Date: _____
DISCIPLINARY SEPARATION:   Date In: _____   Date Out: _____
Violation Codes: _____   Location: _____

Policy & Procedure 16.01
Attachment 1 PD96 (Rev 12/20)        Records Office / Inmate Notified:        Date:

Sgt. L. Martinez # 2C50

Exhibit B

Inmate Copy
1E4

**Grievance #236336772**

| Profile Photo: | Inmate Info |
|---|---|
| Profile Photo | **Name:** KEITH WASHINGTON (1968-07-19) |
| | **Booking #:** UME239 |
| | **Submitted Date:** 03/11/23 19:57 |
| | **Submitted from Location/Room:** S01E04/1 East |
| | **Current Location/Room:** S01E04/1 East |
| **Audit Photo:** | **Facility:** Santa Rita Jail Alameda, CA |
| Audit Photo | |
| | **Form Info** |
| | **Category:** Others |
| | **Form:** Inmate Grievance - Single Level |
| | **Grievance Info** |
| | **Status:** CLOSED by Sgt. J Larosa |
| | **Facility Deadline:** 03/26/23 23:59 |
| | **Grievance Level:** 1 |
| | **Inmate can reply:** No |

**Details:**

Shedding Light on huge problem regarding Continuity of Care and lack of Privacy during AFBH THERAPY SESSIONS.

**Details:**

**Date Grievance Occurred:**
*Include month, day, and year.*
March 11, 2023

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
I am directing this grievance toward AFBH ASSISTANT DIRECTOR SVETLANA LARASOVA and ALL AFBH STAFF WHO PROVIDE TREATMENT SERVICES AT THE SANTA RITA JAIL. I have noticed that my AFBH counselors and therapists are changed almost as frequently as I change my socks. This has become frustrating and not only does it damage the trust one is trying to build with AFBH AND THEIR CLIENTS but it also interferes with the quality of PSYCHIATRIC THERAPY. I do not trust many people at this jail as it is, especially after learning it was ACSO DEPUTIES THAT MADE COPIES AND DISSEMINATED A VERY HARMFUL LETTER THROUGHOUT THE JAIL ABOUT ME. Furthermore, to swap out Psychology Staff so frequently ruins the AFBH staff members ability to develop a rapport and trust with Clients. The flawed AFBH ROTATION POLICY DOES NOT TAKE INTO CONSIDERATION THE DELICATE NATURE OF THESE THERAPEUTIC RELATIONSHIPS. This in of itself nullifies the effectiveness of the implementation of the Babu Consent Decree. On another note, I've noticed Deputies not respecting our Confidential AFBH INTERVIEWS. Either by standing too close or actually using sensitive information gleaned from EAVESDROPPING Deputies are sabotaging the entire Therapeutic Dimension of these meetings. BUILDING AND UTILIZATION OF PRIVACY BOOTHS FOR AFBH COUNSELING SESSIONS MUST BECOME AN EXPEDITED PRIORITY. I request a premium be placed on the confidential nature of my AFBH sessions. PLEASE SEND HARD COPY OF THIS GRIEVANCE ASAP. THANK YOU.

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
Spoke to AFBH STAFF MEMBER (Alyssa)

**Is this ADA related:**
Yes

**Is this PREA related?:**
No

**By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:**
No

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/13/23 09:29 | Sgt. J Larosa | Staff Response | Individual AFBH therapists/counselors are not assigned at Santa Rita Jail. Your E-grievance has been forwarded to the Assistant Director for review. A printed copy will be sent you you |
| 03/13/23 09:29 | Sgt. J Larosa | Changed Status | From 'Open' to 'Closed' |
| 03/11/23 19:57 | KEITH WASHINGTON | Submitted New | Shedding Light on huge problem regarding Continuity of Care and lack of Privacy during AFBH THERAPY SESSIONS. |