Keith R. Washington
PFN# UME239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

Confidential
Legal
Mail

U.S. Dis
Attn: Cle
280 So
Room 2
San Jo



OAKLAND CA 946
THU 23 MAR 2023 PM

RECEIVED

MAR 28 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

trict Court House
k of the Court
th 1st Street
12
se, CA 95113

S. LOPEZ #2623

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA  94568