To: Clerk of Court

3-21-2023

From: Keith H. Washington PFN#UME239
Santa Rita Jail Broder Blvd.
Dublin, CA 94568

FILED

MAR 28 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Dear Clerk, please File this under

the Babu Case:

#5:18-cv-07677-NC

Included are Exhibits B-2, B-3, B-4

and B-5 thru B-10.   Thank you!

"Malik"