Keith H. Washington
PFN# UME239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

Confidential
Legal
Mail

U.S. Dis
Attn: Cle
280 So
Room 2
San Jo



OAKLAND CA 946
THU 23 MAR 2023 PM

RECEIVED

MAR 28 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

trict Court House
rk of the Court
th 1st Street
12
se, CA 95113

S. LOPEZ #2623

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568