Your name: R. Robertson - APM873
Address: 5325 Broder Blvd.
Dublin, CA 94568-3309
Phone Number: (775)-335-7773 (mess.)
Classmember, Pro Per

**FILED**

APR 06 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ASHOK BABU, et. al.,

Plaintiff(s),

vs.

GREGORY AHERN, et. al.,

Defendant(s).

Case Number: 5:18-CV-07677-NC

DECLARATION OF CLASSMEMBER, R. ROBERTSON IN SUPPORT OF APPEAL OF THE CONSENT DECREE, DKT. #266-1

Friday, April 14th, 2023

I, Reginald Robertson declare as follows:

1. I am a member of the class of inmates confined to Santa Rita jail and belong to the subclass of inmates with mental-health impairments.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

DECLARATION OF "CLASSMEMBER, R. ROBERTSON" IN SUPPORT OF
APPEAL OF THE CONSENT DECREE, DKT. #266-1"
CASE NO. 18-CV-07677 NC ; PAGE 1 OF 3

3. I make this declaration as evidence of Defendants' continued pattern of-routinely-violating the rights of inmates with mental-health impairments.

4. In violation of the Americans' With Disabilities Act and the Consent Decree in place for this action, Defendants' are denying equal access to Programs and Work Assignments.

5. Santa Rita Jail provides educational programs for more than twenty-five subjects, to include: "... Employability, Computer Technology, Barbering, Cosmotology, Food Service..." (Excerts of Records, #3068, pg at 86).

6. However, at our location - Housing Unit #23, Santa Rita jail - the inmates receive access to just two classes; High School Diploma or Parenting... no others (see: "Programs (23)", as attached, "Exhibit, "A."). Additionally, the sub-classmembers at our location are denyied access to Inmate Worker Assignments (see; ACSO-Inmate Grievance Response #23-0529, as attached, "Exhibit, "B.").

7. More than fourteen-months has elapsed since implementation of the Consent Decree, yet class/sub-classmembers federal rights are being denied by supervising and line deputies of ACSO.

8. As evidenced by Exhibit B, filing an inmate grievance-and appeals of same-made no difference. Indicative of the fact the Consent Decree is generally ignored, by Defendants' employees.

9. It's not any one policy which will motivate jail staff to discontinue these bad acts. In my experience, it's the culture that needs to be addressed.

10. The Consent Decree provides no incentive for the negative culture to change, therefore I support vacating... (continued, page 3)

DECLARATION OF "CLASSMEMBER, R. ROBERTSON         IN SUPPORT OF
APPEAL OF THE CONSENT DECREE, DKT. #266-1"
                                        CASE NO. 18-CV-07677 NC    ; PAGE 2 OF 3

... this document. Based on it's inability to effect substantial change.

In accordance with the laws for the United States and laws for the State of California, I declare that to the best of my knowledge and under penalty of perjury - the foregoing is true and correct. Executed this 3rd day of April, 2023 at Dublin, CA.

Respectfully Submitted,

R. Robertson - in pro per    cc: Counsel for Plaintiffs,
R. Robertson - APM873    Counsel for Defendants -
5325 Broder Blvd.    Civil L.R., Rule 5-1(h)
Dublin, CA 94568

Attachments: As stated above,
(X) Pre-paid envelopes for pro-pers
(2)

Date: _____ Sign Name: _____
Print Name: _____

TITLE OF DOCUMENT: "DECLARATION OF CLASSMEMBER, R. ROBERTSON, IN SUPPORT OF APPEAL"
CASE NO.: 18-CV-07677 NC
PAGE NO. 3 OF 3

Exhibit "A."



# PROGRAMS (23)

Santa Rita Jail offers the following programs to enrich your life and further your education.  Please take a moment to fill out this form neatly and completely, and return it to Inmate Services.

