R. Robertson - APM8473
5325 Broder Blvd.
Dublin, CA
                94568-3309

Confidential
- LEGAL MAIL -

**RECEIVED**

**APR 0 6 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clerk's Office
- U.S. Northern District Ct. -
280 South 1st St.
San Jose, California
95113

LEGAL MAIL

D. HOSKINS #20057

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN,   CA   94568

Confidential