4-30-2023

To: Clerk of Court
U.S. District Courthouse

From: Keith H. Washington (Malik)
PFN# UME239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

FILED
MAY 04 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Declaration & Exhibits
Case# 5:18-CV-07677-NC
Babu vs. ACSO et al...
et al...

Dear Clerk, please file the enclosed Declaration with attached Exhibits under the Babu Case ASAP. Thank you!

Respectfully

*Keith H. Washington*

Keith H. Washington
PFN# UME239
Santa Rita Jail

(1.)