IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK BABU et al., Plaintiffs | Civil Action 5:18-cv-07677-NC |
| v. | Re: Another Mysterious Death at Santa Rita Jail (Housing Unit 1)* |
| Alameda County Sheriff's Office et al. Defendants | |
| *Attached Exhibits* Exhibits M-1 thru M-6 included here-in | Declaration of Keith H. Washington AKA 'Malik' PFN# UME239 |

I Keith H. Washington aka 'Malik' here-by declare that I am currently housed at the Santa Rita Jail which is located in Dublin, California. I have been housed here since March 21st, 2022. Specifically, during my entire time here, I have been housed within the Restrictive Housing Unit (RHU).

-1.-

Declaration cont...    5:18-cv-07677-NC

## A.
## BACKGROUND

I have thoroughly studied the Babu lawsuit, I am a very active Class Member who stays in regular contact with Class Counsel. I <u>warned</u> this Honorable Court, Class Counsel, Objectors Counsel, Local Activists, the D.O.J. - Civil Rights Division, and Alameda County Senior Deputy ADA Kwixuan Maloof about the unsanitary & unconstitutional conditions of confinement that exist on <u>Housing Unit 1</u> of the Restricted Housing Unit (RHU) at the Santa Rita Jail.

\* I HAVE PLEADED WITH THIS COURT TO ORDER THE PLACEMENT OF <u>FEDERAL MONITORS</u> AT THIS JAIL TO NO AVAIL. \*

-2-

## A.
## BACKGROUND cont.

I present to the Court for review Exhibits M-1 and M-2.

Exhibit M-1 describes the foul state of the rug on Housing Unit 1, C-Pod (Grievance #231498792).

Please be advised that "1 Building" and "Housing Unit 1" are one and the same.

Exhibit M-2 describes the failure of Jail Staff to offer my Pod Partner and I an opportunity to ① SHOWER, ② Have Pod Time or ③ Clean our Cells in over 72 Hours! (Grievance #232933182). (Housing Unit 1)

These two grievances provide a glimpse into the systemic problems which contribute to deteriorating Mental Health of inmates and Sometimes Death at This Jail.

-3-

## A.
### BACKGROUND cont....

Furthermore, I present to the Court Exhibit M-3. I strongly encourage the Court and all interested parties to carefully review the contents of this Exhibit.

Exhibit M-3 is a Confidential Legal Correspondence sent to me by the law firm Rosen, Bien, Galvan & Grunfeld LLP.

I direct the Courts attention to the 2nd paragraph of page 1 of Exhibit M-3 where it states that: "In your letter, you report that you have been struggling with your mental health due to poor conditions at the jail." Be advised Your Honor, I was housed on Housing Unit 1 at the time.

-4,-

## A.
## BACKGROUND cont...

Once again I direct the Court's attention to Exhibit M-3- page 2 the 5th Paragraph states in part; "You also wrote to us regarding the recent deaths at the jail, and you report that many of these deaths are results of inadequate medical attention and mental health care in the intake unit." end of quote

Since my arrival here on March 21, 2022 there have been <u>8 DEATHS</u> at this Jail.

WELL-PATH is the For Profit Medical Provider @ Santa Rita Jail and thus far we have seen absolutely no accountability - especially when Deliberate Indifference, Medical Neglect and lack of compassion are clear factors contributing to inmate Deaths at this Jail.

-5-

## B.
## FACTS

(Most Recent DEATH @ SRJ)

On April 27th, 2023 on Housing Unit 1 of the Restricted Housing Unit a 26 year old Hispanic Male was observed vomiting and consuming copious amounts of water. This was at approximately 10:30 a.m. Deputies transported the ailing man to the Medical Outpatient Housing Unit also known as OPHU. (on site @ SRJ) At approximately 4:05 p.m on the same day the hispanic male was found unresponsive in his OPHU cell and later pronounced DEAD.

KRON 4 TV <u>erroneously</u> reported that the prisoner died from "Guzzling Water"!

-6-

Declaration cont... 5:18-cv-07677-NC

B.
## FACTS cont...

As we await the official cause of Death, there are some things that this Court and the Public at large need to know.

#1.) During the time of this man's Death and his subsequent sickness the Jail had an Out-break of Food Poisoning (Novo-Virus).

Vomiting, Diarrhea, headache, chills, and Severe Dehydration are the Symptoms of this Gastrointestinal Virus.

