Keith H. Washington
PFN# UME239
Santa Rita Jail
5325 Broder Blvd
Dublin, CA 94568

Confidential
LEGAL
MAIL



U.S. District Courthouse
Attn: Clerk of Court
280 South 1st street, Room 2112
San Jose, CA 95113



Confidential LEGAL MAIL