TO:
"MR. HONORABLE
Nathanel Cousin,"
the Court United States Courthouse
District Court Northern District of California
(# N.D. Cal. No. 5:18-CV-07677)
280 South 1st Street
San Jose, Ca. 95113

FILED
JUN 02 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
NC

MAY 27, 2023

This letter comes to You in concerns of the Case stated above of Alameda County Sheriff Office where I Am residing in the City of Dublin, herein the State of California. My Name is, André Darryl Weston, AQJ163 Housed in HU 23 West - Cell # 22, I've been here for 3yrs. under the care of "Mental Health (BHI) I've contacted the Law Firm Rosen, Bien, Galvan And Grunfeld - Box 390 San Fran, Ca. 94104 - 0390 Number of Times concerning All my Matters and Issues at hand.

          I was Attacked Twice as an Elder at the age of 60yrs. old And I had undergo medical attention and The Alameda County Sheriff Dept. STU fails to Protect in "BHI Protective Custdocy! Also They have Denied Me the Mental Health Services Required by Your Court to Amend, I've Filed Numberous of Grievances And all of which have been Denied.

(1)

Compliants?

When I'm have an session with my Clinican the Deputies are too close and their Cameras are on Recording. (See grievance Tracking # 22-3885) ongoing issue, etc, etc. They're Tampering with my Food, (See: grievance Tracking # 23-1331) ongoing matter etc, etc, I'm not being able to see; anyone from Mental Health Dpt. ever since I was placed in HU-23 dated: 5-5-23 (see; grievance Tracking # 23-1528) I'm

being Denied the Policy And Procedures 18.12 of having Pripnaty to the Big Yard etc, OR other Programs which violates the ADA Act. etc, (see: grievance Tracking # 23-1275) etc. My Mail is being Tamper with Ortgoing And Incoming my Family, Lawyers (Legal Mail) Friends, Businesses, etc, etc. Are Not getting Their mail From, And my mail being sent to me is Returning NOT IN Custody, (See; grievance Tracking # 23-1543, etc. ongoing Issues for over 60 days now! Letters to the ACLU of Southern California as well no Respones? I pray that, this legal Document Reaches your Chambers?

(2)

I've complianted to The Law Firm handling (The Case # N.D. Cal. No. 5:18-CV-07677) -RBGG-LLP- And they Refused to Come visit Me MAY 9-11th, 2023 TOUR of the Santa Rita Jail? So into sum this up I'm asking for my issues to be addressed to the Courts for Further action upon the Law Firm "RBGG-LLP" And The Alameda Sheriff Dept/Santa Rita Co. Jail, etc, etc.

I, André D. Weston, AQJ163 Swear to the best of my knowledge that the forgoing is true to the best of my ability herein the State of California, Residing in the County of Alameda, And City of Dublin, Dated: MAY 27, in The Year of 2023.

Weston, A.D.

P.S.
Please contact me as needed.
Also my Attorney Eric Babcock, is Aware of my issues here as well. -Contact info: 510-452-8400 510-201-2084-(FX) erik@babcocklawoffice.com

③