

Weston, Andre #AGJ763
5325 Braden Blvd
Dublin, Cal.
94568

OAKLAND CA 945
31 MAY 2023 PM 7 L

"TO:" HONORABLE Nathaniel Cousin"
Clerk Of the Court United States
District Court Northern District of
California-N.D. Cal. No. 5:18-CV-07677
280 South 1st Street
San Jose, CA, 95113

"LEGAL MAIL"

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568