IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK BABU et al., Plaintiffs<br><br>v.<br><br>Alameda County Sheriffs Office et al., Defendants | Civil Action No.<br>5:18-cv-07677 NC<br><br>Declaration of Keith H. Washington AKA- Malik #UME239<br><br>Re: Progress and Covert Retaliation Tactics by ACSO |
| Attached are Exhibits N-1 & N-2 | |

I Keith H. Washington aka Malik here-by declare that I am currently housed at the Santa Rita Jail located in Dublin, California. I have been housed at this facility since March 21st, 2022. I am currently housed in Housing Unit 2 Pod B of the Restrictive Housing Unit. I am classified as a Administrative Seperation Inmate.

(1.)

## A.
## BACKGROUND

For the past year I have submitted declarations to this Honorable Court which detail my observations and experiences as they relate to the implementation of the Babu Consent Decree.

The majority of my declarations have focused on retaliation that I was subjected to for engaging in protected conduct or deaths at the jail that continue to happen.

With this declaration I shall cite some of the positive progress as the result of the implementation of the Babu Consent Decree.

I will also describe what appears to be a scheme of Covert Retaliation Tactics by the Alameda County Sheriff's Office.

(2.)

## B.
## PROGRESS

I arrived at Santa Rita Jail on March 21st, 2022. Previously I had been housed at the Clark County Detention Center which is located in Las Vegas, Nevada. I had been there for approximately 5 months before I arrived here in Dublin, California.

Upon my arrival I was diagnosed with having Chronic Depression and Post Traumatic Stress Disorder. I attempted suicide on May 24th, 2022 at the Santa Rita Jail. The Babu Consent Decree was in its early stages of implementation. At first security personell were relunctant to embrace change.

(3.)

Declaration cont... 5:18-cv-07677-NC

## B
## PROGRESS cont...

Being housed in a single cell environment for 23 hours a day can have a detrimental effect on any person's mental and physical health. *The increased Pod Time and Rec Yard Time I've been afforded on account of the Babu Consent Decree has contributed to my recovery and healing.*

The positive aspects of pod time and yard time have been promoted by my willingness to participate in a group with my Pod Partner David Misch. *Single (Rec Alone) inmates still struggle with Security personell to get their approved hours of Pod Time and Rec Time.

(4.)

B.
# PROGRESS

*Another positive sign of progress is the regular bi-weekly Psychological Therapeutic sessions I've had access to and participated in with an employee of the Alameda County Adult Forensic Behavioral Health Staff. (AFBH)

From the beginning of my stay here AFBH has been a very positive influence. They encouraged me to return to my Activism & Journalism while helping heal through some very challenging personal issues.

There are some serious issues regarding AFBH's existence here at Santa Rita Jail which I shall address now. These are my own Fact & Evidence based observations regarding AFBH and Babu Consent Decree.

(5.)

Declaration cont...

## B.
## PROGRESS cont...

1.) The Babu Consent Decree calls for a significant increase in AFBH staff to include Clinicians/Technicians. Thus far AFBH <u>HAS NOT</u> been able to reach their staffing numbers at Santa Rita Jail due to a lack of qualified applicants.

2.) Per the Babu Consent Decree Jail Administrators are supposed to try and create confidential & private settings for Psychological Therapy and Treatment sessions.

<u>note:</u> On my housing unit (Housing Unit 2) Alameda County Sheriff Office has failed to address the desperate need for Private/Confidential spaces or settings for AFBH personell to interact with Inmate Patients.

(6.)

Declaration cont...

## B.
## PROGRESS cont...

3.) It has been my experience and observation that Sheriff Deputies at the Santa Rita Jail <u>DO NOT</u> respect the advice, recommendations or expertise of AFBH Staff as it relates to their Inmate patients.

4.) Continuity of Care is a serious problem with AFBH. AFBH has a policy of switching clinicians and assigning them away from their clients. Trust and Respect are hard earned in this environment. I highly recommend AFBH try to allow their Clinicians more time to develop meaningful and effective Therapeutic relationships with the inmates on their caseload.

## C.
## Covert Retaliation Tactics

On May 4th, 2023 the U.S. District Clerk for the Northern District of California filed my Declaration which referenced: Another Mysterious Death at Santa Rita Jail (Housing Unit 1). In this Declaration I described the circumstances surrounding the in custody Death of Eric Magana a 26 year old hispanic male who died at Santa Rita Jail on April 27th, 2023.

