# INMATE GRIEVANCE RESPONSE

Inmate Copy

GRIEVANCE TRACKING NUMBER: __23-0349__

INMATE: __WASHINGTON, KEITH__   PFN: __UME239__   HOUSING UNIT LOCATION: __2B7__ ~~1B5~~

GRIEVANCE IS   AFFIRMED: __X__   DENIED: ___   WITHDRAWN: ___   RESOLVED: ___   REFERRED: ___

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance received on **February 1, 2023**. In your grievance, you made the following claim:

- The deputy made a comment you perceived to be a retaliatory threat regarding moving you to another pod due to your grievances.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

The deputy confirmed in his response that he did make a similar comment to you. He added that he believed he had a good rapport with you and was just speaking too casually. He did not intend the comment to be taken as a threat and added he has maintained positive interactions with you since then.

Your grievance is **AFFIRMED.** A copy of this grievance was forwarded to the deputy's direct supervisor for review.

| | | |
|---|---|---|
| Investigating Deputy: | J. LaRosa, Sergeant | Date: 020123 |
| Investigating Supervisor: | M. Carausu, Sergeant | Date: 020123 |
| Inmate's Signature: | Keith | Date: FEB 14 2023 |
| Do you wish to appeal this ruling? Yes ___ No √ | Refused to Answer ___ | |
| Reason for appeal: | | |
| Appeal Officer: Lt. C. Joe # 1835 | Recommendation: AFFIRMED | Date: MAR 08 2023 |
| Reason for affirmation or denial: (If different from above) | | |
| Commanding Officer: Lt. T. Modeste #1893 | Recommendation: AFFIRMED | Date: 03/05/23 |

ML51 (Rev.02/2022)

Exhibit N-1

5:18-cv-07677-NC

2 B 7

Inmate Copy

## Grievance #228674582

| Profile Photo: | Inmate Info |
| --- | --- |
| Profile Photo | Name: KEITH WASHINGTON (1968-07-19) |
| | Booking #: UME239 |
| | Submitted Date: 01/31/23 18:24 |
| | Submitted from Location/Room: S01B05/1 West |
| | Current Location/Room: S02B07/2 West |
| | Facility: Santa Rita Jail Alameda, CA |
| Audit Photo: | |
| Audit Photo | Form Info |
| | Category: Others |
| | Form: Inmate Grievance - Single Level |
| | Grievance Info |
| | Status: CLOSED by Sgt. J Larosa |
| | Facility Deadline: 02/15/23 23:59 |
| | Grievance Level: 1 |
| | Inmate can reply: No |

**Details:**

Request hard copies of GRIEVANCE #227086122 and GRIEVANCE #226753582 as well as this grievance ASAP. THANK YOU.

**Details:**

Date Grievance Occurred:
*Include month, day, and year.*
January 21st, 2023 thru present.

Grievance Details:
*Be specific. (Names, dates, location, etc.)*
I am requesting Hard Copies of GRIEVANCE #227086122 and GRIEVANCE #226753582 as well as this grievance. I also want to take this time to report what I perceived as a veiled or open threat made by Deputy Clinton Badge # 2608 in regard or in direct relation to my recent GRIEVANCE activities. On Thursday, January 26th, 2023 between 11:49a.m and 11:55a.m at 1 Building (B-Pod) as Deputy Clinton was unlocking my cell door #5 and Inmate David Misch's cell door #4, Deputy Clinton made the following statement: Hey Washington, if you and Misch keep filing grievances over here you are going to end up being moved to a Shit Pod. I know you won't like that Washington, end of quote(review Body Warn Camera audio). It is relevant that I report that I have only filed grievances related to the INFAMOUS NATIONAL LAWYERS GUILD that has been circulated around the jail about me. What is troubling is that two days before this incident with Deputy Clinton, I had been interviewed by Attorney Kara J. Janssen who is one of the Senior Class Counsels with Rosen, Bien, Galvan and Grunfeld LLP who have been commissioned by the Federal Court to oversee the implementation of the BABU CONSENT DECREE. This appears to be a tactic employed in order to intimidate or discourage me from engaging in what the U.S. Supreme Court has deemed as PROTECTED CONDUCT Ie., Filing grievances or speaking to Class Counsel. I do not waste my time writing frivolous complaints. This is a VALID ISSUE THAT EXISTS.

