

Keith H. Washington
PFN# UME239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

Legal Mail

United States District Court
Northern District of California
Attn: Clerk of Court
280 South 1st Street
RM 2112
San Jose, CA 95113

SANTA RIT...
325 BRODE...
DUBLIN, CA ...



© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131