IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 13 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK BABU et al., Plaintiffs | Civil Action No. 5:18-cv-07677-NC |
| V. | Declaration of Keith H. Washington AKA 'Malik' |
| Alameda County Sheriff's Office et al., Defendants | Re: Retaliation For Protected Speech. |

I Keith H. Washington aka 'Malik' here-by declare that I am currently housed at the Santa Rita Jail located in Dublin, California. I have been housed at Santa Rita Jail since March 21st, 2022. During my time here I have been housed within the Restricted Housing Unit. I am currently housed on Housing Unit 2, Pod B Cell #7. I am classified as a Administrative Separation Inmate.

-1-

Declaration cont...

## A.
## FACTS

This Court is well aware of my participation as a Class Member in the Babu case. I have meticulously documented my experiences here at the Santa Rita Jail.

I have been the target of Retaliatory acts of harassment and discrimination by employees of the Alameda County Sheriff's Office (ACSO). The Retaliation has been directly linked to my engagement and exercise of my First Amendment Free Speech Rights and/or Protected Conduct such as filing legal declarations, filing Civil Actions (§1983's) or speaking to Class Counsel. (Rosen, Bien, Galvan & Grunfeld LLP.) For the past 2 months ACSO has been gainfully attempting to have me transferred away from Santa Rita Jail. They have no valid reason for the request.

-2-

Declaration cont... -NC

A

FACTS cont...

On July 12th, (10a.m) 2023 in San Francisco, California at the Federal Courtroom of Senior, U.S. District Judge Charles R. Breyer a hearing will be held in order to determine what exactly is the reason that ACSO has requested my removal from the Santa Rita Jail.

Judge Breyer has agreed to hear the arguments presented on my behalf by my Criminal Defense Lawyer Bob Waggener of the San Francisco based law-firm LAW OFFICE OF Robert Waggener, e-mail: rwlaw@mindspring.com

Mr. Waggener is in full agreement that the transfer request made by ACSO is premised on an intent to silence or censor my Protected Speech.

-3-

Declaration cont....   5:18-cv-07677-NC

## A.
## FACTS cont...

I am not the first prisoner who has been targeted by ACSO at Santa Rita Jail for engaging in Protected Speech activities and sadly I may not be the last.

I plead with this Honorable Court to take notice of what is happening here and to contact Senior U.S. District Judge Charles R. Breyer in-order to convey to Judge Breyer the historical evidence and record of my involvement with the Babu Civil Case.

Lastly I request this Court take time to visit the website:

Destination-Freedom.org/SRJ-Freedom-Collective

And read the following article entitled: Revisiting the Death of Eric Magana at the Santa Rita Jail. by Malik Washington

-4-

Declaration cont... 5:18-cv-07677-NC

B.

## PRAYER FOR RELIEF

WHEREFORE Class Member Keith H. Washington PRAYS this Honorable Court ORDER the following:

1.) <u>ORDER</u> an Immediate Independent Investigation by the F.B.I. into the Deaths which have occurred inside Santa Rita Jail since the implementation of the Babu Consent Decree. (February 7th, 2022 thru Present)

2.) <u>ORDER</u> the U.S. Department of Justice to assign Federal Monitors <u>inside</u> Santa Rita Jail.

3.) <u>ORDER</u> a Public Evidentiary Hearing on all Deaths, Use of Forces and the implementation of the Babu Consent Decree at the Santa Rita Jail.

No Matter where I am transferred, my voice will not be silenced. I will continue to struggle on the behalf of those who have No Voice.

I declare under penalty of perjury that the foregoing is true and correct, executed on July 9th, 2023 at Dublin, California.

x Keith H. Washington "Malik"
Keith H. Washington
PFN# WME239 - Santa Rita Jail

-5-