Keith H. Washington
PFN# UME239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

OAKLAND CA 945
11 JUL 2023 PM 6 L

U.S. District Courthouse
Attn: Clerk of Court
280 South 1st Street
Room 2112
San Jose, CA 95113

95113-300087

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

SANTA RITA JAIL
5325 . VD.
DUBLIN, CA 94568



FSC
MIX
Envelope
FSC® C131131