ERNEST GALVAN – 196065
KARA J. JANSSEN – 274762
AMY XU – 330707
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:  egalvan@rbgg.com
   kjanssen@rbgg.com
   axu@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNESBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; CAROL BURTON in her official capacity as Interim Director of the Alameda County Behavioral Health Care Services Agency; and DOES 1 to 20, inclusive,,<br><br>Defendants. | Case No. 5:18-CV-07677<br><br>**STIPULATION AND ORDER REGARDING PAYMENT OF FIFTH QUARTER POST-JUDGMENT MONITORING FEES AND EXPENSES**<br><br>Judge:  Hon. Nathanael Cousins |

THE PARTIES, THROUGH COUNSEL, STIPULATE AS FOLLOWS:

The Consent Decree approved on February 7, 2022 (ECF No. 436) provides a process for monitoring fees and expenses. Under this process, Plaintiffs are to provide Defendants with a written demand for monitoring fees and expenses after the expiration of each quarterly period after the Effective Date of the Consent Decree, which was February 7, 2022.

The parties presented stipulations and proposed orders for the first two quarters of monitoring fees and expenses. ECF. Nos. 471, 481. Monitoring fees and expenses for the first year of monitoring are capped at a total of $550,000. (Consent Decree, ECF No. ECF No. 266-1 at 79.) Because the work performed in the first two quarters exceeded the cap, the parties filed no proposed order for quarters three and four. Monitoring fees and expenses totaled $477,246 for the third quarter ending December 6, 2022, and $202,742 for the fourth quarter ending on February 6, 2023.

On June 5, 2023, Plaintiffs' counsel provided Defendants' counsel with a demand for monitoring fees and expenses for the period from February 7, 2023 through May 6, 2023. Upon review of the time and expense records submitted the parties agree that the monitoring fees and expenses sought are within the agreed-upon caps set forth in the Consent Decree (ECF No. 266-1 at 79), and are reasonable. The hours, rates and expenses are summarized below.

| LEVEL | Person | Hours | Rate | Amount |
|---|---|---|---|---|
| PARTNER | Ernest Galvan | 26.0 | $1,050 | $27,300.00 |
| PARTNER | Gay Grunfeld | 0.3 | $1,200 | $360.00 |
| SENIOR COUNSEL | Kara J. Janssen | 110.2 | $775 | $85,405.00 |
| ASSOCIATE | Brenda Munoz | 28.6 | $500 | $14,300.00 |
| ASSOCIATE | Amy Xu | 111.2 | $625 | $69,500.00 |
| PARALEGAL | Adam Dean | 67.4 | $325 | $21,905.00 |
| SENIOR PARALEGAL | Gregorio Z. Gonzalez | 1.0 | $405 | $405.00 |
| SENIOR PARALEGAL | F. Gail LaPurja | 22.9 | $405 | $9,193.50 |
| SENIOR PARALEGAL | Linda H. Woo | 0.5 | $435 | $217.50 |
| PARALEGAL CLERK | Megan Rich | 178.8 | $285 | $50,958.00 |
|  | **FEE TOTALS** | **546.9** |  | **$279,544.00** |

| LEVEL | Person | Hours | Rate | Amount |
|---|---|---|---|---|
| | **EXPENSES** | | | |
| | Copying | | | $338.42 |
| | Pacer | | | $7.00 |
| | Postage & Delivery | | | $128.36 |
| | Telephone | | | $0.35 |
| | **EXPENSES TOTAL** | | | **$474.13** |
| | **GRAND TOTAL** | | | **$280,018.13** |

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $280,018.13 is due and collectable as of sixty (60) days from the date of entry of this Order.

DATED: July 10, 2023        ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ernest Galvan*
   Ernest Galvan

Attorneys for Plaintiffs

DATED: July 10, 2023        BURKE, WILLAMS & SORENSEN LLP

By: */s/ Gregory B. Thomas*
   Gregory B. Thomas
   Temitayo O. Peters

Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

DATED: July 17, 2023

_____
Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins