IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashok Babu et al | 5:18-CV-07677-NC |
| | Declaration of |
| | * Kate-Lynn Armstrong (FKA Daniel Gross) |
| Alameda County Sheriff's Office et al | |

I KATE-LYNN ARMSTRONG (FKA DANIEL GROSS) HERE-BY DECLARE THAT I HAVE BEEN HOUSED IN SANTA RITA JAIL IN DUBLIN CALIFORNIA SINCE 02/14/2018

SINCE I HAVE COME TO THIS JAIL I HAVE NOT RECIVED PROPER PSYCIATRIC CARE THE CLINITIONS AN PSYCITRIS THEY HAVE WORKING IN AFBH ARE NOT QUALIFIED TO HANDLE ALL MENTAL HEALTH ISSUES I HAVE PSYCOTIC THOUGHTS AND THE AFBH DONT KNOW WHAT TO DO ACCORDING TO THE CONSINT DECREE WE ARE SUPOSSED TO GET ANTI-PSYCOTIC MEDICATION BUT THEY DO NOT PROVIDE IT WHEN AFBH COMES TO SEE US THEY COME TO THE CELL DOOR WHERE EVERYONE CAN HEAR US TALK THEN THE DEPUTYS TALK ABOUT ARE MENTAL HEALTH ISSUES WITH OTHER INMATES AND OTHER DEPUTYS WHEN AFBH LEAVES ACCORDING TO THE CONSENT DECREE WE ARE SUPOSED TO HAVE A CONFIDINTAL SPACE TO HAVE OUR TALKS

(-1-)

5:18-CV-07677-NC

1. SINCE IVE BEEN IN SANTA RITA JAIL THERE HAS NEVER BEEN GROUP
2. THERAPY ALL AFBH DOES IS ASK YOU IF YOU WANT TO KILL
3. YOURSELF WHEN YOU SAY NO THEY LEAVE THEY HAVE NO
4. CONDUCT ON HOW TO DO ONE ON ONE THERAPY
5. I HAVE HAD MENTAL BREACK DOWNS AND I TELL THE DEPTUYS
6. AND AFBH NEVER SHOWS UP I HAVE BEEN ON THE
7. PATH TO HURT MYSELF AND I TELL DEPUTYS AND NO ONE
8. DOES ANYTHING I READ THE CONCENT DECREE BUT
9. ACSO HAS FAILD TO FOLLOW THE CONCENT DECREE
10. WHEN AFBH SHOWS UP THEY DONT GIVE ME ANYTHING
11. I ALREADY DONT KNOW I HAVE BEEN IN SANTA RITA
12. JAIL FOR FIVE YEARS AND COUNTING AND I HAVE
13. NEVER GOTTEN THE HELP I NEED FROM AFBH I
14. HAVE SERIOUS MENTAL HEALTH ISSUES AND NO ONE
15. SEEMS TO CARE IVE BEEN PUT INTO THE SAFTY CELL
16. FOR (4) DAYS BECAUSE I WAS CRYING I DIDNT WANT
17. TO HURT MYSELF THEY JUST PUT ME IN THERE BECAUSE
18. THEY DIDNT WANT ME TO HEAR ME CRY AFBH
19. STILL HASNT COME UP WITH A SUICIDE PREVENTION
20. PLAN FOR INMATES WHEN I WAS IN THE SAFTY CELL
21. THE DIDNT GIVE ME EATING UTISLES OR TOILIT PAPER
22. OR A MATIVIS I NEED ANTE-PSYCOTICC MEDICATION
23. BUT ITS LIKE NO ONE CARES IF ONE DAY MY PSYCOTIC
24. THOUGHTS GET TO ME ENOUGH FOR ME TO FLIP OUT
25. ON SOMEONE WHEN I HIT THE CALL BUTTON THEY NEVER
26. ANSWER ON A TIMLY MATTER WHEN THEY DO ANSWER
27. SO I TELL THEM I NEED HELP AND NEED TO SEE AFBH
28. THEY TELL ME TO JUST TELL THE DEPUTYS SINCE MY TIME
29. HERE IN SANTA RITA NEVER ONCE HAVE THEY DONE
30. GROUP THERAPY

(-2-)

5:18-CV-07677-NC

1  I dont need everyone to know about my personal life
2  AFRH needs to stop doing cell check in or having
3  the deputys there with their cameras on according
4  to the consent decree they are only supposed to
5  do cell check ins only if the inmate refuses to
6  leave the cell
7
8
9  Under penalty of perjury I declare that
10 the foregoing is true and correct executed on
11 09/09/2023 at Dublin, California
12
13    x  Kate-Lynn Armstrong
14       Kate-Lynn Armstrong
15       (F.K.A Daniel Gross)
16       BLU 1133
17       Santa Rita Jail
18       5325 Broder Blvd
19       Dublin CA 94568
20
21
22
23
24
25
26
27
28

(-3-)