Aifiyan Armstrong (FKA Withre Caress)
BLU433
Santa Rita Jail
5325 Broder Blvd
Dublin CA, 94568

LEGAL
MAIL

OAKLAND CA 945
13 SEP 2023 21 6 L

U.S District Court House
Attn Clerk of the Court
280 South 1st Street Room 2112
San Jose CA, 95113

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568

LEGAL
MAIL

SENT SEP-13-23



FSC MIX Envelope FSC® C137131

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT