R. Robertson APM873
5325 Broder Blvd.
Dublin, CA 94568-3309
(775) 335-7773 (message)
CLASSMEMBER, _____ In Pro Per
Email: gsanders@destination-freedom.org

**FILED**

OCT 03 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ROBERTSON, R., 

Plaintiff(s),

vs.

AHERN, G., et. al.,

Defendant(s).

Case Number: 5:18-CV-07677 NC

**DECLARATION OF** CLASSMEMBER, R. ROBERTSON

**IN SUPPORT OF** APPEAL OF CONSENT DECREE

Thursday, September 28th, 2023

I, R. Robertson, declare as follows:

1. I am a classmember for the above-numbered action and belong to the sub-class of inmates with mental-health impairments, confined at Santa Rita Jail, Dublin, CA.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

DECLARATION OF CLASSMEMBER, R. ROBERTSON _____ IN SUPPORT OF
APPEAL OF CONSENT DECREE

CASE NO. 18-CV-07677 NC   ; PAGE 1 OF 3

3. I have been receiving dietary-meals labled "Kosher/Halal", since initially being confined to Santa Rita Jail (here-in, "SRJ"), in Oct, 2019 (approximately four-years), based on my religious beliefs/practices.

4. In April, 2023, I began receiving dietary meals labled "Kosher/Halal Diabetic 2000 Calories", in adherence to my religious beliefs and a prescribed medical requirement, for the benefit of health needs.

5. On 9-17-23, SRJ staff removed the "Kosher/Halal" designation from the meals assigned, placing me on meals which benefit my health, but fail to adhere to my religion's practices.

6. I did not receive prior notice SRJ would place me on a diet, contrary to my religion's practices. In my understanding, SRJ staff will only place me back on a Kosher diet, if I waive my right to the medical diet.

7. This information is consistent with Alameda County Sheriff's Office, policy/procedure for "Therapudic Diatary Meals".

8. I have refrained from eating meal trays which contain items pt prohibited by my faith. Therefore my nutrianal needs are not being met.

9. In my understanding, Defendants, County of Alameda, Sheriff, Yesenia Sanchez are deliberately-indifferent to my First Amendment, U.S. Constitutional right to practice my religion.

10. In order to conform to my religion, SRJ policy mandates I abondan and discontinue the diabetic meals, OR, SRJ policy requires I violate the laws of my faith and consume prohibited food items-to meet my medical needs.

11. In my understanding, Defendants policy Therapudic Dictary Meals, is a state-imposed burden on practices of the Islamic Faith.   (continued, page 3)

DECLARATION OF CLASSMEMBER, R. ROBERTSON  IN SUPPORT OF
APPEAL OF CONSENT DECREE

CASE NO. 18-CV-07677 NC ; PAGE 2 OF 3

12. I should not be compelled to choose between the two, health or religion. In my understanding, I have a right to both under the U.S. Constitution; 42 U.S.C., Sect. 2000cc-1 (RLUIPA); Title II, ADA.

13. I have witnessed multiple violations of the rights of the sub-class of inmates, confined to SRJ, to include: denial of access to programs, classes, work assignments, outdoor recreation, and rights under federal/state law.

14. I infer Defendants are continuing a custom/practice of routinely violating the rights of inmates and sub-class of inmates, lodged at SRJ - contrary to the Consent Decree, currently in place.

15. As documentary evidence of one such custom/practice, I have attached "Alameda County Sheriff's Office, Inmate Grievance Response #23-1439", as Exhibit A (plz NOTE: I have attached a SRJ label for the diet, which was stopped).

16. Based on Exhibit A and in my understanding, Defendants actions in violating my rights (item #12, supra), is not based on "compelling legitimate penological interests or necessity."

17. Defendants "Therapudic Dietary Meals" policy appears to be based in their representative - Aramark's - unwillingness to adhere to the "strict religious guidelines required (by law) of all religous meals..." composed at SRJ.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on [date] Thursday, Sept. 28th, 2023.

Signature: R. Robertson - Classmember, in pro per

Printed name: R. Robertson - APM873

Address: 5325 Broder Blvd.
Dublin, CA 94568-3309

- Attachment, As stated Above -

DECLARATION OF CLASSMEMBER, R. ROBERTSON                        IN SUPPORT OF
APPEAL OF CONSENT DECREE

CASE NO. 18-CV-07677 NC  ; PAGE 3 OF 3

Exhibit A.



**INMATE COPY**

# ALAMEDA COUNTY SHERIFF'S OFFICE

YESENIA SANCHEZ
SHERIFF-CORONER

## INMATE GRIEVANCE RESPONSE

| INMATE NAME: | ROBERTSON, REGINALD | PFN: | APM873 |
|---|---|---|---|
| LOCATION: | 23 B 07 | TRACKING#: | 23-1439 |
| DISPOSITION: | DUPLICATE ☒   DENIED ☐ | LOST ☐   WITHDRAWN ☐ | AFFIRMED ☐ |

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance received on **May 17, 2023**. In your grievance, you made the following claim:

- You received oatmeal and a breakfast patty instead of cereal.

**Response:** The Grievance Unit has reviewed your claim thoroughly and determined that this issue was investigated in Grievance Tracking #23-1424. The response has been copied for you below:

Wellpath medical records show on 04/17/23, you were approved for a Diabetic 2000 Calorie Diet. Due to the strict religious guidelines required of all religious meals, Aramark is unable to accommodate the requirements that may be needed to compose a religious diet and medical diet. However, an Aramark Supervisor was contacted regarding your grievance and confirmed a Halal Diet and a Diabetic Diet may receive oatmeal or breakfast patty as a substitute for cereal. All items listed on the Aramark Menu are subject to change.

A copy of this grievance has been sent to the Americans with Disabilities Act (ADA) Coordinator.

This is a **DUPLICATE** grievance that was previously investigated and was **DENIED**. This response will be routed to the Commanding Officer.

Your grievance is a **DUPLICATE**.

> H/U 21
> #20
> KOSHER / HALAL
> DIABETIC 2000 CALORIE
> IN FLOPPY

*In violation of religious practices combined with my health requirements, ACSO has discontinued this dietary-meal(s), R.R. 9-28-23*

| Investigating Deputy: | C. Barrera, Sheriff's Technician | Date: | 06/01/23 |
|---|---|---|---|
| Investigating Supervisor: | J. Chavez, Sergeant | Date: | 06/12/23 |

Inmate's Signature: _____  Date: _____
Do you wish to appeal this ruling?   Yes    No    Refused to Answer
Reason for appeal:

**DUPLICATE**

Appeal Officer: _____  Recommendation: _____  Date: _____
Reason for affirmation or denial: (If different from above)
Commanding Officer: Lt. T. Modeste #1893   Recommendation: DUPLICATE   Date: 06/14/23

ML52 (Rev.02/2023)