OAKLAND CA 945

29 SEP 2023 PM 6 L

Thinking

FOREVER / USA

R. Robertson PFN APM873
Santa Rita Jail
5325 Broder Blvd.
Dublin CA 94568

FILED

OCT 03 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
US DISTRICT COURT –
SAN JOSE BRANCH
280 South 1st Street, Room 2112
San Jose, CA 95113

**LEGAL MAIL - CONFIDENTIAL**

Confidential
-LEGAL MAIL-

95113-300837

A. MAUSISA 2716
TA RITA JAIL
BLVD.
94568

