UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASHOK BABU; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>KEENAN G. WILKINS, AKA Nerrah Brown,<br><br>    Objector - Appellant,<br><br> v.<br><br>GREGORY J. AHERN, Sheriff; et al.,<br><br>    Defendants - Appellees,<br><br> and<br><br>ANDRE GRIFFIN; et al.,<br><br>    Defendants. | No. 22-15275<br><br>D.C. No. 5:18-cv-07677-NC<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |
| ASHOK BABU; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v. | No. 22-15355<br><br>D.C. No. 5:18-cv-07677-NC<br>U.S. District Court for Northern California, San Jose |

TYLER ABBOTT; et al.,

    Objectors - Appellants,

v.

GREGORY J. AHERN, Sheriff; et al.,

    Defendants - Appellees,

and

ANDRE GRIFFIN; et al.,

    Defendants.

---

ASHOK BABU; et al.,

    Plaintiffs - Appellees,

v.

AMERICAN FRIENDS SERVICE COMMITTEE; et al.,

    Objectors - Appellants,

v.

GREGORY J. AHERN, Sheriff; et al.,

    Defendants - Appellees,

and

No. 22-15363

D.C. No. 5:18-cv-07677-NC
U.S. District Court for Northern California, San Jose

ANDRE GRIFFIN; et al.,

    Defendants.

---

ASHOK BABU; et al.,

    Plaintiffs - Appellees,

v.

REGINALD ROBERTSON,

    Objector - Appellant,

v.

GREGORY J. AHERN, Sheriff; et al.,

    Defendants - Appellees,

and

ANDRE GRIFFIN; et al.,

    Defendants.

No. 22-15579

D.C. No. 5:18-cv-07677-NC
U.S. District Court for Northern California, San Jose

    The judgment of this Court, entered October 06, 2023, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT