1  R. Robertson APM873
   5325 Broder Blvd.
2  Dublin, CA 94568-3309
   (775) 335-7773 (message)
3  Objector / Classmember _____ In Pro Per
   Email: gsanders@destination-freedom.org

F I L E D

MAR 0 4 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHOK BABU, et. al., | ) Case Number: _18-CV-07677 NC_ |
| | ) **DECLARATION OF** |
| | ) _CLASSMEMBER, R. ROBERTSON_ |
| Plaintiff(s), | ) **IN SUPPORT OF** _MOTION ENFORCING_ |
| | ) _A JUDGEMENT FOR SPECIFIC ACT-_ |
| vs. | ) _FRCP- RULE 70_ |
| GREGORY AHERN, et. al. | ) _Hon. Nathanael M. Cousins, Magistrate_ |
| | ) _Courtroom #5 - 4th Floor_ |
| | ) _Time - 9:00 am_ |
| | ) _Date - Thursday, March 14th, 2024_ |
| Defendant(s). | ) |

I, _R. Robertson,_ _____

declare as follows:

    1.    I am _a pretrial detainee lodged at Santa Rita Jail, Dublin, CA and belong to the sub-class of inmates with mental-health diagnoses._

    2.    I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3 . I have held the status of pretrial-detainee, for more than four-years and have extensive knowledge of customs/practices at the jail-based on observation and experience.

4 . In addition to the knowledge of the jail's practices gleaned via personal experience, I have thorougly reviewed the Consent Decree currently in place.

5 . I am informed that Defendants in this proceeding have agreed to adhere to this document and the terms it contains. In my On personal knowledge the primary focus of the Consent Decree is to provide for the rights of inmates—by implementation of unbiased customs, policies, practices.

6 . As applies to the sub-class with mental-health impairments, for which I am a member—Defendants have outlined numerous practices which comply with federal laws and my rights. Including the right to equal privileges, access to programs/services as non-disabled inmates.

7 . Based on eye-witness observation, Defendants' employees staffing the jail—generally—do not adhere to the Consent Decree's terms and are in violation of my rights as an inmate with mental-health impairments.

8 . I —as well as multiple/numerous inmates belonging to the sub-class for this action— am being denied equal access to the following programs/services; equal access to Inmate Worker assignments—as non-dis-abled inmates similarly situated, at the jail; equal access to 5 Keys Classes and Sandy Turner Educational component; equal access to "Big Yard" (large grassy area with exercise equipment, volley ball, ect.), small-yard (half-court, enclosed concreate area).

(continued, page 3)

DECLARATION OF <u>CLASSMEMBER- R. ROBERTSON</u>                IN SUPPORT OF
"<u>MOTION ENFORCING JUDGEMENT, FRCP, RULE 70</u>"
<u>                                        </u> CASE NO. <u>18-cv-07677NC</u>   ; PAGE <u>2</u> OF <u>6</u>

9. Class/Sub-Classmembers at my assigned location have witnessed these acts or omission, in violation of our rights and the Court's Order, in regards to the Consent Decree. Although I speak only for myself, the following inmates have witnessed facts contained in this declaration and support this motion-based on deprivations they also suffer.

Sub-Classmembers, Housing Unit #6/West/D-pod

| Name | Signatures | PFN |
|------|-----------|-----|
| Curtis Allen Jr | Curtis Allen | BFT019 |
| Rickey A Baugh | Rickey Baugh | UMF993 |
| M.D... AHG 860 | | |
| Cassius Wilson | Cause Wilson | ALU170 |
| Iram Martinez CH | Iram Martinez CH | BDB007 |
| DAvid Johnson | David F Johnson | ATE-323 |
| Erik Carrillo | | BLS449 |
| Chris Adams | | BFM-682 |
| Jason Kamae | | BN0362 |
| Danny cacce | | BHt627 |
| Thomas McCarthy | | BJ5olS |
| Arturo D. Rodriguez | AC | BD0844 |
| R. Robertson | R. Robertson | APM873 |
| Connell Bradley | | UCC225 |

