R Robertson A 873
5325 Broder Blvd,
Dublin, CA
94568-3309

RE: 18-cv-07677NC

Confidential
- LEGAL MAIL -



Clerk's Office
- U.S. District Ct. -
280 South 1st Street
~~Sac~~ San Jose, CA
95113

Confidential

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA

LEGAL MAIL

DEP. J. KIRK #2714

Confidential