1   HANSON BRIDGETT LLP                  Gregory B. Thomas (SBN 239870)
    PAUL B. MELLO, SBN 179755            E-mail: gthomas@bwslaw.com
2   SAMANTHA D. WOLFF, SBN 240280        Temitayo O. Peters (SBN 309913)
    DAVID C. CASARRUBIAS, SBN 321994     E-mail: tpeters@bwslaw.com
3   CARSON R. NIELLO, SBN 329970         BURKE, WILLIAMS & SORENSEN, LLP
    swolff@hansonbridgett.com            1901 Harrison Street, Suite 900
4   425 Market Street, 26th Floor        Oakland, CA 94612-3501
    San Francisco, California 94105      Tel:  510.273.8780  Fax:  510.839.9104
5   Telephone:    (415) 777-3200
    Facsimile:    (415) 541-9366
6
    Attorneys for Defendants
7

8                       UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11

12  ASHOK BABU, ROBERT BELL, IBRAHIM      Case No. 5:18-cv-07677-NC
    KEEGAN-HORNSBY, DEMAREA
    JOHNSON, BRANDON JONES,               **NOTICE OF APPEARANCE OF CARSON
13  STEPHANIE NAVARRO, ROBERTO            R. NIELLO ON BEHALF OF
    SERRANO, and ALEXANDER                DEFENDANTS**
14  WASHINGTON on behalf of themselves and
    all others similarly situated,        Judge:    Honorable Nathanael Cousins
15
                Plaintiffs,
16
         v.
17
    COUNTY OF ALAMEDA; GREGORY J.
18  AHERN in his official capacity as Sheriff of
    the Alameda County Sheriff's Office;
19  KARYN TRIBBLE in her official capacity as
    Director of Alameda County Behavioral
20  Health Department,
21              Defendants.

22

23

24

25

26

27

28

20637841.1                               1                    Case No. 5:18-cv-07677-NC
NOTICE OF APPEARANCE OF CARSON R. NIELLO ON BEHALF OF DEFENDANTS

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that **Carson R. Niello** of the firm Hanson Bridgett LLP enters

3  an appearance as counsel of record for and on behalf of Defendants County of Alameda, Gregory

4  J. Ahern in his official capacity as Sheriff of Alameda County, and Dr. Karyn Tribble in her

5  official capacity as Director of Alameda County Behavioral Health Department in the above-

6  captioned matter.  Copies of all pleadings and notices pertaining to the above-entitled matter

7  should be forwarded to counsel at the following address:

8           Carson R. Niello, SBN 329970
            cniello@hansonbridgett.com
9           HANSON BRIDGETT LLP
            425 Market Street, 26th Floor
10          San Francisco, California 94105
            Telephone:     (415) 777-3200
11          Facsimile:     (415) 541-9366

12

13  DATED:  March 18, 2024                    HANSON BRIDGETT LLP

14

15

16                                  By:      /s/ Carson R. Niello
                                          PAUL B. MELLO
17                                        SAMANTHA D. WOLFF
                                          DAVID C. CASARRUBIAS
18                                        CARSON R. NIELLO
                                          Attorneys for Defendants

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF CARSON R. NIELLO ON BEHALF OF DEFENDANTS