HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
DAVID C. CASARRUBIAS, SBN 321994
CARSON R. NIELLO, SBN 329970
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel:  510.273.8780  Fax:  510.839.9104

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHOK BABU, ROBERT BELL, IBRAHIM KEEGAN-HORNSBY, DEMAREA JOHNSON, BRANDON JONES, STEPHANIE NAVARRO, ROBERTO SERRANO, and ALEXANDER WASHINGTON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN in his official capacity as Sheriff of the Alameda County Sheriff's Office; KARYN TRIBBLE in her official capacity as Director of Alameda County Behavioral Health Department,<br><br>Defendants. | Case No. 5:18-cv-07677-NC<br><br>**DECLARATION OF CARSON R. NIELLO IN SUPPORT OF DEFENDANTS' OPPOSITION TO REGINALD ROBERTSON'S MOTION TO ENFORCE JUDGMENT FOR A SPECIFIC ACT**<br><br>Judge:   Honorable Nathanael Cousins |

I, Carson R. Niello, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate at Hanson Bridgett LLP, attorneys of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On September 14, 2011, a three-judge court assigned to *Coleman v. Brown*, No. CIV S-90-0520 LKK JFM P and *Plata v. Brown*, No. C01-1351 TEH issued an order concerning pro se inmate filings. A true and correct copy of the September 14, 2011 Order is attached as **Exhibit A**.

I, Carson R. Niello, declare under the penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California on March 18, 2024.

_____
Carson R. Niello

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br> Plaintiffs, <br> v. <br> EDMUND G. BROWN, JR., et al., <br> Defendants. | NO. CIV S-90-0520 LKK JFM P <br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br> Plaintiffs, <br> v. <br> EDMUND G. BROWN, JR., et al., <br> Defendants. | NO. C01-1351 TEH <br> **THREE-JUDGE COURT** <br> ORDER RE: PRO SE INMATE FILINGS |

This court periodically receives attempted filings from pro se inmates. As members of the plaintiff classes, such inmates are represented parties and may file motions and other documents only through their counsel of record. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the Clerk shall not file any documents submitted to this court for filing by pro se inmates. Instead, such documents shall be treated like similar documents submitted in the individual *Plata* and *Coleman* cases. Any documents raising specific medical care concerns shall be forwarded to the *Plata* Receiver's Controlled Correspondence Unit for appropriate investigation, and any documents raising specific mental health care

1  concerns shall be forwarded to plaintiffs' counsel. All other documents shall be returned to
2  the inmates with a copy of this order.
3
4  **IT IS SO ORDERED.**
5
6  Dated: 09/14/11
7  STEPHEN REINHARDT
   UNITED STATES CIRCUIT JUDGE
   NINTH CIRCUIT COURT OF APPEALS
8
9
10 Dated: 09/14/11
11 LAWRENCE K. KARLTON
   SENIOR UNITED STATES DISTRICT JUDGE
   EASTERN DISTRICT OF CALIFORNIA
12
13
14 Dated: 09/14/11
15 THELTON E. HENDERSON
   SENIOR UNITED STATES DISTRICT JUDGE
   NORTHERN DISTRICT OF CALIFORNIA
16
17
18
19
20
21
22
23
24
25
26
27
28

2