**PLEASE PRINT CLEARLY**

Last Name: _____        First Name: _____

PFN: _____     Housing Unit: _____     Date: _____

ARE YOU A COUNTY OR LOCAL STATE INMATE_____
ARE YOU? **FEDERAL** / **COUNTY** INMATE (CIRCLE ONE)
ARE YOU A VETERAN? **YES / NO**
ARE YOU SENTENCED LONGER THAN A YEAR?  **YES / NO**
ARE YOU COVERED UNDER THE AMERICAN DISABILITY ACT?  **YES / NO**
ARE YOU SENTENCED IN ANOTHER COUNTY? **YES / NO**
DO YOU HAVE A HIGH SCHOOL DIPLOMA? **YES / NO**
************************************************************************

Make your selection of the classes you would be interested in taking by putting a "1" on line to the left of the class that is your top choice, "2" for your second choice continuing for as many subjects that interest you.  See other side for a description of each program. Class times and days of week are subject to change.

_____ **HIGH SCHOOL DIPLOMA/IND.STUDY**
**A.S.E./HiSET/GED/ESL**
ONLY FOR THOSE **WITHOUT** A DIPLOMA

_____ **Parenting**

---

____ DENIED DUE TO:

____ Disciplinary        ____ No Time        ____ Classification        ____ KSF in Class

____ Poor Work History/Refused Program Prior        _____ 3056 P.C. Only

---

You will be assessed once this form has been reviewed.  If you are accepted into a class, you will be expected to attend each class, respect the staff and fully participate in order to receive credit.  Do something for YOU!

**FORMS THAT CAN'T BE READ WILL BE DISCARDED!**

*PROGRAM DESCRIPTIONS*

**High School Diploma/High School Equivalency & Independent Study Programs**

This academic focused program is designed to help improve students reading and basic math skills to better prepare them for employment opportunities. Students receive support and instruction needed to increase their academic skills to improve their ability to pass the GED exam and move toward earning an actual high school diploma. **This programs is open only to those who have not yet earned their diploma.**

**Parenting Inside Out**

This program will provide you with an evidence-based, cognitive-behavioral parent management skills training program specifically created for incarcerated parents. It will provide you with an opportunity to learn about how to promote healthy child adjustment, prevent child problem behavior, and interrupt the cycle of intergenerational criminality

**You can earn CERTIFICATES in all classes!**

Exhibit "B."



# ALAMEDA COUNTY SHERIFF'S OFFICE

YESENIA SANCHEZ
SHERIFF-CORONER

## INMATE GRIEVANCE RESPONSE

Inmate Copy

| INMATE NAME: | ROBERTSON, REGINALD | PFN: | APM873 |
| --- | --- | --- | --- |
| LOCATION: | 23 B 7 | TRACKING#: | 23-0529 |
| DISPOSITION: | RESOLVED☐  DENIED☒  LOST☐  WITHDRAWN☐  AFFIRMED☐ | | |

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance received on **February 16, 2023**. In your grievance, you made the following claim:

- You have been denied equal access to programs as an inmate with mental health impairment and you have been denied the right to appeal E-grievance responses.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

Your complaints were previously addressed in E-grievance responses #231018542 and #23134772.

Inmates Services was contacted, and you were advised to submit a Message Request expressing your interest in the computer class to be placed on a pending availability list. Inmate worker positions (pod worker) for a housing unit is a privilege, not a right. There is no requirement that pod workers represent each race or each classification group in the unit. Housing Unit 23 has only four worker positions and inmates from different races have been hired in the past. Outdoor recreation in the "big yard" is limited to minimum security inmates; all other classifications recreate in the housing unit quasi-yards.

On 021523 you submitted E-grievance #231510392 stating the E-grievance responses had denied you the right to the appeal process. You may now appeal this written response.

Your grievance is **DENIED**.

| Investigating Deputy: | J. LaRosa, Sergeant | Date: | 021623 |
| --- | --- | --- | --- |
| Investigating Supervisor: | M. Carausu, Sergeant | Date: | 021623 |
| Inmate's Signature: | | Date: | FEB 22 2023 |
| Do you wish to appeal this ruling? | Yes  R.R.   No ____   Refused to Answer ____ | | |
| Reason for appeal: | According to the Consent Decree and ADA inmates with mental-health impairments have a right to equal access to SRJ programs on par with inmates with no impairments | | |
| Appeal Officer: | Lt. L. Dairy   Recommendation: DENIED | Date: | 03/2/23 |
| Reason for affirmation or denial: (If different from above) | | | |
| Commanding Officer: | Lt. T. Modeste #1893   Recommendation: DENIED | Date: | 03/17/23 |

ML52 (Rev.02/2023)