\* It is noteworthy to mention that Santa Rita Jail had a bad outbreak of Novo-Virus in May of 2019\*

-7-

Declaration continues 5:18-cv-07677-NC

2.) Vomiting is also associated with the use of Opiates such as Heroin & Fentanyl.

I mention this NOT to TARNISH the reputation of the Deceased but to raise the Public's and the Courts Attention of the presence of Illicit Drugs such as Fentanyl at This Jail. Be Aware!!!

The Number One question this Honorable Court should be asking is 'WHY DID NOT THE WELLPATH MEDICAL SUPERVISOR HAVE THIS HUMAN BEING TRANSPORTED TO STANFORD HEALTH CENTER IN PLEASANTON?? Only 5 minutes Away?? WELLPATH continues to Dodge Liability.

-8-

Declaration Cont... 5:18-CV-07677-NC

## B.
## FACTS cont.....

This Court needs to know that the Sheriff Deputies who work on <u>Housing Unit 1</u> (Restricted Housing Unit) have embraced a Culture of Apathy, Aloofness, Lack of Compassion and Malicious Intent toward the prisoners in their care.

These Deputies have Names and I have asked Santa Rita Jail to investigate them — to no Avail.

Sergeant Martinez Badge #2050
Deputy Clinton Badge #2608
Deputy Krol Badge #2582
Deputy Bixby Badge #1811

\* I would not be surprised if these men were working when this human being fell sick! INVESTIGATE!

-9-

## C.

### Too Many Deaths @ Santa Rita Jail

Because of the Stipulated Protection Order (Document 30) which this Court approved the public and this Community has no way or means to analyze/observe the Conditions inside this Jail. There is no Transparency nor is there any Accountability. We continue to see our sisters and brothers carted out in Body Bags and This Court continues to ignore our pleas For Evidentiary hearings and Federal Monitors. It's obvious our Lives Mean Absolutely Nothing.

-10-

Declaration cntn... 5:18-cv-07677-NC

C. cont...

## Too Many Deaths @ Santa Rita Jail

On April 1st, 2023 approximately 150 Community Members assembled outside of Santa Rita Jail in order to hold a peaceful Vigil and noise protest for the spike in deaths and loss of life at this Jail.

Exhibit M-4 is the Flyer from the Community Event.

This Court needs to understand that the Babu settlement is not protecting our lives.

This Court said it would ensure that the Conditions inside this Jail would be Constitutional.

It may be time to recalibrate the Court's Focus & Attention.

-11-

## C. cont..

### Too Many Deaths @ Santa Rita Jail

The decisions that this Court has made in the Babu settlement have had a serious impact on our entire community.

At the very least, I feel that the Court as well as Class Counsel and the U.S. Department of Justice take time to review Exhibit M-5. Exhibit M-5 is the Recommendations submitted by the Care First Community Coalition to the Care First Jails Last Task Force of Alameda County.

Although the Court has been given the authority to make judgements for or against our wishes- You are still a member of this community Judge Cousins and I hope you are hearing me.

-12-

C. cont...

## Too Many Deaths @ Santa Rita Jail

I would be remiss if I did not mention the Advocacy Letter crafted on my behalf by Class Counsel Kara J. Janssen and sent to Defendants Counsel.

Without attorney Janssen's advocacy and support I would still be subjected to an on-going Campaign of Harassment and Retaliation by employees of the Alameda County Sheriff's Office. <u>Exhibit M-6</u> is the Advocacy letter. I state for the record that there is a price to be paid when you speak Truth to Power! The Court must not ignore this Reality.

-13-

Declaration cont... 5:18-CV-07677-NC

## D.
## PRAYER FOR RELIEF

WHEREFORE Class Member Keith H. Washington PRAYS this Honorable Court ORDER the following:

1.) ORDER an Immediate Independent Investigation into the Deaths which continue to occur inside Santa Rita Jail.

2.) ORDER the U.S. Department of Justice to assign Federal Monitors <u>inside</u> Santa Rita Jail.

3.) ORDER a Public Evidentiary Hearing on all Deaths, Use of Forces and the implementation of the Babu Consent Decree at the Santa Rita Jail.

I declare under penalty of perjury that the foregoing is true and correct executed on April 30, 2023 at Dublin, California.

x /s/ Keith H. Washington
Keith H. Washington
PFN# UME239
Santa Rita Jail

-14-