On May 11th, 2023 I spoke to my Federal Public Defender Mrs. Gabriela Bischof who is assigned to the San Francisco Office of the Federal Public Defender. Attorney Bischof informed me that Jail Administrators at Santa Rita Jail had contacted the U.S. Marshals in-order to have me transferred!!

-8.-

Declaration cont... 5:18-cv-07677-NC

## C.
### Covert Retaliation Tactics

Mrs. Bischof admitted that the Jails request was unusual and they (Alameda County Sheriff Office) refused to provide any valid excuse or reason for their request.

Mrs. Bischof agreed with me that this appeared to be a form of Retaliation.

Retaliation aimed at my engagement in Protected Conduct ie... Filing Court Declarations, Speaking to Class Counsel and writing informative News articles about the conditions inside Santa Rita Jail. It is noteworthy to mention that on May 10th, 2023 I met Face to Face with Kara J. Janssen - Senior Class Counsel.

-9-

## C.
### Covert Retaliation Tactics
*cont...*

I made numerous requests to the Classification Department here at Santa Rita Jail regarding this request by the jail to have me moved - to no avail.

Lisa Fernandez a reporter with Fox 2 KTVU contacted the jail to inquire why the jail was plotting to have me transferred but she also received no response.

The Alameda County Sheriff Office has established a policy, custom and pattern of practice where-by the Security Staff, Classification Department and upper echelon administrators wage a "war" against those who shed light on Civil and Human Rights violations.

-10-

Declaration Cont... 5:18-cv-07677-NC

## C.
## Covert Retaliation Tactics
### Cont.

I'd like to direct the Court's attention to Exhibit N-1 and on the back Exhibit N-2.

This is the Grievance (N-1) and the Inmate Response (N-2) I did received from the Santa Rita Jail Grievance unit regarding a threat levied against me and my pod partner David Misch PFN# AM4732.

This Court as well as Class Counsel and Defendant's Counsel is well aware of Deputy Clinton's threat to have Misch and I moved to a "Shit Pod" should we continue filing Grievances. This is a clear violation of the U.S. Constitutions First Amendment.

-11-

## C.
## Covert Retaliation Tactics
Cont...

It is noteworthy that I inform the Court that on <u>May 25th, 2023</u> my para-legal friend & colleague Gale Sanders posted an article I wrote entitled: "How many more of us must die before D.O.J. intervenes at the Santa Rita Jail."

This Court can view the article/PDF by visiting the website:

<u>Destination-Freedom.org/SRJ-Freedom-Collective</u>

On May 26th, 2023 the very next day, the Alameda County District Attorney Office announced formal charges against Two Sheriff Deputies in regard to the Suicide Death of Vinetta Martin. Vinetta died at Santa Rita Jail on April 3rd, 2021. Vinetta's Life Mattered!!

Declaration cont... 5:18-cv-07677-NC

## C.
### Covert Retaliation Tactics cont...

The on-going behavior and actions of the Alameda County Sheriff's Office raises serious First Amendment concerns.

Santa Rita Jail administrators and their employees are weaponizing the criminal legal system in-order to intimidate, silence and punitively transfer their critics.

More specifically, the Alameda County Sheriff Office take issue with my participation in this Civil Legal Action (Babu Case).

This repression by Alameda County MUST NOT be ignored by Class Counsel it must be called out and addressed directly. This Honorable Court also must not remain silent in the face of such blatant unconstitutional conduct.

-13-

Declaration cont... 5:18-cv-07677-NC

D.
## PRAYER FOR RELIEF

WHEREFORE Class Member Keith H. Washington PRAYS that this Honorable Court ORDER the following:

1) ORDER an Immediate Independent Investigation into the nine (9) Deaths which have occurred at the Santa Rita Jail since the implementation of the Babu Consent Decree.

2.) ORDER the U.S. Department of Justice to assign Federal Monitors <u>inside</u> of Santa Rita Jail.

3.) ORDER a Public Evidentiary Hearing on <u>all</u> Deaths, Use of Forces, acts of Retaliatory Conduct as well as the implementation of the Babu Consent Decree at the Santa Rita Jail.

✱ I declare under penalty of perjury that the foregoing is true and correct executed on June 3rd, 2023 at Dublin, California.

x <u>Keith H. Washington</u>
Keith H. Washington PFN#UME239
Santa Rita Jail

-14-