Did you speak to a housing unit staff member?:
*Name of Staff Member*
I spoke with Rosen, Bien, Galvan and Grunfeld LLP about this issue. I am sure they will be in contact with Class Counsel.

Is this ADA related:
Yes

Is this PREA related?:
No

By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:
No

| DATE/TIME | USER | ACTION | DETAILS |
| --- | --- | --- | --- |
| 02/01/23 09:18 | Sgt. J Larosa | Staff Response | Your grievance has been assigned Tracking #23-0349 and is now under investigation. You will receive a response after a thorough investigation has been conducted. Additionally, a paper copy of this grievance submission will be delivered to you. |
| 02/01/23 09:18 | Sgt. J Larosa | Changed Status | From 'Open' to 'Closed' |
| 01/31/23 18:24 | KEITH WASHINGTON | Submitted New | Request hard copies of GRIEVANCE #227086122 and GRIEVANCE #226753582 as well as this grievance ASAP. THANK YOU. |

2 B 7

## Grievance #228674582

**Profile Photo:**
Profile Photo

**Inmate Info**

Name: KEITH WASHINGTON (1968-07-19)
Booking #: UME239
Submitted Date: 01/31/23 18:24
Submitted from Location/Room: S01B05/1 West
Current Location/Room: S02B07/2 West
Facility: Santa Rita Jail Alameda, CA

**Audit Photo:**
Audit Photo

**Form Info**

Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**

Status: CLOSED by Sgt. J Larosa
Facility Deadline: 02/15/23 23:59
Grievance Level: 1
Inmate can reply: No

**Details:**

Request hard copies of GRIEVANCE #227086122 and GRIEVANCE #226753582 as well as this grievance ASAP. THANK YOU.

**Details:**

**Date Grievance Occurred:**
*Include month, day, and year.*
January 21st, 2023 thru present.

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
I am requesting Hard Copies of GRIEVANCE #227086122 and GRIEVANCE #226753582 as well as this grievance. I also want to take this time to report what I perceived as a veiled or open threat made by Deputy Clinton Badge # 2608 in regard or in direct relation to my recent GRIEVANCE activities. On Thursday, January 26th, 2023 between 11:49a.m and 11:55a.m at 1 Building (B-Pod) as Deputy Clinton was unlocking my cell door #5 and Inmate David Misch's cell door #4, Deputy Clinton made the following statement: Hey Washington, if you and Misch keep filing grievances over here you are going to end up being moved to a Shit Pod. I know you won't like that Washington, end of quote(review Body Warn Camera audio). It is relevant that I report that I have only filed grievances related to the INFAMOUS NATIONAL LAWYERS GUILD that has been circulated around the jail about me. What is troubling is that two days before this incident with Deputy Clinton, I had been interviewed by Attorney Kara J. Janssen who is one of the Senior Class Counsels with Rosen, Bien, Galvan and Grunfeld LLP who have been commissioned by the Federal Court to oversee the implementation of the BABU CONSENT DECREE. This appears to be a tactic employed in order to intimidate or discourage me from engaging in what the U.S. Supreme Court has deemed as PROTECTED CONDUCT ie., Filing grievances or speaking to Class Counsel. I do not waste my time writing frivolous complaints. This is a VALID ISSUE THAT EXISTS.

**Did you speak to a housing unit staff member?:**
*Name of Staff Member*
I spoke with Rosen, Bien, Galvan and Grunfeld LLP about this issue. I am sure they will be in contact with Class Counsel.

**Is this ADA related:**
Yes

**Is this PREA related?:**
No

**By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:**
No

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/01/23 09:18 | Sgt. J Larosa | Staff Response | Your grievance has been assigned Tracking #23-0349 and is now under investigation. You will receive a response after a thorough investigation has been conducted. Additionally, a paper copy of this grievance submission will be delivered to you. |
| 02/01/23 09:18 | Sgt. J Larosa | Changed Status | From 'Open' to 'Closed' |
| 01/31/23 18:24 | KEITH WASHINGTON | Submitted New | Request hard copies of GRIEVANCE #227086122 and GRIEVANCE #226753582 as well as this grievance ASAP. THANK YOU. |