(continued, page 4)

DECLARATION OF _CLASSMEMBER- R. ROBERTSON_ IN SUPPORT OF "MOTION ENFORCING JUDGEMENT, FRCP, RULE 70

CASE NO. _18-cv-07677 NC_; PAGE _3_ OF _6_

1   10. Based on Defendants acts/omissions in maintaining customs/practices
2   which deny equal access to programs/services. Below listed inmates
3   belonging to the sub-class of inmates with mental-health diagnosis-confined
4   to Housing Unit #6/West/E-Pod-support classmember-R. Robertson's "Motion for
5   Enforcement of Judgement for Specific Act", Fed. R. Civi P., Rule 70. As
6   Defendants are denying access to: Inmate Worker positions for disabled inmates,
7   Access to Sandy Turner Education Classes, Outdoor recreation in both the "Big
8   Yard" (large outdoor area with grass and excersi exercise equipment) and
9   "Quasi-yard" (enclosed concreate area with basketball half-court), 5 Keys
10  classes, riz, barbering, computers, employability, ROOTS to Success, Substance Abuse.
11  As similarly situated inmates-without disabilities, confined to Santa Rita Jail:

| Name | Signature | PFN |
|---|---|---|
| 1. Walter Young | Walter Young | BKD895 |
| 2. Mark Serrao | Mark Serrao | BGG118 |
| 3. Monroe Daniel | Monroe. Daniel | AYZ-127 |
| 4. Ibrahim Saleh | Csaleh | BMB623 |
| 5. Christian Lugo | Zn | BNP789 |
| 6. AKAI Allen | | EUM726 |
| 7. Michael G | Michael G | BEB982 |
| 8. J Laibe | | |
| 9. J Stroman | Markus Strom | BND |
| 10. Garcia | | VMD148 |

24  11. I have observed a total of fourteen Sub-Classmembers occupy
25  Housing Unit #6/West/D-pod, Fifteen currently occupy Unit #6/West/
26  E-pod, for a total of twenty-nine. Twenty-two out of the twenty-
27  nine sub-classmembers available to review this petition, support an Order
28  to enforce motion, compelling ...        (continued, page 5)

TITLE OF DOCUMENT: CLASSMEMBER-R. ROBERTSON, "MOTION ENFORCING JUDEMENT, FACP, RULE 70"
CASE NO.: 18-CV-07677 NC
PAGE NO. 4 OF 6

11. Defendants' employees - Alameda County Sheriff's Office - here in, "ACSO" - deputies, staffing the jail to perform duties - consistent with the terms of the Consent Decree.

12. Specifically, I seek an order by the Court, compelling performance of the provisions outlined in the Injunctive Relief parameters of the Consent Decree; as applies to Sub-Classmembers rights of equal access to Defendants' programs/services - Dkt. #266-1 (III)(J)(8), "Access to Programs and Work Assignments".

13. To aid the Court in review of this petition, the following documentary evidence is provided:

  Exhibit #1, "Declaration of Classmember, R. Robertson in Support of Appeal of Consent Decree and attachments", Dkt. #511

  Exhibit #2 Cirtift Certificates/proof of successful participation and completion of class "CPR, First Aid, Construction Safety"

  Exhibit #3 "Inmate Grievance - #23-2186", "ACSO Supplemental Information", and ACSO Response to Grievance #23-2186.

  Exhibit #4 "Five Keys School's available classes" for my assigned location (three classes are available to the Sub-Class, while the jail conduct more than thirty-classes). Note: only one class is actually available to me and other classmembers — High School Diploma/GED, at our location.

14. Presently - and over the preceding twelve-months - I hold the security custody level, medium security level. Similarly situated inmates with this custody level are being ...          (continued, page 6)

DECLARATION OF _CLASSMEMBER - R. ROBERTSON_ IN SUPPORT OF
"_MOTION ENFORCING JUDGEMENT, FRCP, RULE 70_"
CASE NO. _18-CV-07677 NC_ ; PAGE _5_ OF _6_

1  ....granted access to programs/services - those inmates which are

2  non-disabled.

3  15. Similarly situated non-disabled inmates with the security custody

4  ...level, maximum security are being granted access to Defendants'

5  programs/services. In filing this motion I seek to preserve/protect rights

6  specific to all inmates - but which only non-disabled inmates at our location

7  ...are currently receiving.

8

9  16. This motion requests an Order compelling Defendants' employees -

10  ...vicariously - Defendants themselves, to perform their duties as

11  orded by this court. No additional or amended relief is asked.

12

13

14  ...

15  In accordance with laws for the United States and for the State

16  of California, I declare that - to the best of my knowledge and

17  ...under penalty of perjury - the foregoing is true and correct.

18  Executed this 29th day of February, 2024, at Dublin, CA.

19

20  ...

21  Respectfully Submitted,

22

23  ...R. Robertson - in pro per          Babu v. Ahern, Case No. 18-cv-07677

24  R. Robertson - APM873          NC - N.D. Ct. of CA, San Jose, CA

25  5325 Broder Blvd.

26  ...Dublin, CA  94568          cc: Counsels for the Parties,

27  Civil L.R., Rule 5-1(h)

28

DECLARATION OF _CLASSMEMBER - R. ROBERTSON_          IN SUPPORT OF

"_MOTION ENFORCING JUDGEMENT - FRCP, RULE 70_"

CASE NO. _18-cv-07677 NC_ ; PAGE _6_ OF _6_

Exhibit #1    ( 8 pages )

1  Your name: R. Robertson - APM873

2  Address: 5325 Broder Blvd,

3  _____ Dublin, CA    94568-3309

4  Phone Number: (775)-335-7773 (mess.)

5  _____ Classmember,                    **Pro Per**

6

**FILED**

**APR 06 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

7              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**

8

9  ASHOK BABU, et. al.,                    ) Case Number: 5:18-CV-07677NC
                                          )
10 _____          ) **DECLARATION OF**
                                          )
11 _____          ) CLASSMEMBER, R. ROBERTSON
                                          )
12              **Plaintiff(s),**          ) **IN SUPPORT OF** APPEAL OF THE
                                          )
13         **vs.**                         ) CONSENT DECREE, DKT. #366-1
                                          )
14 GREGORY AHERN, et. al.,                 ) Friday, April 14th, 2023
                                          )
15 _____          )
                                          )
16 _____          )
                                          )
17 _____          )
                                          )
18 _____          )
                                          )
19              **Defendant(s).**          )

20

21    I, Reginald Robertson _____

22 declare as follows:

23    1.   I am a member of the class of inmates confined to Santa Rita

24 jail and belong to the subclass of inmates with mental-health impairments.

25    2.   I have personal knowledge of all facts stated in this declaration, and if called to

26 testify, I could and would testify competently thereto.

27

28

3. I make this declaration as evidence of Defendants' continued pattern of routinely violating the rights of inmates with mental-health impairments.

4. In violation of the Americans' With Disabilities Act and the Consent Decree in place for this action, Defendants' are denying equal access to Programs and Work Assignments.

5. Santa Rita Jail provides educational programs for more than twenty-five subjects, to include: "... Employability, Computer Technology, Barbering, Cosmotology, Food Service..." (Excerts of Records, #3068, pg at 86).

6. However, at our location - Housing Unit #23, Santa Rita jail - the inmates receive access to just two classes; High School Diploma or Parenting... no others (see; "Programs (23)", as attached, "Exhibit, "A"). Additionally, the sub-classmembers at our location are denied access to Inmate Worker Assignments (see; ACSO-Inmate Grievance Response #23-0539, as attached, "Exhibit, "B").

7. More than fourteen-months has elapsed since implementation of the Consent Decree, yet class/sub-classmembers federal rights are being denied by supervising and line deputies of ACSO.

8. As evidenced by Exhibit B, filing an inmate grievance-and appeals of same-made no difference. Indicative of the fact the Consent Decree is generally ignored by Defendants' employees.

9. It's not any one policy which will motivate jail staff to discontinue these bad acts. In my experience, it's the culture that needs to be addressed.

10. The Consent Decree provides no incentive for the negative culture to change, therefore I support Vacating...   (continued, page 3)

DECLARATION OF "CLASSMEMBER, R. ROBERTSON                IN SUPPORT OF
APPEAL OF THE CONSENT DECREE, DKT. #266-1"

CASE NO. 18-cv-07677 NC    ; PAGE 2 OF 3

1    ... this document. Based on it's inability to effect substantial change.

2

3    In accordance with the laws for the United States and laws

4    for the State of California. I declare that-to the best of my

5    knowledge and under penalty of perjury- the foregoing is true

6    and correct. Executed this 3rd day of April, 2023 at

7    Dublin, CA.

8

9

10   Respectfully Submitted,

11

12   R. Robertson - in pro per          cc: Counsel for Plaintiffs,

13   R. Robertson- APM873                    Counsel for Defendants -

14   5325 Broder Blvd.                        Civil L.R. Rule 5-1(h)

15   Dublin, CA  94568

16                                    Attachments: As stated above,

17                                    (2) Pre-paid envelopes for pro-pers

18   Date: _____    Sign Name: _____

19                            Print Name: _____

20

21

22

23

24

25

26

27

28

TITLE OF DOCUMENT: "DECLARATION OF CLASSMEMBER, R. ROBERTSON, IN SUPPORT OF APPEAL"

CASE NO.: 18-CV-07677 NC

PAGE NO. 3 OF 3

Exhibit "A"

Case 5:18-cv-07677-NC   Document 511   Filed 04/06/23   Page 5 of 8



# PROGRAMS (23)

Santa Rita Jail offers the following programs to enrich your life and further your education. Please take a moment to fill out this form neatly and completely, and return it to Inmate Services.

### PLEASE PRINT CLEARLY

Last Name: _____     First Name: _____

PFN: _____     Housing Unit: _____     Date: _____

ARE YOU A COUNTY OR LOCAL STATE INMATE _____
ARE YOU? FEDERAL / COUNTY INMATE (CIRCLE ONE)
ARE YOU A VETERAN? YES / NO
ARE YOU SENTENCED LONGER THAN A YEAR?  YES / NO
ARE YOU COVERED UNDER THE AMERICAN DISABILITY ACT?  YES / NO
ARE YOU SENTENCED IN ANOTHER COUNTY?  YES / NO
DO YOU HAVE A HIGH SCHOOL DIPLOMA? YES / NO
*********************************************************************

Make your selection of the classes you would be interested in taking by putting a "1" on line to the left of the class that is your top choice, "2" for your second choice continuing for as many subjects that interest you. See other side for a description of each program. Class times and days of week are subject to change.

_____    **HIGH SCHOOL DIPLOMA/IND.STUDY**
A.S.E./HiSET/GED/ESL
ONLY FOR THOSE WITHOUT A DIPLOMA

_____    Parenting

| | | | |
|---|---|---|---|
| _____ DENIED DUE TO: | | | |
| _____ Disciplinary | _____ No Time | _____ Classification | _____ KSF in Class |
| _____ Poor Work History/Refused Program Prior | | _____ 3056 P.C. Only | |

You will be assessed once this form has been reviewed. If you are accepted into a class, you will be expected to attend each class, respect the staff and fully participate in order to receive credit. Do something for YOU!

## FORMS THAT CAN'T BE READ WILL BE DISCARDED!

*PROGRAM DESCRIPTIONS*

**High School Diploma/High School Equivalency & Independent Study Programs**

This academic focused program is designed to help improve students reading and basic math skills to better prepare them for employment opportunities. Students receive support and instruction needed to increase their academic skills to improve their ability to pass the GED exam and move toward earning an actual high school diploma. **This programs is open only to those who have not yet earned their diploma.**

**Parenting Inside Out**

This program will provide you with an evidence-based, cognitive-behavioral parent management skills training program specifically created for incarcerated parents. It will provide you with an opportunity to learn about how to promote healthy child adjustment, prevent child problem behavior, and interrupt the cycle of intergenerational criminality

## You can earn CERTIFICATES in all classes!



Exhibit "B,"

**ALAMEDA COUNTY SHERIFF'S OFFICE**

Y. SANCHEZ
ALAMEDA COUNTY
CA

**YESENIA SANCHEZ**
SHERIFF-CORONER

## INMATE GRIEVANCE RESPONSE

Inmate Copy

| INMATE NAME: | ROBERTSON, REGINALD | | PFN: | · | APM873 | |
|---|---|---|---|---|---|---|
| LOCATION: | 23 B 7 | | TRACKING#: | 23-0529 | | |
| DISPOSITION: | RESOLVED☐ | DENIED☒ | LOST☐ | WITHDRAWN☐ | | AFFIRMED☐ |

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance received on **February 16, 2023**. In your grievance, you made the following claim:

- You have been denied equal access to programs as an inmate with mental health impairment and you have been denied the right to appeal E-grievance responses.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

Your complaints were previously addressed in E-grievance responses #231018542 and #23134772.

Inmates Services was contacted, and you were advised to submit a Message Request expressing your interest in the computer class to be placed on a pending availability list. Inmate worker positions (pod worker) for a housing unit is a privilege, not a right. There is no requirement that pod workers represent each race or each classification group in the unit. Housing Unit 23 has only four worker positions and inmates from different races have been hired in the past. Outdoor recreation in the "big yard" is limited to minimum security inmates; all other classifications recreate in the housing unit quasi-yards.

On 021523 you submitted E-grievance #231510392 stating the E-grievance responses had denied you the right to the appeal process. You may now appeal this written response.

Your grievance is **DENIED**.

| | | | |
|---|---|---|---|
| Investigating Deputy: | J. LaRosa, Sergeant | Date: | 021623 |
| Investigating Supervisor: | M. Carausu, Sergeant | Date: | 021623 |
| Inmate's Signature: | | Date: | FEB 2 2 2023 |
| Do you wish to appeal this ruling? | (Yes) R.R.   No _____   Refused to Answer _____ | | |

Reason for appeal: According to the Consent Decree and ADA inmates with mental-health impairments have a right to equal access to SRO programs on par with inmates with no impairments

| | | | |
|---|---|---|---|
| Appeal Officer: | | Recommendation DENIED | Date: 03123 |
| Reason for affirmation or denial: (If different from above) | | | |
| Commanding Officer: | Lt. T. Modesta #1893 | Recommendation: DENIED | Date: 03123 |

ML52 (Rev.02/2023)

Exhibit #2     ( 3 pages )

# ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM
[✓] Santa Rita Jail  [ ] Glenn E. Dyer Detention Facility



ADA
RELATED

NAME: R. Robertson          PFN: APM873          DATE: 8-17-23          HU/FLOOR 31E/F-4

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* DATE GRIEVANCE OCCURRED 8-15-23 and ONGOING

**Grievance Details:**

On Monday, and Tuesday (14th & 15th of August), I inquired to ACSO deputies at our location of my desire to obtain an inmate-worker position. This request was initially based on the fact inmates with my classification were relocated and all inmate worker positions were vacant. I was denied the opportunity to be a worker, with two deputies citing "the nature of your charges" - as the only reason for being considered for the position or for being hired. In my understanding, denying me an inmate worker job based only on the charges alleged against my person, is imposition of punishment - while I have not been convicted of any crime. My status is pretrial-detainee, innocent of all charges alleged.

Additionally, inmates have been hired as pod-workers on prior occassions with similar charges (e.g. Roy Tilford and Jonathan Glocde), while holding the exact same classification.

This grievance addresses ACSO imposition of punishment in denying a worker position-solely based on unproven charges, and prior to adjudication by a court of law-in violation of the Rehabilitation Act, ADA, CA and U.S. Constitutions, respectively. Thank-you. To resolve this grievance, it is requested I receive a position as an inmate worker. - I DO NOT WAIVE MY HIPAA RIGHTS-

INMATE SIGNATURE: R. Robertson

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.*

### ***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
### ***DO NOT WRITE BELOW THIS LINE***

Received by Deputy: V. GREGOIRE          Badge# 2251   Date: 17 AUG 23

[✓] Resolved at Deputy Level          Inmate Acceptance (*Signature*) _____

[✓] Cannot be resolved at Deputy Level     Grievance Tracking Number: 23-2186

          PREA Tracking Number: _____

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff          ML-51 (rev 03/19)
          Pink-Inmate

Page   1

## INMATE GRIEVANCE RESPONSE
### SUPPLEMENTAL INFORMATION

| | | | |
|---|---|---|---|
| **INMATE NAME** | Reginald Robertson | **PFN:** | APM873 |
| **DATE OF GRIEVANCE** | 5/16/2023 | **TRACKING#** 23-2186 | |

### THIS DOCUMENT IS SUBJECT TO SUBPOENA.  PLEASE PREPARE IN A NEAT AND CONCISE FASHION.

On Wednesday, August 16, 2023, I was working at Santa Rita Jail in Dublin and assigned to Housing Unit 21.

I was given an Inmate Grievance Form from inmate Reginald Robertson which he requested I submit to the Grievance Unit on his behalf.  I attempted to assist Robertson by resolving his grievance without having to submit his grievance form.

Robertson submitted the grievance because he feels he deserves to work as a pod worker. I checked Robertson's file to determine if he is eligible to be a pod worker and discovered that it has been determined by classification that he is ineligible. I explained to Robertson that he was not eligible to be a pod worker and that it is usually due to his charges, and that it is possible that it is for some other reason.

I was not able to resolve Robertson's issue at my level. He was unwilling to accept my explanation. I am forwarding this form to the Grievance Unit for follow up.

| | |
|---|---|
| **SIGNATURE**   K. GREGOIRE #2251 | **DATE:** 08/17/2023 |

Policy & Procedure 16.03
Attachment 1
Revised *12/20*

Inmate Copy

**ALAMEDA COUNTY SHERIFF'S OFFICE**

**YESENIA SANCHEZ**
SHERIFF-CORONER

## INMATE GRIEVANCE RESPONSE

| INMATE NAME: | ROBERTSON, REGINALD | PFN: | | APM873 |
|---|---|---|---|---|
| LOCATION: | 21-F-04 | TRACKING#: | 23-2186 | |
| DISPOSITION: | RESOLVED☐   DENIED☒ | LOST☐ | WITHDRAWN☐ | AFFIRMED☐ |

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance received on **August 18, 2023**. In your grievance, you made the following claim:

- You are being denied a worker position because of your charges.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

Being a worker is a privilege. Your request to be a worker can denied for any reason by any deputy.

A copy of this grievance was forwarded to the ADA Coordinator.

Your grievance is **DENIED.**

| | | | |
|---|---|---|---|
| Investigating Deputy: | **D. Kyes, Deputy** | Date: | **08/18/23** |
| Investigating Supervisor: | **J. Chavez, Sergeant** JC | Date: | 08/22/23 |
| Inmate's Signature: | | Date: | AUG 23 2023 |
| Do you wish to appeal this ruling? | (Yes) R.R.      No | Refused to Answer | |

Reason for appeal: Based on the fact I have been convicted of no charges pending and am otherwise qualified, There is the appearance i am being punished prior to adjudication and denied access to a program, in violation of federal law.

| | | | |
|---|---|---|---|
| Appeal Officer: | Lt. A. Garth #1340      Recommendation: DENIED | Date: | 8/29/23 |
| Reason for affirmation or denial: (If different from above) | | | |
| Commanding Officer: | Lt. T. Modeste #1893      Recommendation: DENIED | Date: | 10/04/23 |

ML52 (Rev.02/2023)

Exhibit #3   (3 pages)



**American Red Cross**
Training Services

## Certificate of Completion

Reginald Robertson

has successfully completed requirements for

**Adult and Pediatric First Aid/CPR/AED**

Date Completed: 8/10/2023
Validity Period: 2 Years

Conducted by: 5 Keys Charter School



To verify certificate, scan code or visit redcross.org/digitalcertificate and enter ID.

Learn and be inspired at LifesavingAwards.org



01ABP31



**American Red Cross**
Training Services

## CEU

### Reginald Robertson

has successfully completed requirements for

**Adult and Pediatric First Aid/CPR/AED-r.21**

Date Completed: 8/10/2023

Contact Hours: 4.0
CEUs Awarded: 0.4



Learn and be inspired at LifesavingAwards.org

 **OSHA**®
Occupational Safety
and Health Administration

32-903012805

This card acknowledges that the recipient has successfully completed:

## 10-hour Construction Safety and Health

This card issued to:

**Reginald Robertson**

Timothy Blasquez

Trainer Name

7/20/2023

Date of Issue

# Five Keys Schools and Programs                    8/15/23

Ref: ROBERTSON, REGINALD, NMN 23 B 07 APM873

# OSHA – 10 Construction Training

Mr. Robertson

Congratulations on successfully completing all requirements for the OSHA 10-hour construction training course. Let this letter serve as a temporary certificate until your official card gets mailed out.

Again congratulations and great job, Mr. Robertson. Your future is in your hands now.

With much respect,

Tim Blasquez
Timothyb@fivekeys.org
Instructor
OSHA trainer #
32-919000012

Exhibit #4 (1 page)



# PROGRAM REQUEST (6)

Santa Rita Jail offers the following programs to enrich your life and further your education. Please take a moment to fill out this form neatly and completely, and return it to Inmate Services.

**PLEASE PRINT CLEARLY**

Last Name: _____     First Name: _____

PFN: _____     Housing Unit: _____     Date: _____

ARE YOU A COUNTY OR LOCAL STATE INMATE_____
ARE YOU? **FEDERAL** / **COUNTY** INMATE (CIRCLE ONE)
ARE YOU A VETERAN? **YES** / **NO**
ARE YOU SENTENCED LONGER THAN A YEAR?  **YES** / **NO**
ARE YOU COVERED UNDER THE AMERICAN DISABILITY ACT?  **YES** / **NO**
ARE YOU SENTENCED IN ANOTHER COUNTY?  **YES** / **NO**
DO YOU HAVE A HIGH SCHOOL DIPLOMA? **YES** / **NO**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Make your selection of the classes you would be interested in taking by putting a "1" on line to the left of the class that is your top choice, "2" for your second choice continuing for as many subjects that interest you. See other side for a description of each program. Class times and days of week are subject to change.

_____ **HIGH SCHOOL DIPLOMA/IND.STUDY**
        **A.S.E./HiSET/GED/ESL**
        ONLY FOR THOSE **WITHOUT** A DIPLOMA


_____ **Parenting**


_____ **Substance Abuse**



You will be assessed once this form has been reviewed.  If you are accepted into a class, you will be expected to attend each class, respect the staff and fully participate in order to receive credit.  Do something for YOU!



**FORMS THAT CAN'T BE READ WILL BE DISCARDED!**

*PROGRAM DESCRIPTIONS*

**High School Diploma/High School Equivalency & Independent Study Programs**
This academic focused program is designed to help improve students reading and basic math skills to better prepare them for employment opportunities. Students receive support and instruction needed to increase their academic skills to improve their ability to pass the GED exam and move toward earning an actual high school diploma. **This program is open only to those who have not yet earned their diploma.**

**Parenting Inside Out**
This program will provide you with an evidence-based, cognitive-behavioral parent management skills training program specifically created for incarcerated parents. It will provide you with an opportunity to learn about how to promote healthy child adjustment, prevent child problem behavior, and interrupt the cycle of intergenerational criminality

**Substance Abuse**
Provides students with an opportunity to learn about the dynamics of addiction and to explore the process at a personal level. Through guided journaling, discussion, individual/group work and role play, students will develop a deeper understanding of addiction's impact on themselves, their family and community. Students will explore strategies for relapse prevention through personal development.

## You can earn CERTIFICATES in all classes!